## Bernard Black

**From:** cherie wrigley <cheriewrigley@yahoo.com>
**Sent:** Friday, June 12, 2015 6:09 PM
**To:** Bernie Poskus; Patrick Thiessen
**Subject:** Fw: Joanne

----- Forwarded Message -----
**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** "esaungpinto@aol.com" <esaungpinto@aol.com>
**Cc:** "cherie wrigley (cheriewrigley@yahoo.com)" <cheriewrigley@yahoo.com>
**Sent:** Tuesday, April 9, 2013 2:58 PM
**Subject:** RE: Joanne

We should talk first.
Unfortunately, I am totally flat out through tomorrow, I can call you on Thursday, if that is okay.
I think there is zero chance that Joanne will volunteer for treatment.
I do want to make sure she has access to funds to cover ordinary living expenses.

Bernie Black

*************************************************************
Bernard S. Black
bblack@northwestern.edu
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
Law School: 375 East Chicago Ave., Chicago IL 60611
Kellogg: 2001 Sheridan Road, Evanston IL 60208
tel:  law:  312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955
papers on SSRN at:  http://ssrn.com/author=16042
*************************************************************

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, April 09, 2013 4:39 PM
**To:** Bernard Black
**Subject:** Joanne

Hello Mr. Black

This is investigator Esaun Pinto. I would like to travel to Denver this weekend and attempt to get Joanne help. After opening conversation with her again I seem to have gained her trust. She has provided information about her current condition with the promise of seeing me again. I would like to document her daily activities for a couple of days before meeting her. This will allow me to have someone intelligence which will be necessary to sort through her many stories. Once contact is made it may take a few days to gain her complete trust but I think ultimately we will be successful in getting her treatment.

I will need a client aggreement from you detailing my efforts as well as a $5k retainer. I will cover the travel  expenses will the retainer and bill you for time and any additional  expenses.

Esaun Pinto

1



EXHIBIT
Pinto 30
5/8/19  AJ

CPI Investigations
50 W17 th St.
NY, NY 10011
2128223424 office
6468084169 cell
esaungpinto@aol.com

*Sent via DroidX2 on Verizon Wireless™*