**Subject:** RE: Joanne
**Date:** Wednesday, April 10, 2013 at 11:52:30 AM Eastern Daylight Time
**From:** Bernard Black
**To:** 'cherie wrigley'

And I don't want him to lose that trust, by tracking her down . . .
But I'll try to speak to him tomorrow, if I can.


Bernie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel:. law:  312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955
papers on SSRN at:  http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** cherie wrigley [mailto:cheriewrigley@yahoo.com]
**Sent:** Wednesday, April 10, 2013 12:47 PM
**To:** Bernard Black
**Subject:** Re: Joanne

Thanks Bernie, I understand. I know this is really hard. I appreciate the offer and I will get the receipts to you shortly. Cherie
I DO TRUST HIM. I have spent a lot of time on this and I think Joanne trusts him for now.

> **From:** Bernard Black <bblack@kellogg.northwestern.edu>
> **To:** cherie wrigley <cheriewrigley@yahoo.com>
> **Sent:** Wednesday, April 10, 2013 9:51 AM
> **Subject:** RE: Joanne
>
> Cherie: I don't want to scare Joanne into running somewhere.
> That's my worry.
> And he seemed entirely too anxious to get paid, and then do work to justify the pay, which I think will come to nothing.
> I should just send you a check, say for $10k, and then you can report expenses later; I don't want you to be significantly out of pocket.
> I will do so.
>
> Bernie

EXHIBIT
Pinto 33
6/8/19 AS

```
*************************************************************
```
Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955
papers on SSRN at: http://ssrn.com/author=16042

```
*************************************************************
```

**From:** cherie wrigley [mailto:cheriewrigley@yahoo.com]
**Sent:** Wednesday, April 10, 2013 11:50 AM
**To:** Bernard Black
**Subject:** Re: Joanne

Bernie, I have already wired him the money. You authorized 5k. I talked to the family including Tony. We all saw no DOWN SIDE. What is the hold up?? You can pay me back soon! She is so troubled.

---

**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** "esaungpinto@aol.com" <esaungpinto@aol.com>
**Cc:** "cherie wrigley (cheriewrigley@yahoo.com)" <cheriewrigley@yahoo.com>
**Sent:** Tuesday, April 9, 2013 2:58 PM
**Subject:** RE: Joanne

We should talk first.
Unfortunately, I am totally flat out through tomorrow, I can call you on Thursday, if that is okay.
I think there is zero chance that Joanne will volunteer for treatment.
I do want to make sure she has access to funds to cover ordinary living expenses.

Bernie Black

```
*************************************************************
```
Bernard S. Black
bblack@northwestern.edu
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
Law School: 375 East Chicago Ave., Chicago IL 60611
Kellogg: 2001 Sheridan Road, Evanston IL 60208
tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955
papers on SSRN at: http://ssrn.com/author=16042
```
*************************************************************
```

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, April 09, 2013 4:39 PM
**To:** Bernard Black
**Subject:** Joanne

Hello Mr. Black

This is investigator Esaun Pinto. I would like to travel to Denver this weekend and attempt to get Joanne help. After opening conversation with her again I seem to have gained her trust. She has provided information about her current condition with the promise of seeing me again. I would like to document her daily activities for a couple of days before meeting her. This will allow me to have someone intelligence which will be necessary to sort through her many stories. Once contact is made it may take a few days to gain her complete trust but I think ultimately we will be successful in getting her treatment.

I will need a client aggreement from you detailing my efforts as well as a $5k retainer. I will cover the travel expenses will the retainer and bill you for time and any additional expenses.

Esaun Pinto
CPI Investigations
50 W17 th St.
NY, NY 10011
2128223424 office
6468084169 cell
esaungpinto@aol.com

*Sent via DroidX2 on Verizon Wireless™*