# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011          (212)822-3424

**Client:**
Cherie Wrigley
Address
City, State, ZIP

INVOICE NUMBER : 41213
INVOICE DATE : October 5, 2015

**Subjet:**
Joanne Black

Sales Tax Rate:          0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Received on April 10th for Expenses from 4/12 to 4/16** | | $5,000.00 |
| | Flight: NYC to Denver | | (800.00) |
| | Hotel | | (1,000.00) |
| | Rental Car | | (1,000.00) |
| | Gas | | (300.00) |
| | Joanne Black - Motel | | (600.00) |
| | Joanne Black - Clothing | | (400.00) |
| | Joanne Black -  Food | | (400.00) |
| | Joanne Black -  Cash | | (500.00) |
| | **Received on April 16th - Expenses from 4/16 to 4/23** | | 5,000.00 |
| | Rental Car | | (1,200.00) |
| | Gas | | (500.00) |
| | Food | | (300.00) |
| | **Withdrawn from J.B Chase acct.** | | 2,000.00 |
| | Joanne Black - Motel 4/19 to 4/22 | | (600.00) |
| | Esaun Pinto: Protection Hours from 4/12, 4pm to 4/19, 1am.(153 hrs @ $150 per hour) | | (22,950.00) |
| | Driver: 4/17, 4pm to 4/19, 1am ( 33hrs @ $50 per hour) | | (1,650.00) |
| | Bodyguard 4/19, 1am to 4/22, 8am (55 hrs. @ $75 per hr) | | (4,125.00) |
| | **Payment Received by CPI - April 10, 2013** | | 10,000.00 |
| | **Balance: AS OF APRIL 22, 2013** | SUBTOTAL | (14,325.00) |
| | | TAX | |

**DIRECT ALL INQUIRIES TO:**

Esaun Pinto

(212)822-3424
email: esaungpinto@aol.com

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011
*THANK YOU FOR YOUR BUSINESS!*

PAY THIS          $14,325
AMOUNT

Exhibit No. 1
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

Client:
Cherie Wrigley
Address
City, State, ZIP

INVOICE NUMBER :  42913
INVOICE DATE :  October 5, 2015

Subject:
Joanne Black

Sales Tax Rate:    0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| | Monday April, 22 through April, 29 from 8am to 8am | | |
| | Total of 168 hours @ $75 per hour | | 12,600.00 |
| | | | |
| | Rental car return penalty April 24 - vehicle was returned to EZCar rental in Atlanta, Ga | | 500.00 |
| | Driver -vehicle transport | | 260.00 |
| | Motel Denver | | 200.00 |
| | Motel New York | | 600.00 |
| | Deducted from Joanne's Chase account | | (2,500.00) |

| | | | |
|---|---|---|---|
| **Balance: AS OF APRIL 29, 2013** | | SUBTOTAL | **11,660.00** |
| | | TAX | |
| | | **TOTAL** | **$11,660.00** |

**DIRECT ALL INQUIRIES TO:**

Esaun Pinto

(212)822-3424
email: esaungpinto@aol.com

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011
*THANK YOU FOR YOUR BUSINESS!*

Exhibit No. 2
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

**Client:**
Cherie Wrigley
Address
City, State, ZIP

INVOICE NUMBER :  50713
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate: | 0.00% |

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 168 | April 29th, 8am through May 7th, 8am:  168 hrs. @ $75 | 75.00 | 12,600.00 |
| | Joanne Chase account | | (2,000.00) |
| | Denver Motel | | 200.00 |
| | New York Motel | | 600.00 |

| | | | |
|---|---|---|---|
| **Balance: AS OF MAY 7, 2013** | | **SUBTOTAL** | **11,400.00** |
| | | TAX | |
| | | **TOTAL** | **$11,400.00** |

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto

(212)822-3424
email: esaungpinto@aol.com

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011
*THANK YOU FOR YOUR BUSINESS!*

Exhibit No. 3
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

Client:
Cherie Wrigley
Address
City, State, ZIP

INVOICE NUMBER : 51313
INVOICE DATE : October 5, 2015

Subject:
Joanne Black

Sales Tax Rate:     0.00%

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | |
| | May 7th through May 13th from 8am to 8pm @ $75 per hour. | | 6,300.00 |
| | Rodeway Motel | | 600.00 |
| | Western Inn (Colorado) - changed motel on May 11th | | 200.00 |
| | Skyway Motor Inn - May 11th to May 18th | | 600.00 |
| **Balance: AS OF May, 2013** | | SUBTOTAL | 7,700.00 |
| | | TAX | |
| | | TOTAL | $7,700.00 |

DIRECT ALL INQUIRIES TO:

Esaun Pinto

(212)822-3424
email: esaungpinto@aol.com

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011
*THANK YOU FOR YOUR BUSINESS!*

Exhibit No. 4
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley
Address
City, State, ZIP

INVOICE NUMBER :  52013
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:            0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 84 | May 13th, 8am through May 20th, 8am:  84 hrs. @ $75 | 75.00 | 6,300.00 |
| | Joanne Chase account | | (1,000.00) |
| | Denver Motel | | 200.00 |
| | New York Motel | | 800.00 |
| | **Balance: AS OF MAY 20, 2013** | **SUBTOTAL** | **6,300.00** |
| | | TAX | |
| | | **TOTAL** | **$6,300.00** |

**DIRECT ALL INQUIRIES TO:**

Esaun Pinto

(212)822-3424
email: esaungpinto@aol.com

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011
*THANK YOU FOR YOUR BUSINESS!*

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley
Address
City, State, ZIP

INVOICE NUMBER :  52713
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 84 | **Protection Service for  Joanne Black** | | |
| | May 20th, 8am through May 27th, 8am:  84 hrs. @ $75 | 75.00 | 6,300.00 |
| | **Discount Effective May 20, 2013 - Flat Rate** | | 5,000.00 |
| | | | |
| | Denver Motel | | 200.00 |
| | New York Motel | | 600.00 |

| | | |
|---|---|---|
| **Balance:** AS OF MAY 27, 2013 - Flat Rate $ 5000 | SUBTOTAL | 5,800.00 |
| | TAX | |
| | TOTAL | $5,800.00 |

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 6
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 60313
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:    | 0.00% |

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 84 | **Protection Service for Joanne Black** | 75.00 | 6,300.00 |
| | May 27th, 8am through June 3rd, 8am:  84 hrs. @ $75 | | |
| | **Discount Effective May 20, 2013 - Flat Rate** | | 5,000.00 |
| | | | |
| | Denver Motel | | 200.00 |
| | New York Motel | | 600.00 |

| | | | |
|---|---|---|---|
| **Balance: AS OF June 3, 2013** | | SUBTOTAL | 5,800.00 |
| | | TAX | |
| Note: $5000, Flat Rate as of May 20, 2013. | | TOTAL | $5,800.00 |

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 7
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS                                   INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 61913
INVOICE DATE : October 5, 2015

**Subjet:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | BALANCE |
|---|---|---|---|
|  | **Protection Service for  Joanne Black - Provided by Esaun Pinto** |  |  |
| 15 | April 29th-May 6th | 150.00 | 2,250.00 |
|  | Tolls $13 per trip @ 3 trips |  | 39.00 |
| 15 | May 6th-May 13th | 150.00 | 2,250.00 |
|  | Tolls $13 per trip @ 3 trips |  | 39.00 |
| 13 | May13th - May 20th | 150.00 | 1,950.00 |
|  | Tolls $13 per trip @ 2 trips |  | 26.00 |
| 18 | May 20th - May 27th | 150.00 | 2,700.00 |
|  | Tolls $13 per trip @ 3 trips |  | 39.00 |
| 15 | May 27th - June 3rd | 150.00 | 2,250.00 |
|  | Tolls $13 per trip @ 3 trips |  | 39.00 |
| 22 | June 3rd - June 10th | 150.00 | 3,300.00 |
|  | Tolls $13 per trip @ 4 trips |  | 52.00 |
| 6 | June 10th - June 17th | 150.00 | 900.00 |
|  | Tolls $13 per trip @ 1 trip |  | 13.00 |
| 10 | June 17th - June 24th | 150.00 | 1,500.00 |
|  | Tolls $13 per trip @ 2 trips |  | 26.00 |
|  | Gas |  | 700.00 |
|  | DEDUCTION from J. Black acct. June 10th - June 17th: $600 |  | (600.00) |
|  | DEDUCTION from J. Black acct. June 17th - June 24th: $500 |  | (500.00) |

| **Balance:** AS OF June 19, 2013 | SUBTOTAL | $16,973.00 |
|---|---|---|
|  | TAX |  |
| Note: Hours and expenses billed for Investigator Esaun Pinto |  |  |
|  | **TOTAL** | **$16,973.00** |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Atn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 8
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011          (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 70913
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 15 | July 1st,  through July 8th | 150.00 | 2,250.00 |
| 15 | July 8th,  through July 15th | 150.00 | 2,250.00 |
| | Gas for the weeks of July 1 & July 8: $100 per wk | 200.00 | 200.00 |
| | Denver Motel - 2 weeks for storage of JB's belonging | | 100.00 |
| | Toll for trips: $39 per wk | | 78.00 |
| | JB shopping | | 100.00 |

| **Balance:** AS OF July 8, 2013 | SUBTOTAL | 4,978.00 |
|---|---|---|
| | TAX | |
| | TOTAL | $4,978.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 9
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 80613
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:            0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | |
| 15 | July 15th, through July 22th | 150.00 | 2,250.00 |
| 15 | July 22nd, through July 29th | 150.00 | 2,250.00 |
| | Gas for the weeks of July 15 & July 22: $100 per wk | 200.00 | 200.00 |
| | Denver Motel - 2 weeks for storage of JB's belonging | | 100.00 |
| | Toll for trips: $39 per wk | | 78.00 |
| | JB shopping | | 100.00 |

| **Balance:** AS OF August 6, 2013 | SUBTOTAL | 4,978.00 |
|---|---|---|
| | TAX | |
| | TOTAL | $4,978.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 10
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS                    INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER :  80613-2
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:            0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 15 | July 29th,  through August 5th | 150.00 | 2,250.00 |
| | | | 0.00 |
| | Gas for the week of July 29th: $100 per wk | 100.00 | 100.00 |
| | Denver Motel - 1 week of storage of JB's belonging | | 50.00 |
| | Toll for trips: $39 per wk | | 39.00 |
| | JB shopping | | 50.00 |
| | **minus $2000 withdrawn from JB Chase acct.** | | (2,000.00) |

| | | | |
|---|---|---|---|
| **Balance**: AS OF August 6, 2013 | | SUBTOTAL | 489.00 |
| | | TAX | |
| | | TOTAL | $489.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER : 81913
INVOICE DATE : October 5, 2015

Subjet:
Joanne Black

Sales Tax Rate:     0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | |
| 15 | August 5th, through August 12th | 150.00 | 2,250.00 |
| 15 | August 12th, through August 19th | 150.00 | 2,250.00 |
| | Gas for the weeks of August 5th & August 12th: $100 per wk | 200.00 | 200.00 |
| | Denver Motel - 2 weeks for storage of JB's belonging | | 100.00 |
| | Toll for trips: $39 per wk | | 78.00 |
| | JB shopping | | 100.00 |

| **Balance:** AS OF August 19, 2013 | SUBTOTAL | 4,978.00 |
|---|---|---|
| | TAX | |
| | TOTAL | $4,978.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 12
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS                      INVOICE

50 West 17th Street
New York, NY 10011            (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 82613
INVOICE DATE : October 5, 2015

**Subjet:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | |
| 15 | August 19th, through August 26th | 150.00 | 2,250.00 |
| 15 | August 26th, through September 2nd | 150.00 | 2,250.00 |
| | Gas for the weeks of August 19th & August 26th: $100 per wk | 200.00 | 200.00 |
| | Toll for trips: $39 per wk | | 78.00 |
| | JB shopping | | 100.00 |
| | **Deduct $2000 from JB  Chase acct.** | | (2,000.00) |

| | | | |
|---|---|---|---|
| **Balance:** AS OF August 26, 2013 | | SUBTOTAL | **2,878.00** |
| | | TAX | |
| | | TOTAL | **$2,878.00** |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 90213
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | |
| 15 | Sept. 2nd, through Sept 9th | 150.00 | 2,250.00 |
| 15 | Sept. 9th, through September 16th | 150.00 | 2,250.00 |
| | Gas for the weeks of Sept. 2nd & Sept. 9th: $100 per wk | 200.00 | 200.00 |
| | Toll for trips: $39 per wk | | 78.00 |
| | JB shopping | | 100.00 |
| **Balance**: As of September 9, 2013 | | SUBTOTAL | 4,878.00 |
| | | TAX | |
| | | TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 14
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER :  92313
INVOICE DATE :  October 5, 2015

Subject:
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | **Protection Service for  Joanne Black** |  |  |
| 15 | Sept. 16th, through Sept. 23rd | 150.00 | 2,250.00 |
|  | Gas for the week of Sept. 16th: $100 wk | 100.00 | 100.00 |
|  | Toll for trips: $39 per wk |  | 39.00 |
|  | JB shopping |  | 100.00 |
| **Balance**: As of September 23, 2013 |  | SUBTOTAL | 2,489.00 |
|  |  | TAX |  |
|  |  | TOTAL | $2,489.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 15
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 93013
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:        0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 15 | Sept. 23rd, through Sept. 30th | 150.00 | 2,250.00 |
| 15 | Sept. 30th, through Oct. 7th | 150.00 | 2,250.00 |
| | Gas for the weeks of Sept. 23rd and Sept. 30th: $100 per wk | 200.00 | 200.00 |
| | | | |
| | Toll for trips: $39 per wk | | 78.00 |
| | JB shopping | | 100.00 |

| | | | |
|---|---|---|---|
| **Balance:** As of October 7, 2013 | | SUBTOTAL | 4,878.00 |
| | | TAX | |
| | | TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

Exhibit No. 16
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS                    INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 100713
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | **Protection Service for Joanne Black** |  |  |
| 15 | Oct. 7th, through Oct. 14th | 150.00 | 2,250.00 |
| 15 | Oct. 14th, through Oct. 21st. | 150.00 | 2,250.00 |
|  | Gas for the weeks of Oct. 7th and Oct. 14th: $100 per wk | 200.00 | 200.00 |
|  | Toll for trips: $39 per wk |  | 78.00 |
|  | JB shopping |  | 100.00 |

| | | |
|---|---|---|
| **Balance:** As of October 21, 2013 | SUBTOTAL | 4,878.00 |
| | TAX | |
| | TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 17
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011          (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 102113
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | **Protection Service for Joanne Black** |  |  |
| 15 | Oct. 21st, through Oct. 28th | 150.00 | 2,250.00 |
| 15 | Oct. 28th, through Nov 4th | 150.00 | 2,250.00 |
|  | Gas for the weeks of Oct. 21st and Oct. 28th $100 per week | 100.00 | 200.00 |
|  | Toll for trips: $39 per wk | 39.00 | 78.00 |
|  | JB shopping |  | 100.00 |

| | | | |
|---|---|---|---|
| **Balance:** As of Novemeber 4, 2013 | SUBTOTAL | 4,878.00 |
|  | TAX |  |
|  | TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 18
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 110413
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate: 0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 15 | Nov. 4th, through Nov. 11th | 150.00 | 2,250.00 |
| 15 | Nov.11th, through Nov. 18th | 150.00 | 2,250.00 |
| | Gas for the weeks of Nov. 4th and Nov. 11th $100 per week | 100.00 | 200.00 |
| | Toll for trips: $39 per wk | 39.00 | 78.00 |
| | JB shopping | | 100.00 |

| | | | |
|---|---|---|---|
| **Balance:** As of November 18, 2013 | | SUBTOTAL | 4,878.00 |
| | | TAX | |
| | | TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 19
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 111813
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:    0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | **Protection Service for Joanne Black** |  |  |
| 15 | Nov. 18th, through Nov. 25th | 150.00 | 2,250.00 |
| 15 | Nov. 25th, through Dec. 1st | 150.00 | 2,250.00 |
|  | Gas for the weeks of Nov. 18th and Nov. 25th $100 per week | 100.00 | 200.00 |
|  | Toll for trips: $39 per wk | 39.00 | 78.00 |
|  | JB shopping |  | 100.00 |

| | | |
|---|---|---|
| **Balance:** As of November 18, 2013 | SUBTOTAL | 4,878.00 |
| | TAX | |
| | TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 20
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 120213
INVOICE DATE : October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate: 0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | |
| 15 | Dec. 2nd, through Dec. 9th | 150.00 | 2,250.00 |
| 15 | Dec. 9th, through Dec. 16th | 150.00 | 2,250.00 |
| | Gas for the weeks of Dec. 2nd and Dec.9th @ $100 per week | 100.00 | 200.00 |
| | Toll for trips: $39 per wk | 39.00 | 78.00 |
| | JB shopping | | 100.00 |

| **Balance:** As of December 2, 2013 | | |
|---|---|---|
| SUBTOTAL | | 4,878.00 |
| TAX | | |
| TOTAL | | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 21
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER :  121613
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| 15 | Dec. 16th, through Dec. 23rd | 150.00 | 2,250.00 |
| 15 | Dec. 23rd, through Dec. 30th | 150.00 | 2,250.00 |
| | Gas for the weeks of Dec. 16th and Dec. 23rd @ $100 per week | 100.00 | 200.00 |
| | Toll for trips: $39 per wk | 39.00 | 78.00 |
| | JB shopping | | 100.00 |

**Balance:** As of December 16, 2013

| | |
|---|---|
| SUBTOTAL | 4,878.00 |
| TAX | |
| TOTAL | $4,878.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 22
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

**INVOICE**

50 West 17th Street
New York, NY 10011                    (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER : 10114
INVOICE DATE : October 5, 2015

Subjet:
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for Joanne Black** | | $          8,000.00 |
| | Jan. 1, through Jan. 31, 2014 | | |
| | **Approximately $2000 was withdrawn from the Chase** | **SUBTOTAL** | 8,000.00 |
| | **account to cover JB's storage, winter clothing etc.** | | |
| | | TAX | |
| | | TOTAL | $8,000.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 23
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 20114
INVOICE DATE :  October 5, 2015

**Subjet:**
Joanne Black

Sales Tax Rate: 0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| | Feb. 1, through Feb. 28, 2014 | $ | 8,000.00 |
| | **Year to Date approximately $2000 withdrawn from the Chase account.** | SUBTOTAL | 8,000.00 |
| | | TAX | |
| | | TOTAL | $8,000.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 24
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011

(212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER :  30114
INVOICE DATE :  October 5, 2015

Subject:
Joanne Black

Sales Tax Rate:  | 0.00% |

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| | Mar. 1, through Mar. 31, 2014 | | $      8,000.00 |
| | | SUBTOTAL | 8,000.00 |
| | | TAX | |
| | | TOTAL | $8,000.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 25
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER : 40114
INVOICE DATE :  October 5, 2015

Subjet:
Joanne Black

Sales Tax Rate: 　0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| | April 1, through April 31, 2014 | $ | 8,000.00 |
| | Withdrawn from JB account (-2000) | $ | (2,000.00) |
| | | | |
| | | SUBTOTAL | 6,000.00 |
| | | TAX | |
| | | TOTAL | $6,000.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 26
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011          (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER :  50114
INVOICE DATE :  October 5, 2015

Subject:
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| | May 1st thruogh May 31st | | $8,000.00 |
| | Partial payment received (Thank You) | | -$4,000.00 |
| | Balance remaining for the month of  May | | $    4,000.00 |
| | Deduction from JB Chase acct. | | $   (3,500.00) |
| | JB storage | | $      600.00 |
| | JB Clothing | | $      400.00 |
| | JB Toiletries and cosmetics | | $      100.00 |
| | | SUBTOTAL | $      1,600.00 |
| | | TAX | |
| | | TOTAL | $1,600.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 27
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS                                    INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER : 60114
INVOICE DATE : October 5, 2015

Subjet:
Joanne Black

Sales Tax Rate:      0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | **Protection Service for Joanne Black** |  |  |
|  | June 1, Through June 30th |  | $         8,000.00 |
|  |  | SUBTOTAL | 8,000.00 |
|  |  | TAX |  |
|  |  | TOTAL | $8,000.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

**Exhibit No. 28**
**Plaintiffs' First Requests for Admission**

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER :  70114
INVOICE DATE :  October 5, 2015

**Subject:**
Joanne Black

Sales Tax Rate:          0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | $          8,000.00 |
| | July 1, Through July 31th | | |
| | | SUBTOTAL | 8,000.00 |
| | | TAX | |
| | | TOTAL | $8,000.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 29
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011            (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER : 80114
INVOICE DATE : October 5, 2015

**Subjet:**
Joanne Black

Sales Tax Rate:           0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | |
| | Aug 1, Through Aug, 31th | | $          8,000.00 |
| | Deduction from Chase Acct. June & July | | $         (2,500.00) |
| | | | |
| | **Subtotal reflects deductions from Chase for June & July** | SUBTOTAL | 5,500.00 |
| | | TAX | |
| | | TOTAL | $5,500.00 |

MAKE ALL CHECKS PAYABLE TO:

CPI INVESTIGATIONS

DIRECT ALL INQUIRIES TO:
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*OU FOR YOUR BUSINESS!*

Exhibit No. 30
Plaintiffs' First Requests for Admission

# CPI INVESTIGATIONS                                     INVOICE

50 West 17th Street
New York, NY 10011                    (212)822-3424

**Client:**
Cherie Wrigley

INVOICE NUMBER :  90114
INVOICE DATE :  October 5, 2015

**Subjet:**
Joanne Black

Sales Tax Rate:         | 0.00% |

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | **Protection Service for  Joanne Black** | | $          8,000.00 |
| | Sept. 1, Through Sept. 30 | | |
| | | SUBTOTAL | 8,000.00 |
| | | TAX | |
| | | TOTAL | $8,000.00 |

**MAKE ALL CHECKS PAYABLE TO:**

CPI INVESTIGATIONS

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

*OU FOR YOUR BUSINESS!*

Exhibit No. 31
Plaintiffs' First Requests for Admission