## Bernard Black

**From:** cherie wrigley <cheriewrigley@yahoo.com>
**Sent:** Friday, June 12, 2015 5:04 PM
**To:** Bernie Poskus; Patrick Thiessen
**Subject:** Fw: joanne


----- Forwarded Message -----
**From:** Esaun Pinto <esaungpinto@aol.com>
**To:** cheriewrigley@yahoo.com
**Cc:** detectivejudd@gmail.com
**Sent:** Tuesday, April 16, 2013 3:50 AM
**Subject:** Re: joanne

Hey Cherie

I would just like to say that this has been an adventure, exciting and difficult.  Joanne has shown progressand has been some what open to my criticism.
I am truly trying my best to edge her into getting the much needed help she requires.  Hopefully our journey to New York will go event free and we can get
there safely.

Here is the breakdown of the expenses
 5000
- 800 flight
-1000 rental car 4/16
-1000 hotel 4/16
- 300 gas
- 400 food
- 600 JB motel
- 400 JB clothesand etc
- 500 JB cash
I have approxiately $400 from her Chase account.

As of today, at 4pm et. I have a total of 96hrs invested in this case at an hourly rate of $150.  This leaves a balance of $14,000.
On Wednesday evening we will be starting our drive to NYC, I have hired an associate to help us with the drive.  The expense for the additional
investigator will be invoiced at $50 per hour.  The trip to NYC from Denver is approximately 1700 miles and I estimate that it will take us about 40 hours
to arrive there safely.

$150 per hour x 40hrs= $6000
$50 per hour x 40hrs =  $2000 additional investigator

This will bring our total balance as of Friday4/19/2013 to $ 22,000

We will also need expenses covered for the trip
Rental Car
1 Night of lodging
Gas
Food



Once we arrive safely in NYC I will check Joanne into a motel in New Jersey where I can monitor.  An agent will be assigned to her and will escort her to
all of her appointments.  I will invoice you for those hours next week, those hours will be billed at $75 per hour.

1

I will continue to keep a positive mind and hope this will help get Joanne on track.

Thanks

Esaun Pinto VP CPI Investigations

-----Original Message-----
From: cherie wrigley <cheriewrigley@yahoo.com>
To: esaungpinto <esaungpinto@aol.com>
Sent: Thu, Apr 11, 2013 7:19 pm
Subject: joanne