Case 1:16-cv-00430-CBA-ST Document 88-6 Filed 02/22/21 Page 1 of 4 PageID #: 1327



Robert Fantone <robert@law-mf.com>

## Fwd: Joanne
1 message

**Esaun Pinto** <esaungpinto@aol.com>  
To: robert@law-mf.com

Tue, May 7, 2019 at 1:42 PM

-----Original Message-----
From: Bernard Black <bblack@kellogg.northwestern.edu>
To: cherie wrigley <cheriewrigley@yahoo.com>
Cc: esaungpinto@aol.com <esaungpinto@aol.com>; Anthony J. Dain <ajd@procopio.com>; Dorothy Dain <dorothydain@yahoo.com>
Sent: Thu, Apr 25, 2013 2:42 pm
Subject: RE: Joanne

Cherie (Esaun not cc'd): Cherie: Happy to keep you in the loop.

But I'm a lawyer.


Money for Joanne should, at this point, be distributed under the Joanne Trust, in accordance with the terms of the Truswt

Tony is the sole trustee. I am very uncomfortable doing much more without his active participation.

I sent him forms to add me as a co-trustee, but that has not yet happened.


As executor, it is not clear that I have the power to spend even the amounts I've already spent.

We cannot continue to spend massive amounts of money, outside the trust and arguably outside my power as executor.

The minimum I absolutely have to do – is slow down the flow.

Otherwise, I will soon have to shut it down completely before too much longer, because I personally won't take the risk of doing otherwise.

Until Tony is engaged, we MUST slow down the flow of funds.

I have been saying this, but I am not being heard, and Tony is still not responding.


You are also wrong about their being $25k/month available for Joanne, even if the need were properly documented, and the spending were properly approved. That far exceeds a prudent spending rate. And that is part of why I am worried about liability.

Bernie



EXHIBIT  
Pinto 36  
5/8/19 AS

*************************************************************
Bernard S. Black

PINTO EDNY 00006

Chabraja Professor, Northwestern University

Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at: http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** cherie wrigley [mailto:cheriewrigley@yahoo.com]
**Sent:** Thursday, April 25, 2013 1:33 PM
**To:** Bernard Black
**Cc:** esaungpinto@aol.com; Anthony J. Dain; Dorothy Dain
**Subject:** Fw: Joanne

Bernie,

This is not completely acceptable to me. I have compassion for your busy lifestyle but my heart lies with Joanne's best interest. I did the best I could and tried to keep you in the loop. The Estate has more than enough money to cover these expenses and I am sure my brother will agree to any of the decisions I have made on Joanne's behalf.

Joanne knows and trusts Esaun. As I told you in previous e-mails two psychiatrists as well as Dr.Shirke thought the plan was a great one. Esaun and his team have worked wonders with Joanne. There are at least 20 things I could list that a psych hospital was unable to do in months that he has accomplished in a week & 1/2 Ex. Take off her many layers of clothing, bathe, bandages off her face, calm her, make her happy and safe. In every hospital setting Joanne becomes EXTREMELY agitated is forced to go on much more medication than is helpful, becomes depressed and catatonic and many times curls up on the floor in her OWN URINE AND FECES.

This is a BETTER alternative for the moment!!

There is definitely a conflict of interest for you regarding the money. We can negotiate and Esaun will be happy to call you. As far as I am concerned Joanne should be running HER SHOW> I understood that she had about $25,000 a month that was to be distributed to her UNDER SOMEONE'S care.

You and Esaun can decide how you want to handle that. I also trust Esaun to help you handle the workman's comp. situation.

PINTO EDNY 00007

I WORKED TOO HARD THIS LAST YEAR HELPING JOANNE TO BE KEPT OUT OF THE LOOP!

Cherie

----- Forwarded Message -----
**From:** "esaungpinto@aol.com" <esaungpinto@aol.com>
**To:** cheriewrigley@yahoo.com
**Sent:** Thursday, April 25, 2013 6:24 AM
**Subject:** Fw: Joanne

Sent via DroidX2 on Verizon Wireless™

-----Original message-----

**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** "esaungpinto@aol.com" <esaungpinto@aol.com>
**Cc:** Dorothy Dain <dorothydain@yahoo.com>
**Sent:** Thu, Apr 25, 2013 11:36:18 GMT+00:00
**Subject:** RE: Joanne

Mr. Pinto: I tried to leave my cousin, Cherie Wrigley, in charge of your efforts, but can no longer do so.

Every cost estimate she has provided to me has been immediately exceeded, by a large amount.

I was told $5k

Then told, a few thousand more.

Then another $10k.

Now I have your bill for a total of $30k, with ongoing daily cost far above what my mother's estate can sustain in more than the very short term.

Also, I am only the executor, not the trustee for Joanne, and the trustee, my cousin Anthony Dain, has been uninvolved. Charges of this level should be approved by him, not me.

I will pay charges incurred to date.

But I simply cannot operate this way going forward.

Going forward, I need an estimate in advance.

And we need to bring the daily run rate down, and way down.

Can we arrange a time to talk please.

I will be in my office today at 312-503-2784.

PINTO EDNY 00008

Thank you,

Bernie Black

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bernard S. Black

Chabraja Professor, Northwestern University Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel:  law:  312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at:  http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, April 09, 2013 4:39 PM
**To:** Bernard Black
**Subject:** Joanne

Hello Mr. Black

This is investigator Esaun Pinto.  I would like to travel to Denver this weekend and attempt to get Joanne help.  After opening conversation with her again I seem to have gained her trust.  She has provided information about her current condition with the promise of seeing me again.  I would like to document her daily activities for a couple of days before meeting her.  This will allow me to have someone intelligence which will be necessary to sort through her many stories.  Once contact is made it may take a few days to gain her complete trust but I think ultimately we will be successful in getting her treatment.

I will need a client aggreement from you detailing my efforts as well as a $5k retainer.  I will cover the travel expenses will the retainer and bill you for time and any additional  expenses.

Esaun Pinto
CPI Investigations
50 W17 th St.
NY, NY 10011
2128223424 office
6468084169 cell
esaungpinto@aol.com

Sent via DroidX2 on Verizon Wireless™

PINTO EDNY 00009