Friday, January 30, 2015 at 2:42:41 PM Eastern Standard Time

**Subject:** RE: Joanne
**Date:** Thursday, April 25, 2013 at 5:36:13 AM Eastern Daylight Time
**From:** Bernard Black
**To:** 'esaungpinto@aol.com'
**CC:** 'Dorothy Dain'

Mr. Pinto: I tried to leave my cousin, Cherie Wrigley, in charge of your efforts, but can no longer do so. Every cost estimate she has provided to me has been immediately exceeded, by a large amount.
I was told $5k
Then told, a few thousand more.
Then another $10k.
Now I have your bill for a total of $30k, with ongoing daily cost far above what my mother's estate can sustain in more than the very short term.

Also, I am only the executor, not the trustee for Joanne, and the trustee, my cousin Anthony Dain, has been uninvolved. Charges of this level should be approved by him, not me.

I will pay charges incurred to date.
But I simply cannot operate this way going forward.
Going forward, I need an estimate in advance.
And we need to bring the daily run rate down, and way down.

Can we arrange a time to talk please.
I will be in my office today at 312-503-2784.

Thank you,

Bernie Black

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bernard S. Black
Chabraja Professor, Northwestern University Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955
papers on SSRN at: http://ssrn.com/author=16042
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, April 09, 2013 4:39 PM
**To:** Bernard Black
**Subject:** Joanne

EXHIBIT
Pinto 31
5/8/19 AS

Hello Mr. Black

This is investigator Esaun Pinto. I would like to travel to Denver this weekend and attempt to get Joanne help. After opening conversation with her again I seem to have gained her trust. She has provided information about her current condition with the promise of seeing me again. I would like to document her daily activities for a couple of days before meeting her. This will allow me to have someone intelligence which will be necessary to sort through her many stories. Once contact is made it may take a few days to gain her complete trust

but I think ultimately we will be successful in getting her treatment.

I will need a client aggreement from you detailing my efforts as well as a $5k retainer. I will cover the travel expenses will the retainer and bill you for time and any additional expenses.

Esaun Pinto
CPI Investigations
50 W17 th St.
NY, NY 10011
2128223424 office
6468084169 cell
esaungpinto@aol.com

*Sent via DroidX2 on Verizon Wireless™*