

Robert Fantone <robert@law-mf.com>

## Fwd: Joanne
1 message

**Esaun Pinto** <esaungpinto@aol.com>  Tue, May 7, 2019 at 1:36 PM
To: robert@law-mf.com

-----Original Message-----
From: esaungpinto@aol.com <esaungpinto@aol.com>
To: Bernard Black <bblack@kellogg.northwestern.edu>
Sent: Thu, May 16, 2013 12:23 pm
Subject: RE: Joanne

I am trying to work with you the best I can. Let's try 5k a week, this will drastically reduce the expense without compromising our efforts. Please keep in mind that I haven't invoiced for any of the hours that I personally sent with Joanne and will continue to do so. The only other expense will be her living cost, hotel, food, etc.

I will like to have the invoice covered by the month with her expenses covered at the end of each week. Hopefully this works for everyone.

Sent via DroidX2 on Verizon Wireless™

-----Original message-----

> **From:** Bernard Black <bblack@kellogg.northwestern.edu>
> **To:** cherie wrigley <cheriewrigley@yahoo.com>
> **Cc:** "esaungpinto@aol.com" <esaungpinto@aol.com>, "Anthony J. Dain" <ajd@procopio.com>
> **Sent:** Wed, May 15, 2013 12:33:37 GMT+00:00
> **Subject:** RE: Joanne

Let me propose a target: I think if we can get from the current $7k/week down to $4k, we will still not be at a sustainable rate, but we will be at a level where I can be a lot more patient, and if this takes 6 months to play out, so be it.

Bernie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bernard S. Black
Chabraja Professor, Northwestern University

Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

EXHIBIT
Pinto 38
5/8/19 AS

PINTO EDNY 000026

papers on SSRN at: http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** cherie wrigley [mailto:cheriewrigley@yahoo.com]
**Sent:** Tuesday, May 14, 2013 2:17 PM
**To:** Bernard Black
**Cc:** esaungpinto@aol.com; Anthony J. Dain
**Subject:** Joanne

Bernie,

I understand your concern and frustrations. Esaun and his team have worked miracles with Joanne. These costs are not meant to be ongoing. Give it a little more time. Your mom is not around anymore to handle Joanne on a hourly/daily/weekly basis. Hopefully they will convince her to take her meds and become more self sufficient. The services Esaun and his team are providing are far more than BABYSITTING!!!! REALLY!!!! WHAT AN INSULT!!

It's amazing that I was able to find anyone to help me work with such a difficult patient. I continue to put in days and days of FREE HOURS for Joanne. Ernie Domingoes was supposed to be paid an hourly wage but no one would put up with her obsessive questions and calling.

If the Fidelity money is NOT in place before you leave for Israel I will use a line of credit that I have. I will NOT ALLOW JOANNE TO REGRESS!!!!

---

**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** Esaun Pinto <esaungpinto@aol.com>
**Cc:** "cherie wrigley (cheriewrigley@yahoo.com)" <cheriewrigley@yahoo.com>
**Sent:** Tuesday, May 14, 2013 11:40 AM
**Subject:** RE: RE:

That's a crucial step . . .

We have to get there.

$25/hour we can support for a good number of hours; $75 we can't.

We can have visits by fancier people, but the "babysitting" cost needs to come down.

Bernie

PINTO EDNY 000027

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bernard S. Black

Chabraja Professor, Northwestern University

Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at: http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** Esaun Pinto [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, May 14, 2013 1:37 PM
**To:** Bernard Black
**Subject:** Re: RE:

I have attempted to use other agents who demand a lower wage but it hasn't worked out. Joanne seems to be comfortable with the current guys however I will continue to introduce new agents. Hopefully I will find an agent that allow me to lower the rate. Doing the best I can. Thanks again.

-----Original Message-----
From: bblack@kellogg.northwestern.edu
To: Esaun Pinto
Sent: Tue, May 14, 2013 9:22 am
Subject: RE:

The key is bringing down hourly cost,

Bernie



Bernie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bernard S. Black

Chabraja Professor, Northwestern University

Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel:   law:   312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at:   http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PINTO EDNY 000028

-----Original Message-----
From: Esaun Pinto [mailto:esaungpinto@aol.com]
Sent: Tuesday, May 14, 2013 12:16 PM
To: Bernard Black
Subject:

Bernard, I apoligize for the delay but hopefully you have recieved the new invoice which reflects the reduction of hours. We have cut the amount of hours to 12 per day this has drastically lowered the bill.
Last weeks invoice is approximately $7000. As I continue to gain Joanne's trust I hope to reduce the amount of hours necessary. Our goal is to get Joanne help and we have had conversations about it. Joanne is happier, healthier and safe. She only travels with myself or a member of my team. We are communicating with each other better and resolving each disagreement has built trust. I hope we can continue our effort, we have made so much progress. Joanne is doing so much better, I would hate for her to end up living in the conditions in which I found her.

The next few invoices should look very similar to last weeks and I estimate that it should be approximately $ 28k to $30k for the next month. Again I will do my best to continue reducing the hours without compromising Joannes safety. I understand that this cannot go on forever at this expense but hope we are afforded the ability to complete the job.

Again I would like to thank you for the opportunity and want to see Joanne living a good life.