

Robert Fantone <robert@law-mf.com>

## Fwd: bills received
1 message

**Esaun Pinto** <esaungpinto@aol.com>  
To: robert@law-mf.com

Tue, May 7, 2019 at 1:32 PM

-----Original Message-----  
From: Bernard Black <bblack@kellogg.northwestern.edu>  
To: esaungpinto@aol.com <esaungpinto@aol.com>  
Cc: cherie wrigley (cheriewrigley@yahoo.com) <cheriewrigley@yahoo.com>  
Sent: Sun, Jun 2, 2013 11:25 am  
Subject: RE: bills received

Esaun: I understand that you are frustrated. I am frustrated too. I am trying not to micromanage. But for me, this is major major spending. I have never in my life spent anywhere near this amount of money with so little documentation. At my regular job, I can't get reimbursed for $25 without providing a receipt. That's the world I live in.

I am also acting as a fiduciary. In that capacity, I simply *cannot* spend funds without adequate documentation.

Unless you can promise me that Joanne will never ever hire a lawyer to sue me for spending her trust money in foolish ways (and you can't), I need to be careful.

If I understand your proposal, you propose to treat the "excess" withdrawals as payment for the week ending June 3.

I have reflected that in the attached spreadsheet. With that assumption, I owe you net $1,185 through the week ending June 3.

I can pay you, through June 10, when I am back in the United States [I am currently out of the country.]

Given the current uncertainty, I am not sure it makes sense to pay a month in advance, but will be happy to pay a week in advance when I get back.

Going forward, for however long the current plan lasts, we still need to agree on a daily "run rate" for undocumented Joanne-related expenses. What do you propose? [$500/week?]

[I am not trying to directly manage what you do, I am letting Cherie take the lead on that. I spoke to her recently; her view is that Joanne is not doing well, and we may have to let her/arrange for her to be hospitalized. I concur. The only thing that has ever produced improvement in the past is hospitalization for long enough for medication to take hold. That was part of why I was trying to limit spending – it was always my view that your and Cherie's approach was a long shot, given what I know of Joanne's history.]

Bernie

**EXHIBIT**  
Pinto 40  
5/8/19 AS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PINTO EDNY 000045

Bernard S. Black

Chabraja Professor, Northwestern University Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at: http://ssrn.com/author=16042

*************************************************************

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Friday, May 31, 2013 7:40 AM
**To:** Bernard Black
**Subject:** RE: bills received

I have made withdrawals to cover a lot of things including money that was laid out by me to cover late invoices, gas, tolls, motels, food, damages, clothes and anything else that happen. Now I'm at the end of another week waiting to be covered. I agreed to the discounted flat rate if paid by the month so we wouldn't have to do this dance every week. I speak with Cherie almost daily about Joanne and she is kept aware but only hear from you to debate fees and invoices. Let us have the withdrawals that you are concerned about cover this week (5/27 to 6/3).

Sent via DroidX2 on Verizon Wireless™


-----Original message-----

**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** "esaungpinto@aol.com" <esaungpinto@aol.com>
**Cc:** "cherie wrigley (cheriewrigley@yahoo.com)" <cheriewrigley@yahoo.com>
**Sent:** Fri, May 31, 2013 09:45:02 GMT+00:00
**Subject:** RE: bills received

Esaun: The pattern of withdrawals from Chase is not consistent with use of these funds solely for incidental expenses.

The [amount withdrawn] – [amount credited] is $1,770 for the first 3 weeks.

This is a sensible amount.


However, for the next three weeks the uncredited withdrawals are $4,500, including $2,300 in a single week (week ending May 13). See updated list below, through May 30. Then another $1,000 this week so far.

This is not a plausible run rate.

Withdrawals of $500 on nearly successive days, [for example May 21, 23, 24] are also not consistent with incidental expenses.

I suspect that you are using the withdrawals, at a minimum, to pay for motel – is this right?


Perhaps, if it is too much trouble to keep track of daily expenses, we can agree on a "run" rate, and you can apply this to give me appropriate credit for the full period.

Bernie

[Cherie sent me an email yesterday, asking that I call about Joanne. I am in Israel but will do so soon. At this point, I do not know the reason for her request.]

****************************************************************

Bernard S. Black

Chabraja Professor, Northwestern University Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at: http://ssrn.com/author=16042

****************************************************************

---

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Sunday, May 26, 2013 11:26 AM
**To:** Bernard Black
**Subject:** Re: bills received

I have a commitment from Joanne to attend a group therapy session with me this week. I am working with Cherie to find a group that hopefully be helpful without scaring her away. We believe that this is a major step for Joanne and I am doing all I can to continue gaining her trust.

I forgot to answer your question about the motel. There was couple of weeks that I had to remove Joanne from her motel and relocate her. On those weeks there maybe more than one motel charged on the invoice.

Unless there are any unexpected expenses each invoice from this point should look like the the invoice ending 5/27/2013.

Sent via DroidX2 on Verizon Wireless™


-----Original message-----

**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** "esaungpinto@aol.com" <esaungpinto@aol.com>
**Cc:** "cherie wrigley (cheriewrigley@yahoo.com)" <cheriewrigley@yahoo.com>
**Sent:** Sun, May 26, 2013 15:32:44 GMT+00:00
**Subject:** bills received

Esaun: Thank you

Some questions:

1.   There is a apparent $2,000 error in the first bill (thru April 20), you did not subtract $2,000 that you show as withdrawn from Joanne's chase account.

2.   More significantly, I show $12,270 in withdrawals from Joanne's account through today, but your bills show only $7,500 (this includes the $2,000 shown on the first bill but not subtracted from amount due). A couple of these

PINTO EDNY 000047

withdrawals are new, but most are older, and it appears that you just did not record them.

I show for week 1:

$1,300 on April 15

$400 on April 16

$300 on April 17

$500 on April 18

$450 on April 19

Total $2,950 for the first bill through April 20 (you show $2,000 [but as noted above, did not give credit for this]


$1,000 on April 22

$500 on April 25

$500 on April 26

$420 on April 29

Total $2,420 for the bill through April 29 (you show $2,500)


$450 on April 30

$450 on May 2

$500 on May 3

$500 on May 4

$500 on May 6

$500 on May 7
Total $2,900 for the bill through May 7 (you show $2,000)


$500 on May 8

$500 on May 9

$500 on May 10

$800 on May 13

Total $2,300 for the bill through May 13 (you show $0)


$200 on May 15

$500 on May 16

$500 on May 17

$500 on May 20

Total $1,700 for the bill through May 20 (you show $1,000)

$500 on May 21

$500 on May 23

$500 on May 24

$1,500 for the bill through May 27 (you show $0)

$500 on May 28

$500 on May 29 [only checked through May 30]

$1,000 for the bill through June 3 (you show $0)

I attach a revised "servicelist.xls" spreadsheet, in which I added these amounts ($2,000 + $12,270 - $7,500 = $6,770) to the amounts paid, to reach a revised total payments of $84,770, against billings to date (less Chase withdrawals which you credited to us) of $79,185.

This leaves me with a positive balance through May 27 of $84,770 - $79,185 = $5,585.

Then two smaller questions:

What is the $500 car return penalty (return to Atlanta GA) about?

For week ending May 13, there are two motel charges – what happened that week?

Bernie Black

*******************************************************

Bernard S. Black

Chabraja Professor, Northwestern University Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel:  law:  312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at:  http://ssrn.com/author=16042

*******************************************************

Service list1-2013-0602-bb.xlsx
17K

PINTO EDNY 000050

# Services List

CPI INVESTIGATIONS, 50 West 17th Street, New York, NY 10011 Phone: [646-808-4169]

| Service Date | Amount Billed | Payments Received Date | Payment Amount | Chase withdrawals, not cre | Column1 |
|---|---|---|---|---|---|
| 4/10 - 4/22 | $36,325.00 | 19-Apr-13 | $20,000.00 | 2,950 | |
| 29-Apr-13 | $11,660.00 | 26-Apr-13 | $15,000.00 | -50 | |
| 7-May-13 | $11,400.00 | 30-Apr-13 | $25,000.00 | 900 | |
| 13-May-13 | $7,700.00 | | | 2300 | |
| 20-May-13 | $6,300.00 | 20-May-13 | $18,000.00 | 700 | |
| 27-May-13 | $5,800.00 | | | 1500 | |
| 6/3/13 | $5,800.00 | | $5,800.00 | 1000 | thru 5.29 |

| | Total Invoiced | | Total Received | | |
|---|---|---|---|---|---|
| | $84,985.00 | | $83,800.00 | | |
| | Chase withdrawals shown on first bill, not credited | | $2,000.00 | | |
| | | credited partially above as payment for week ending June 3 | | $9,270.00 | |

Note: These numbers do not reflect Joanne's daily expenses (food, clothing, etc.) or other daily operating expenses (gas, tolls, etc.). Joanne spends approximately $30 per day and our operating cost is approximately $40 per day. Additionally, I have not billed for any of the hours that I have spent with her.