

Robert Fantone <robert@law-mf.com>

## Fwd: JB INVOICE 61913
1 message

**Esaun Pinto** <esaungpinto@aol.com>  
To: robert@law-mf.com

Tue, May 7, 2019 at 1:31 PM

-----Original Message-----
From: Bernard Black <bblack@kellogg.northwestern.edu>
To: 'Esaun Pinto' <esaungpinto@aol.com>; cheriewrigley@yahoo.com <cheriewrigley@yahoo.com>
Sent: Tue, Jul 2, 2013 11:47 am
Subject: RE: JB INVOICE 61913

Esaun: I've been speaking to Cherie about Joanne's progress, or regress.

At this point I do not understand the basis for your most recent bill to cover a period prior to June 3, a period for which you have already billed. Cherie told me repeatedly during this period that you were billing for the time of others, but not for your own time. As you know, I was very concerned about weekly cash burn. Over time, we reached an agreement on a burn rate of $5,000 per week. I took that to be a total, not an amount to which you would later add $2-3,000 per week for your own time.

In all honesty, I believed throughout that Joanne needed to crash and be hospitalized, before we would see lasting positive results. That is part of why I was not happy with high weekly charges. I thought there was a high probability that this would only delay the need for her to crash badly enough to be hospitalized. I was willing to try, but it was always important for me to limit the amount of cash we spent on an effort which I though was not likely to succeed. In hindsight, my worries proved to be correct.

I will pay your latest bill from June 3 forward, adjusted for any under- or overpayment prior to that.

I continue to be frustrated by the lack of an integrated bill showing all expenses and payments. The attached spreadsheet is my best effort, after substantial effort, to build such a bill, relying on your statements for specific weeks and your most recent statement. My records show payment of $94,900.00 and billing of $90,776, for net overpayment of $4,214. This is for bills through June 24.

If my records are not correct, please advise me.

Cherie advises me that you will be able to document some additional expenses during that period, and I'm willing to consider that, if you provide me with details.

Otherwise, I consider the period from inception through June 24 to be closed.

Bernie Black

EXHIBIT
Pinto 42
5/8/19 AS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PINTO EDNY 000053

Bernard S. Black

Chabraja Professor, Northwestern University Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel:  law:  312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at:  http://ssrn.com/author=16042

*************************************************************

**From:** Esaun Pinto [mailto:esaungpinto@aol.com]
**Sent:** Thursday, June 20, 2013 1:56 PM
**To:** cheriewrigley@yahoo.com
**Cc:** Bernard Black
**Subject:** Fwd: JB INVOICE 61913


I would like to report that Joanne is doing well and I have regained her trust. Watching her hit rock bottom was heartbreaking but we are thankful that she was not hurt or injured.  We have video of the event and will forward it to you.  Joanne is currently hospitalized at Meadowview Medical Center.  She has requested my presence at her group therapy meetings which take place each Monday and Wednesday.  I have met with her team leader, Beatrice who also believes it will be helpful if I attend.  I will keep you posted as to her progress. During each visit I am asked by Joanne to purchase different things for her. I will keep a better record of those items and add them to each invoice along with the $20 I give her for phone calls.  If possible I would like this current invoice paid as soon as possible. I need to travel on a family emergency and need to close this quarter before I leave. I have made Joanne aware of my travel plans and intend on meeting with her next Wednesday.


Thanks

-----Original Message-----
From: Pintopeggy <pintopeggy@aol.com>
To: esaungpinto <esaungpinto@aol.com>
Sent: Wed, Jun 19, 2013 10:37 pm
Subject: JB INVOICE 61913

📎 **Service list1-2013-0702-bb.xlsx**
18K

PINTO EDNY 000054

# Services List

CPI INVESTIGATIONS, 50 West 17th Street, New York, NY 10011 Phone: [646-808-4169]

| Service Date | Amount Billed | Payments Received Date | Payment Amount | Chase withdrawals, not cre | Column1 |
|---|---|---|---|---|---|
| 4/10 - 4/22 | $36,325.00 | 19-Apr-13 | $20,000.00 | 2,950 | |
| 29-Apr-13 | $11,660.00 | 4/26/2013 (from Cherie) | $15,000.00 | -80 | |
| 7-May-13 | $11,400.00 | 30-Apr-13 | $25,000.00 | 900 | |
| 13-May-13 | $7,700.00 | | | 2300 | |
| 20-May-13 | $6,300.00 | 20-May-13 | $18,000.00 | 700 | |
| 27-May-13 | $5,800.00 | | | 1500 | |
| 6/3/13 | $5,800.00 | partial credit for daily withdrawals, per Esaun email | $5,800.00 | 1000 | |
| | | payment by Cherie (exact date not known) | $5,000.00 | | |
| | | credited partially above as payment for week ending June 3 | | $9,270.00 | |
| Total Invoiced | $84,985.00 | Total Paid | $88,800.00 | | |
| | | Net due | | -$3,815.00 | |
| Esaun personal time | From separate bill | | | | |
| June 3-10 | $3,352.00 | payment by Cherie (around June 25) | $5,000.00 | | |
| June 10-17 | $913.00 | | $600.00 | from Chase account | |
| June 17-24 | $1,526.00 | | $500.00 | | |
| | | | | | |
| New total invoiced | $90,776.00 | New total paid | $94,900.00 | | |
| | | Net due | | -$4,124.00 | |

Note: These numbers do not reflect Joanne's daily expenses (food, clothing, etc.) or other daily operating expenses (gas, tolls, etc.). Joanne spends approximately $30 per day and our operating cost is approximately $40 per day. Additionally I have not billed for any of the hours that I have spent with her.