

Robert Fantone <robert@law-mf.com>

## Fwd: JB INV 70913
1 message

**Esaun Pinto** <esaungpinto@aol.com>     Tue, May 7, 2019 at 1:29 PM
To: robert@law-mf.com

-----Original Message-----
From: Bernard Black <bblack@kellogg.northwestern.edu>
To: Esaun Pinto <esaungpinto@aol.com>
Cc: cheriewrigley@yahoo.com <cheriewrigley@yahoo.com>
Sent: Wed, Jul 17, 2013 1:54 pm
Subject: RE: JB INV 70913

Esaun: I spoke with Cherie today, and she confirmed what you told me.

I sent today a check for $15,000, which should roughly cover through the next two weeks.

To confirm, you should make all future billing agreements with me., and only me.


Some comments: (i) we should decide what to do with Joanne's clothes at the Denver motel.

You can have them sent to me at 2829 Sheridan Place, Evanston IL, 60201.

I will add them to the large collection of her clothes I already have.


(ii) I am puzzled by $100/week for gas; this seems implausibly high. Is it meant to cover other things as well?


Bernie


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bernard S. Black
Chabraja Professor, Northwestern University

Law School and Kellogg School of Management

375 East Chicago Ave., Chicago IL 60611

bblack@northwestern.edu

tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955

papers on SSRN at: http://ssrn.com/author=16042

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



EXHIBIT
Pinto 45
5/8/19 AS

**From:** Esaun Pinto [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, July 09, 2013 2:00 AM
**To:** Bernard Black
**Cc:** cheriewrigley@yahoo.com
**Subject:** Fwd: JB INV 70913

PINTO EDNY 000065

Hey Mr. Black

I have reviewed your spreadsheet and finally figured out what you have done. Your numbers are wrong.

You have only accounted for my time from June 3rd. I made it very clear at the start of this case that I would be

charging for my time throughout. The only reason that my hours were not on the invoices after we returned from Denver is because the invoices were large due to the man hours we provided so I made that agreement with Cherie. I have been asked to handle this case like any other case that comes across my desk but this isn't a normal case. I usually work off a retainer, being paid in advance so waiting for payment is very uncomfortable for me. The hours that you are attempting to eliminate I already worked. I have been above board with you and Cherie every step of the way. My hourly rate was excepted at the very being and I made sure to check and double check with my contact person (Cherie) before I made any moves. My attempts to communicate with you were met with some difficulties so I continued to correspond with Cherie and she has been wonderful. I have tried and will continue to try and provide you with any information you require, updates on Joanne's health, etc. As far as itemized invoices, what I have provided for you is what I provide for each of my clients. Cherie has explained some your frustrations with the billing and if receipts are what you need I will provide them moving forward.

I am very proud of the job that my team and I have done. We removed Joanne from very horrible living conditions in Denver and got her to New York safely. Provided her with protection while here and I was able to rebuild a bond with her that will enable her family monitor her from different regions of the country. Joanne and I are in a good place again. She has approved my attendance at her team therapy sessions. I met with her team and staff and they also have suggested that it maybe helpful if I attend.

I would like to possibly come up with a more livable rate moving forward. I also would like to be paid at least 2 weeks in advance to eliminate any confusion. The weekly visit will remain the same unless she is moved to a new facility.

Her doctors have assured me that she will not be released anytime soon but will need to be transferred to a long term care hospital. Please let me know your thoughts.

So here it goes

11,582   April 29th - June 3rd (see previous invoice for Esaun hours)

-3,000   Chase withdrawals June 24th - July 8th

———

8,582

4,124   previous balance (credit)

———

4,458

4,978   invoice July 1st - July 15th (see attachment)

———

9,436

  800   Denver motel June 3rd - July 1st

———

10,236   Total Balance Owed

These are my numbers. Please know that I am a fair man running a fair business. I make sure to make my clients

PINTO-EDNY-000066

aware of my fees at the very beginning before any money changes hand.

Thanks

-----Original Message-----
From: Pintopeggy <pintopeggy@aol.com>
To: esaungpinto <esaungpinto@aol.com>
Sent: Mon, Jul 8, 2013 10:54 pm
Subject: JB INV 70913

PINTO EDNY 000067

# CPI INVESTIGATIONS

# INVOICE

50 West 17th Street
New York, NY 10011                (212)822-3424

Client:
Cherie Wrigley

INVOICE NUMBER : 70913
INVOICE DATE : May 7, 2019

Subject:
Joanne Black

Sales Tax Rate:   0.00%

| HOURS | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | **Protection Service for Joanne Black** |  |  |
| 15 | July 1st, through July 8th | 150.00 | 2,250.00 |
| 15 | July 8th, through July 15th | 150.00 | 2,250.00 |
|  | Gas for the weeks of July 1 & July 8: $100 per wk | 200.00 | 200.00 |
|  | Denver Motel - 2 weeks for storage of JB's belonging |  | 100.00 |
|  | Toll for trips: $39 per wk |  | 78.00 |
|  | JB shopping |  | 100.00 |

**Balance: AS OF July 8, 2013**

| | |
|---|---|
| SUBTOTAL | 4,978.00 |
| TAX |  |
| TOTAL | $4,978.00 |

MAKE ALL CHECKS PAYABLE TO:
CPI INVESTIGATIONS

**DIRECT ALL INQUIRIES TO:**
Esaun Pinto
(212)822-3424
email: esaungpinto@aol.com

Attn: Esaun Pinto
50 West 17th Street, 8th Floor
New York, NY 10011

*'OU FOR YOUR BUSINESS!*

PINTO EDNY 000088