**Bernard Black**

| | |
|---|---|
| **From:** | cherie wrigley <cheriewrigley@yahoo.com> |
| **Sent:** | Friday, June 12, 2015 5:35 PM |
| **To:** | Bernie Poskus; Patrick Thiessen |
| **Subject:** | Fw: Fwd: joannes invoices |
| **Attachments:** | Service_list1-2013-1117-bb.xlsx |

----- Forwarded Message -----
**From:** Esaun Pinto <esaungpinto@aol.com>
**To:** cheriewrigley@yahoo.com
**Sent:** Tuesday, November 11, 2014 7:10 PM
**Subject:** Fwd: joannes invoices

-----Original Message-----
**From:** Bernard Black <bblack@kellogg.northwestern.edu>
**To:** Esaun Pinto <esaungpinto@aol.com>
**Cc:** cheriewrigley <cheriewrigley@yahoo.com>
**Sent:** Sun, Nov 17, 2013 3:01 pm
**Subject:** RE: joannes invoices

Esaun:  I will mail you a check for $5,213, representing full payment through the week of Nov 18.
Cherie and I think that once Joanne is moved, your visits can be cut back in frequency, initially to twice per week.
I understand from Cherie that you agree with this plan.

Let me add that it is not acceptable to me to receive a bill which does not reflect withdrawals of $1,665 from Joanne's account in October, in any way.  (I have not checked for withdrawals in November).  You need to bill more carefully than that.
We have had problems before with your not crediting me for those withdrawals.  I am unhappy that those problems continue.

Bernie Black

*****************************************************************
Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel:  law:  312-503-2784; Kellogg 847-491-5049; cell: 650-773-0955
papers on SSRN at:  http://ssrn.com/author=16042

*****************************************************************

**From:** Esaun Pinto [mailto:esaungpinto@aol.com]
**Sent:** Thursday, November 14, 2013 7:23 AM
**To:** Bernard Black



EXHIBIT
Pinto 11
5|8|19  AS

1

**Cc:** cheriewrigley@yahoo.com
**Subject:** joannes invoices

Hey Bernie

I am sending you the invoices from the beginning of September through December 1st.
I believe you have already covered the month of September and October. November has
not been paid for.

Joanne is well and she is scheduled to be transferred to South Shore Hospital of Staten Island
on Monday November 18th.  Today I will be meeting with her team at Meadow View to pick up her belongings
and make sure that she has what she needs for the move. I will also be presenting her with her birthday
gift.  She asked for a cosmetic kit by Cover Girl.

I also have an additional package of records from Meadow View that I will send out in the
next couple of days. If you have any questions or concerns please drop me a line.

Thanks