**Subject:** RE: Update and invoice info
**Date:** Wednesday, February 19, 2014 at 1:13:07 PM Eastern Standard Time
**From:** Bernard Black
**To:** 'Esaun Pinto'
**CC:** 'cheriewrigley@yahoo.com'

Esaun: Thank you for the detailed update.
I'm confident, unfortunately, that Joanne will need extended dental work, on top of everything else

Bernie

*************************************************

Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 847-807-9599
papers on SSRN at: http://ssrn.com/author=16042
*************************************************



EXHIBIT
Pinto 15
5/8/19 AS

**From:** Esaun Pinto [mailto:esaungpinto@aol.com]
**Sent:** Wednesday, February 19, 2014 12:12 PM
**To:** Bernard Black
**Cc:** cheriewrigley@yahoo.com
**Subject:** Update and invoice info

Hello Mr. Black

The past year has truly been a rewarding experience. Joanne is doing so much better since she has been receiving treatment.
She has come such a long way from when I picked her up in Denver. I have spent so much time with her over these months that
we have built a great bond based on trust. We have held ourselves accountable for our actions. We talk about her treatment, medication
she is taking, social groups that she participates in and therapy. When things are uncomfortable for her we have found ways
to work through them. Today Joanne admits to needing help and is appreciative of me being there and having someone go through the process
with her. She is involved in the process of her recovery contributing how she feels both mentally and physically.

We have had a few issue a long the way. Joanne suffered from flu like symptoms in January which delayed some of the changes the doctor want to make with her medication. During the month of January Joanne also went for a number of medical test. A sonogram test removed her delusion of
being pregnant but discovered a large blockage in her colon. Due to Joanne's lack of trust for doctors I worked hard to reassure her
that the results were accurate. The blockage caused additional problems, she became very constipated and began to strain to move her bowels.
The constant straining caused injury to her rectum. She is currently on medication for both the constipation and the issues with the rectal area.
The mammogram test showed that Joanne has some sort of mass in her breast which will require further testing. She is also taking medication
for issues involving her spine and back. The doctors and I are also concerned with the condition of her teeth and will address it in the next few weeks.
Joanne's diet has also been adjusted due to the concerns with the colon and her weight lose.

The doctors have developed a treatment plan for Joanne which involves social group therapy, counseling with therapist and medication.
The medication is adjusted each week with blood work taken bi-weekly to ensure the safety of the dosage.
Joanne will undergo a stress test next week
before the doctors increase the medication further.

Joanne is still holding on to some of her delusions where as others she has let go.  We have been successful with the pregnancy issue as well as
her need to be on medication.  However she is holding on to being married and having a need to return to Denver at some point. We are hopeful
that we will be able to bring up these issues in therapy and start to remove most of her delusions.

I am proud of her progress and I will continue to assist her through her journey of recovery.  I remind her everyday that the most important thing
is that we develop with the help of the doctors a treatment regime that she can live with so she will never have to return for help again.
I remain optimistic.

I have reduced my visits to twice a week on most weeks however sometimes things come up and I am needed. I think moving forward a flat rate may
be less of a hassle for both of us. A monthly rate to be paid at the start of the month. I purpose a rate of $8k per month. This should put you
in a more comfortable operating range. I will invoice on a monthly basis for your records and the only additional expense will be things needed for
Joanne, those things I will use the account for a list on the invoice. I would appreciate if a wire is sent to cover each invoice.

My records show that we were paid up to February 10th. I have withdrawn about $2k from the account from the start of the year to cover her storage
fee, winter coat and clothes, etc.  Her storage bill is paid for 6 months. To cover the remainder of February and the month of March the total of $12k will
be invoiced.  I will forward the invoice this evening.  Thanks again for trusting in me to care for Joanne.