Friday, January 30, 2015 at 2:56:59 PM Eastern Standard Time

**Subject:** RE: two important matters
**Date:** Tuesday, September 2, 2014 at 9:47:07 AM Eastern Daylight Time
**From:** Bernard Black
**To:** 'esaungpinto@aol.com'

Esaun: Thank you. I am sorry to surprise you with this.

Bernie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 847-807-9599
papers on SSRN at: http://ssrn.com/author=16042
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Tuesday, September 02, 2014 10:17 AM
**To:** Bernard Black
**Subject:** RE: two important matters

Got it. Call you later

Sent from my Verizon Wireless 4G LTE Smartphone

-------- Original message --------
From: Bernard Black
Date:09/02/2014 8:58 AM (GMT-05:00)
To: esaungpinto@aol.com
Subject: two important matters



Esaun: I write on two important issues.

First, I am obtaining very strong pushback from the Colorado court on approving your expenses for \*last\* year. I am trying to justify them as a one time emergency expense, but I have no similar justification for this year.

We are also at the start of a new month, September. For September and going forward, please reduce your billing to half of the prior level ($4k/month), and document all visits to Joanne – record your hours. I need \*both\* to bring your billing down and to be able to defend it to the Colorado court.

If, in your judgment, Joanne needs additional support, I will see if I can bring in a trained professional, to provide that support. That is more likely to be something that the court will approve.

Second, I believe that it is time for me to visit Joanne, if possible. Please discuss this with her. I will

be in New York in two weeks, that is a good target time.

We should discuss by phone developments with her, including the potential move to a half way house. If you can provide me with name and phone number for her therapist(s) at the hospital, I would be grateful. I am at 312-503-2784. I can call you this afternoon (Tuesday) if convenient, if you tell me when.

Thank you,

Bernie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel:  law:  312-503-2784; Kellogg 847-491-5049; cell: 847-807-9599
papers on SSRN at:  http://ssrn.com/author=16042
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*