Friday, January 30, 2015 at 2:59:23 PM Eastern Standard Time

**Subject:** Fw: Fwd: RE: termination of services (revised)
**Date:** Tuesday, September 30, 2014 at 6:48:19 PM Eastern Daylight Time
**From:** cherie wrigley
**To:** Bernard Black, Bernard Black
**CC:** Anthony J. Dain, esaungpinto@aol.com, Carl@denverprobatelaw.com

Bernie,
This is a far nicer note than Esaun EVER received from you in the 17 mos. since I hired him to be Joanne's personal helper. As far as advice from Carl.....w/out being RUDE...who cares?? By the way I called him this afternoon and left a message regarding some alleged improprieties on your part and let HIM know what kind of client he was involved with.
Your Cousin working on Joanne's behalf,
Cherie

On Tuesday, September 30, 2014 5:22 PM, "esaungpinto@aol.com" <esaungpinto@aol.com> wrote:


Sent from my Verizon Wireless 4G LTE Smartphone
<br><br> -------- Original message -------- From: <u>esaungpinto@aol.com</u>
Date:09/30/2014  8:22 PM  (GMT-05:00) To: Bernard Black <<u>bblack@kellogg.northwestern.edu</u>> Subject: RE: termination of services (revised) <br>
Bernard

I don't have any problems with communicating with you. I have tried to communicate with you throughout this process dating back to April of 2013. Only during the past 2 months have you corresponded with me. All of my communications have been with Cherie because you were unwilling to be involved. I will continue to assist Joanne and help her through the transitions. Your requests for information from me is against Joanne's wishes and I will not betray her trust. Furthermore I have requested a client agreement in writing from you over a year ago and without it I hold the position that Joanne is my client with Cherie managing her affairs. Again Cherie has been available to me for all the issues that have occurred during this process regarding Joanne's care.

If this form of communication is uncomfortable or impersonal please know that this is the form that I received from you for over a year.  Thanks


Sent from my Verizon Wireless 4G LTE Smartphone


-------- Original message --------
From: Bernard Black
Date:09/30/2014 3:04 PM (GMT-05:00)
To: esaungpinto@aol.com
Cc: Carl Glatstein , Bernard Black
Subject: termination of services (revised)

EXHIBIT
Pinto 25
5|8|19 AS

Esaun: I am sorry, but if you cannot communicate with me, and do so regularly (not after many attempts and a long delay) I cannot justify continuing to pay you. I am acting on advice of my Colorado counsel, Carl Glatstein (who is cc'd). Mr. Glatstein has advised me that, in my fiduciary capacities as financial conservator for Joanne, executor of the estate of Renata Black, and co-trustee of her trust accounts, I cannot in good conscience continue to pay for your services when you refuse to communicate openly with me.

Please consider your services to me as financial conservator for Joanne, executor of the estate of Renata Black, and co-trustee of her trust accounts, terminated, effective as of today, September 30, 2014.

Please refund the advance payment I made to you of $4,000 for October 2014. The check should be payable to "Bernard Black, executor", and mailed to me at 2829 Sheridan Place, Evanston IL 60201.

Please also refund any amounts you withdrew from Joanne's checking account for payment, beyond those listed as deductions in your bill for August 2014 (attached).

I will write separately with a list of withdrawals from Joanne's checking account, that I will need you to document and justify.

Bernie

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bernard S. Black
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
375 East Chicago Ave., Chicago IL 60611
bblack@northwestern.edu
tel: law: 312-503-2784; Kellogg 847-491-5049; cell: 847-807-9599
papers on SSRN at: http://ssrn.com/author=16042
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**From:** esaungpinto@aol.com [mailto:esaungpinto@aol.com]
**Sent:** Monday, September 29, 2014 1:00 PM
**To:** Bernard Black
**Subject:** RE: urgent request that you respond to me

Hello Bernard

I have received your messages both by phone and now email. Your visit with Joanne caused unnecessary anxiety and for now I will just continue to be supportive of her and

follow her wishes. Joanne's recovery is of upmost importance to me. I will wait to see what comes of the conflict between you, Cherie and Anthony. I have spoken with Ms. Young and Ms. Babcock about the issue of guardianship and believe there will be additional communications. I have been advised not to forward any information to you with consent from Joanne. Finally Joanne is not willing to see or speak with you at this time. I will continue to visit her at least twice a week and keep you updated as much as I can.

Sent from my Verizon Wireless 4G LTE Smartphone
-------- Original message --------
From: Bernard Black
Date:09/27/2014 10:04 PM (GMT-05:00)
To: esaungpinto@aol.com
Subject: urgent request that you respond to me

Esaun: I truly appreciate the efforts you have made for my sister, Joanne, and believe that you can play a valuable role with her in the future.

But you need to be in regular communication with me. I met with you and Joanne on Thursday Sept. 18. At that time, you and I decided that it would be useful for you, me, and Cherie Wrigley to meet while both Cherie and I were in New York. I reserved time for a meeting on Saturday afternoon.

Since then, I have repeatedly tried to reach you, without success, on matters which are time urgent, including my hope to visit Joanne again this week, either on Thursday or on Saturday. I do not know why.

I have tried to reach you by email:

> On Thursday Sept 18, after our meeting, with a list of items I asked you to reply to.
>
> Twice on Saturday Sept 20, with regard to a meeting with Cherie, to which I received a half-sentence email saying that there would be no meeting.
>
> Twice on Sunday Sept 21.

I have tried to reach you by phone:

> On Tuesday Sept 23.
>
> Three times on Wednesday Sept 24.
>
> On Thursday Sept 25.
>
> On Friday Sept 26.
>
> On Saturday Sept 27.

You have not answered my phone calls, you have not returned my phone calls, and you have not replied to my emails. I have not received any information from you, directly or indirectly, with regard to Joanne in more than a week. I have also asked you specific questions, that need a direct response from you, including ministerial question about the names and email addresses of people relevant for Joanne's care.

As financial conservator for Joanne and as trustee for her trust funds, I cannot continue pay you if you are not in regular communication with me. You have had significant problems in the past communicating directly with me. Your employment on behalf of Joanne cannot continue if you fail to maintain communication with me. I am available this weekend, both by phone at 847-807-9599, and by email. It is urgent that you resume regular communication with me.

Bernie

*******************************************************************

Bernard S. Black
bblack@northwestern.edu
Chabraja Professor, Northwestern University
Law School and Kellogg School of Management
Law School:  375 East Chicago Ave., Chicago IL 60611
Kellogg:  2001 Sheridan Road, Evanston IL 60208
tel:  law: 312-503-2784; Kellogg 847-491-5049; cell: 847-807-9599
papers on SSRN at:   http://ssrn.com/author=16042
*******************************************************************