# Exhibit C

## In the Matter Of:

## BLACK vs ANTHONY DAIN

1:16-cv-012389(CBA)(ST)

## BERNARD BLACK

*September 04, 2019*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                              Black

 2       UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NEW YORK
 3       --------------------------------x
         SARAH H. BLACK and
 4       KATHERINE BLACK, on
         behalf of her minor
 5       children D.B. and J.B.,

 6                      Plaintiffs,

 7         v.    Case No. 1:16-cv-012389(CBA)(ST)

 8       ANTHONY DAIN, CHERIE WRIGLEY,
         IRA SALZMAN, MELISSA COHENSON,
 9       BRIAN A. RAPHAN, P.C., PAMELA
         KERR, ESAUN G. PINTO, and
10       CPI INVESTIGATIONS,

11                      Defendants.
         --------------------------------x
12

13

14                     BERNARD BLACK

15                   New York, New York

16            Wednesday, September 4, 2019

17

18

19

20

21

22     Reported by:  Steven Neil Cohen, RPR

23     Job No. J4452747

24

25
```



```
 1                        Black
 2                   September 4, 2019
 3                       1:40 p.m.
 4
 5           Videotaped Deposition of BERNARD
 6   BLACK, taken by Defendants, pursuant to
 7   notice, at the offices of Esquire Deposition
 8   Solutions, 1384 Broadway, New York, New
 9   York, before Steven Neil Cohen, a Registered
10   Professional Reporter and Notary Public of
11   the State of New York.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
1                           Black
2                        APPEARANCES
3
4    WINGET, SPADAFORA & SCHWARTZBERG LLP
5    45 Broadway
6    New York, New York 10006
7              Attorneys for Defendant Ira
8              Salzman
9    BY:    HARRIS KATZ, ESQ.
10          (By teleconference)
11
12   HALLING & CAYO, ESQS.
13   320 E. Buffalo Street
14   Suite 700
15   Milwaukee, Wisconsin  53202
16             Attorneys for Plaintiffs
17   BY:    MICHAEL H. SCHAALMAN, ESQ.
18
19   SHARAN R. ABRAHAM, ESQ., PLLC
20   37 South Street
21   Roslyn Heights, New York 11577
22             Attorneys for Plaintiffs
23         (By Teleconference)
24
25
```



```
 1                         Black
 2   KENNEDYS CMK
 3   570 Lexington Avenue
 4   New York, New York 10022
 5           Attorneys for Defendants Melissa
 6           Cohenson and Brian A. Raphan,
 7           P.C.
 8   By:   HILARY SIMON, ESQ.
 9
10   ANTHONY DAIN, ESQ.
11   13272 Capstone Drive
12   San Diego, California 92120
13       Pro Se
14       (By Teleconference)
15
16   MANCILLA & FANTONE, LLP
17   260 Madison Avenue
18   New York, New York 10016
19           Attorneys for Defendant Cherie
20           Wrigley
21   BY:   ANDREW MANCILLA, ESQ.
22         ROBERT FANTONE, ESQ.
23
24   ALSO PRESENT:
25         Marcelo Rivera, Videographer
```



```
 1                        Black
 2           IT IS HEREBY STIPULATED AND
 3   AGREED, by and between counsel for the
 4   respective parties hereto, that the sealing
 5   and filing of the within deposition be
 6   waived; that such deposition may be signed
 7   and sworn to before any officer authorized
 8   to administer an oath; that all objections,
 9   except as to form are reserved to the time
10   of trial.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                         Black
 2        Q.    I am pretty sure you just did.
 3        A.    I am following counsel's advice.
 4        Q.    So you are refusing to answer?
 5        A.    On advice of counsel I am -- my
 6   answer is asked and answered.
 7        Q.    Did Esaun Pinto have access to the
 8   Chase Bank account statements for Joanne's
 9   accounts in 2013?
10        A.    I do not know.  I know that he had
11   access to the debit cards for her checking
12   accounts.
13        Q.    Did he have access in 2014 to the
14   Chase Bank statements?
15        A.    I do not know.  I know that he had
16   access to the debit cards for Joanne's
17   checking accounts.
18        Q.    Who did have access to the Chase
19   Bank statements for Joanne's accounts?
20        A.    For a Chase account into which I
21   was depositing money I had access and for
22   the Wells Fargo accounts I did not have
23   access and I would assume that Joanne if she
24   had internet access in the hospital, which I
25   do not know, would also have had access to
```



```
 1                       Black
 2    her own bank statements.
 3         Q.   Let me see if I can get
 4    clarification from that answer.
 5              Did anyone but you have access to
 6    the Chase account bank statements for Joanne
 7    Black?
 8         A.   I already said that I don't know
 9    whether Esaun had access or not and I
10    testified that I did have access.
11              Am I affirmatively aware that
12    someone else did have access no, I am not
13    affirmatively aware.
14         Q.   When did you gain access to her
15    Chase account statements for her accounts?
16         A.   I gained access following my
17    mother's death.
18         Q.   When?
19         A.   My mother died in May of 2012 so
20    sometime after May 1st of 2012.
21         Q.   About how long after your mother's
22    death did you gain access to Joanne Black's
23    bank account statements?
24         A.   I do not recall.
25         Q.   Was it approximately six months,
```



```
 1                       Black
 2   within the first six months?
 3        A.    It would have been within the
 4   first six months after my mother's death,
 5   yes.
 6        Q.    How did you do that?
 7        A.    I asked Chase for access as the
 8   executor of my mother's estate.
 9        Q.    And Chase gave you access to
10   Joanne Black's Chase account when you
11   represented to them that you were the
12   executor of Renata Black's estate?
13        A.    So I believe it was my mother's
14   account.  Look, this is 2012.  It is now
15   2019.  They -- if there was an account
16   titled in Joanne Black's name then I would
17   not have had access to that.
18              I believe that instead Joanne had
19   a debit card for an account that was in my
20   mother's name.  That is my recollection.
21        Q.    Okay.  How many Chase accounts did
22   you have access to that were in Joanne
23   Black's name?
24        A.    So, as I said, if this account was
25   in Joanne Black's name which is knowable but
```



```
 1                        Black
 2     I don't know it today then I would not have
 3     had access to that account.
 4              If the account was in Renata
 5     Black's name which is my best recollection
 6     then as executor I would have been able to
 7     ask Chase for access to the statements for
 8     that checking account.
 9         Q.    Okay.  So I am not asking you if.
10     I am asking you -- actually hold on.
11              MR. MANCILLA:  Should we just
12         put on the record that Anthony Dain
13         has joined?
14              THE COURT REPORTER:  Mr. Dain,
15         this is the court reporter.  Do you
16         want a copy of this transcript?
17              MR. DAIN:  No, I don't.
18              THE COURT REPORTER:  Thank you.
19     BY MR. MANCILLA:
20         Q.    I am not asking you if they were
21     in the name of Joanne Black.
22              I am asking how many accounts do
23     you recall that you had access to that were
24     in the name of Joanne Black?
25         A.    Asked and answered.
```

