

**South Beach Psychiatric Center**

ANDREW M. CUOMO
Governor

ANN MARIE T. SULLIVAN, M.D.
Commissioner

ROSANNE GAYLOR, M.D.
Executive Director

Anthony J. Lamberti
Attorney for Petitioner
900 South Avenue
Staten Island New York 10314

September 17, 2015
RE: Black Joanne
DOB: 11/14/56

Dear Mr. Lamberti,

In response to your request, please be advised that the Visitors Logs parts one and two are the only visitors logs for the Admission 11/18/13 to Discharge 10/28/14 for the above-named.

REDISCLOSURE STATEMENT:
This information has been disclosed to you from confidential records which are protected by state law. State law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for release of medical or other information is not sufficient authorization for further disclosure. Any unauthorized further disclosure would be in violation of state law and may result in a fine or jail sentence or both.

Very truly yours,

*Josephine Maldonado*
Josephine Maldonado
Correspondence Secretary



**South Beach Psychiatric Center**

ANDREW M. CUOMO
Governor

ANN MARIE T. SULLIVAN, M.D.
Commissioner

ROSANNE GAYLOR, M.D.
Executive Director

Anthony J Lamberti
Attorney for Petitioner
900 South Avenue
Staten Island, NY 10314

September 15, 2015
RE: Black Joanne
DOB: 11/14/56

Dear Mr. Lamberti,

In response to your request, enclosed is: Visitors Log for the above-named. Page one of two.

| Last Name | First Name | Check In | Check Out | PATIENT NAME | Unit/Location | Category |
|---|---|---|---|---|---|---|
| Pinto | Esaun | 5/22/2014 14:54 | 5/22/2014 16:12 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 5/27/2014 14:35 | 5/27/2014 15:59 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 5/29/2014 14:38 | 5/29/2014 15:49 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 6/7/2014 15:42 | 6/7/2014 16:09 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 6/11/2014 15:19 | 6/11/2014 15:41 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 6/23/2014 14:33 | 6/23/2014 15:48 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 6/30/2014 14:36 | 6/30/2014 15:26 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 7/3/2014 14:39 | 7/3/2014 16:38 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 7/8/2014 14:36 | 7/8/2014 15:09 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 7/9/2014 18:19 | 7/9/2014 19:46 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 7/9/2014 18:20 | 7/9/2014 19:46 | Black, Joanne | Baltic St | Family/Visi |
| Pinto | Esaun | 7/10/2014 14:58 | 7/10/2014 16:21 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 7/10/2014 14:59 | 7/10/2014 16:31 | Black, Joanne | Baltic St | Family/Visi |
| Buzzone | William | 7/11/2014 13:47 | 7/11/2014 14:07 | Black, Joanne | Baltic St | Family/Visi |
| Pinto | Esaun | 7/11/2014 14:26 | 7/11/2014 16:25 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 7/11/2014 14:27 | 7/11/2014 16:25 | Black, Joanne | Baltic St | Family/Visi |
| Pinto | Esaun | 7/12/2014 13:22 | 7/12/2014 21:28 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 7/12/2014 13:22 | 7/12/2014 14:52 | Black, Joanne | Baltic St | Family/Visi |
| Pinto | Esaun | 7/18/2014 14:52 | 7/18/2014 16:09 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 7/23/2014 14:26 | 7/23/2014 15:17 | Black, Joanne | Baltic St | Visitor |
| Pinto +1 | Esaun | 7/30/2014 14:50 | 7/30/2014 15:25 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 8/4/2014 14:53 | 8/4/2014 15:45 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 8/8/2014 14:56 | 8/8/2014 16:00 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 8/11/2014 14:50 | 8/11/2014 15:31 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 8/20/2014 14:48 | 8/20/2014 15:53 | Black, Joanne | Baltic St | Visitor |
| Pinto +1 | Esaun | 8/23/2014 16:53 | 8/23/2014 17:12 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 8/31/2014 14:17 | 8/31/2014 15:44 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/4/2014 14:34 | 9/4/2014 16:22 | Black, Joanne | Baltic St | Family/Visit |
| Pinto | Esaun | 9/4/2014 14:35 | 9/4/2014 16:22 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/5/2014 14:51 | 9/5/2014 16:12 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/5/2014 14:52 | 9/5/2014 16:12 | Black, Joanne | Baltic St | Family/Visit |
| Wrigley | Cherie | 9/6/2014 16:35 | 9/6/2014 18:32 | Black, Joanne | Baltic St | Family/Visit |
| Pinto | Esaun | 9/6/2014 16:35 | 9/6/2014 18:27 | Black, Joanne | Baltic St | Visitor |

Very truly yours,

*Josephine Maldonado*
Josephine Maldonado
Correspondence Secretary

A FACILITY OF THE OFFICE OF MENTAL HEALTH

777 Seaview Avenue, Staten Island, NY 10305 | (718) 667-2709 | Fax: (718) 667-2344 | omh.ny.gov



# South Beach Psychiatric Center
## NEW YORK STATE OF OPPORTUNITY

ANDREW M. CUOMO  
Governor

ANN MARIE T. SULLIVAN, M.D.  
Commissioner

ROSANNE GAYLOR, M.D.  
Executive Director

Anthony J Lamberti  
Attorney for Petitioner  
900 South Avenue  
Staten Island, NY 10314

September 15, 2015  
RE: Black Joanne  
DOB: 11/14/56

Dear Mr. Lamberti,

In response to your request, enclosed is: Visitors Log for the above-named. Page two of two.

| Last | First | Time In | Time Out | Patient | Location | Type |
|---|---|---|---|---|---|---|
| Pinto | Esaun | 9/7/2014 18:14 | 9/7/2014 19:55 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/7/2014 18:14 | 9/7/2014 20:01 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 9/8/2014 14:34 | 9/8/2014 16:08 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/8/2014 14:34 | 9/8/2014 16:08 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 9/9/2014 18:30 | 9/9/2014 19:33 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/10/2014 14:38 | 9/10/2014 16:11 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 9/10/2014 14:39 | 9/10/2014 16:01 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/17/2014 18:30 | 9/17/2014 19:44 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/18/2014 13:32 | 9/18/2014 15:23 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/18/2014 15:25 | 9/18/2014 16:43 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 9/18/2014 15:54 | 9/18/2014 16:43 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/18/2014 18:32 | 9/18/2014 19:59 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 9/18/2014 18:35 | 9/18/2014 19:57 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/19/2014 14:10 | 9/19/2014 15:49 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/19/2014 14:11 | 9/19/2014 16:01 | Black, Joanne | Baltic St | Family/Visitor |
| Orlin | Lois | 9/19/2014 14:14 | 9/19/2014 15:49 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 9/20/2014 16:45 | 9/20/2014 18:30 | Black, Joanne | Baltic St | Visitor |
| Wrigley | Cherie | 9/20/2014 16:46 | 9/20/2014 18:54 | Black, Joanne | Baltic St | Family/Visitor |
| Wrigley | Cherie | 9/21/2014 12:55 | 9/21/2014 15:26 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto +1 | Esaun | 9/21/2014 14:46 | 9/21/2014 21:07 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/21/2014 14:47 | 9/21/2014 15:26 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/23/2014 14:51 | 9/23/2014 16:08 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 9/29/2014 18:59 | 9/29/2014 20:05 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 10/1/2014 14:28 | 10/1/2014 15:39 | Black, Joanne | Baltic St | Visitor |
| Orlin | Lois | 10/1/2014 14:29 | 10/1/2014 15:39 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 10/9/2014 14:35 | 10/9/2014 16:00 | Black, Joanne | Baltic St | Visitor |
| Orlin | Lois | 10/9/2014 14:36 | 10/9/2014 16:00 | Black, Joanne | Baltic St | Family/Visitor |
| Pinto | Esaun | 10/15/2014 19:01 | 10/15/2014 19:46 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 10/17/2014 10:04 | 10/17/2014 11:18 | Black, Joanne | Baltic St | Visitor |
| Pinto | Esaun | 10/23/2014 14:41 | 10/23/2014 15:46 | Black, Joanne | Baltic St | Visitor |
| Orlin | Lois | 10/23/2014 14:41 | 10/23/2014 15:46 | Black, Joanne | Baltic St | Family/Visitor |
| Wrigley | Cherie | | | Black, Joanne | Baltic St | Family/Visitor |

This information has been disclosed to you from confidential records which are protected by state law. State law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. A general authorization for release of medical or other information is not sufficient authorization for further disclosure. Any unauthorized further disclosure would be in violation of state law and may result in a fine or jail sentence or both.

Very truly yours,

Josephine Maldonado  
Correspondence Secretary

---

A FACILITY OF THE OFFICE OF MENTAL HEALTH

777 Seaview Avenue, Staten Island, NY 10305 | (718) 667-2709 | Fax: (718) 667-2344 | omh.ny.gov