<u>Expenses</u>

Extra for 4 day

Esaun $2300 off business

See pink sheet

· <u>My NYC Expenses</u>

Bills Receipts inc.

Car Parking LAX off Site $98.19
Room Hampton Downtown $766.61
Care for pet $30 X 4 = $120

Flight $2,618 cheapest business
I dont fly Coach!

Misc + Gas $205
Per Diem $200 X 4 = $800
                    Total = $ 4,607.80

<u>Verizon</u> - April of last year
        inc. charges for 2 phones
that were bought + overage
charges of $ 200 - $300 & more
when someone stole Joanne's
phones.         $ 2,678.18

<u>Postage</u> - bill $34.04

Blue bill

<u>Dentist</u> - $ 5500 Bill for $4500
outstanding balanced owed $1,000

Bernie,

Sorry it has taken me so long. I have been overwhelmed and Joanne has continued to add to the over-flow. As usual she has constant demands. It looks like they are getting ready to release her into a 1/2 way house with NO AOT requirements which really concerns me.

I will call you regarding her demands.

Final total attached

$2300   ESAUN
$4607.80   NYC
$2678.18   Verizon
$5500
Postage   $34.04

$15,120.02

(17 unread) - cheriewrigley - Yahoo Mail                    https://us-mg5.mail.yahoo.com/neo/launch?.rand=epj144ucueiqe

Home   Mail   News   Sports   Finance   Weather   Games   Groups   Answers   Screen   Flickr   Mobile   More

Search Mail   Search Web              Home   cherie

✉ Compose

◀ ◀◀ ▶   🗑 Delete   Move ▾   More ▾   Collapse A   Sponsored

**RE: Joanne visit**

Inbox (17)
Drafts (23)
Sent
Spam (25)
Trash
Folders
  Bekah
  BERNIE
  Dustin
  DZIDZIA
  Esaun
  FRIENDS
  FUNNY
  JOANNE
  Junk
  Kathy E.
  Kids
  LEAH
  SISTER
Recent

Sponsored



**ADT**
FREE ADT Quote: Home
Security for JUST $28.99/Mo

**New Research Indicates
Snoring Can Be Fatal**
My SnoreNovel-Solution

**How does health affect your
aging?**
RealAge

Me                                              Jul 14
To  Esaun Pinto

Eissan I was just going to call you.still trying to figure out my
phone with the spelling. I will get on the money situation as
soon as possible I am grateful to you for everything that you do.
I agree that all went well with Joanne. I am so happy that she
responded positively to my visit.

Sent from my Verizon Wireless 4G LTE smartphone

Eissan I was just going to call you.still trying to figure out my
phone with the spelling. I will get on the money situation as
soon as possible I am grateful to you for everything that you do.
I agree that all went well with Joanne. I am so happy that she
responded positively to my visit.

Sent from my Verizon Wireless 4G LTE smartphone

<br><br>-------- Original message --------<br>From: Esaun
Pinto <esaungpinto@aol.com> <br>Date:07/14/2014  9:34 AM
(GMT-08:00) <br>To: cheriewrigley@yahoo.com <br>Cc:
cheriewrigley@yahoo.com <br>Subject: Joanne visit <br><br>
Hey Cherie

Thank you for a great few days with Joanne. Your visit has enabled her
to let go of some of her fears.  She has talked about you a lot since the visit.

The bill for last week totals $2,300, $500 per day x 4days and $300 in
expenses.
You can wire into my Citibank account #4979751934 routing# 021000089.
That is my
personal account.

I spoke to Joanne this morning and the meeting went well, the housing group
will
schedule a second interview in the upcoming weeks.

Again I would like to thank you for all of your help.

Hey Cherie

Thank you for a great few days with Joanne. Your visit has
enabled her
to let go of some of her fears.  She has talked about you a lot
since the visit.

The bill for last week totals $2,300, $500 per day x 4days and
$300 in expenses.
You can wire into my Citibank account #4979751934 routing#
021000089. That is my
personal account.

I spoke to Joanne this morning and the meeting went well, the
housing group will
schedule a second interview in the upcoming weeks.

Again I would like to thank you for all of your help.

Reply, Reply All or Forward | More

Available on iOS
and Android
Text me a link

*Handwritten annotations:*
Grooming !!! ...
spent all day w/me + Joanne
Personal
Billing from ESAUN
NOT thru Business

**Marine Dental Services**
**Family Dental Center**
718-987-6543

Insurance: _Pvt_

Treatment Plan for: _Joann Black_

Doctor/Hygienist: _Dr Augello_ ,Date: _7-15-14_

SERVICES:

| | VISITS | FEE | COPAY |
|---|---|---|---|
| 1. Diagnostic- exam/x-rays/models | | | |
| 2. Preventive- cleaning/homecare | | | |
| 3. Periodontal Treatment- Phase 1 | | | |
| Phase 2 | | | |
| 4. Extractions-tooth # _____ | | | |
| 5. Fillings- tooth # _____ | | | |
| 6. Root Canal Treatment | | | |
| 7. Post and Core | | | |
| 8. Crowns _bridge_ all porcelain 2-③-④-5-6 | | 4500.- | |
| 9. Cosmetic Dentistry | | | |
| 10. Full /Partial Denture | | | |
| | | | |
| TOTAL ESTIMATED FEE | | 4500.- | |
| ESTIMATED INSURANCE COVERAGE | | - | |
| PATIENT LIABILITY/ COPAYMENT | | #4500.- | |

| | | | |
|---|---|---|---|
| 07/02 | 07/02 | USPS 0578'2955260C4697 THOUSAND OAKS CA | $6.50 |
| 07/02 | 07/02 | URBAN HOME WESTLAKE VI THOUSAND OAKS CA | $21.49 |
| 07/02 | 07/02 | PETCO 1180 635'1802 WESTLAKE VLG CA | $23.26 |
| 07/02 | 07/02 | AMER CAN00123389678'10 DALLAS TX | $2,618.00 |
| | | NAME: MR GLEY CHER E | |
| | | DEPART: 07/09/14 | |
| | | *LAX TO JFK* A: CLASS: I STOP:0 | |
| | | JFK TO LAX *AA* A: CLASS: I STOP:0 | |
| 07/03 | 07/03 | TME*319S3R*OPRAH 877-312-1121 CT | $2.00 |

*Business class*

- **Plus, there's no limit** to the number of AAdvantage® miles you can earn

» Use your Citi® / AAdvantage® Card to earn more miles

Citi | American Airlines AAdvantage

[1] Exclusions apply. Please see the Directory of Services that you received with your card. 3AAV025013