Page 1

1

2   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
3   - - - - - - - - - - - - - - - - - - - -x
    SARAH H. BLACK, KATHERINE BLACK, on
4   behalf of her minor children, D.B. and J.B.,
5                           Plaintiffs,
6        -v-            Case No: 1:16-cv-01238
                               (CBA)(ST)
7

    ANTHONY DAIN, CHERIE WRIGLEY, IRA
8   SALZMAN, MELISSA COHENSON, BRIAN A.
    RAPHAN, P.C. PAMELA KERR, ESAUN G.
9   PINTO, and CPI INVESTIGATIONS,
10                          Defendants.
    - - - - - - - - - - - - - - - - - - - -x
11

                            1250 Broadway
12                          New York, New York
13                          May 8, 2019
                            10:30 a.m.
14

15        DEPOSITION of ESAUN G. PINTO, a Defendant
16   in the above-entitled action, held at the above
17   time and place, taken before Alice Schulman, a
18   Shorthand Reporter and Notary Public of the
19   State of New York, pursuant to the Federal Rules
20   of Civil Procedure, Notice and stipulations
21   between Counsel.
22
23                *     *     *
24
25

Page 2

```
 1
 2 APPEARANCES:
 3
     HALLING & CAYO
 4      Attorneys for Plaintiffs
        320 E. Buffalo Street, Suite 700
 5      Milwaukee, Wisconsin 53202
 6 BY:  MICHAEL H. SCHAALMAN, ESQ.
 7
    ANTHONY J. DAIN, ESQ.
 8      Attorney Pro Se
        13272 Capstone Drive
 9      San Diego, California 92130
        (Via telephone)
10
11 KENNEDYS CMK LLP
        Attorneys for Defendants
12      MELISSA COHENSON, BRIAN A.
        RAPHAN, P.C.
13      570 Lexington Avenue, 8th Floor
        New York, New York 10022
14
    BY:  TRACY P. HOSKINSON, ESQ.
15
16 MANCILLA & FANTONE LLP
        Attorneys for Defendants
17      CHERIE WRIGLEY and
        ESAUN G. PINTO
18      260 Madison Avenue
        New York, New York 10016
19
    BY:  ROBERT FANTONE, ESQ.,
20      ANDREW MANCILLA, ESQ.
21
    WINGET, SPADAFORA & SCHWARTZBERG LLP
22      Attorneys for Defendant
        IRA SALZMAN
23      45 Broadway, 32nd Floor
        New York, New York 10006
24
    BY:  HARRIS KATZ, ESQ.
25
```

Page 3

```
 1
 2        STIPULATIONS
 3     IT IS HEREBY STIPULATED AND AGREED, by and
 4 among counsel for the respective parties hereto,
 5 that the filing, sealing and certification of
 6 the within deposition shall be and the same are
 7 hereby waived;
 8     IT IS FURTHER STIPULATED AND AGREED that
 9 all objections, except as to form of the
10 question, shall be reserved to the time of the
11 trial;
12     IT IS FURTHER STIPULATED AND AGREED that
13 the within deposition may be signed before any
14 Notary Public with the same force and effect as
15 if signed and sworn to before the Court.
16        *   *   *
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1
 2        (19 documents were hereby marked as
 3     Pinto Exhibits 1-19 for identification, as
 4     of this date.)
 5 E S A U N   P I N T O, the Witness herein,
 6 having first been duly sworn by the Notary
 7 Public, was examined and testified as follows:
 8 EXAMINATION BY
 9 MR. SCHAALMAN:
10     Q.   Good morning, Mr. Pinto.
11     A.   Good morning.
12     Q.   We shook hands and I introduced
13 myself.  My name is Michael Schaalman.  I
14 represent the plaintiffs in this litigation in
15 which you are a defendant.
16        Are you generally familiar with
17 this case?
18     A.   Sure, it's been a long time, but
19 yeah.
20     Q.   Thank you.  Would you state your
21 name and address for the record?
22     A.   Esaun Pinto, 676 MacDonough Street,
23 Brooklyn, New York.
24     Q.   Mr. Pinto, have you been deposed
25 before?
```

Page 5

```
 1        Esaun Pinto
 2     A.   No.
 3     Q.   I'm assuming you've had some
 4 instruction from your counsel about what a
 5 deposition is?
 6     A.   Yes.
 7     Q.   The only ground rules that I'll
 8 just sort of remind you of is we're trying to
 9 have a question and answer session which is
10 taken down as accurately as possible as we can
11 by the court reporter.
12        And so if you'll wait until I
13 finish a question, and sometimes my questions
14 are admittedly long, I will try then to honor
15 you and not to speak over your answer.
16     A.   Sure.
17     Q.   So we can try and do that.
18     A.   Sure.
19     Q.   If you don't understand a question,
20 please let me know and I'll try to ask it again
21 in a more intelligible way.  If you need a
22 break, that's fine, let me know.  I'd prefer if
23 you would take a break only after you've
24 answered a question, not while a question is
25 pending.  And I think those are the simple rules
```

2 (Pages 2 - 5)

Page 6

Esaun Pinto

2 that we can live by today.
3     A.    Sounds good.
4     Q.    Great.  How old are you, Mr. Pinto?
5     A.    Forty-five years old.
6     Q.    Would you please tell us what your
7 education is following high school?
8     A.    I went to Saint Francis University
9 on a basketball scholarship for a year and a
10 half, transferred to Texas A&M Commerce, I was
11 there for a year and a half.
12    Q.    Where is Saint Francis University?
13    A.    Brooklyn, New York.
14    Q.    And Texas A&M Commerce?
15    A.    Yes.
16    Q.    Where is that?
17    A.    In Texas, Commerce, Texas.
18    Q.    Thank you.  Did you receive a
19 degree from either institution?
20    A.    No.
21    Q.    Did you have any higher education
22 after you left Texas A&M Commerce?
23    A.    No.
24    Q.    Did you attend any course or
25 receive any training towards any licensure that

Page 7

Esaun Pinto

2 you may have received?
3     A.    I went to truck driving school.  I
4 took a number of courses in investigative
5 things, security courses.
6     Q.    What kind of security courses did
7 you take?
8     A.    Armed courses, unarmed courses,
9 bodyguard courses, a number of them.  Again, I'm
10 talking 20 years ago.
11    Q.    Do you have any licenses?
12    A.    My company has licenses.
13    Q.    What is your company?
14    A.    CPI Investigations.
15    Q.    What license does CPI
16 Investigations have?
17    A.    A private investigation license.
18    Q.    Are you an employee of CPI?
19    A.    I'm the vice president of CPI.
20    Q.    Who is the president?
21    A.    Judd Bank.
22    Q.    Can you spell that?
23    A.    J-U-D-D, B-A-N-K.
24    Q.    Thank you.  What is your role as an
25 employee of -- vice president of CPI?

Page 8

Esaun Pinto

2     A.    I manage the operatives, I meet
3 with clients.
4     Q.    I'm not so familiar with the
5 language of CPI.  So what do you mean by
6 operatives?
7     A.    We have guys who do surveillance
8 work, we also have guys who do security work.
9     Q.    Are the operatives licensed?
10    A.    Yes.
11    Q.    When did you start work for CPI?
12    A.    Around 2009.
13    Q.    Was Mr. Bank the president at the
14 time you started working there?
15    A.    Yes.
16    Q.    What was your first job at CPI?
17    A.    Oh, I don't remember.
18    Q.    Were you an operative or were you
19 an officer?
20    A.    No, I came in as the vice
21 president.
22    Q.    So since you've been working for
23 CPI, you've never had a license?
24    A.    No.
25    Q.    Since 2009, have you worked for any

Page 9

Esaun Pinto

2 other companies?
3     A.    No.
4     Q.    When did you first meet Joanne
5 Black?
6     A.    Somewhere around '98, '99.
7     Q.    How did you meet her?
8     A.    She was a client of a private
9 investigator I was working for.
10    Q.    Who was the private investigator?
11    A.    Patrick Bombino.
12    Q.    Thank you.  Is that B-O-M-B-I-N-O?
13    A.    Yes.
14    Q.    Do you recall what services Ms.
15 Black was engaging Patrick Bombino for?
16    A.    She alleged she had a number of
17 problems, but I don't know for sure what those
18 problems were.
19    Q.    Was Ms. Black residing in the New
20 York area at the time?
21    A.    Yes.
22    Q.    How did you meet her?
23    A.    She came into my office and Patrick
24 Bombino introduced me to her.
25    Q.    Did you do any work for her or

3 (Pages 6 - 9)

Esaun Pinto

1
2 assist her in any way?
3     A.    I assisted her in many ways.  I
4 would call it worked for her.
5     Q.    How did you assist her?
6     A.    I provided an ear.
7         MR. KATZ:  Can you repeat that
8 answer?
9         (The record was read.)
10    Q.    So you listened to her?
11    A.    I listened to her.
12    Q.    Did this listening experience occur
13 over more than one day?
14    A.    I met Joanne every Monday at four
15 o'clock.
16    Q.    Had she retained you through Mr.
17 Bombino?
18    A.    She retained Mr. Bombino.
19    Q.    So you were being paid to meet her?
20    A.    Yeah.  I was being paid to work at
21 the investigation firm.
22    Q.    But it was part of those duties to
23 meet with Ms. Black every Monday at four p.m.?
24    A.    That's right.
25    Q.    What occurred at those meetings in

Esaun Pinto

1
2 general?  I know it was a long time ago.
3     A.    We just talked.
4     Q.    Just talked.  Do you recall any of
5 her concerns, things that bothered her?
6     A.    She had many concerns.  She had
7 many concerns, concerned about a relationship
8 with her brother, a relationship with her
9 mother, a relationship with social workers.
10        There were things that she wanted
11 to do, she wanted to get a driver's license, she
12 wanted to learn how to use computers, we spoke
13 about everything.
14    Q.    Did you meet with her brother, Mr.
15 Black, during any of those conversations?
16    A.    No, I didn't meet her brother until
17 she was hospitalized.
18    Q.    Okay.  Did you meet her mother?
19    A.    No.
20    Q.    Did you ever meet Renata Black?
21    A.    No.
22    Q.    For how many years did you continue
23 this meeting her on every Monday at four p.m.
24 relationship?
25    A.    Ten years.  Actually, no, it might

Esaun Pinto

1
2 have been a little longer than that.  I was with
3 Mr. Bombino for approximately ten years.  I
4 don't remember exactly, ten, 12 years.  It had
5 to be more than ten years, but minus the time
6 she was hospitalized.
7     Q.    Well, all right, let's try and do
8 this over a chronology.  It may not fit, so tell
9 me if I'm wrong.
10    A.    Sure.
11    Q.    We'll fix the chronology the way
12 you want to tell it.  Let me just try to put a
13 framework on it.  So you met with Joanne Black,
14 now I'm just talking about this every Monday at
15 four p.m. relationship.
16    A.    Right.
17    Q.    That lasted for ten years plus?
18    A.    Ten years plus.  Again, minus the
19 times that she was hospitalized.
20    Q.    All right.  So it would take us
21 somehow in 2008, 2009, something like that?
22    A.    Yes.
23    Q.    Do you recall how many times she
24 was hospitalized during this ten-year period?
25    A.    Not exactly.  At least two or three

Esaun Pinto

1
2 times.
3     Q.    Did you have any role in her
4 hospitalizations?
5     A.    No, other than suggesting that she
6 needed to seek help at times that I saw things
7 were a little off.
8         MR. FANTONE:  I'm going to object
9     just to form.  Which hospitalizations are
10    we talking about?
11        MR. SCHAALMAN:  The two or three
12    times that he just mentioned.
13    A.    Between '98 and 2009?
14    Q.    Right, that's what I was asking you
15 about.
16    A.    Got you.
17    Q.    We need to be on the same page if
18 we're going to make sense here, so thank you for
19 helping me out.
20        Did you visit her in the hospital
21 when she was hospitalized these two or three
22 times?
23    A.    No.
24    Q.    Did you have contact with her
25 social worker?

Esaun Pinto

1
2    A.    Not during that period.
3    Q.    Not during this ten year plus
4  period?
5    A.    No.
6    Q.    Did you have contact with any
7  family members of Joanne Black?
8    A.    No.
9    Q.    Did Mr. Bombino ever join you in
10  these Monday meetings at four?
11    A.    No.  Mr. Bombino was with Joanne a
12  few years prior to me meeting Joanne.
13    Q.    Do you know how Joanne found Mr.
14  Bombino to hire him for his services?
15    A.    No.
16    Q.    Do you know how Joanne paid for
17  your services during the ten years that you were
18  meeting with her on a weekly basis?
19    A.    I don't know.
20       MR. FANTONE:  Object to form.
21    Q.    We'll now move up to 2009.
22    A.    Sure.
23    Q.    So after the weekly meetings
24  stopped -- first of all, why did they stop?
25    A.    Well, my relationship with Mr.

Esaun Pinto

1
2  Bombino changed.
3    Q.    Okay.
4    A.    So after 2009 when I left Mr.
5  Bombino, Joanne and I saw each other on
6  different occasions.
7    Q.    And what were those occasions?
8    A.    It all depends on what was going on
9  in Joanne's life.
10    Q.    What would cause a meeting to
11  occur, would she call you?
12    A.    Yeah.
13    Q.    Say Mr. Pinto, she probably didn't
14  call you Mr., but Mr. Pinto, would you like to
15  come see me or can I come to see you?
16    A.    She calls me Esaun, but year, she
17  would call and say there was something she
18  wanted to talk about and we would set a date and
19  place.
20    Q.    So you were then working for CPI
21  after you worked for Mr. Bombino?
22    A.    Not immediately after.
23    Q.    There was a time frame, a gap
24  between your employment with Mr. Bombino and
25  CPI?

Esaun Pinto

1
2    A.    Me and Judd both worked for
3  Bombino.
4    Q.    Okay.
5    A.    We both left around the same time.
6  Judd Bank started CPI Investigations with
7  another individual, that relationship didn't
8  work out.  Judd made an offer to me.  I thought
9  about it for a couple of months and then decided
10  to join forces.
11    Q.    Did you have meetings with Joanne
12  in between --
13    A.    Sure.
14    Q.    -- the time when you left Bombino
15  and the time you joined CPI?
16    A.    Sure.
17    Q.    How did those meetings come about?
18    A.    She'd call me.
19    Q.    Were you compensated for those
20  meetings after you left Bombino before you
21  joined CPI?
22    A.    Not all the time, sometimes.
23    Q.    And if you would be compensated,
24  would she pay you directly?
25    A.    Yes, she would.

Esaun Pinto

1
2    Q.    During this time period after you
3  left Bombino and before you joined CPI, did you
4  have any contact with other members of the Black
5  family, other than Joanne?
6    A.    I didn't have any contact with any
7  member of Joanne's family until 2013.
8    Q.    Do you know whether any of the
9  Black family members knew that you were meeting
10  with Joanne?
11    A.    I have no idea.
12    Q.    To your recollection, she never
13  told you I told my mother I was meeting you
14  today?
15    A.    She only told me about how
16  difficult her relationship was with her mother
17  and how she hated her brother.
18    Q.    What did she tell you about how
19  difficult her relationship was with her mother?
20    A.    She felt like her mother wasn't
21  allowing her to live.  It felt like her mother
22  was restraining her from living the life she
23  wanted to live.
24    Q.    During your meetings with Joanne
25  Black while you were working for Mr. Bombino, do

Page 18

Esaun Pinto

2 you know whether she was on medication?
3    A.    At times, yeah.
4    Q.    What medication was she on?
5    A.    I have no idea.
6    Q.    She never told you what it was?
7    A.    I didn't ask.
8    Q.    How did you know then she was on
9 medication?
10    A.    Because she would tell me she was
11 on medication, but I wouldn't ask what the
12 medication was.
13    Q.    Again, I'm going to do it in time
14 frames.  While you were working for Mr. Bombino
15 and meeting with Ms. Black, did she tell you she
16 was also meeting with psychiatrists?
17    A.    Sure.
18    Q.    Do you know who the psychiatrist
19 was?
20    A.    Actually, Dr. Shirkey was one of
21 them.
22    Q.    Can you help us out with the
23 spelling?
24    A.    I have no idea.
25        MR. FANTONE:  You said Shirkey?

Page 19

Esaun Pinto

2        THE WITNESS:  Shirkey.
3    A.    He had an office somewhere around
4 9th Street, the Greenwich Village area.
5    Q.    During the time you met with her
6 while you were working for Mr. Bombino, did her
7 behavior change or was she pretty constant?
8    A.    The behavior changed.
9    Q.    In what way?
10    A.    Sometimes she was under a delusion
11 and she would seem a little more troubled than
12 others.
13    Q.    Did she ever disclose to you she
14 wasn't taking medication that was prescribed to
15 her?
16    A.    No.
17    Q.    She never asked you to meet with
18 her psychiatrist or social worker?
19    A.    Joanne has always tried to keep me
20 separate from everybody else in her life.
21    Q.    Did she describe anything other
22 than, did she describe any abuse that her mother
23 was inflicting on her?
24    A.    Verbal.
25    Q.    What kind of verbal abuse?

Page 20

Esaun Pinto

2    A.    I mean, I don't remember exactly,
3 but Joanne just felt like her mother was
4 preventing her from living the life she wanted
5 to live.
6        So Joanne would request doing
7 certain things, and her mom wouldn't allow it or
8 her mom would try to talk her out of it,
9 whatever the case may be.
10    Q.    During the time from 1998 to 2009,
11 that ten year plus period, was Joanne living on
12 her own or was she living with her mother?
13    A.    At times she was living on her own.
14    Q.    Do you know why she would be living
15 with her mother as opposed to living on her own?
16    A.    Not exactly, no.
17    Q.    And you also mentioned a moment ago
18 she hated her brother.
19    A.    Yeah.
20    Q.    Did she explain to you why she
21 hated her brother?
22    A.    She felt like her brother didn't
23 treat her well.  She felt like her brother felt
24 like he was smarter, better, he would belittle
25 her.  She felt like her brother didn't have a

Page 21

Esaun Pinto

2 relationship with her grandmother and her mom or
3 her for that matter.
4    Q.    And she never asked you to
5 intercede in any way with members of her family
6 to help her express her concerns about her
7 relationship?
8    A.    She tried to keep me separate from
9 the family.
10    Q.    Keep you separate, okay.
11    A.    I provided the ear for Joanne that
12 her family didn't.
13    Q.    Did you ever introduce her to
14 members of your family?
15    A.    Absolutely.
16    Q.    So I'll ask you, what family
17 members do you have?
18    A.    Joanne knows my wife.  She knows my
19 kids, she knows my mother, my grandmother, my
20 brothers, all of my close friends.
21    Q.    So you introduced her to all the
22 people you just identified?
23    A.    Absolutely.
24    Q.    So besides in this ten-year period
25 meeting her on Mondays at four p.m., you must

6 (Pages 18 - 21)

Page 22

Esaun Pinto

1         Esaun Pinto
2  have had other occasions to be with her?
3     A.   Sure.
4     Q.   Were they at your family occasions?
5     A.   Not at family occasions, but if
6  Joanne came to meet me at my office at four
7  o'clock, and I had something to do after that
8  meeting, oftentimes I would drive Joanne
9  downtown to catch the train.  In the process I
10  might have to pick up my kid, pick up my wife,
11  pick up my grandmother, so she would meet them
12  on those occasions.
13     Q.   Did Joanne attend any of your
14  family functions, like a birthday or Christmas?
15     A.   I believe she went to one or two of
16  my kids' birthday events.  She attended sporting
17  events with myself and my kids.
18     Q.   These would be sporting events that
19  your kids were involved in?
20     A.   Yes, not only my kids but kids that
21  I was coaching that weren't my kids.
22     Q.   What sports were you coaching?
23     A.   Basketball and football.
24     Q.   Can you give me an estimate of how
25  many of those occasions?

Page 23

Esaun Pinto

1         Esaun Pinto
2     A.   Oh, I don't remember, probably a
3  handful.
4     Q.   Did you ever, besides listening to
5  her, did you ever give her advice about how to
6  relate to her family?
7     A.   I would use examples I had with my
8  own family, difficulties I had with
9  relationships in my own family.  I would use
10  those to try to get her to communicate with her
11  own family better.
12     Q.   Do you know whether she used that
13  advice in trying to improve her communications
14  with her family?
15     A.   I believe she tried.
16     Q.   The two or three times that Joanne
17  was hospitalized during this ten-year period
18  that you were with Bombino, do you know how it
19  came about that she was hospitalized, did she
20  voluntarily commit herself or did her family
21  have her committed, do you know?
22     A.   I don't remember exactly, no.
23     Q.   I think I asked this, but I want to
24  be sure.  You didn't visit her in the hospital
25  during those times?

Page 24

Esaun Pinto

1         Esaun Pinto
2     A.   No.
3     Q.   Do you know how long her commitment
4  was in each of those cases?
5     A.   I don't remember.
6     Q.   Did you lose touch with Joanne
7  Black when she left the New York area and moved
8  to other cities?
9     A.   What time period are we talking?
10     Q.   Good question.  Let's say after you
11  joined CPI in 2009 going forward, were there
12  times that you didn't know where she was?
13     A.   I always knew where she was.
14     Q.   How is that?
15     A.   Because she would call me every
16  day.
17     Q.   Every day?
18     A.   Every day.  There hasn't been many
19  days that Joanne hasn't called me in the last
20  few years.
21     Q.   Where do you recall she called you
22  from, where was she about?
23     A.   She called me from Dallas, she
24  called me from Colorado, she called me from
25  Illinois, she called me from California.  She

Page 25

Esaun Pinto

1         Esaun Pinto
2  called me from Arkansas, I believe.
3     Q.   Did she explain why she was in
4  these different locales?
5     A.   For a two-year period Joanne, about
6  two years, Joanne was gone.  Joanne called me at
7  least twice a day every day, and I was upset
8  with Joanne.  Joanne and I were not on speaking
9  terms at the time.
10     Q.   You were not on speaking terms?
11     A.   No.  So I believe it was, I believe
12  it was 2011 I demanded that Joanne get help, she
13  wasn't well, and she wanted to meet me in
14  Yonkers.  I sent one of my guys that she was
15  familiar with to meet her and eventually met up
16  with her.
17         I had my guy stay with her until I
18  got there.  Joanne wasn't well, and I demanded
19  that she seek help.  She refused to, so I had
20  one of my guys follow Joanne.  Joanne headed
21  north on the New York thruway.
22         Eventually Joanne, I found out
23  Joanne got hospitalized somewhere upstate New
24  York.  But Joanne would call me, like I said, at
25  least twice a day for the next couple of years

7 (Pages 22 - 25)

Page 26

Esaun Pinto

1
2 up until I get the call to go get Joanne or go
3 see Joanne in Colorado.
4      So I would listen to the first
5 five, ten, 15 seconds of her voice message to
6 try to ascertain whether she got the help she
7 needed, where she was, and then dealt with the
8 internal fight within myself about what I would
9 do about it.
10   Q.   What were you conflicted about?
11   A.   Getting involved.
12   Q.   You were hesitant to do that?
13   A.   Yeah.
14   Q.   Beyond being the ear that she
15 needed?
16   A.   My relationship with Joanne
17 surpassed that of a professional relationship.
18   Q.   You had become a friend?
19   A.   I became the only family she had.
20 Surpassed friendship as well.
21   Q.   Do you know how long she was out of
22 the New York area before you were asked to go to
23 Colorado to bring her back?
24   A.   Out of the New York City area?
25   Q.   Away from home.  Let me rephrase

Page 27

Esaun Pinto

1
2 the question.  How long was she away from
3 whatever her home was?
4      A.   I would assume it was about two
5 years.
6      Q.   During that two-year period, you
7 never saw her?
8   A.   No.
9      Q.   Was there any conversation during
10 that two-year period that she was calling you
11 that you have a distinct memory of, something
12 she said?
13   A.   Again, I only listened to the first
14 five to 15 seconds of the message.  I didn't
15 speak to Joanne.
16   Q.   She just left voicemails for you?
17   A.   Yes.
18   Q.   And you didn't call her back?
19   A.   No.
20   Q.   Why didn't you call her back?
21   A.   Because she wasn't well yet.
22   Q.   In the messages, was there any,
23 again, as you sit here today, I realize it's a
24 long time ago, I'm trying to piece together the
25 story.  Was there anything in those messages

Page 28

Esaun Pinto

1
2 that you recall?
3   A.   I recall that she wasn't well.
4 That stands out.
5   Q.   Did you say things that led you to
6 believe she wasn't well?
7   A.   I could tell as soon as I picked up
8 the phone from Joanne's voice that she wasn't
9 well.
10   Q.   Anything she said that you recall
11 that also confirmed that?
12   A.   Other than where she was or what
13 she was doing, I mean, no, I don't remember the
14 details, no.
15   Q.   Did you save those messages?
16   A.   No.
17   Q.   Did you ever share those messages
18 with any professional that Joanne had seen in
19 the past?
20   A.   No.  I don't have that phone line
21 anymore.
22   Q.   I understand.  I'm talking about
23 now at the time --
24   A.   No.
25   Q.   -- Mr. Pinto, did you say I'm going

Page 29

Esaun Pinto

1
2 to send that voicemail to some doctor?
3   A.   I didn't have a relationship with
4 anybody to send it to.
5   Q.   You didn't send it to any Black
6 family members?
7   A.   I didn't have a relationship with
8 anybody else in Joanne's life.
9   Q.   So let's forward now to the time
10 period you were asked to go to Colorado --
11   A.   Sure.
12   Q.   -- to retrieve Joanne.  First of
13 all, how were you contacted about that work?
14   A.   I was first contacted by Cherie
15 Wrigley.
16   Q.   Tell us what you remember about
17 that contact.
18   A.   Sure.  I was at work, I was on a
19 protection detail and I got a phone call
20 sometime that evening, it was probably ten, 11
21 o'clock at night, I answered the phone.
22      The person asked if I was Esaun
23 Pinto, I told them yes.  She introduced herself
24 as Cherie Wrigley.  She mentioned having
25 concerns about Joanne.  She told me she was in

8 (Pages 26 - 29)

Esaun Pinto

1
2 Colorado trying to find Joanne.
3         She felt, she told me that she felt
4 Joanne was in a bad way, and she seemed to be
5 looking for some help.
6     Q.    I take it this contact from the way
7 you described it was over the telephone?
8     A.    Sure.
9     Q.    Do you know how Ms. Wrigley found
10 you?
11    A.    I'm not 100 percent sure of that.
12    Q.    Do you have a guess?
13        MR. KATZ:  Objection to form.
14    A.    I don't know.
15    Q.    What was your response?
16    A.    I said I'll call you back because
17 she's probably going to call me within the next
18 ten minutes.  Joanne's life is on a schedule
19 when it comes to me.  Usually one of the first
20 people I speak to in the morning or one of the
21 last people I speak to at night, it's been 20
22 years.
23    Q.    Did Joanne call you?
24    A.    She sure did.
25    Q.    This time you picked up as opposed

Esaun Pinto

1
2 to listening to a message?
3     A.    I picked up.
4     Q.    And you had a conversation with
5 Joanne?
6     A.    Yeah.
7     Q.    What did she say and what did you
8 say?
9     A.    I said what the hell is going on,
10 where are you.
11    Q.    What did she say?
12    A.    She said she's in Colorado.
13 Actually, actually, she hung up on me first.
14    Q.    So did you call her back or did she
15 call you back?
16    A.    I don't remember if I called her
17 back or she called me back.
18    Q.    But you spoke shortly thereafter?
19    A.    Yeah.
20    Q.    What do you recall about that
21 conversation?
22    A.    She said you sound like a white
23 man, that's why I hung up.
24        MR. KATZ:  Can you read that back?
25        (The record was read.)

Esaun Pinto

1
2     Q.    How did you respond to that?
3     A.    I said Joanne, it's me.
4     Q.    What else transpired in that
5 conversation?
6     A.    She spoke about what was going on,
7 how she felt, her back hurting, teeth hurting,
8 and I said Joanne, I'm upset with you, you never
9 got the help you needed.
10        So I said if I come out there,
11 Joanne, you're going to get help.  Joanne was
12 ecstatic, she was ecstatic, I hadn't spoken to
13 her in about two years.
14    Q.    Did you then call Ms. Wrigley back?
15    A.    Yeah.
16    Q.    The same day?
17    A.    The same night.
18    Q.    What happened in that conversation?
19    A.    I told her we would touch base
20 tomorrow.  I'll think about what I want to do,
21 and we'll talk about what that looks like
22 tomorrow.  I was at work at the time.
23    Q.    The next day you had another
24 conversation with Ms. Wrigley?
25    A.    Right.

Esaun Pinto

1
2     Q.    What happened in that conversation?
3     A.    I told her why I was hesitant in
4 getting involved.
5     Q.    Why were you hesitant?
6     A.    Because my relationship with Joanne
7 exceeded a professional relationship.  Joanne
8 was, my relationship with Joanne affected all
9 aspects of my life.
10    Q.    Can you explain that a little bit?
11    A.    Joanne had a lot of problems, a lot
12 of issues.  There were things, there were things
13 that I was involved in with Joanne that were
14 difficult, they were very difficult.
15        So I didn't, it was difficult
16 because I didn't have anybody else's help from
17 her family, I didn't know anyone.  It was kind
18 of just me and Joanne.
19        And then trying to get her help and
20 her refusing to get help and communicating with
21 her at times was heartbreaking, you know,
22 because it was past a professional relationship,
23 I cared about Joanne.
24    Q.    So when you spoke to Ms. Wrigley
25 the next day, what did you say to her about your

9 (Pages 30 - 33)

Esaun Pinto

1
2 willingness to participate?
3     A.    I'll do it but I can't do it by
4 myself.
5     Q.    Did you tell Ms. Wrigley who you
6 needed to help you?
7     A.    I needed her help.  I didn't know
8 anybody else.  I didn't even know Ms. Wrigley,
9 she was just the only person I was communicating
10 with, and this is the start of my relationship
11 now.
12     Q.    During this 2013 call, before that,
13 did you know that Joanne's mother had passed
14 away?
15     A.    Cherie told me.
16     Q.    Joanne told you?
17     A.    Cherie told me.
18     Q.    In that conversation?
19     A.    In one of those conversations.
20     Q.    Joanne had never left you a message
21 about that?
22     A.    I never listened that far.
23     Q.    I see.  So in other words, if you
24 knew Joanne was leaving you a message, you
25 didn't listen?

Esaun Pinto

1
2     A.    I listened to the first five to 15
3 seconds.
4     Q.    Did you generally delete the
5 message then?
6     A.    Yes.  You've got to understand,
7 we're talking at least two messages every day
8 for two years.  I couldn't keep those messages
9 on my phone.
10     Q.    Sure.  What happened next after you
11 had this conversation with, the conversation the
12 second day with Ms. Wrigley?
13     A.    I think there was a communication
14 between me and Bernard, and soon thereafter we
15 made the arrangements for me to travel to
16 Colorado.
17     Q.    How did you reach Bernard, how did
18 you know to contact him?
19     A.    Cherie.
20     Q.    She said you ought to call Bernard?
21     A.    Something to that effect.
22     Q.    And you spoke to him by telephone,
23 you didn't meet him in person?
24     A.    I didn't meet him in person.  I
25 believe I contacted him via email.

Esaun Pinto

1
2     MR. KATZ:  Can you just read that
3 back?
4     (The record was read.)
5     Q.    And that email was followed up by
6 telephone conversations?
7     A.    I don't remember.
8     Q.    How much time transpired, occurred
9 between your first communication with Bernard
10 and your actual trip to Colorado?
11     A.    A couple of days.  There was a
12 sense of urgency.
13     Q.    Was that conveyed in your
14 communications with Bernard as well?
15     MR. KATZ:  Objection to form.
16     A.    That was from my communication with
17 Joanne and Cherie.  I don't remember how that
18 went with Bernard.
19     Q.    How did you travel to Colorado?
20     A.    I flew.
21     Q.    Where did you meet Cherie?
22     A.    Where did I meet Cherie?
23     Q.    Was Cherie in Colorado as well?
24     A.    No, she was gone.
25     Q.    The reason I ask that is you

Esaun Pinto

1
2 mentioned you needed assistance.
3     A.    Right.
4     Q.    Okay.  And I think you said you
5 needed Cherie's assistance.
6     A.    Right.
7     Q.    Did you mean you needed her
8 assistance in Colorado?
9     A.    No.  I didn't need her assistance
10 physically.  I needed somebody that I could
11 reach out in the event I needed to talk about
12 what was going on.
13     Q.    Did you travel to Colorado by
14 yourself?
15     A.    Initially.
16     Q.    Did someone ultimately or later
17 meet you?
18     A.    I had a guy there, yeah, in a
19 different part of Colorado.
20     Q.    This is somebody who lived in
21 Colorado or one of your employees?
22     A.    This is a guy who worked for me in
23 New York that relocated to Colorado.
24     Q.    What was his name?
25     A.    Jamie Bostick.

10 (Pages 34 - 37)

Page 38

Esaun Pinto

1
2    Q.    B-O-S-T-I-C-K?
3    A.    Something to that effect.
4    Q.    This is a mister?
5    A.    Yes.
6    Q.    When did you first meet Joanne in
7 Colorado?
8    A.    A couple of days after touching
9 down.  I had Joanne under surveillance for at
10 least a day or two prior to making contact with
11 her.
12   Q.    Why did you choose to do that?
13   A.    That's what I was instructed to do.
14   Q.    What did you discover during that
15 surveillance?
16   A.    She was in bad shape.
17   Q.    What was she doing during that
18 surveillance that confirmed that to you?
19   A.    She was wandering around, multiple
20 bags, wheelie bags, bags on her back.
21       MR. KATZ:  Can you read back that
22   answer.
23       (The record was read.)
24   Q.    How did you find her to do the
25 surveillance?

Page 39

Esaun Pinto

1
2    A.    I don't remember exactly, but I
3 know I got a lead from Cherie.
4    Q.    Where was Joanne living when you
5 found her?
6    A.    In a motel, I believe the motel was
7 in Aurora.
8    Q.    After you surveilled her for a
9 couple of days, how did you approach her?
10   A.    I don't remember exactly, but I
11 think I just went to her hotel room.
12   Q.    Knocked on the door?
13   A.    I believe so.
14   Q.    She was glad to see you?
15   A.    Yeah.
16   Q.    What did you do next?
17   A.    I took her to get something to eat.
18   Q.    Did you take her to get any medical
19 assistance in Colorado?
20   A.    No.
21   Q.    Did you discuss with her returning
22 to New York?
23   A.    She discussed that later with me.
24   Q.    Later the first day you met her or
25 days after?

Page 40

Esaun Pinto

1
2    A.    I don't remember if it was the
3 first or second day.
4    Q.    How long were you with her in
5 Colorado?
6    A.    A couple of days.
7    Q.    Did you tell her that you had come
8 to help her back home or you just were
9 coincidentally in Colorado?
10   A.    I didn't put any pressure on her
11 initially.  I tried not to put any pressure on
12 her at all because she was in bad shape.
13 Everything was a suggestion, and I provided an
14 ear again.  And once I kind of had a feel of
15 where she was, then the conversation started to
16 change a little bit.
17   Q.    Ultimately, were you able to bring
18 her back to New York?
19   A.    Right.
20   Q.    How did you do that?
21   A.    How did I do what?
22   Q.    Bring her back to New York.
23   A.    We drove.
24   Q.    Why didn't you fly?
25   A.    Joanne wouldn't fly.

Page 41

Esaun Pinto

1
2    Q.    I assume it took you more than a
3 day to drive?
4    A.    I believe it was like 36 hours,
5 something like that, through a blizzard, through
6 a tornado, a rough ride.
7    Q.    Where did you bring Joanne when you
8 returned to the New York area?
9    A.    We checked her into a motel in
10 Jersey City, a place she had stayed before.
11   Q.    What happened next with your
12 relationship with Joanne?
13   A.    My relationship with Joanne?
14   Q.    I'm trying to find out what you did
15 with Joanne afterwards.  You checked into a
16 motel, did you continue to meet with her, did
17 you get her medical care, what was your role?
18   A.    I suggested that she get help.
19 I've been suggesting that for two years now.
20 But Joanne wasn't well, so Joanne was delusional
21 about a lot of things, and at that point it was
22 just keeping her safe, keeping her safe while
23 communicating with Cherie and Bernard about what
24 the next step is.
25   Q.    Did you stay at the motel with her?

11 (Pages 38 - 41)

Page 42

Esaun Pinto

1
2    A.    No.
3    Q.    Did you have somebody who worked
4 for you assigned to that?
5    A.    Sure.
6    Q.    Is that like a 24-hour a day
7 assignment?
8    A.    Absolutely, yes.  As far as Bernard
9 and Cherie were concerned, it would have been
10 senseless to get her all the way back to the New
11 York area and not have eyes and ears on her and
12 her just run away again.
13        So I had somebody with her, there
14 were two of my closest friends who are also
15 bodyguards that she was familiar with.  She had
16 known both of these guys for a number of years
17 now.
18    Q.    During that time, was she able to
19 go about whatever she wanted to do as long as
20 your employees were with her?
21    A.    Sure, they would take her shopping.
22 They took her out, I think they went to the
23 movies a couple of times.
24    Q.    She wasn't locked up in the hotel?
25    A.    Not at all.

Page 43

Esaun Pinto

1
2    Q.    What was your principal involvement
3 going forward then with Joanne after you had
4 returned her to New York?
5    A.    I don't really understand the
6 question.
7    Q.    Sure.  You had done a number of
8 things, you had known Joanne for many years.
9    A.    Right.
10    Q.    You had been in contact with her
11 for many years, you had gone out to Colorado,
12 brought her back to New York, what next did you
13 do on behalf of Joanne?
14    A.    I just became that friend again.  I
15 tried to convince Joanne that there was a
16 problem and that she needed to get help.
17    Q.    Were you asked to provide any
18 specific services for Joanne by Cherie once you
19 returned to New York?
20    A.    Other than keeping her safe and
21 trying to get the help that she needed, no.
22    Q.    How long did this sort of
23 arrangement with Joanne at the motel and your
24 employees keeping her safe, how long did that go
25 on?

Page 44

Esaun Pinto

1
2    A.    I don't remember exactly, but a few
3 weeks for sure.
4    Q.    And then did she no longer need the
5 bodyguards and she was left alone or did
6 something change?
7    A.    Joanne had the bodyguards with her
8 up until she was hospitalized.
9    Q.    When was she hospitalized?
10    A.    I don't remember the date, sometime
11 in June, I believe.
12    Q.    Of 2013?
13    A.    Yes, 2013.
14    Q.    Before she was hospitalized, did
15 you meet in person with Mr. Black, Bernard
16 Black?
17    A.    I requested it a number of times
18 but it never happened.
19    Q.    You didn't meet with him then?
20    A.    He wouldn't meet with me.
21    Q.    Do you know why?
22    A.    Why he wouldn't meet with me?
23    Q.    Yes.
24    A.    I can assume why, but I don't
25 really know why.

Page 45

Esaun Pinto

1
2    Q.    What would your assumption be?
3    A.    He didn't want to.
4    Q.    Do you know why he didn't want to?
5    A.    I don't know why he didn't want to.
6    Q.    Did you meet with Ms. Wrigley?
7    A.    No.
8    Q.    Do you know how Joanne received the
9 hospitalization, did she go voluntarily, did you
10 escort her, was somebody else involved?
11    A.    She didn't go voluntarily.
12    Q.    How was she hospitalized?
13    A.    Joanne had a bad episode, it was
14 triggered by emergency vehicles, one of her
15 triggers, and I tried to get Joanne to calm down
16 and get back into her hotel room.  One of my
17 guys called me and said she was in a really bad
18 way so I responded.
19        There was no convincing her to calm
20 down.  There was no convincing her to go back to
21 the hotel room.  She wouldn't even allow my guys
22 to escort her away from the area, and in trying
23 to flee, Joanne stepped into oncoming traffic on
24 Route 1 and 9 in New Jersey, and at that point
25 we had to call 911.

12 (Pages 42 - 45)

Page 46

Esaun Pinto

1
2    Q.    Was she struck?
3    A.    No, she wasn't.  No, we kept her
4  from being hit, but it was a bad scene.
5    Q.    At that point you realized she was
6  a danger to herself?
7    A.    Yes.
8    Q.    When you called 911 --
9    A.    I don't think -- I know I wasn't
10  the one to call.  I believe Adrian Lawrence
11  called.
12    Q.    When that happened, the ambulance
13  took her to a hospital?
14    A.    Yes.
15    Q.    Did she agree to go to the
16  hospital?
17    A.    She didn't want to go, no.
18    Q.    Were one of your associates along
19  with her in the ambulance?
20    A.    No, she wouldn't allow it.
21    Q.    And you weren't either?
22    A.    She wouldn't allow it, she was
23  upset with me now.
24    Q.    But she did get in the ambulance?
25    A.    Right.  So we took her property,

Page 47

Esaun Pinto

1
2  again, she had a number of suitcases and wheelie
3  bags and backpacks.  So we safeguarded that
4  stuff, most of that stuff.  We cleared out her
5  motel room.
6        The ambulance took her to the
7  hospital, and I believe I saw Joanne a couple of
8  days later.
9    Q.    Do you know what the basis of the
10  admission to the hospital was?
11    A.    She was psychotic.
12    Q.    So this was some sort of
13  psychiatric hospital that she was taken to?
14    A.    Yeah.  Actually, she was taken to a
15  hospital that had a psychiatric unit, yeah.
16    Q.    Did you communicate at that point
17  with either Ms. Wrigley or Bernard Black?
18    A.    I was on the phone with both of
19  them at various times during that process the
20  day that she was picked up.
21    Q.    Did they give you any instructions
22  or request you to do anything more?
23    A.    There was nothing else for me to do
24  that day.
25    Q.    Okay.  Do you know whether either

Page 48

Esaun Pinto

1
2  of them then went to the hospital?
3    A.    No.
4    Q.    You don't know?
5    A.    No, they didn't.
6    Q.    They did not.  When you visited her
7  two or three days later, was there any other
8  family member or any friend of hers at the
9  hospital with her?
10    A.    Other than myself, no.
11    Q.    I assume this was a locked unit?
12    A.    Actually, I'm sorry, I believe
13  Adrian Lawrence was with her.
14    Q.    Ms. Black, I take it, was
15  restrained in a locked unit?
16    A.    Oh, yeah, she was in the
17  psychiatric ward.
18    Q.    How long was she in the hospital
19  for that episode, do you recall?
20    A.    A few days, not exactly, it was at
21  least a few days before she was transferred out.
22    Q.    Where was she transferred to?
23    A.    I believe it was Secaucus
24  Psychiatric Hospital, I believe.  I know it was
25  in Secaucus, I'm not 100 percent sure of what

Page 49

Esaun Pinto

1
2  the name of it is.
3    Q.    Sure, all this is a long time ago,
4  I don't expect you to have perfect recall about
5  this.
6        How long was she in the hospital in
7  Secaucus?
8    A.    At least a couple of months.
9    Q.    Did you receive any instructions or
10  employment with regard to Joanne while she was
11  hospitalized --
12    A.    Sure.
13    Q.    -- in Secaucus?
14    A.    Sure.
15    Q.    Tell me how that happened.
16    A.    In communication with Cherie and
17  Bernard, I was to play the role of next of kin,
18  communicate with Joanne, communicate with the
19  staff.
20    Q.    Did you get a power of attorney
21  from either Mr. Black or Cherie Wrigley in terms
22  of care for Joanne?
23    A.    No.
24    Q.    And did you communicate, have
25  communications with the physicians who were

13 (Pages 46 - 49)

Esaun Pinto

```
 1              Esaun Pinto
 2  treating Joanne --
 3      A.    Yeah.
 4      Q.    -- in that hospital?
 5      A.    Yes.
 6      Q.    Was it part of your job to
 7  communicate then with Ms. Wrigley and Mr. Black
 8  about what the physicians were telling you?
 9      A.    No.
10      Q.    Did they communicate, as far as you
11  know, directly with the physicians?
12      A.    No.
13      Q.    So nobody was communicating with
14  the physicians who were treating Joanne?
15      A.    Other than myself, no.
16      Q.    And to your knowledge, neither Ms.
17  Wrigley nor Mr. Black knew what the physicians
18  were saying about her care?
19      A.    They knew what I told them.
20      Q.    Well, that was sort of my question,
21  whether you were communicating what the
22  physicians told you.
23      A.    You asked me if that was my job.
24      Q.    That was not your job?
25      A.    My job was to take care of Joanne.
```

Esaun Pinto

```
 1              Esaun Pinto
 2      Q.    Were they compensating you at that
 3  time?
 4      A.    Sure.
 5      Q.    What happened after Joanne was
 6  released from this hospital in Secaucus?
 7      A.    She was transferred to South Beach
 8  in Staten Island.  She was actually trying to
 9  get a transfer to a hospital in Brooklyn.  There
10  weren't any beds available and this is, this was
11  an attempt to bring Joanne closer to me.  Again,
12  this relationship superceded any professional
13  relationship, this was life changing.
14      Q.    And the reason you preferred it in
15  Brooklyn is because you resided in Brooklyn?
16      A.    The reason why I preferred it?
17      Q.    You mentioned they were trying to
18  transfer her to a hospital in Brooklyn.
19      A.    This has nothing to do with what I
20  preferred.
21      Q.    I see.  So tell me why the transfer
22  was to --
23      A.    This is what Joanne preferred.
24      Q.    I see, thank you.  So She wanted to
25  be transferred to a Brooklyn facility --
```

Esaun Pinto

```
 1              Esaun Pinto
 2      A.    She wanted to be transferred
 3  someplace closer to me.
 4      Q.    And was part of your employment
 5  when she was transferred to South Beach to visit
 6  her in that hospital?
 7      A.    Yes.
 8      Q.    Did any of your associates, people
 9  who were working either with you or for you also
10  visit her at the time?
11      A.    Sure, both at the South Beach, the
12  Jersey City and the Secaucus hospital.
13      Q.    Did they visit you with her or make
14  their own independent visits?
15      A.    It depends, it depended on what
16  Joanne wanted.
17      Q.    I'm going to ask you more questions
18  about what was going on, but I'm now going to go
19  to some documents which is typical of a
20  deposition.
21      A.    Sure.
22      Q.    Just so you know, documents are a
23  way of refreshing people's recollection and
24  focussing testimony.
25      A.    Sure.
```

Esaun Pinto

```
 1              Esaun Pinto
 2      Q.    So we marked each document that I'm
 3  going to show you has a sticker on it with a
 4  number.  That's why I'm going to describe it to
 5  you that way so we have a record so everybody
 6  can figure out what am I saying, what am I
 7  talking about.
 8          So this is a document marked Pinto
 9  Exhibit 1.
10          MR. KATZ:  This is Exhibit 1?
11          MR. SCHAALMAN:  Yes.
12          MR. KATZ:  Pinto 1?
13          MR. SCHAALMAN:  Yes.
14      Q.    Did you, Mr. Pinto, did you review
15  any documents in preparation for your deposition
16  today?
17      A.    Sure.
18      Q.    Can you tell me what you reviewed,
19  what kinds of documents first?
20      A.    These kind of documents.
21      Q.    Emails?
22      A.    Sure.
23      Q.    Did you review any other kinds of
24  documents other than emails?
25      A.    Yeah, the attorney showed me a
```

14 (Pages 50 - 53)

Page 54

Esaun Pinto

1
2  couple of things.
3      Q.    Were they invoices?
4      A.    That's an email.
5      Q.    The invoices were attached to
6  emails?
7      A.    Sure.
8      Q.    Other than emails, what other kind
9  of documents did you review?
10     A.    He showed me a couple of things, I
11 don't remember what you call them, but a couple
12 of things.
13     Q.    When did you review these with your
14 attorneys?
15     A.    In the last couple of days.
16     Q.    Do you recall approximately how
17 many documents you reviewed?
18     A.    I don't remember how many.
19     Q.    So let's look at, this is an email
20 dated June 24, 2013 from you to Ms. Wrigley.
21     A.    Right.
22     Q.    Do you recall this email?
23     A.    No, not particularly, but I'm
24 looking at it, I'm sure it was a communication.
25     Q.    So this would be before or after

Page 55

Esaun Pinto

1
2  you returned her to New York?
3      A.    This is after she's returned to New
4  York.
5      Q.    In the paragraph, the first
6  paragraph it says, When I return to New York,
7  she expects me to visit three times per week.
8  Do you recall where you were when you wrote this
9  if you weren't in New York?
10     A.    I don't know.
11     Q.    Okay.  Do you recall which hospital
12 she was in when you wrote this?
13     A.    I'm assuming Secaucus.
14     Q.    Below there's an email from Cherie
15 Wrigley to you, do you see that and the subject
16 is billing.
17     A.    Yeah.
18     Q.    And she wrote, Doing battle with
19 Bernie.  Do you recall what she meant?
20     A.    Not exactly.
21     Q.    She wrote, He wants to shut down
22 the operation and I am not going to let him.
23 What operation was she referring to, do you
24 know?
25     A.    Me caring for Joanne.  And I'm

Page 56

Esaun Pinto

1
2  assuming this is Secaucus, I'm not quite sure
3  because I don't remember exactly when she was
4  hospitalized.  She could have been in Jersey
5  City still.  I don't know for sure.
6      Q.    Okay.  Do these dates of June 2013
7  refresh your recollection when you would have
8  gone to Colorado to retrieve Joanne?
9      A.    That was in April.
10     Q.    April, okay.  You mentioned in the
11 second paragraph in your email to Ms. Wrigley, I
12 have withdrawn her from Chase account and can
13 continue if needed.  I would prefer that the
14 invoice be paid.  Hopefully we will gain some
15 ground with Bernie.  Please keep me informed.
16          What was going on with your
17 withdrawing money from -- were you withdrawing
18 money from Joanne's Chase checking account?
19     A.    Yes.
20     Q.    How did you do that?
21     A.    I used the ATM card.
22     Q.    So obviously Joanne had given you
23 the information on the card so you could
24 withdraw money for her?
25     A.    Joanne refused to use the card

Page 57

Esaun Pinto

1
2  because I believe Bernard's name was on it.
3      Q.    Do you know if this was the card
4  that her mother sent her while she was on the
5  road to provide income, moneys for her?
6      A.    That her mother sent her?
7      Q.    Yes.
8      A.    I don't think so.  I don't know for
9  sure, but I don't think so.  I assume that that
10 card, that account and card was generated after
11 her mother passed away.
12     Q.    And you wrote, I would prefer that
13 the invoice be paid.  You preferred to have your
14 invoices paid as opposed to taking money out of
15 the account?
16     A.    Sure.
17     Q.    And why was that?
18     A.    Why would I prefer my invoices to
19 be paid?
20     Q.    As opposed to taking money out of
21 Joanne's account.
22     A.    It's the natural way things should
23 work.
24     Q.    Mr. Pinto, there's Exhibit 2.  So
25 this appears to be a continuation of the first

15 (Pages 54 - 57)

Esaun Pinto

1
2 email.
3     A.    Yes.
4     Q.    And you wrote, If we can get at
5 least 5K of the invoice paid it would help us
6 until we get through to Bernie.
7         At this point, had you made any
8 effort to communicate directly with Mr. Black
9 about getting your invoice paid?
10     A.    I communicated with Mr. Black from
11 the beginning, from the initial email with the
12 conversation about going to Colorado, sure.
13     Q.    And he had told you when you wrote
14 this email on June 24, 2013 to Ms. Wrigley that
15 he wasn't going to pay your invoice?
16     A.    He wasn't paying my invoice.  It
17 was difficult to get paid from Mr. Black.
18     Q.    Do you know why?
19     A.    Mr. Black was concerned with
20 dollars and cents and not in touch with what was
21 going on with Joanne.
22     Q.    How was he not in touch?
23     A.    So again, my relationship with
24 Joanne is a difficult one.  I played multiple
25 roles in Joanne's life.

Esaun Pinto

1
2         When we spoke about going to
3 Colorado to get me involved in Joanne's life,
4 again, the idea from both Bernard and Cherie
5 was, if she's going to hate the two of us,
6 meaning Bernard and Cherie, then we have to
7 figure out a way for me to continue
8 communicating with Joanne so that they, we all
9 would know what was going on with her at all
10 times.
11         So they put me in a really weird
12 position because I don't know Cherie or Bernard,
13 I know what Joanne says about the two of them,
14 but I don't know either one of them.
15         So there were a lot of situations
16 where I just had to use my better judgment and
17 what I provide for Joanne and what I provide to
18 Cherie and Bernard.
19         Keeping Joanne safe was one thing.
20 Figuring out who Cherie and Bernard was is
21 different.  Joanne was giving me a story that I
22 didn't know to believe or not.
23         So all I can do at that point was
24 try to keep her safe, believe in Joanne, believe
25 that I knew Joanne better than the other two,

Esaun Pinto

1
2 and do the best I could.
3         However, in the process of all of
4 that, my expenses are going through the roof and
5 I wasn't in a position to cover all of these
6 expenses.
7         So Bernard wants to say, you know
8 what, this is too much, just call 911 and get
9 her picked up, and it wasn't that easy for me.
10     Q.    What did Joanne at that time, we're
11 talking about the Colorado visit by you and
12 bringing her back to New York, what was she
13 telling you about Cherie?
14     A.    She was afraid of her.
15     Q.    Did she tell you why?
16     A.    She felt like she was stalking her.
17 But after I got the story from Cherie, I
18 understood what Cherie was trying to do, then I
19 had a better understanding of what she was
20 trying to do.  She wasn't stalking her, she was
21 actually trying to help her.
22     Q.    And stalking, did you understand
23 that Joanne saw Cherie around her?
24     A.    I don't know if she saw Cherie.
25 What I believe happened was that she was getting

Esaun Pinto

1
2 reports from people at the various motels that
3 Cherie was looking for her.
4     Q.    I'm going to be taking these out of
5 order and I apologize.
6     A.    That's fine.
7     Q.    If there's confusion, some of these
8 I'll use later but they're marked earlier.
9     A.    Sure.
10     Q.    This is Exhibit 5.  This appears to
11 be an email from Mr. Black dated July 8, 2013 to
12 you and Ms. Wrigley.  But let's see if we can
13 start, let's start on the second page which I
14 think starts the string.
15     A.    Okay.
16     Q.    Even though I can't really say for
17 sure since the time zones are changing this.
18 The first email on the string is on the second
19 page of Exhibit 5, it's from you, Mr. Pinto,
20 dated July 8, 2013 to Bernard Black with a copy
21 to Cherie Wrigley.  You write, Hello Mr. Black I
22 have not ignored your emails or requests.
23         At the time you were communicating
24 with Mr. Black, had he asked you to do something
25 with regard to the invoices or getting you paid?

16 (Pages 58 - 61)

Page 62

Esaun Pinto

1
2     A.    Right.
3     Q.    What do you recall about that?
4     A.    Oh, I don't know.  I don't know.
5     Q.    He wrote, Joanne is doing much
6  better, I'm now on the second sentence.  I have
7  met and will continue to meet with her team of
8  staff members at Meadow View.  This is you
9  writing to Mr. Black.
10    A.    Sure.
11    Q.    Meadow View, was that the first
12  hospital she went to?
13    A.    That's Secaucus.
14    Q.    That's Secaucus.  But by July, to
15  get the chronology right, she is now in
16  Secaucus?
17    A.    Right.
18    Q.    Okay.
19    A.    He wanted me to put the Chase
20  withdrawals in a spreadsheet form.
21    Q.    And he wanted to do that so he
22  could keep track of what the costs were?
23    A.    Sure.
24    Q.    And then up above he responds to
25  you, Esaun:  Thanks for checking back with me.

Page 63

Esaun Pinto

1
2  We're both scrambling...I'm working on extending
3  my financial guardianship, and turning it into a
4  full guardianship, in Colorado.
5         Then you wrote to Mr. Black the
6  same day, I'm meeting with the staff this
7  evening.  I believe they are changing her meds
8  to the ones that Cherie said worked in the past.
9  I have the video from the day Joanne was picked
10  up but having trouble downloading it from my
11  tablet.
12         You took a video of your meeting
13  with Joanne in Colorado?
14    A.    Yes, but what he's talking about
15  here I believe is the video from when Joanne was
16  picked up in New Jersey.
17    Q.    So when she had her episode in
18  traffic --
19    A.    Right.
20    Q.    -- and was brought to the hospital
21  by an ambulance?
22    A.    Right.
23    Q.    Okay, thanks.  And then Mr. Black
24  writes back to you apparently the same day,
25  Joanne does make problems for herself.  Do you

Page 64

Esaun Pinto

1
2  know what he meant?
3     A.    Joanne was a sick person, make
4  problems for herself, she's a sick person, she
5  was sick.
6         MR. FANTONE:  Michael, I notice
7  there's no control numbers on these.
8         MR. SCHAALMAN:  Yes, that's true.
9         MR. FANTONE:  Were these produced?
10        MR. SCHAALMAN:  I believe they
11  were, yes, I believe they were.  That's the
12  best understanding I have.
13        MR. FANTONE:  Did your production
14  include control numbers?
15        MR. SCHAALMAN:  Yes.
16        MR. FANTONE:  So do you know why
17  there's no control numbers?
18        MR. SCHAALMAN:  I don't.  When they
19  were copied, the control numbers did not
20  come forward.
21        MR. FANTONE:  Do you have any idea
22  what the control numbers are on these
23  exhibits?
24        MR. SCHAALMAN:  I don't, but after
25  today we'll try to get you the control

Page 65

Esaun Pinto

1
2  numbers.  And by control numbers, you mean
3  the Bates numbers?
4         MR. FANTONE:  Yes.
5         MR. SCHAALMAN:  I just want to make
6  sure we understand, it's the same thing.
7         MR. FANTONE:  I would just like to
8  reserve the objection if any of these
9  documents haven't been produced.
10        MR. SCHAALMAN:  Well, if they
11  haven't been produced, then they're not
12  responsive.
13        MR. FANTONE:  I'm making the
14  record.
15        MR. SCHAALMAN:  Make your record.
16    Q.    Here's Exhibit 6, Mr. Pinto.  This
17  is an email from you dated August 6, 2013, and
18  you refer to, this invoice is the projected
19  expenses for the next two weeks.  Is your
20  recollection you would have attached the
21  invoice?
22    A.    Yeah.
23    Q.    Did Mr. Black ask you to make
24  projections, basically what are you going to do
25  and what's it going to cost?

17 (Pages 62 - 65)

Page 66

Esaun Pinto

1
2  A.   I don't know in regards to this
3  conversation here, but Mr. Black did want to
4  know what it looked like moving forward
5  financially.
6  Q.   Did Mr. Black tell you the source
7  of the moneys that he was paying you, where he
8  got the moneys?
9  A.   The card, the Chase card said
10 something to the effect of estate of Renata
11 Black.
12      MR. FANTONE:  Can you read that
13 back.
14      (The record was read.)
15 Q.   Did you continue to use the card
16 when you were getting paid through the invoices
17 or did that stop?
18 A.   When I needed to, yeah.
19 Q.   So the card was sort of an
20 emergency way of taking care of Joanne's needs
21 when you were in between invoices?
22 A.   And taking care of Joanne's needs,
23 if you mean also taking care of the expenses of
24 the operation, yeah.
25 Q.   That's what I mean.  When you were

Page 67

Esaun Pinto

1
2  taking out money, you were assuming this was to
3  pay for services that Joanne needed including
4  pay you if necessary?
5  A.   Sure.
6  Q.   In your email to Mr. Black, you
7  wrote, you should receive a package of Joanne's
8  hospital and court records this week.  I assume
9  that was in response to a request Mr. Black had
10 made?
11 A.   I assume so.  I guess so, I don't
12 really remember.  That looks pretty odd to me
13 because I don't remember anything about court
14 records.
15 Q.   That's what I was going to ask you.
16 A.   I don't remember about that, I
17 don't know.
18 Q.   So at this point in August of 2013,
19 you don't recall that there was court
20 intervention?
21 A.   I don't know what any of that was
22 about, I don't know.
23 Q.   You just don't remember?
24 A.   No.
25 Q.   But it's likely that you were

Page 68

Esaun Pinto

1
2  sending him something related to a court,
3  otherwise you wouldn't have written it.
4  A.   I guess so.  I just don't know
5  where I would have gotten court records from.
6  Q.   Here's Exhibit 7, Mr. Pinto.
7  Exhibit 7 appears to be an email sent to Mr.
8  Black with a copy to Ms. Wrigley, dated
9  September 4, 2013.  You wrote, We are still
10 waiting for her transfer to a New York State
11 facility.
12 A.   Right.
13 Q.   Is that the facility you mentioned
14 on Staten Island?
15 A.   That ended up being the facility on
16 Staten Island.  It wasn't predetermined that
17 that's where she was going to go.
18 Q.   You wrote, Hopefully she will end
19 up in Kings County in Brooklyn.
20 A.   Right.
21 Q.   That's another state facility?
22 A.   Right.
23 Q.   Did Ms. Black ever end up in Kings
24 County in Brooklyn?
25 A.   No. Well, at Kings County Hospital,

Page 69

Esaun Pinto

1
2  no.  She currently lives in Kings County in
3  Brooklyn.
4  Q.   I mean the hospital.
5  A.   No.
6  Q.   And you're referring to a hospital
7  there when you say Kings County?
8  A.   Yes.
9  Q.   You're not referring to a residence
10 in Kings County?
11 A.   No.  Am I allowed to speak as to
12 the nature of these conversations?
13 Q.   Sure.
14      MR. FANTONE:  Hold on.
15 A.   No, forget about it.
16      MR. FANTONE:  We can take a second
17 if you want.
18      THE WITNESS:  No, no, that's fine,
19 let's keep going.
20 Q.   You whet my appetite, Mr. Pinto.
21      MR. FANTONE:  Let's take a break
22 for two seconds.  I don't understand your
23 question.
24      (The witness and counsel left the
25 room and returned.)

18 (Pages 66 - 69)

Esaun Pinto

2 Q. Here is Exhibit Number 9. Again,
3 I'm taking them out of order, and some of them I
4 won't use but I'm sure you won't be
5 disappointed.
6 Before we broke, Mr. Pinto, you
7 mentioned that there were some conversations you
8 had where you were going to, or could you
9 testify about conversations. Obviously I want
10 to know whatever you know and are able to tell
11 me. So what conversations were you talking
12 about just before we broke?
13 A. Oh, my attorneys said we may bring
14 that up later on. It's not pertinent now.
15 MR. FANTONE: Are you talking about
16 with respect to 7?
17 MR. SCHAALMAN: I'm talking about,
18 I wasn't sure what the witness was
19 referring to, and I'm just giving the
20 witness an opportunity to explain to me
21 what he was referring to, what
22 conversations.
23 A. All I was referring to, reading
24 over some of these emails, it's starting to
25 bring back the memories of the time and the

Esaun Pinto

2 feelings of the time. So when you were going
3 over it, I started to laugh and smile because
4 certain things start to play back in my head.
5 Q. Was there something from Exhibit 7
6 that --
7 A. It's all of them, it's all of the
8 emails.
9 Q. What does it bring back? My job is
10 to find out what you remember.
11 A. It's bringing back some of the
12 emotions that were going on with me.
13 Q. What was going on?
14 A. I was pissed off.
15 Q. With who?
16 A. With everybody.
17 Q. Why?
18 A. I was alone, it was just me and
19 Joanne again.
20 Q. You didn't feel you were getting
21 enough support from Mr. Black and Ms. Wrigley?
22 A. Ms. Wrigley was more supportive,
23 and she was doing what she could under the
24 circumstances, I believe. But it was just a
25 lot, it was a lot, and frankly Joanne wouldn't

Esaun Pinto

2 allow Ms. Wrigley to provide the support that I
3 might have needed at the time. Joanne wasn't
4 there yet. So again, this became a lot. This
5 was a lot, a heavy weight on not only myself but
6 my family.
7 Q. Would Joanne allow Mr. Bernard
8 Black to provide that?
9 A. He wasn't interested.
10 Q. He wasn't interested?
11 A. No.
12 Q. Let's look at Exhibit 9, what I
13 just gave you. So at the bottom of Exhibit 9 it
14 looks like you wrote Mr. Black an email. Hi Mr.
15 Black, as of Wednesday evening we have not
16 received either check to cover our outstanding
17 invoices. I would like to have those invoices
18 and all future invoices paid via wire transfer.
19 And then Mr. Black wrote to you on
20 the same day, correct, on September 26, 2013?
21 A. Is that a question?
22 Q. Yes, that was a question.
23 A. Yes.
24 Q. And he copied Ms. Wrigley, correct?
25 A. Yes.

Esaun Pinto

2 Q. He wrote Esaun, I cannot send a
3 wire today. I personally sent both letters, and
4 the second time I directly deposited in a post
5 office box. Maybe the address on your Excel
6 street is wrong? For a wire transfer, I can do
7 this in the future.
8 Did Mr. Black start wiring moneys
9 into your account as you had requested?
10 A. There were at least a few wires,
11 yeah.
12 Q. Were you being paid by wire or by
13 check then?
14 A. I don't remember exactly what we
15 were doing at this point, but there was
16 difficulty getting the invoices paid, so I was
17 trying to figure out an easier way to get it
18 done, and the wire just seemed to be a simpler
19 way.
20 Q. Here's Exhibit 10. So Exhibit 10
21 appears to be a message from you, Mr. Pinto, to
22 Mr. Black with a copy to Ms. Wrigley and the
23 date is November 14, 2013.
24 In the second paragraph you wrote,
25 Joanne is well and she is scheduled to be

19 (Pages 70 - 73)

Page 74

Esaun Pinto

1           Esaun Pinto
2  transferred to South Shore Hospital of Staten
3  Island on Monday, November 18th.  So does that
4  sort of fill in the timeline that she went from
5  Meadow View to Staten Island?
6      A.   I guess so, yeah.
7      Q.   You wrote at the end, I also have
8  an additional package of records from Meadow
9  View that I will send out in the next couple of
10 days.  Were those her medical records?
11     A.   I guess it was anything I was
12 picking up from Meadow View, I guess so.
13         MR. SCHAALMAN:  Would you mark this
14 as 20, please.
15         (9/11/14 email was hereby marked as
16     Pinto Exhibit 20 for identification, as of
17     this date.)
18         MR. KATZ:  This is 20?
19         MR. SCHAALMAN:  It is.
20     Q.   On the first page of Exhibit 20 is
21 an email from Mr. Black to Ms. Wrigley, and you
22 seem to be copied on it, do you see that, your
23 email address?
24     A.   Yes.
25     Q.   Would I be correct to say that you

Page 75

Esaun Pinto

1           Esaun Pinto
2  don't have any specific recollection of any of
3  these emails today?
4          MR. KATZ:  Object to the form.
5      A.   No.
6      Q.   I'm going to point you to the email
7  from Bernard Black to Cherie Wrigley with a copy
8  to Anthony Dain, Dorothy Dain and Esaun Pinto.
9      A.   Okay.
10     Q.   This is dated September 11, 2014.
11 We've now sort of moved ahead a year.  Do you
12 remember having any contact with Anthony Dain?
13     A.   Yeah.
14     Q.   When do you recall that contact
15 started?
16     A.   Oh, I don't know, I don't remember
17 exactly.
18     Q.   Would it have been, can you give me
19 a year, either 2013 or 2014?
20     A.   I'm not sure.  I'm not sure.
21     Q.   So Mr. Black wrote to you, I will
22 break up my thoughts into several messages.
23 This one is directed to my visit, and Joanne's
24 desire to see Tony.  Do you remember Mr. Black
25 expressing an interest in seeing his sister?

Page 76

Esaun Pinto

1           Esaun Pinto
2      A.   Sure.
3      Q.   What do you remember about that
4  conversation you might have had with him in
5  which you learned that?
6      A.   Mr. Black was interested in seeing
7  Joanne because Cherie saw Joanne first.
8      Q.   Okay.  How do you know that, did he
9  tell you?
10     A.   How do I know what?
11     Q.   Did he tell you he was interested
12 in seeing Joanne because Cherie saw her?
13     A.   No, I just know he wasn't
14 interested prior to that.
15     Q.   So you sort of concluded that the
16 reason he wanted to see her was because Cherie
17 saw her?
18     A.   Right.
19     Q.   Were you present when Cherie saw
20 Joanne?
21     A.   Sure.
22     Q.   What year was that in?
23     A.   That was in '14.
24     Q.   And was Joanne out of the hospital
25 by that time?

Page 77

Esaun Pinto

1           Esaun Pinto
2      A.   Joanne was still in the hospital.
3      Q.   Was she still in Staten Island?
4      A.   She was in Staten Island.
5      Q.   Tell me what you remember about the
6  visit of Cherie Wrigley with Joanne?
7      A.   Cherie wanted to visit Joanne for
8  quite awhile.  Joanne wasn't ready to see
9  Cherie.  So me and Cherie talked about it for a
10 few months, and eventually I thought the best
11 thing for her to do was to send Joanne like a
12 peace offering, for Cherie to take the first
13 step in bonding and repairing this relationship,
14 so Cherie did that.  And she sent Joanne, I
15 believe it was two rings that belonged to
16 Joanne's mom.
17     Q.   Do you know how Cherie had those
18 rings?
19     A.   I don't know.  From what I
20 understand, she got a number of things that
21 belonged to Joanne and Joanne's mom.  So she
22 sent the rings, and, you know, I told Joanne
23 that Cherie was going to offer this peace
24 offering.
25         Joanne didn't really have an idea

20 (Pages 74 - 77)

Page 78

Esaun Pinto

1
2 exactly what she wanted, but she knew that she
3 wanted a piece of her mother's jewelry.
4       So Cherie sends the two rings, I
5 present Joanne with the rings. Joanne
6 immediately got very emotional, accepted it as a
7 peace offering and allowed Cherie to start
8 communicating with her and eventually visit her.
9       Q.    And how was Cherie communicating
10 with Joanne?
11      A.    First through me.
12      Q.    Okay, she was sending messages and
13 you were relaying those messages?
14      A.    Sure.
15      Q.    Ultimately, did Cherie start
16 calling?
17      A.    I can't remember if Joanne was
18 calling Cherie or how that went, but it went
19 from bad to better once Cherie sent the peace
20 offering.
21      Q.    Before the rings were sent to you
22 by Ms. Wrigley, had Joanne ever told you that
23 she was interested in finding out where this
24 jewelry was?
25      A.    She might have. I don't remember,

Page 79

Esaun Pinto

1
2 I don't know.
3       Q.    Had that become an issue that the
4 two of you had discussed?
5       A.    No, it was never an issue, not with
6 Cherie, not with Cherie being in possession of
7 Joanne's belongings. The issue was with Bernard
8 being in possession of Joanne's belongings.
9       Q.    And what do you recall, what
10 belongings did Joanne believe that Bernard had?
11      A.    Everything, car, clothes, jewelry,
12 money, everything. Her car, her mom's car,
13 property that she believed belonged to her now,
14 clothing, fur coats, everything.
15      Q.    Did you ever find out where that
16 property that Joanne was describing was?
17      A.    Yeah, I talked about it with
18 Bernard and Cherie.
19      Q.    What did Bernard tell you where all
20 that clothing and cars and property was?
21      A.    He was in possession of a lot of
22 that stuff.
23      Q.    Did you suggest to Bernard that he
24 give it back to Joanne?
25      A.    Did I suggest it?

Page 80

Esaun Pinto

1
2       Q.    Yes.
3       A.    No, it was suggested, but it wasn't
4 by me.
5       Q.    Who suggested it?
6       A.    There was a conversation between
7 the family.
8       Q.    Were you a part of that
9 conversation?
10      A.    I was a part of the conversation in
11 terms of what Joanne wanted and how bad she
12 wanted certain items, sure.
13      Q.    Do you recall which items she
14 wanted more?
15      A.    She wanted her mother's Matrix,
16 which I believe was a small SUV. She wanted,
17 there were some fur coats she wanted, there was
18 some jewelry she wanted, yeah.
19      Q.    Did she express those desires for
20 those objects while she was in the hospital?
21      A.    Sure.
22      Q.    Could she have had any of those
23 objects while she was in the hospital?
24      A.    It depends on what you mean by had.
25      Q.    Could you park the Matrix in front

Page 81

Esaun Pinto

1
2 of the hospital?
3       A.    It wasn't about that, it wasn't
4 about that.
5       Q.    Explain that to me, I don't
6 understand that.
7       A.    The problem was it was in her
8 brother's possession and not in hers. So had
9 that stuff come from her brother's possession
10 into a storage unit closer to Joanne, that would
11 have satisfied Joanne.
12      Q.    Including the car?
13      A.    Whatever it was.
14      Q.    Let's go back to Exhibit 20, the
15 one in front of you.
16      A.    Yeah.
17      Q.    Bernard wrote -- Cherie wrote:
18 Another item is that Joanne wants Tony to be at
19 the visit and wants all of you to meet with
20 Esaun.
21        Did Joanne express an interest in
22 having Tony visit her?
23      A.    Sure.
24      Q.    Was that before Cherie went to see
25 her?

21 (Pages 78 - 81)

Page 82

Esaun Pinto

1
2    A.    Sure.
3    Q.    And my reaction, I believe, if I'm
4  reading this correctly is from Bernard, am I
5  right, the part that puts my reaction?
6    A.    I don't know.
7        MR. KATZ:  Objection.
8        MR. SCHAALMAN:  Okay, let's take a
9    break.  It's now basically 12:20, so let's
10   get back together if we can at ten to one.
11   Hearing no objection, which is shocking for
12   this crew, thank you.
13       (Whereupon at 12:18 p.m. a luncheon
14   recess was taken.)
15       AFTERNOON SESSION
16       (Time noted:  1:03 p.m.)
17       MR. SCHAALMAN:  Alice, would you
18   read the last question and answer, please.
19       (The record was read.)
20   Q.    Good afternoon, Mr. Pinto.  Thank
21 you for being so prompt and returning on time, I
22 appreciate it.
23   A.    No problem.
24   Q.    That would mean you get out of here
25 a little earlier.

Page 83

Esaun Pinto

1
2    A.    That would be nice.
3    Q.    I'm going to try to give you a time
4  frame and maybe see if you can have some
5  recollection if I do that.
6        Back in 2013 and 2014, so let's say
7  after you collected Joanne from Colorado,
8  brought her back to New York and she was being
9  hospitalized and you were involved as you were
10 involved, were you ever represented by counsel
11 during that time?
12   A.    No.
13   Q.    Did you know that Mr. Dain was a
14 lawyer?
15   A.    Yes.
16   Q.    Did Mr. Dain ever represent you?
17   A.    No.
18   Q.    Did you know that Mr. Black was a
19 lawyer, Bernard Black was a lawyer?
20   A.    Yes.
21   Q.    Did he ever represent you?
22   A.    No.
23   Q.    Did you have any representation,
24 legal representation about your care for Joanne,
25 let's take it all the way through 2015, did you

Page 84

Esaun Pinto

1
2  retain a lawyer at any time?
3    A.    No, but I have lawyers I work with
4  every day.
5    Q.    Sure, I'm sure you do.  But I'm
6  talking about on behalf of Joanne.
7    A.    No.
8    Q.    Did you consult any lawyers about
9  whether you were appropriately caring for
10 Joanne?
11   A.    No.
12   Q.    Or whether Joanne needed to have
13 legal counsel herself?
14   A.    No.
15   Q.    Here's Exhibit 11.  So I think
16 we've reviewed the bottom email on Exhibit 11
17 already.  This is an email from you to Mr. Black
18 on November 14, 2013.
19       You refer in your email which is on
20 Page 2 of Exhibit 11, I am sending you the
21 invoices from the beginning of September through
22 December 1st.  Do you recall whether those are
23 invoices going forward or are they past invoices
24 that weren't paid?
25   A.    So if I sent this, if I sent this

Page 85

Esaun Pinto

1
2  email in November of '13 and it's saying that
3  I'm sending the invoices from September and
4  October, then I don't remember exactly, but I'm
5  assuming that there was a problem somewhere.
6    Q.    You were getting paid slowly?
7    A.    I'm assuming that that's what
8  happened at this point.  I don't really
9  remember.
10   Q.    Okay.  Mr. Black responded to you
11 where he copied Ms. Wrigley, on November 17,
12 2013, Esaun:  I will mail you a check for
13 $5,213, representing full payment through the
14 week of November 18.
15       Does that refresh your recollection
16 that at least at that time he made you whole?
17   A.    I don't remember, I don't know.  I
18 mean, I don't know.
19   Q.    He wrote that Cherie and I think
20 once Joanne is moved, your visits can be cut
21 back in frequency, initially to twice per week.
22 Did you agree with that?
23   A.    They're in no position to make that
24 demand.
25   Q.    So you didn't agree?

22 (Pages 82 - 85)

Page 86

Esaun Pinto

1    Esaun Pinto
2    A.   No, because Joanne dictated how
3 much she needed to see me, not Cherie or
4 Bernard.  I was caring for Joanne, not for
5 Cherie and Bernard.  So what he's saying is that
6 the frequency should be cut down to twice a week
7 for financial reasons.  But this wasn't a
8 financial situation.  This was caring for
9 Joanne.
10   So if I needed to see Joanne five
11 times this week, I'm not going to see Joanne
12 twice because it satisfies his invoice.
13   Q.   And did you tell him that?
14   A.   Sure.
15   Q.   Would that have been a conversation
16 you had over the phone or would that have been
17 through emails?
18   A.   I've made that clear every step of
19 the way.  This is not about Bernard, it's about
20 Joanne.
21   Q.   Here's Exhibit 12.  Mr. Pinto,
22 Exhibit 12 appears to be an email from Mr. Black
23 to you and Ms. Wrigley, dated November 19, 2013,
24 and the subject is Joanne's SSDI checks.  Are
25 those her Social Security Disability checks that

Page 87

1    Esaun Pinto
2 he's referring to?
3    A.   Yes.
4    Q.   And Mr. Black writes:  Esaun or
5 Cherie:  What do you know about where these are
6 going.  I'm not sure I have your response to
7 that in an email, but do you recall anything
8 about these SSDI checks?
9    A.   Sure.
10   Q.   Where were they going at that time?
11   A.   At this time, I'm not quite sure.
12   Q.   Where were they going when you were
13 sure?
14   A.   At one time they were going to the
15 Wells Fargo account.  At one time they were
16 going to a rent payee account at Citibank that
17 was set up by myself and Joanne.  At one time
18 they were going to the hospital, and I believe
19 at one time they were going to Bernard.
20   Q.   So as of this time you don't
21 recall?
22   A.   No, I don't remember the dates and
23 the order in which all that took place.
24   Q.   He also wrote, When she gets out of
25 hospital, I think it would not be a good idea

Page 88

1    Esaun Pinto
2 for her to have what might be by then ten to
3 $15,000 sitting in a bank account.
4    Did you discuss that with Mr.
5 Black, why he didn't think that she should have
6 that kind of money in a bank account?
7    A.   I don't believe so.
8    Q.   Did you agree with him that she
9 shouldn't have?
10   A.   It was not my position to agree
11 with that.
12   MR. SCHAALMAN:  Could you mark
13   these next, please.
14   (Three email chains were hereby
15   marked as Pinto Exhibits 21, 22 and 23 for
16   identification, as of this date.)
17   Q.   Mr. Pinto, here is Exhibit 21.
18   MR. KATZ:  21?
19   MR. SCHAALMAN:  Yes.
20   Q.   This is an email sent to you from
21 Bernard Black dated September 18, 2014.  Do you
22 recall this email?
23   A.   Sure.
24   Q.   Why do you recall it?
25   A.   Because I was extremely upset.

Page 89

1    Esaun Pinto
2    Q.   Why were you upset?
3    A.   The meeting with Joanne did not go
4 well.
5    Q.   The meeting with Joanne and Bernard
6 did not go well?
7    A.   Right.
8    Q.   What happened?
9    A.   Bernard was completely not in touch
10 with Joanne's condition, nor did he care.
11 Joanne came in like a raging, I mean Bernard
12 came in like a ranging bull, he wasn't
13 sympathetic or empathetic about anything in
14 regards to Joanne's condition.
15   He didn't care if the visit was
16 going to help Joanne or hurt Joanne.  He
17 belittled Joanne.  He was asked to leave by the
18 staff of the hospital, social workers, doctors,
19 eventually security, and then Bernard was
20 eventually asked and escorted to leave the
21 hospital.
22   Q.   How did he belittle Joanne, if you
23 recall, what did he say?
24   A.   I don't remember the exact words,
25 but it wasn't nice, and it was very pessimistic.

23 (Pages 86 - 89)

Page 90

Esaun Pinto

1
2 It was this is where you're going to be, this is
3 how you're going to be, you're never going to
4 get better. It was that kind of jargon that was
5 used in the meeting, as well as a lot of history
6 being brought up by Bernard that wasn't
7 necessary or even pertinent in the moment.
8    Q.    What kind of history?
9    A.    History of Joanne's psychotic, or
10 her psychosis or her history of hospitalizations
11 and delusions and things of that nature.
12    Q.    Did you have a sense -- I'm going
13 to take you back a little bit in time now when
14 you first started meeting with Joanne back in
15 1998 and 1997, '98 and '99.
16    A.    '99.
17    Q.    Thank you. Did you have a sense
18 when you first started meeting with her that she
19 had had mental issues --
20    A.    Sure.
21    Q.    -- or mental problems for many
22 years before she started talking to you?
23    A.    Sure.
24    Q.    Did you in any of your
25 conversations with Joanne ever get a sense of

Page 91

Esaun Pinto

1
2 how long she had had mental problems?
3    A.    She told me.
4    Q.    What did she tell you?
5    A.    She told me that she suffered from
6 mental illness since her teenage years.
7    Q.    So let's go back. Is there
8 anything else you can remember about the meeting
9 with Bernard and Joanne in 2014 that you haven't
10 told me already?
11    A.    Other than, I mean, you're going to
12 get to it in this email.
13    Q.    I'm going to ask some questions
14 about the email.
15    A.    Sure there were things. It was his
16 demand for information about her care, her
17 doctors, telephone numbers, email addresses,
18 things that he wanted from and for Joanne that
19 Joanne didn't want him to have, neither did the
20 doctors or the social workers.
21    So he made a demand of me at the
22 end of this meeting with Joanne, he made a
23 demand, and his demand was I'm going to provide
24 this information to him regardless of how Joanne
25 feels or what the doctors and hospital staff was

Page 92

Esaun Pinto

1
2 saying, or he was going to cut me off. And I
3 told him do what you got to do.
4    Q.    Now, the date of the email is
5 September 18, 2014?
6    A.    Sure.
7    Q.    Does that refresh your recollection
8 of when this meeting with Joanne and you and
9 Bernard took place?
10    A.    It was right around that time.
11    Q.    Right around the same time. So he
12 writes to you, Esaun: My pleasure to finally
13 meet you. I do greatly appreciate your efforts
14 with Joanne. I thought that the visit today was
15 necessary, even if stressful for Joanne. If she
16 is going to be in the wider world, she will have
17 to deal with this and more.
18    His reference to stressful for
19 Joanne, does that reflect what you already
20 discussed about his meeting with her?
21    A.    That's a very mild way of saying it
22 about something that's going to be presented at
23 a later date, yeah. He wouldn't use stressful
24 at hospital, he would use another set of words.
25    Q.    What words would he use?

Page 93

Esaun Pinto

1
2    A.    I don't remember, but it definitely
3 wasn't that mild.
4    Q.    He wrote: I came hoping just to be
5 nice, and even show pictures of my younger
6 children, to which she was very nice. Did he
7 show pictures at the meeting?
8    A.    I think so.
9    Q.    And he wrote: For about two years,
10 my son Jacob's favorite teddy bear, whom he
11 slept with every night, was a gift from Joanne,
12 whom we called Anna as a variant of Joanne.
13    Was that part of his conversation
14 with Joanne about his childhood?
15    A.    It might have been.
16    Q.    He wrote, we have good memories of
17 her efforts to be nice to our kids during 2005
18 to 2010, and I very much hope we can get back
19 there.
20    A.    This is comical.
21    Q.    Why is it comical?
22    A.    Because Bernard is a smart man,
23 he's a smart man. He's writing an email after
24 his visit to the hospital that's painting a
25 picture of a wonderland.

24 (Pages 90 - 93)

Page 94

Esaun Pinto

1
2      This was far from wonderland.  This
3  was horrific, the meeting was horrific.  All
4  this nonsense about teddy bears and
5  relationships, it's comical.
6      None of this happened in the way
7  that he's describing it.  You've got to
8  understand, this man was escorted out of the
9  hospital by security.  There wasn't talks about
10  teddy bears and great memories, it's laughable.
11    Q.   He then wrote:  My near-to-medium
12  term goal for Joanne is for her to have as much
13  independence as she can handle without crashing
14  again.
15      Did you agree with that, that she
16  should have as much independence as possible?
17    A.   Sure, as much as she can handle.
18    Q.   He writes, including her own
19  spending money.  Did you discuss spending money
20  with Mr. Black at this meeting?
21    A.   Again, this is laughable, this is
22  laughable.  When I tell you that reading through
23  these emails now is bringing back feelings of
24  yesterday.  None of that visit didn't go this
25  way, none of this happened in this manner.

Page 95

Esaun Pinto

1
2      Bernard is lucky he didn't get
3  arrested, that's how bad the visit was, and I'm
4  not saying that from speculation.  I'm saying
5  that because I helped prevent him from getting
6  arrested.  So all of this talk about her having
7  X, that's nonsense.
8    Q.   And he wrote further, and her own
9  place to live, although I believe that for some
10  time to come, that place to live should be less
11  overwhelming than a house which requires
12  maintenance and upkeep.
13    A.   That place to live would have been
14  another institution, because that's what he
15  wanted.
16    Q.   He wrote further:  I have seen how
17  Joanne has lived, in a place of her own, more
18  than once, when it was my job to clean up after
19  she left.  This was not pretty, and surely not
20  good for her health.
21      Had he discussed with you the times
22  that he had gone and cleaned up apartments where
23  Joanne had lived?
24    A.   I would have loved for him to talk
25  to me about that because I don't even believe it

Page 96

Esaun Pinto

1
2  happened.
3    Q.   Why didn't you believe it happened?
4    A.   Because I've been communicating
5  with Joanne for 14 years.  She had no
6  relationship with her brother.
7    Q.   I think you testified earlier, and
8  you certainly should correct me if I'm wrong,
9  while she was outside of New York, you didn't
10  speak to her on the phone, you just got
11  messages?
12    A.   That was for two years out of the
13  13, 14 years.
14    Q.   So you don't know if Mr. Black was
15  visiting her when she was out of New York or
16  not?
17    A.   Are you kidding me?  What I can
18  tell you, she visited Illinois in the middle of
19  winter, and she called her brother for help and
20  he did not respond, I can tell you that.
21    Q.   Did she tell you that?
22    A.   She told me that.
23    Q.   When did she tell you that?
24    A.   Joanne mentioned that to me when I
25  visited her in Colorado when she started telling

Page 97

Esaun Pinto

1
2  me the story of the last couple of years.  It
3  was that conversation was then brought up again
4  with Cherie, and it continues to be brought up
5  whenever she speaks about her disgust for her
6  brother.
7    Q.   When did Cherie tell you that?
8    A.   Somewhere along the way.  I don't
9  remember exactly, but it was very early on.
10    Q.   By very early on, you mean for
11  example before Bernard came to see Joanne in New
12  York?
13    A.   It might have been between the two
14  visits, I don't remember exactly.
15      THE WITNESS:  Can I --
16      MR. FANTONE:  You want to say
17  something, do you want to take a break?
18      THE WITNESS:  No, I'm good.
19      MR. MANCILLA:  If you need water or
20  anything, let me know.
21    Q.   In the next paragraph he wrote:  My
22  long-term financial goal is to give Joanne what
23  spending money is available today, while
24  remaining very confident that come what may, she
25  will be able to live in comfort for the rest of

25 (Pages 94 - 97)

Page 98

Esaun Pinto

1
2 her life, including a long stay in a nursing
3 home, which I judge to be likely in the future,
4 although I hope not soon.
5     Did you talk to Mr. Black about the
6 fact that Joanne might need someday to live in a
7 nursing home?
8     A.   No, that wasn't my position.  He
9 mentioned it to me, but did I entertain that
10 kind of conversation, no.  I knew what his
11 position was in terms of Joanne from the first
12 time I spoke to him.
13    Q.   From the first time you had a
14 telephone conversation with him?
15    A.   Sure.
16    Q.   And what did you know?
17    A.   I knew that he had no faith in
18 Joanne getting better, he had no faith in Joanne
19 ever living on her own and being independent,
20 and that he needed to plan for long-term
21 hospitalization or assisted living for Joanne.
22    Q.   Did you think that he had no basis
23 for that belief?
24    A.   I just thought it was a horrible
25 way to think about your sister.

Page 99

Esaun Pinto

1
2     Q.   He wrote further, I thought it was
3 worth following up with a list of details.  And
4 he writes number one, I can be available to meet
5 with Cherie on Saturday afternoon, my conference
6 is at NYU and ends at 1:15.
7     Do you know what meeting with
8 Cherie he's referring to?
9     A.   Sure.
10    Q.   Tell me, please.
11    A.   Again, this is after the horrible
12 meeting with Joanne.  So Bernard is trying to
13 mend fences now.  You've got to understand,
14 prior to these two visits, the two visits I'm
15 referring to is the visit with Cherie and the
16 visit with Bernard.  I had no relationship with
17 either one of them.  They might as well have
18 been one person, it didn't make a difference to
19 me.
20    This email and that visit draws the
21 line in the sand.  What you're reading right now
22 is the line being drawn in the sand and the
23 relationships being defined.
24    Q.   What do you mean, Mr. Pinto --
25    A.   I think --

Page 100

Esaun Pinto

1
2     Q.   Wait a minute, I've got to finish
3 the question.  I know you're anxious to answer
4 which is great.  What did you mean by line in
5 the sand?  I'm not sure I understood that.
6     A.   It was the divide between the
7 people who cared about Joanne's wellbeing, the
8 people who didn't.
9     Q.   And who was on each side of the
10 line?
11    A.   Oh, Bernard sat on an island by
12 himself.  Cherie, Mr. Dain and myself sat on the
13 other side.  Eventually Lois and the social
14 workers of course and the doctors and things of
15 that nature.
16    But you've got to understand, I've
17 now been in Joanne's life post the two years
18 that I didn't speak to her for a year and a
19 half.  Big brother could have flew into New York
20 any time he wanted to, big brother could have
21 flew to Colorado any time he wanted to.
22    Big brother could have played the
23 role that he's now trying to define in this
24 email, nobody stopped him from doing that,
25 except for Joanne.  Joanne didn't want to see

Page 101

Esaun Pinto

1
2 him, still doesn't want to see him, was afraid
3 of him them, is afraid of him now.
4     Big brother is trying to define, is
5 trying to document through this email, but
6 that's not who he is.
7     But my in person, my first
8 in-person interaction with Bernard was the visit
9 to the hospital, and that was a defining moment
10 for him.
11    Q.   I just want to clarify if I can.
12 Before Mr. Black arrived in September of 2014,
13 did Joanne want to see him?
14    A.   No.
15    Q.   Did she want to see him in
16 September when he did come in September 2014?
17    A.   No.
18    Q.   Did you encourage him to come or to
19 stay away?
20    A.   I encouraged her to allow him to
21 visit.
22    Q.   And did she want him to come?
23    A.   She still didn't want him to come.
24    Q.   Did you tell that to Mr. Black that
25 she didn't want him to visit?

26 (Pages 98 - 101)

Page 102

Esaun Pinto

2  A.  I told him, and I continued to
3 convince her, Joanne, it's going to be all
4 right, it's going to be all right, it's going to
5 be all right, I'll be right here.
6        You can't leave the room, you've
7 got to sit next to me.  There were instructions.
8 There's got to be security outside the door, and
9 thank God I listened to her because the security
10 eventually was necessary.
11  Q.  Well, let me ask you about that.
12 Did Ms. Black and Bernard Black, did Joanne
13 Black and Bernard Black come to blows?
14  A.  No.
15  Q.  Was there any physical contact?
16  A.  If you're referring to the abuse
17 needing to be physical?
18  Q.  I'm just trying to figure out what
19 you're saying, Mr. Pinto.
20  A.  No, I wouldn't have allowed that.
21  Q.  Hold on, I'm not referring to
22 anything.  I'm trying to get information.
23  A.  But you're desensitizing the
24 situation.
25  Q.  I'm not trying to do that either,

Page 103

Esaun Pinto

2 I'm just trying to get information.
3  A.  Of course they didn't come to
4 blows.
5  Q.  That's all I was trying to figure
6 out.  So the situation that was bad in your view
7 was verbal abuse?
8  A.  Not in my view, not just in my
9 view.
10  Q.  That's fine.
11  A.  Okay.
12  Q.  I'm just asking what your view is.
13  A.  I'm just answering.  It was bad in
14 my view, but not just in my view.
15  Q.  Okay.  The abuse that occurred was
16 verbal?
17  A.  Sure.
18  Q.  Was it in one direction or was
19 Joanne abusive as well?
20  A.  Joanne was crying.
21  Q.  Point two, and we're still on
22 Exhibit 21.
23  A.  Sure.
24  Q.  Mr. Black wrote, I think it makes
25 sense to formalize our agreement through a

Page 104

Esaun Pinto

2 client service agreement with your firm, please
3 send me a draft.  And why are you laughing?
4  A.  Because I requested that agreement
5 a year and half prior to this.
6  Q.  Did you ultimately send him an
7 agreement?
8  A.  I don't remember him ever signing
9 an agreement.
10  Q.  Point three:  If an overall
11 agreement with Cherie and Tony can be worked
12 out, I will try to arrange to pay you for
13 Cherie's last visit as part of that.  But this
14 has to be part of an overall agreement.  Right
15 now, they seem interested in fighting.
16        At this time in September 2014, had
17 you also talked to Mr. Dain, Mr. Tony Dain about
18 it?
19  A.  I guess so, but what you just read,
20 what you just read --
21  Q.  Yes, sir, what did I just read?
22  A.  That was Number 4?
23  Q.  Yes.
24  A.  He's agreeing to pay my invoice?
25        MR. KATZ:  That's Number 3.

Page 105

Esaun Pinto

2  A.  He agreed to pay my invoice
3 provided I played ball with him.  I wasn't
4 playing ball with him anymore.
5  Q.  Let's go on to Number 4.
6  A.  So in other words, that was taken
7 as a bribe.
8  Q.  You took it as a bribe?
9  A.  Sure.
10  Q.  Point 4, Cherie's current visit to
11 Joanne is not authorized by me.  I authorized
12 you to spend time with Cherie today, but only
13 today.  If she needs more of your time, and that
14 time cannot, in your judgement, fit within an
15 overall $4,000 a month budget for your services,
16 that is up to her to arrange with you privately.
17  A.  I never agreed to a $4,000 a month
18 budget.
19  Q.  At any time?
20  A.  Uh-uh.
21  Q.  So was Mr. --
22        MR. KATZ:  You have to answer
23  verbally.
24  A.  No, I never agreed to a $4,000 a
25 month budget.

27 (Pages 102 - 105)

Page 106

Esaun Pinto

1
2    Q.    Was Mr. Black making that up at
3  this point?
4    A.    Mr. Black was trying to continue to
5  run the show and he never did.
6    Q.    Okay, I'm listening to your
7  answers.
8         Point 5, I encourage you to be in
9  direct contact with Gayle Young, the Colorado
10 guardian ad litem for Joanne.  Had you had
11 contact with Ms. Young prior to September of
12 2014?
13   A.    I don't remember, but I don't think
14 so.
15   Q.    Did you have contact with her after
16 this email?
17   A.    At some point I did.
18   Q.    What was the nature of that
19 contact?
20   A.    She just wanted to know, if I
21 remember, I don't remember exactly, but I know
22 we spoke about my relationship with Joanne.  We
23 spoke about Joanne's condition, we spoke about
24 things that Joanne, plans for Joanne in the
25 future.

Page 107

Esaun Pinto

1
2         I believe we spoke about her
3  relationship with Bernard.  I'm sure we spoke
4  about this visit, but I didn't communicate with
5  her much at all.
6    Q.    I want to, I left Point 3 a little
7  too early, I think.  As of September 18, 2014
8  when they email was written and received by you,
9  what role was Mr. Tony Dain playing in any of
10 your care for Joanne Black?
11   A.    I believe, I don't know if at this
12 point or if it was later on, but I believe that
13 I was, I was giving him updates on Joanne's
14 condition.  I don't remember exactly if we
15 discussed anything other than that.  I might
16 have discussed with him getting my invoices paid
17 in a timely fashion.  Outside of that, I don't
18 really recall.
19   Q.    Were you part of any telephone
20 communications around this time in 2014,
21 September, with Cherie Wrigley and Bernard
22 Black?
23   A.    Sure.
24   Q.    Can you recall anything about those
25 conversations, either in general or if you have

Page 108

Esaun Pinto

1
2  a specific recollection?
3    A.    Any conversation with Cherie had to
4  do with the care of Joanne.  A lot of those
5  conversations had to do with getting me paid on
6  time.  Bernard and I very, very rarely spoke on
7  the telephone.
8    Q.    My question to you, and maybe it
9  wasn't a good question, my question to you was,
10 do you recall being part of a conversation with
11 Cherie and Bernard, a telephone conversation?
12   A.    Together.
13   Q.    Together.
14   A.    I don't remember that.
15   Q.    When Bernard came out to visit in
16 September, was Cherie also at the hospital?
17   A.    Cherie was there, yeah.
18   Q.    So did Bernard and Cherie have any
19 conversations with you in connection with the
20 visit or after the visit?
21   A.    Independently, yes.
22   Q.    No, together.
23   A.    Not that I could recall.
24   Q.    He wrote to you that he would be
25 available to meet with Cherie on Saturday

Page 109

Esaun Pinto

1
2  afternoon, and the date of the email is a
3  Thursday.  Do you remember getting together with
4  Cherie and Bernard and you on that Saturday?
5    A.    No, I don't think we did.  I don't
6  remember exactly, but I doubt we met.
7    Q.    Point 6, Mr. Black wrote, I can be
8  available to meet with Joanne in two weeks, on
9  Thursday afternoon, October 2, if you believe
10 this would be advisable.  My sense is that
11 regular meetings will be good eventually, even
12 if not immediately.  I want to leave two weeks
13 from today up to your judgment.
14        Did you have a conversation with
15 him about his proposal to come in October?
16   A.    I don't believe I spoke to Bernard
17 on the phone after this at all.
18   Q.    Okay.  Do you believe somehow you
19 communicated what your judgment was, whether he
20 should come on October 2nd or not?
21   A.    I might have but, again, this is
22 laughable.  There was no visiting Joanne again.
23   Q.    He didn't come again?
24   A.    Not that I could recall, I don't
25 think so.  Joanne wouldn't agree to see him.

28 (Pages 106 - 109)

Page 110

Esaun Pinto

1
2 No, I don't think so.
3    Q.    He wrote on Point 7, If you can get
4 me a full name and contact information, phone,
5 email or preferably both for her social worker,
6 Nelson, I would be grateful.  Did you do that?
7    A.    No.
8    Q.    Why not?
9    A.    Because Joanne didn't want him to
10 have contact with anybody involved in her care.
11    Q.    I assume you must have communicated
12 that with Mr. Black somehow?
13    A.    I communicated that with Mr. Black
14 when he was being escorted out of the hospital
15 and he gave me the ultimatum.
16    Q.    What ultimatum did he give you?  I
17 don't understand.
18    A.    Either I cooperate with giving him
19 the information that I couldn't provide to him
20 about Joanne's care, the doctors' numbers, the
21 emails, all the contact information, or he was
22 going to cut me off.
23    Q.    Point 8, If you can provide me with
24 Dr. -- is that Choudhury?
25    A.    Choudhury.

Page 111

Esaun Pinto

1
2    Q.    Choudhury, thank you for the help.
3 That's C-H-O-U-D-H-U-R-Y's email address, I
4 would be grateful.  My first message to her will
5 simply seek to confirm that she is willing to
6 receive information from me by email.
7         Is your answer the same, you didn't
8 provide him with that doctor's contact
9 information?
10    A.    No, and Dr. Choudhury didn't want
11 me to provide Mr. Black with any of her
12 information.
13    Q.    The last point here 9, I believe
14 that I have found a correct name for Joanne's
15 appointed counsel, Nora Drew Renzulli.  That's
16 R-E-N-Z-U-L-L-I.  And he asked for contact
17 information for Ms. Renzulli.  Did you know Ms.
18 Renzulli?
19    A.    Sure.
20    Q.    Do you know when she was appointed
21 for Joanne?
22    A.    Somewhere in there, somewhere
23 during the South Beach stay.  I don't remember
24 at which point, but I met with her quite often.
25    Q.    And what was her role as a

Page 112

Esaun Pinto

1
2 representative, as a counsel for Joanne?
3    A.    I know she worked on, along with
4 the social worker in arranging like the stuff
5 that would happen after she was released from
6 the hospital.
7    Q.    Was she appointed by the court or
8 was she paid by the Black family?
9    A.    Oh, I don't know.
10    Q.    Did you meet with Ms. Renzulli only
11 after Joanne was committed to a psychiatric
12 hospital?
13    A.    Yes.
14    Q.    Before you didn't know her?
15    A.    No, no, Ms. Renzulli worked at
16 South Beach.
17    Q.    She was a lawyer who worked in the
18 hospital itself?
19    A.    Right.
20    Q.    So you had never had contact with
21 her in the many, many years that you had been
22 meeting with Joanne?
23    A.    No, Ms. Renzulli worked at South
24 Beach.
25    Q.    Did you participate in meeting with

Page 113

Esaun Pinto

1
2 Joanne and Ms. Renzulli?
3    A.    Sure.
4    Q.    What was the subject matter of
5 those conversations?
6    A.    Her options about care post
7 hospitalizations.
8         MR. KATZ:  I want to make an
9    objection.  You're talking about Nora
10    Renzulli as counsel for Joanne Black, and
11    you're asking about communications that
12    took place between Joanne and Nora?
13         MR. SCHAALMAN:  I did.
14         MR. KATZ:  I'm just going to object
15    because those communications are
16    attorney-client privilege.
17         MR. FANTONE:  Is Ms. Renzulli
18    counsel for Joanne or counsel for the
19    hospital?
20         MR. SCHAALMAN:  Well, that was a
21    question I asked Mr. Pinto, and I think he
22    answered the question that she was working
23    at the hospital and was communicating with
24    Joanne.
25    A.    Right, if you want to know whether

29 (Pages 110 - 113)

Page 114

Esaun Pinto

1
2 she was Joanne's lawyer or the hospital, I don't
3 really know what that role looked like.
4     Q.    Here is Exhibit 22, Mr. Pinto.  Mr.
5 Pinto, I'm going to ask you some questions about
6 Exhibit 22.
7     A.    Sure.
8     Q.    This appears to be an email first
9 from Mr. Black, Bernard Black, and then a
10 communication from you.  So let's start at the
11 bottom because I think that's the first
12 communication in the string.
13         Mr. Black writes you on September
14 20, subject, no meeting with Cherie today.  And
15 he writes, Esaun, I have not heard from you,
16 should I assume that Cherie preferred not to
17 meet with me.
18         Was this the meeting on Saturday
19 that Mr. Black had written to you about earlier
20 on Thursday?
21     A.    I'm assuming, that's two days
22 later.  Yeah, I assume that's what he's talking
23 about.
24     Q.    And you wrote back yes, no meeting
25 today.  How did you know that Cherie wasn't

Page 115

Esaun Pinto

1
2 going to meet with Mr. Black on Saturday?
3     A.    I spoke to her.
4     Q.    What did she say?
5     A.    That she didn't want to meet with
6 him.  I don't remember exactly what she said,
7 but she definitely didn't want to meet with him.
8     Q.    Do you know why she didn't want to
9 meet with him?
10     A.    Because the meeting with Joanne was
11 that bad, I mean it was horrible.
12     Q.    And Mr. Black writes, got it,
13 please let me know when Cherie leaves since she
14 is not informing me directly.  No reason to
15 interrupt your weekend, but I would appreciate
16 if you can respond to my email from Thursday
17 early next week.  We should arrange a call after
18 that.
19         Do you recall responding to Mr.
20 Black by email?
21     A.    I don't know.
22     Q.    Here's Exhibit 23.  Mr. Pinto,
23 before I ask you about Exhibit 23, do you recall
24 reviewing any of these emails that I've just
25 been showing you in preparation for your

Page 116

Esaun Pinto

1
2 deposition?
3     A.    I don't know if I looked at these,
4 I don't know.
5     Q.    This is an email dated Wednesday,
6 September 24th, and it's from Mr. Black to you.
7 This is Exhibit 23.  He writes, Esaun, Cherie
8 has gone totally silent on me so I ask that you
9 not share with her my emails to you.
10         Did you know why Ms. Wrigley was
11 apparently not writing or responding to Mr.
12 Black?
13     A.    She was upset about the visit, and
14 she was upset about his demand for the
15 information about Joanne's hospitalization.
16     Q.    Did you understand why Mr. Black
17 was asking not to share his emails to you with
18 Ms. Wrigley?
19     A.    Yeah, because the line in the sand
20 was drawn now, sure.
21     Q.    And then he goes onto substance, I
22 spoke at length today with Dr. Choudhury.  Did
23 you know how Mr. Black was able to get access to
24 Dr. Choudhury?
25     A.    I have no idea.

Page 117

Esaun Pinto

1
2     Q.    And he wrote further, I would like
3 to visit Joanne again on my next trip to New
4 York area, available days for me are Thursday
5 October 2 or Saturday October 4.  And he writes
6 further Dr. Choudhury will speak to Joanne about
7 this.
8         Did you have any conversations with
9 Dr. Choudhury about Mr. Black's, Bernard Black's
10 interest in visiting Joanne?
11     A.    I don't remember, I don't know.  I
12 remember that Dr. Choudhury and the social
13 workers didn't appreciate the way Bernard
14 presented at the meeting with Joanne.  But at
15 this point, I don't know if we were still having
16 conversations about Bernard.
17     Q.    Okay.  And then he asks, Can you be
18 available.  Did you respond to him whether you
19 would be available for a meeting on either of
20 those days?
21     A.    I don't know.
22     Q.    I would like to focus on solving
23 one simple issue, how about her clothes.  Did
24 you know what he meant about that?
25     A.    Sure.

30 (Pages 114 - 117)

Page 118

Esaun Pinto

1
2   Q.   What did you understand by that?
3   A.   This is the stuff that he gathered
4   from Joanne's mom's house after she passed away.
5   Q.   Was the subject of her clothes the
6   subject of that meeting that she had, that he
7   had with Joanne in the hospital on the 18th of
8   September?
9   A.   Say that, I don't understand the
10  question.
11  Q.   I'll say it again. Were Joanne's
12  clothes a subject of the meeting that Bernard
13  and Joanne had at the hospital when you were
14  there?
15  A.   Sure.
16  Q.   And was it something Joanne raised,
17  how about getting my clothes?
18  A.   Yeah.
19  Q.   And did Bernard say no, you can't
20  have your clothes?
21  A.   I don't remember if he said no, you
22  can't have your clothes. I believe it was more
23  along the lines of you can't do anything with
24  that stuff now anyway.
25  Q.   I see, okay. Do you remember

Page 119

Esaun Pinto

1
2   discussing with Bernard either on the phone, and
3   I know you said you don't really remember having
4   any phone conversations with him, but in email
5   communications as he's raising with you one
6   simple issue about her clothes, do you remember
7   having an email dialogue with Mr. Black on that?
8   A.   There were conversations about --
9       MR. KATZ:  Objection to form.
10      MR. SCHAALMAN:  I'm sorry?
11      MR. KATZ:  Objection to form.
12      THE WITNESS:  Do I answer?
13      MR. FANTONE:  You can answer.
14  A.   There were conversations about
15  retrieving Joanne's possessions from Bernard for
16  months. There was even talk about me traveling
17  to Illinois to get the stuff. There were
18  conversations of Bernard mailing stuff, so yeah,
19  but I don't remember in this time period what
20  that conversation was like. I don't even know
21  if I entertained the conversation at this point.
22  Q.   He wrote further to you, I'd love
23  to send Joanne's clothes to Joanne as soon as
24  she is ready to receive them. Do you remember
25  having that conversation with Mr. Black?

Page 120

Esaun Pinto

1
2   A.   No, I don't remember.
3   Q.   And he wrote further, all at once,
4   a box at a time, five boxes at a time, whatever
5   she wants so we can make progress on that I am
6   confident.
7       Do you recall whether this second
8   meeting that Mr. Black is proposing ever took
9   place?
10  A.   I don't think it did. I don't
11  really recall, but I don't think it did.
12  Q.   Do you recall discussing with
13  Joanne how she would like to receive her
14  clothes, all at once, in portions?
15  A.   Yes.
16  Q.   What did she say?
17  A.   She just wanted her stuff.
18  Q.   She wanted it all at once?
19  A.   Yeah.
20      MR. SCHAALMAN:  So this is a decent
21  stopping point for me for my conference
22  call. Hopefully, you know, I'm agnostic on
23  the issues on the call, so hopefully I'll
24  be able to get off quickly.
25      I apologize for having to interrupt

Page 121

Esaun Pinto

1
2   Mr. Pinto, but sometimes you just can't
3   schedule things and get them all done at
4   the same time.
5       MR. MANCILLA:  How much longer?
6       MR. SCHAALMAN:  I don't know.
7       (A recess was taken from 1:52 p.m.
8   until 2:36 p.m.)
9       MR. SCHAALMAN:  Alice, can you do
10  these three?
11      (Three email chains were hereby
12  marked as Pinto Exhibits 24, 25 and 26 for
13  identification, as of this date.)
14  Q.   Thank you again for your patience,
15  Mr. Pinto. The call only lasted a half hour so
16  I think we're still on track.
17      I've handed you Exhibit 15 and,
18  again, I'm a little bit out of order with some
19  of these, so I will just call that to your
20  attention, but now we've talked about September
21  2014.
22      I'm actually going backwards in
23  time to February of 2014 because I want to make
24  sure I get as much of the story as you can
25  remember.

Page 122

Esaun Pinto

1
2    A.   Got you.
3         MR. FANTONE:  You said this was 15?
4         THE WITNESS:  This is 14.  Oh, this
5    is 15, the exhibit, yes.
6    Q.   All right.  Let's look at the
7    bottom email in this chain which looks like an
8    email from you to Bernard Black and Cherie
9    Wrigley dated February 19, 2014.
10        You start off by saying, The past
11   year has been truly rewarding, truly a rewarding
12   experience.  Joanne is doing so much better
13   since she has been receiving treatment.
14        So is that a fair statement that
15   you were making based on when you brought her
16   back to New York up to the time February 19,
17   2014?
18   A.   Yes.
19   Q.   She has come a long way from when I
20   picked her up in Denver.  I have spent so much
21   time with her over these months that we have
22   built a great bond based on trust.  We have held
23   ourselves accountable for our actions.  We talk
24   about her treatment, medication she is taking,
25   social groups that she participates in and

Page 123

Esaun Pinto

1
2    therapy.  When things are uncomfortable for her,
3    we have found ways to work through them.  Today
4    Joanne admits to needing help and is
5    appreciative of me being there and having
6    someone to go through the process with her.
7         So if I'm summarizing this pretty
8    well, in February of 2014 Joanne was doing much
9    better?
10   A.   Yeah, yes.
11   Q.   You, again without reading this to
12   you, I know you've had a chance to look at it,
13   you identify for Mr. Black and Ms. Wrigley some
14   health concerns that Joanne had at that time,
15   being in February of 2014.  Were these health
16   issues resolved, her blockage?
17   A.   Yeah.
18   Q.   And her dental work and things?
19   A.   Her dental issues, that is an
20   ongoing thing, but the blockage, yes, that was
21   resolved.
22   Q.   You mention on the next page that
23   she has a delusion about being pregnant?
24   A.   Yes.
25   Q.   Do you know what the source of that

Page 124

Esaun Pinto

1
2    was, was she sexually abused in her life?
3    A.   Not that I know of.
4    Q.   And there was no event that took
5    place at the hospital, based on your knowledge,
6    that could have led her to believe that she was
7    pregnant?
8         MR. KATZ:  Objection.
9         MR. FANTONE:  Objection.
10        THE WITNESS:  Do I answer that?
11        MR. FANTONE:  You can answer.
12   A.   Not that I can remember.
13   Q.   Then in the second to last
14   paragraph you wrote, I have reduced my visits to
15   twice a week on most weeks.  However, sometimes
16   things come up and I am needed.
17        Did you reduce your visits to twice
18   a week on your own, it was your own decision as
19   opposed to Mr. Black's decision?
20   A.   I don't remember exactly the
21   circumstances surrounding this, but there was a
22   period where the doctors and I decided that I
23   needed to slow down a little bit.
24        Joanne was becoming extremely
25   dependent on my visits, and it was something the

Page 125

Esaun Pinto

1
2    doctors were trying, I don't know if it was just
3    medication or if it was medication and therapy,
4    but for a short period of time they wanted to
5    work on Joanne and kind of have me step back and
6    not be as active.
7    Q.   And I assume you followed the
8    doctor's suggestion and reduced your visits to
9    twice a week?
10   A.   For a short period of time, yeah.
11   Q.   What do you mean?
12   A.   Some of the visits were, there was
13   a period where I may only go twice a week, but
14   she may want to see one of my guys, or she may
15   want to speak to my grandmother or she may want
16   to speak to the kids, so things changed at
17   times.
18   Q.   I expect that your grandmother,
19   neither your grandmother or children actually
20   went to the hospital?
21   A.   No, but my wife did.
22   Q.   And then you wrote in that same
23   paragraph, I think moving forward at a flat rate
24   may be less of a hassle for both of us, a
25   monthly rate to be paid at the start of the

32 (Pages 122 - 125)

Page 126

Esaun Pinto

1
2 month.  I propose a rate of $8,000 per month.
3 This should put you in a more comfortable
4 operating range.  I will invoice on a monthly
5 basis for your records, and the only additional
6 expense will be things needed for Joanne.  Those
7 things I will use the account or list on the
8 invoice.
9        So starting in February of 2014,
10 did you start to bill $8,000 a month?
11    A.    I don't remember exactly, but it
12 was probably somewhere around this time, yeah.
13    Q.    And then the final paragraph, My
14 records show that we were paid up to February
15 10th.  So at least as of this time when you
16 wrote the email to Mr. Black, your payments
17 weren't a problem?
18    A.    My payments were always a problem,
19 they were always a problem.  So this email, this
20 email was sent on the 19th, I was paid through
21 the 10th.  I'm ten days behind already, and
22 we're just recommending, we're just talking
23 about a monthly payment.
24    Q.    Oh, I see.  So you wanted to be
25 paid in advance, a month in advance?

Page 127

Esaun Pinto

1
2    A.    Not necessarily.  I just wanted to
3 be paid in a timely fashion, and I didn't want
4 to debate and argue about invoices.
5    Q.    Sure, I'm just trying to understand
6 your answer that you were behind even though you
7 were paid on the 10th.  So did you expect to be
8 paid on the 1st?
9    A.    I expected to be current.  I don't
10 remember at this time if we had already started
11 the monthly payment, I don't remember.
12    Q.    Okay.  And then the last thing you
13 wrote to both Mr. Black and a cc to Ms. Wrigley
14 is, Thanks again for trusting in me to care for
15 Joanne.  So it sounds like from the tenor of
16 this email that you had a pretty good
17 relationship with Mr. Black at this time in
18 February of 2014.
19    A.    No, it just sounds like I was
20 trying to be professional.
21    Q.    So you didn't actually mean what
22 you wrote?
23    A.    I just was trying to remain
24 professional.  At this time, again, at this time
25 Cherie and Bernard were -- I didn't know either

Page 128

Esaun Pinto

1
2 one of them.  So I was cc'g, I was communicating
3 with both of them at the same time and kind of
4 held them in the same regard for the most part.
5 However, the person I communicated the most with
6 was Cherie.
7    Q.    Did you at any time, again, let's
8 take some time period you might be able to focus
9 on.  From the time you brought Joanne back to
10 New York up until this email that you sent to
11 Mr. Black, did you ever complain about Mr. Black
12 to Ms. Wrigley?
13    A.    Sure.
14    Q.    And what kind of complaints did you
15 make?
16    A.    I wanted a client agreement.  I
17 wanted to actually meet him.  It felt necessary
18 for me, I assumed that it would have been
19 necessary for him as well, but apparently it
20 wasn't.
21        But I was uncomfortable about
22 working without a written, signed client
23 agreement.  That was my biggest issue, and then
24 the next issue was I felt like I needed to meet
25 him in person.

Page 129

Esaun Pinto

1
2    Q.    Did you have any other complaints
3 that you can recall?
4    A.    Other than my invoices being paid,
5 no.
6    Q.    Here's Exhibit 16.  So this is
7 dated September, the bottom email from Mr. Black
8 is dated September 2, 2014.  And he writes,
9 Esaun, I am writing on two important issues.
10 First, I'm obtaining very strong push back from
11 the Colorado court on approving your expenses
12 for last year.
13        Do you recall having a conversation
14 about push back from the Colorado court --
15    A.    Yes.
16    Q.    Let me --
17    A.    I'm sorry.
18    Q.    -- with Ms. Wrigley.  Starting with
19 her first.  Did she tell you that the court was
20 having difficulty?
21    A.    I don't remember that.
22    Q.    How about Mr. Dain?
23    A.    I don't remember that either.
24    Q.    Do you remember having a
25 conversation with Mr. Dain at all about, and I'm

33 (Pages 126 - 129)

Esaun Pinto

1
2 now talking about this period of time in 2014
3 about the Colorado court.
4      A.   I remember having a conversation
5 with Mr. Dain about the Colorado court.  I don't
6 remember if it was in 2014.
7      Q.   Okay, thank you.  And he writes in
8 the next paragraph, For September and going
9 forward, please reduce your billing to half of
10 the prior level, $4,000 per month and document
11 all visits to Joanne, record your hours.  I need
12 both to bring your billing down and to be able
13 to defend it to the Colorado court.
14      Does this refresh your recollection
15 that you were billing at $8,000 a month and Mr.
16 Black was asking you to bring it down to $4,000
17 a month in September?
18      A.   Yeah, I knew what he was
19 requesting, sure, I never agreed to it though.
20      Q.   Okay.  And then he writes at the
21 bottom paragraph, Second, I believe that it is
22 time for me to visit Joanne if possible.  Please
23 discuss this with her.  I will be in New York in
24 two weeks.  That is a good target time.
25      I assume you started discussing

Esaun Pinto

1
2 that with Joanne shortly after you got the
3 email, whether she would permit her brother to
4 come visit?
5      A.   Yeah, this is after Cherie's visit,
6 and, yeah, I did speak to Joanne about that.
7      Q.   Did you tell Mr. Black not to come?
8      A.   I wasn't in a position to tell him
9 not to come.
10      Q.   Did you tell him that Joanne didn't
11 want to see him?
12      A.   I probably did.
13      Q.   And then he writes on the last
14 paragraph, We should discuss by phone
15 developments with her, including a potential
16 move to a halfway house.  If you can provide me
17 with names and phone number for her therapist at
18 the hospital, I would be grateful.  And then he
19 gives you, I am at this phone number.  I can
20 call you this afternoon, Tuesday is convenient
21 if you tell me when.
22      So Mr. Black had actually asked you
23 for the number of the therapist before he came
24 to see his sister on the 18th of September?
25      A.   Right.

Esaun Pinto

1
2      Q.   And you wrote back, got it, call
3 you later.  Do you remember calling Mr. Black?
4      A.   No.
5      Q.   But you did have his phone number
6 at least as of this date?
7      A.   Yeah.
8      Q.   Here's 17, Mr. Pinto.  Mr. Pinto,
9 you can read the whole string, but I will just
10 tell you that you're only involved in this
11 starting on the second page, Page 2 of 5.  So if
12 you don't mind, I'm not going to ask you
13 questions about emails you weren't part of.
14      A.   Okay.
15      Q.   So the second page there's an email
16 from Cherie Wrigley to Bernard Black, to Anthony
17 Dain and also to you.  She writes, Bernie, you
18 attempted to start the email by addressing both
19 of us and it went downhill immediately.  You
20 basically ignored me, threats abound and your
21 unprofessional way of communication is shocking.
22 Really???  You never told me that guardianship
23 bothered you.  Now, this is September 4, 2014.
24      A.   Right.
25      Q.   And apparently Ms. Wrigley includes

Esaun Pinto

1
2 you on this email as a cc along with Mr. Dain.
3 Prior to September 4, 2014, had Ms. Wrigley told
4 you she wanted to be the sole guardian for
5 Joanne?
6      A.   I don't recall.  I don't know, she
7 might have.
8      Q.   And then she wrote, I have always
9 encouraged you to be a more loving brother to
10 your sister and take a more active loving kind
11 role in her life.
12      Did Ms. Wrigley ever discuss that
13 with you on or about September 4th, the day she
14 sends you this email?
15      A.   Discuss Bernard being a more loving
16 brother?
17      Q.   That she had been trying to
18 encourage him to be a more loving brother,
19 according to her.
20      A.   I don't know, she might have.  But
21 that sentiment was the same from Joanne.  Joanne
22 wanted Bernard to be a more loving brother, so
23 she could have, I don't know.
24      Q.   So I'm trying to figure out the
25 timing here.  So Bernard writes you in early

34 (Pages 130 - 133)

Page 134

Esaun Pinto

1
2 September of 2014 telling you he would like to
3 visit Joanne and asks you if you would speak
4 with her about that visit.  We've already
5 discussed that.
6        When you started to talk to Joanne
7 about Bernard coming to visit her, did she tell
8 you, that's great because I'd like Bernard to be
9 a more loving brother?
10    A.    When I started to speak to Joanne
11 about Bernard visiting?
12    Q.    Yes, sir.
13    A.    Did Joanne say great, no, no, no,
14 no.
15    Q.    So did she express any interest in
16 Bernard being a more loving brother at that
17 point?
18    A.    She had expressed that for years.
19 By this time, she doesn't want anything to do
20 with Bernard.
21    Q.    So she doesn't care if he's a
22 loving brother or not?
23    A.    She doesn't want to have anything
24 to do with him.  I mean, she still mentions that
25 she wished their relationship was different.

Page 135

Esaun Pinto

1
2    Q.    So let's turn then to the email
3 that he sends to you on the first page.  We're
4 still on Exhibit 17.  This is dated September 4,
5 2014 and he starts, Esaun, this is a
6 confidential communication.
7        Did you keep this communication
8 confidential?
9    A.    From who?
10    Q.    From anyone besides you.
11    A.    So again, we're talking about a
12 period where this line is being drawn in the
13 sand, and things are starting to get weird
14 because prior to either one, Cherie or Bernard
15 visiting, my job was just about Joanne.  So none
16 of this stuff was even relevant to me.  It was
17 just about Joanne.
18        So this communication, did I relay
19 it to Cherie, I might have.  I probably did.
20    Q.    Okay.  And he writes, I regret that
21 Cherie has chosen to bring you into the middle
22 of this, but you can see why it is important
23 that we talk.
24        Did you understand that he was
25 upset or concerned that Cherie had introduced

Page 136

Esaun Pinto

1
2 this whole issue of the guardianship to you?
3    A.    Did I understand why he was upset,
4 no.
5    Q.    Did you ever ask to be Joanne's
6 guardian?
7    A.    I never wanted to be Joanne's
8 guardian.
9    Q.    So you never --
10    A.    No.
11    Q.    Did Joanne ask you to be her
12 guardian?
13    A.    Joanne wanted me to be her
14 guardian.
15    Q.    And when she said that, I
16 understand from your answer you said no?
17    A.    I can't do that.
18    Q.    Was it too much work or you didn't
19 want to take it on or you weren't qualified,
20 what was the reason?
21    A.    A little bit of all of that,
22 besides the fact that this started to get very
23 complicated.
24    Q.    He wrote, Cherie's reply as I read
25 it confirms my worry that Cherie is attempting

Page 137

Esaun Pinto

1
2 to set up sole guardianship of Joanne against my
3 wishes and behind my back.  You can see why it
4 is important that we talk before you and Cherie
5 meet with Joanne.
6        So one thing we can date is Cherie
7 had not yet met with Joanne, according to Mr.
8 Black's email?
9    A.    I think Cherie had already met.  If
10 I remember right, I think Cherie met with Joanne
11 in August.  I think this is the second visit.
12    Q.    I didn't follow.  There was a
13 second visit with Cherie?
14    A.    Yeah, because Cherie was there at
15 the time of Bernie's visit, Bernard's visit.
16    Q.    So that would be the second visit?
17    A.    I believe so.
18    Q.    And he asks you not to let Cherie
19 meet with Joanne without you being present.
20    A.    Right.
21    Q.    And I take it that's something you
22 would have done anyway, right?
23    A.    Without myself being present?
24    Q.    Let me rephrase the question.
25    A.    Sure.

35 (Pages 134 - 137)

Page 138

Esaun Pinto

1
2      Q.    As I read what Mr. Black is saying
3  to you -- I'll start again, thanks for your
4  patience.
5      A.    No problem.
6      Q.    As I read what Mr. Black is writing
7  to you, he is saying that he didn't want Cherie
8  to meet with Joanne without you being present.
9      A.    Right.
10     Q.    And my question to you was, you
11  would not have let either Cherie or Bernard meet
12  with Joanne at this time without you being
13  present?
14     A.    Joanne wouldn't allow it.
15     Q.    And you knew that?
16     A.    Sure.
17     Q.    I'm just curious, was Joanne
18  meeting with any other family members at this
19  time?
20     A.    My family.
21     Q.    I'm sorry, I meant her family.
22     A.    No, no.
23     Q.    Was she meeting with anyone outside
24  of your family, did she have friends who came to
25  visit?

Page 139

Esaun Pinto

1
2      A.    No, it was just my family and my
3  friends, that's all.
4      Q.    And when some of your family
5  members went, like you mentioned your wife went
6  to the hospital, you weren't there for that
7  meeting?
8      A.    I think my wife went to visit her
9  once and I had the kids in the car.
10     Q.    In other words, you didn't think
11  Joanne wouldn't meet with your wife without you
12  there?
13     A.    No, no.
14     Q.    That wasn't an issue for Joanne?
15     A.    No.
16     Q.    And he writes then next, Such a
17  meeting will give Cherie an opportunity to
18  convince Joanne that I am the evil brother and
19  that Cherie is Joanne's protection against me.
20          Did you understand why Mr. Black
21  might be feeling that way?
22     A.    No, because Joanne didn't need
23  Cherie to convince Joanne that Bernard was evil.
24     Q.    Then the next paragraph, so that
25  would be one, two, three, four, it starts if I

Page 140

Esaun Pinto

1  understand.  He wrote, If I understand our
2  relationship correctly, you are working for me
3  in my capacity as the financial conservator for
4  Joanne as trustee of trusts of which Joanne is
5  the principal beneficiary and as executor of the
6  estate of Renata Black.  Was that your
7  understanding of what you were doing?
8      A.    No.
9      Q.    What was your understanding?
10     A.    I worked for Joanne.
11     Q.    Did you understand Mr. Black was
12  the fellow who was supposed to pay you?
13     A.    Sure.  I take that back.  I
14  understand that I needed to be paid, I needed to
15  be paid, and it either came from, at the time,
16  Cherie or Bernard.
17     Q.    Were there times when Cherie paid
18  you?
19     A.    At this point, I don't think so.
20     Q.    When did Cherie start to pay you?
21     A.    When Bernard stopped.  My role was
22  to take care, to take care of Joanne.  My job
23  was never to protect the interests of Bernard.
24     Q.    Or Cherie?

Page 141

Esaun Pinto

1
2      A.    Or Cherie.
3      Q.    Right, okay.  Did you ever explain
4  to Mr. Black that as far as you were concerned
5  you were not working for him?
6      A.    Sure.
7      Q.    Do you recall what his response
8  was?
9      A.    Not exactly, but he let it go.  He
10  let it go.  I mean, yeah.
11          MR. SCHAALMAN:  Would you mark
12     this, mark it as the next exhibit.
13          (Email chain was hereby marked as
14     Pinto Exhibit 27 for identification, as of
15     this date.)
16     Q.    Here's Exhibit 27, Mr. Pinto.  I'm
17  sorry, Mr. Pinto, look up when you're done.
18  This is Exhibit 27, and it appears to be at
19  least starting about the middle of the page --
20     A.    I've got two of these.
21     Q.    That's where the extra one was.
22  We'll ship it down to Ms. Hoskinson.
23          So on September 27, 2014, Mr. Black
24  sends you an email with the subject Urgent
25  request that you respond to me.  And he starts

36 (Pages 138 - 141)

Page 142

1           Esaun Pinto
2 out by writing, I truly appreciate the efforts
3 you have made for my sister Joanne and believe
4 you can play a valuable role in the future, but
5 you need to be in regular communication with me.
6 I met with you and Joanne on Thursday, September
7 18. At that time you and I decided it would be
8 useful for you, me and Cherie to meet while both
9 Cherie and I were in New York. I reserved a
10 time for the meeting on Saturday afternoon.
11       Do you recall whether you were in
12 agreement that it would be useful for you and
13 Mr. Black and Ms. Wrigley to meet after they had
14 met with Joanne on September 18th?
15     A.    I might have. I don't know.
16     Q.    Do you know what the purpose of
17 such a meeting was, do you remember?
18     A.    If I requested a meeting for the
19 three of us, it was probably to try to make
20 sense of what was going on because it became a
21 bit of a circus.
22     Q.    And Mr. Black then writes, Since
23 then, I have repeatedly tried to reach you,
24 without success, on matters which are time
25 urgent including my hope to visit Joanne again

Page 143

1           Esaun Pinto
2 this week either on Thursday or Saturday and do
3 not know why I have tried to reach you by email,
4 and lists those emails and then he lists times
5 on the second page he had tried to reach you by
6 phone.
7       Do you remember Mr. Black trying to
8 reach you by phone on these dates?
9     A.    I remember him trying to reach me
10 by phone, yeah.
11     Q.    Did you speak to him by phone?
12     A.    No.
13     Q.    Do you know why?
14     A.    I had nothing to talk to him about.
15     Q.    So even though he wanted to set up
16 another meeting with Joanne --
17     A.    Joanne wasn't interested in seeing
18 him.
19     Q.    And you didn't think it was
20 important for you just to tell Mr. Black, sorry,
21 the first meeting didn't go well, and she's told
22 me she's not ready to have another meeting so
23 don't come?
24     A.    I believe I communicated that with
25 him. I don't know if it was via phone, email,

Page 144

1           Esaun Pinto
2 text, I don't really remember, but I believe
3 that he received that message from me.
4     Q.    The last paragraph he wrote, As
5 financial conservator for Joanne and as trustee
6 for her trust fund I cannot continue to pay you
7 if you are not in regular communication with me.
8       Did you think that was unreasonable
9 for Mr. Black to ask you to be in regular
10 communication with him?
11     A.    Did I think it was unreasonable,
12 no, no, no. But what he was asking for was
13 unreasonable, communication wasn't reasonable
14 but everything else was.
15     Q.    Then he gives you his phone number
16 and email. Do you recall speaking to him after
17 this September 28th email?
18     A.    I don't think I did.
19     Q.    Here's 25, Mr. Pinto.
20       MR. FANTONE:  You said 25?
21       MR. SCHAALMAN:  I did.  I'm glad
22     you're paying attention, Mr. Fantone.  It
23     makes me feel very good.
24     Q.    So this is an email continuation, I
25 think, of the email I just showed you.  So on

Page 145

1           Esaun Pinto
2 Page 3 and 4 is the email we just discussed.
3     A.    Right.
4     Q.    And at the bottom of Page 2, that's
5 where I would like you to look at is where I
6 think you respond to Mr. Black.  Okay, you wrote
7 on September 29, the day after or two days after
8 Mr. Black wrote to you, Hello Bernard, I have
9 received your messages both by phone and now
10 email.  Your visit with Joanne caused
11 unnecessary anxiety.  For now I will just
12 continue to be supportive of her and follow her
13 wishes.
14       The way you described the meeting
15 earlier in your testimony today it was more than
16 anxiety.
17     A.    Sure.
18     Q.    But you didn't write that to Mr.
19 Black.
20     A.    No, because I didn't want to
21 memorialize a bunch of curse words.
22     Q.    I see.  You continued on, Joanne's
23 recovery is of utmost importance to me.  I will
24 wait to see what comes of the conflict between
25 you, Cherie and Anthony.

37 (Pages 142 - 145)

Page 146

Esaun Pinto

2      So the email which I think was
3  exhibit, I don't have it in front of me, we
4  recently saw an email that Mr. Black shared with
5  you his concerns about Ms. Wrigley becoming the
6  guardian, the sole guardian.
7      A.   Right.
8      Q.   Is that the conflict you're talking
9  about between you, Mr. Black, Cherie and
10 Anthony?
11     A.   Yeah.
12     Q.   And then you wrote, I have spoken
13 with Ms. Young and Ms. Babcock.  Is Ms. Young
14 Gayle Young?
15     A.   Yes.
16     Q.   And what do you recall about that
17 conversation?
18     A.   I just remember her asking me about
19 my relationship with Joanne, the history of our
20 relationship, that was with Ms. Babcock as well.
21 Our history together, and then what was going on
22 currently with her, her care.
23     Q.   I don't recall, I should probably
24 know this, but do you know who Ms. Babcock was?
25     A.   I think she was an investigator

Page 147

Esaun Pinto

2  from Colorado.
3      Q.   She worked with Ms. Young?
4      A.   I don't know in what capacity.
5      Q.   And Ms. Young was the guardian ad
6  litem?
7      A.   I believe so.
8      Q.   Do you remember having any
9  conversations with Ms. DiPonio around this time?
10     A.   I don't think so.  I don't really
11 remember.  I know I spoke to Ms. Young and Ms.
12 Babcock.
13     Q.   And besides what you've already
14 told me, do you remember anything else about
15 what you said to either of those ladies?
16     A.   No, we just talked about the
17 history of my relationship with Joanne and her
18 current care.
19     Q.   And then you wrote, I have been
20 advised not to forward any information to you
21 with consent from Joanne, did you mean without
22 consent from Joanne?
23     A.   What I meant is Joanne didn't want
24 me to forward anything.  I think I followed that
25 up.

Page 148

Esaun Pinto

2      Q.   Finally, Joanne is not willing to
3  see or speak with you at this time.  You wrote,
4  I will continue to visit her at least twice a
5  week and keep you updated as much as I can.  So
6  you were going to tell Mr. Black about Joanne's
7  progress and how she was doing and so on?
8      A.   Yeah, as long as Joanne was all
9  right with it.
10     Q.   Did you discuss that with Joanne,
11 you know, I'd like you to, it's okay with me if
12 you contact my brother and tell him how I'm
13 doing?
14     A.   No, I just followed Joanne's lead.
15 If Joanne didn't want me speaking to him, then I
16 didn't talk to him.
17     Q.   So then Mr. Black wrote to you on
18 the 30th of September, and the text of his email
19 to you is on the top of Page 2.
20     A.   Okay.
21     Q.   Esaun, I am sorry but if you cannot
22 communicate with me and do so regularly not
23 after many attempts and a long delay, I cannot
24 justify continuing to pay you.  I'm acting on
25 the advice of my Colorado counsel Carl

Page 149

Esaun Pinto

2  Gladstein.  That's G-L-A-D-S-T-E-I-N, who is
3  cc'd.  Mr. Gladstein has advised me that in my
4  fiduciary capacity as financial conservator for
5  Joanne, executive of the estate of Renata Black
6  and co-trustee of her trust account, I cannot in
7  good conscious continue to pay for your services
8  when you refuse to communicate openly with me.
9      Then he goes on to tell you that
10 your services have been terminated.
11     A.   Right.
12     Q.   Did you discuss that with Ms.
13 Wrigley at the time you received this email?
14     A.   Sure.
15     Q.   What did Ms. Wrigley say?
16     A.   Not to worry about it.
17     Q.   Did you talk to Mr. Dain about
18 that?
19     A.   I'm sure I did.
20     Q.   Did you talk to him in an email?
21     A.   I don't remember, I don't know.  I
22 spoke to Cherie pretty regularly, so it was
23 probably by phone.
24     Q.   If you spoke to Mr. Dain about
25 this, do you recall what he said?

38 (Pages 146 - 149)

Page 150

Esaun Pinto

2    A.   I don't remember, I don't know.  I
3  don't know if it was me communicating with
4  Cherie and Cherie communicating with Mr. Dain or
5  vice versa, I don't know.
6    Q.   Then you wrote back to Mr. Black.
7  If you look at the first page.
8    A.   Sure.
9    Q.   I think that covers it.  And you
10  wrote, I don't have any problems communicating
11  with you.  I have tried to communicate with you
12  throughout this process dating back to April of
13  2013.  Only during the last two months have you
14  corresponded with me.  All of my communications
15  have been with Cherie because you were unwilling
16  to be involved.
17         So it's your recollection at least
18  as of September 30, 2014 that Mr. Black hadn't
19  communicated with you except for the prior two
20  months?
21    A.   Right, we only communicated
22  primarily via email about the invoices.
23    Q.   And then you said, All of my
24  communications have been with Cherie because you
25  were unwilling to be involved.  And how did you

Page 151

Esaun Pinto

2  decide that Mr. Black had been unwilling to be
3  involved?
4    A.   I had requested meetings with him.
5    Q.   And he didn't, he said I'm not
6  interested in coming?
7    A.   He came up with some form of
8  excuse, I don't know if it was I'm not
9  interested in coming or I'm busy this weekend,
10  I've got a birthday party next month.  I don't
11  know what the reason was, but it wasn't until
12  the line was drawn in the sand after Cherie's
13  visit to where Bernard started to communicate
14  with me on a more regular basis.
15    Q.   And you wrote further, Your request
16  for information from me is against Joanne's
17  wishes and I will not betray her trust.
18  Furthermore, I have requested a client agreement
19  in writing from you over a year ago, and without
20  it I hold the position that Joanne is my client
21  with Cherie managing her affairs.
22         If you had a client agreement,
23  would you have considered Mr. Black to be your
24  client then?
25    A.   Possibly, if he defined who my

Page 152

Esaun Pinto

2  client was, my role would be defined.  Again,
3  prior to this period of time, these couple of
4  months, Cherie and Bernard is Joanne's family,
5  they're one group, and then I'm taking care of
6  Joanne.
7         It wasn't until we started having
8  issues or they started having issues that there
9  became a divide.  Even with that said, I
10  wouldn't have gone against what Joanne's wishes
11  were.  I might have tried harder to convince
12  Joanne otherwise.
13    Q.   And at the top email, there's one
14  more email here on Exhibit 25, Ms. Wrigley
15  writes to Bernard and copying Mr. Dain, you and
16  Mr. Gladstein.  And she writes, This is a far
17  nicer note than Esaun ever received from you in
18  the 17 months since I hired him to be Joanne's
19  personal helper.  Had you ever received
20  unpleasant emails?
21    A.   The communications weren't
22  pleasant.  We were arguing about invoices.  I
23  wanted to update Bernard with things about
24  Joanne's care and pictures and things like that
25  and he wasn't interested.

Page 153

Esaun Pinto

2    Q.   Then she says, By the way, I called
3  him, and I think she's referring to Mr.
4  Gladstein, this afternoon and left a message
5  regarding some alleged improprieties on your
6  part and let him know what kind of client he was
7  involved with.
8         Do you know what alleged
9  improprieties that Ms. Wrigley told Mr.
10  Gladstein about?
11    A.   That is irrelevant to me.  I didn't
12  pay much attention to that.
13    Q.   So she didn't tell you about the
14  alleged improprieties?
15    A.   If she did, I didn't pay any
16  attention to it.
17    Q.   Do you know why she copied you on
18  this email?
19    A.   Maybe she wanted me to know what
20  was going on, but it was not stuff I was
21  interested in.
22    Q.   Here's 26, Mr. Pinto.  You know, I
23  haven't been asking this question but I probably
24  should.  Do you recall seeing this email before?
25    A.   This one?

39 (Pages 150 - 153)

Page 154

Esaun Pinto

1
2    Q.    Yes.
3    A.    I don't know.  It doesn't look
4 familiar.  I could read it and figure out if I
5 read it before.
6    Q.    Okay.
7        MR. MANCILLA:  What number is this?
8        MR. SCHAALMAN:  This is 26.
9    Q.    Here's an email from Mr. Black back
10 in September now of 2014 before he visited
11 Joanne on the 18th of September.  And it's an
12 email from you to, from Mr. Black to you, to Ms.
13 Wrigley.
14    A.    And it starts on the second page?
15    Q.    I don't think it starts on the
16 second page, at least my copy doesn't.
17    A.    You said I wrote this email?
18    Q.    No, I said it's from Mr. Black.  If
19 I said that, I'm sorry, it's from Mr. Black to
20 you and Ms. Wrigley and Dorothy Dain and Anthony
21 Dain.  Did you ever have any conversations with
22 Dorothy Dain?
23    A.    On our visits, we spoke casually.
24    Q.    Do you remember talking to her
25 about Joanne's care?

Page 155

Esaun Pinto

1
2    A.    I might have.  She might have asked
3 me questions, but this is, I don't know if, I'm
4 pretty sure I only met -- I didn't meet Dorothy
5 until after Joanne was released from the
6 hospital, and Joanne would be present for those
7 meetings.
8    Q.    Okay.  And here's Mr. Black, he's
9 sending you what Cherie wrote.  And she wrote,
10 The team was very close to releasing her without
11 proper supervision.  The capital letters AOT.
12 Do you know what that is?
13    A.    Yeah, I'm familiar with AOT.
14    Q.    What does that mean?
15    A.    If my memory serves me correctly,
16 it's where the patient gets released and they
17 have the ability to release a response team in
18 the event that the patient has a problem,
19 something like that.  I've heard the term before
20 though.
21    Q.    And further Cherie wrote, The truth
22 is she is not legally a danger to herself or
23 others.  She has made fantastic progress and
24 they're having a hard time justifying keeping
25 her locked up.  Of course Joanne was promising

Page 156

Esaun Pinto

1
2 them the moon but she has done that before.  I
3 asked them to reconsider some stricter options
4 and in return we would provide housing for
5 Joanne that was more to her liking.  A small
6 apartment near the outpatient clinic where she
7 will be attending her program.
8    Q.    Do you recall discussing that with
9 Ms. Wrigley?
10    A.    Sure.
11    Q.    An apartment for Joanne near her
12 outpatient clinic?
13    A.    Sure.
14    Q.    It looks like Mr. Black wrote to
15 you below after that paragraph, I do not support
16 this approach.  I think a move to a halfway
17 house can succeed.  A jump beyond that is likely
18 to lead to failure, in my judgement.  What will
19 make Joanne show up at an outside program?  What
20 will we do when she doesn't?
21        Did you think that was a reasonable
22 suggestion on Mr. Black's part?
23    A.    No.
24    Q.    Why not?
25    A.    He hadn't even seen her yet.

Page 157

Esaun Pinto

1
2    Q.    Going to a halfway house was not
3 reasonable?
4    A.    He hadn't even seen her yet.  He
5 hadn't spoken to her, he hadn't seen her, how
6 does he know?
7    Q.    Okay.  And then on the last
8 paragraph of that email to you and to Ms.
9 Wrigley and to Mr. Dain in the second page Mr.
10 Black writes, Also, part of why I hope that
11 Joanne will be willing to in the medium term to
12 move to Chicago is that with supervision from me
13 and Kate living on her own is more likely to
14 succeed.  We cannot hope to sustain this in New
15 York away from family.
16        Did you ever discuss with Joanne
17 moving to Chicago?
18    A.    Yeah, we talked about it.
19    Q.    And by your demeanor, I can tell
20 you didn't think she wanted to do that.
21    A.    Her last experience in Chicago
22 wasn't a good one.
23    Q.    Did you think it was unreasonable
24 for Mr. Black to want, to help supervise Joanne
25 in Chicago?

40 (Pages 154 - 157)

Page 158

Esaun Pinto

2 A. Sure.
3 Q. Why?
4 A. Because he hadn't even seen her.
5 She's been, she spent two years traveling the
6 country and now, what's the date on this?
7 Q. This is September.
8 A. And now another 18 months
9 hospitalized. No, no, no, but he wants to move
10 her into his backyard. He hadn't even seen her,
11 he hadn't spoken to her, he hadn't seen her.
12 MR. SCHAALMAN: Let's take ten
13 minutes. Please mark these.
14 (Five documents were hereby marked
15 as Pinto Exhibits 28-32 for identification,
16 as of this date.)
17 (A recess was taken from 3:32 p.m.
18 until 3:43 p.m.)
19 Q. Mr. Pinto, I am going to double
20 back on a couple more exhibits that I actually
21 should have put earlier but I didn't, so that's
22 my fault, so I apologize for taking them out of
23 order. And that's number? I didn't look at the
24 number.
25 A. Thirty.

Page 159

Esaun Pinto

2 Q. Thirty, thanks. Exhibit 30 appears
3 to be, Mr. Pinto, an email, starting an email
4 from you to Mr. Black and then a response from
5 Mr. Black.
6 Your email is dated April 9, 2013
7 and the subject is Joanne. And by your first
8 sentence which reads, This is investigator Esaun
9 Pinto suggests to me, is this your first
10 communication with Mr. Black?
11 A. I believe so.
12 Q. In the second paragraph you refer
13 to something you've already testified to. I
14 need a client agreement from you detailing my
15 efforts as well as a $5,000 retainer. Do you
16 recall whether you received the retainer?
17 A. Yes, I did.
18 Q. And Mr. Black responded to you in
19 the email above on the same day and said, We
20 should talk first. Unfortunately I am totally
21 flat out tomorrow. I can call you on Thursday
22 if that is okay. I think there is zero chance
23 that Joanne will volunteer for treatment.
24 Do you recall having a telephone
25 conversation with Mr. Black before you went out

Page 160

Esaun Pinto

2 to retrieve Joanne in Colorado?
3 A. I think so.
4 Q. You don't think you did?
5 A. I think so.
6 Q. How did you receive the retainer?
7 A. I don't remember exactly, and I'm
8 not sure if the initial retainer came from
9 Cherie or Bernard.
10 Q. He wrote, I think there is zero
11 chance that Joanne will volunteer for treatment.
12 Did you agree with that?
13 A. No.
14 Q. And then he wrote, I do want to
15 make sure she has access to funds to cover
16 ordinary living expenses.
17 Based on your first communication
18 to and from Mr. Black, did you form any opinions
19 about him as a brother to Joanne?
20 A. No, I mean, all I can go off of is
21 our correspondence and what Joanne has told me
22 over the years.
23 Q. Mr. Pinto, here's Exhibit 31. This
24 appears, Exhibit 31 to be a continuation of the
25 email string, what looks like Mr. Black is

Page 161

Esaun Pinto

2 responding to your prior email.
3 A. Okay.
4 Q. That's what it looks like to me.
5 If that doesn't make sense to you and you want
6 to read it more carefully, that's fine, because
7 your email is in Exhibit 30.
8 A. This appears it's missing an email.
9 Q. Well, it's missing the first email.
10 A. On 30?
11 Q. Yes, that's right.
12 A. Okay.
13 Q. Sometimes people do that.
14 A. Got you.
15 Q. They reply to the original email
16 and don't reply to the continued on the string.
17 So the email I want to talk to you about is the
18 top one on 31.
19 A. Sure.
20 Q. And it's from Mr. Black to you and
21 it's copied to Dorothy Dain.
22 A. Right.
23 Q. Do you know why Mr. Black copied
24 Dorothy Dain on this one?
25 A. I have no idea.

41 (Pages 158 - 161)

Page 162

Esaun Pinto

1
2    Q.    He wrote on April 25, 2013, Mr.
3  Pinto, I tried to leave my cousin, Cherie
4  Wrigley, in charge of your efforts but can no
5  longer do so.  Every cost estimate she has
6  provided to me has been immediately exceeded by
7  a large amount.  I was told $5,000, then told a
8  few thousand more, then another 10,000.  Now I
9  have your bill for a total of 30,000, with
10  ongoing daily costs far above what my mother's
11  estate can sustain in the very short term.
12        Did you provide information to Ms.
13  Wrigley in which she then increased the amount
14  that she was asking Mr. Black to pay?
15    A.    Sure.
16    Q.    Do you recall asking for another
17  10,000 after the first 5,000 as of April, in
18  April 2013?
19    A.    Sure, I mean, we had no idea when I
20  went to see Joanne in Colorado what this thing
21  was going to look like, how long it was going to
22  go on.  There was no long-term plan.  So we kind
23  of went day-by-day, and my job was to just
24  continue to keep Joanne safe and try to convince
25  her to check herself in on her own.

Page 163

Esaun Pinto

1
2        There were even plans of getting
3  Joanne like involved in outpatient programs.  So
4  we actually attempted to do that a couple of
5  times.  There were like therapeutic events going
6  on in Central Park and in other areas of the
7  city that we took her to attend.
8    Q.    When you were in Denver with Ms.
9  Black, did you attempt to check her into a
10  hospital out there?
11    A.    No.
12    Q.    Or any other psychiatric mental
13  health services?
14    A.    No.
15    Q.    Your goal was to get her back to
16  the New York area?
17    A.    My goal was to continue to gain her
18  trust and keep her safe.  I knew Joanne needed
19  help, I just wasn't completely sure how to go
20  about doing that.
21    Q.    He also wrote, Also, I am the only
22  executor, not the trustee for Joanne, and the
23  trustee, my cousin Anthony Dain, has been
24  uninvolved.  Charges of this level should be
25  approved by him, not me.

Page 164

Esaun Pinto

1
2        As of April 25, 2013, had you
3  spoken to Anthony Dain yet?
4    A.    I don't remember.  I don't think
5  so, but I'm not sure.  I don't remember.
6    Q.    When Mr. Black wrote that you
7  should be speaking to Mr. Dain as the trustee to
8  receive funds, do you remember ever doing that?
9    A.    I don't remember.  I mean, I spoke
10  to Mr. Dain eventually.  I don't know if this is
11  the time, I don't really know.
12    Q.    And then finally he wrote, I will
13  pay charges incurred to date.  But simply cannot
14  operate this way going forward.  Going forward I
15  need an estimate in advance and we need to bring
16  the daily run rate down, way down and way down.
17        And then he wrote, Can we arrange a
18  time to talk, I will be in my office today and
19  then he gave you his phone number.  Do you
20  remember calling him on April 25, 2013 as he
21  asked?
22    A.    I don't remember that.  I'm trying
23  to remember the amount of times I spoke to
24  Bernard on the phone.  It was very rare, and I
25  believe the times that I did speak to Bernard on

Page 165

Esaun Pinto

1
2  the phone they were conference calls with
3  Cherie.
4    Q.    Between April 9 when you wrote your
5  first email and Mr. Black's email to you on
6  April 25, had you already gone to Denver?
7    A.    Yeah.
8    Q.    You were out there already?
9    A.    Yeah.
10    Q.    Had you returned?
11    A.    We were, by this time we were back
12  in New York already, we were back in the New
13  York area.
14    Q.    Okay.  Did you have any idea why
15  Mr. Black was concerned about getting estimates
16  to pay for care?
17    A.    Yeah, I mean he put it in the
18  email, he said the numbers were big.  The
19  numbers were big.
20    Q.    Here's 32, Mr. Pinto.  So if we
21  look at the bottom two emails, they appear to be
22  from you on May 7th, and then the first one
23  looks like to Cherie Wrigley on May 3 and the
24  subject is revised invoice.
25    A.    Say that one more time, please.

42 (Pages 162 - 165)

Page 166

Esaun Pinto

1
2    Q.    Sure, sure.
3    A.    Oh, okay, yes.
4    Q.    Actually, there's another original
5    message from Pinto Peggy to Esaun.  Pinto Peggy
6    is someone --
7    A.    My wife.
8    Q.    And the subject was revised
9    invoice.  Did she work in the business with you?
10   A.    No, but she helped out with some of
11   my clerical stuff.
12   Q.    So is it your recollection she
13   helped you revise the invoice?
14   A.    Sure.  I'm not very techie,
15   computer savvy, so my wife is so she helped me
16   with a lot of that.
17   Q.    And I don't see what the email is,
18   but it looks like you sent an email to Cherie
19   Wrigley on May 3rd about a revised invoice.  Do
20   you recall if you sent that revised invoice
21   first to Cherie and then later on to Bernard?
22   A.    Oh, I don't know.
23   Q.    Would there have been a reason to
24   get it to Cherie before you sent it to Bernard?
25   A.    No, other than I was communicating

Page 167

Esaun Pinto

1
2    with Cherie more.
3    Q.    And then on May 7th, it looks like
4    there's an email to you, again, the subject
5    matter being revised invoice from Mr. Bernard
6    Black, saying, Esaun, received.  As you know,
7    this is not close to being a sustainable spend
8    rate.  What are your plans to bring this down.
9    Did you understand what he meant by spend rate?
10   A.    Yeah, yeah.
11   Q.    Did you talk to Ms. Wrigley about
12   what she thought was a sustainable spend rate
13   for your services?
14   A.    We spoke about the bills being big,
15   yeah.
16   Q.    And then you emailed Mr. Black the
17   same day.  And you wrote, I have reduced the
18   amount of hours by half which will be reflected
19   in this week's invoice.  I also spent more hours
20   with Joanne which I haven't included in the
21   invoice.  There also hasn't been any additional
22   cost in the next billing week, so the invoice
23   will be at least 50 percent less than the last.
24         So if I understand what you're
25   saying here is you reduced your number of visits

Page 168

Esaun Pinto

1
2    to be billed, but you still continued to visit
3    Joanne?
4    A.    No, so what I did was at one point,
5    so the guys that I had working with me for
6    Joanne, the guys that Joanne had known for
7    years, the guys that had been with me for a long
8    time, so when we started to get some push back
9    from Bernard on the invoices, the invoices were
10   big.
11         What I tried to do at one period
12   was, the motel that she was staying at had
13   security.  When Joanne went to sleep, I tried to
14   have the hotel security monitor, I gave them my
15   phone numbers, my guys's phone numbers, we
16   parked the patrol vehicle outside of her door.
17         It was one of those motels where
18   people could drive right up to the door.  But
19   that didn't work too well, that didn't work too
20   long.
21   Q.    She would leave the motel?
22   A.    She didn't appreciate somebody
23   other than one of us being there, so it didn't
24   work.  And it was a little risky.  But at the
25   time when I did that, Joanne seemed to be okay,

Page 169

Esaun Pinto

1
2    and she was in her room for a set period of time
3    every night.
4         Joanne goes to bed extremely early,
5    she's in bed seven, 7:30.  And then she's up
6    three, four a.m.
7         So I gave it a shot at having the
8    hotel security, and I paid out-of-pocket for
9    this, I paid the guy, listen, take care of my
10   client.  I'm going to try this, whatever,
11   whatever and, like I said, it just didn't work.
12   Q.    What was Joanne afraid of that she
13   needed security?
14   A.    A lot of things.  Joanne has a lot
15   of different triggers.  Her trigger is any
16   emergency service vehicle, sirens, the lights,
17   the noise, and then throughout this whole course
18   before she gets hospitalized she's afraid of
19   Bernard.
20   Q.    What's her response to these lights
21   and noise triggers?
22   A.    She needs to go hide.
23   Q.    And in this time period 2013, if
24   she has somebody that she trusts there, she
25   feels better?

43 (Pages 166 - 169)

Page 170

Esaun Pinto

1
2    A.    Absolutely.
3          (Two email chains were hereby
4    marked as Pinto Exhibits 33 and 34 for
5    identification, as of this date.)
6    Q.    Home stretch, Mr. Pinto. I
7 appreciate your patience.
8    A.    I was hoping to come back tomorrow.
9    Q.    If you'd like to come back, I
10 invite you. I think that's Exhibit 33.
11   A.    Yes.
12   Q.    But if you come back, you can't
13 bring Robert or Andrew.
14   A.    Oh, wow.
15         MR. FANTONE: What number is this?
16         MR. SCHAALMAN: 33.
17   Q.    Mr. Pinto, if you would look at the
18 second page of Exhibit 33.
19   A.    The second page?
20   Q.    Yes, sir. I'm now looking at, we
21 already talked about the first two emails. I'm
22 now looking at April 10, 2013 from Cherie
23 Wrigley to Bernard Black. I realize you're not
24 a recipient of that email, so I'm only going to
25 ask you a general question.

Page 171

Esaun Pinto

1
2    A.    Sure.
3    Q.    Cherie writes, Ms. Wrigley writes,
4 Bernie, I have already wired him the money. You
5 authorized 5,000. I talked to the family
6 including Tony. We all saw no down side. What
7 is the hold up? You can pay me back soon! She
8 is so troubled. Do you recall that you had the
9 money wired to you?
10   A.    That's what I just mentioned a
11 minute ago, I didn't know if the initial payment
12 was paid by Bernard or Cherie.
13   Q.    Let's go on to 34. So this is an
14 email, Mr. Pinto, from you to Cherie Wrigley
15 dated April 16, 2013.
16   A.    Right.
17   Q.    And you write, Hey Cherie, I would
18 just like to say that this has been an
19 adventure, exciting and difficult. Joanne has
20 shown progress and has been somewhat open to my
21 criticism. I am truly trying my best to edge
22 her into getting the much needed help she
23 requires. Hopefully our journey to New York
24 will go event free and we can get there safely.
25         So did you start out for New York

Page 172

Esaun Pinto

1
2 on the next day on the 17th or 18th of April?
3    A.    Somewhere around there.
4    Q.    So then you list the expenses that
5 you wanted to be reimbursed for.
6    A.    Sure.
7    Q.    Okay, let's go in a little
8 different direction. Here's Exhibit 28. This
9 is an email from Pam Kerr to Cherie Wrigley and
10 Bernard Black, dated May 18, 2015. Have you
11 ever seen this before?
12   A.    I don't think so.
13   Q.    Do you know who Pamela Kerr is?
14   A.    Yes, I do.
15   Q.    Have you spoken to her on the
16 telephone?
17   A.    I've spoken to her. I don't
18 remember if it was on the phone, but I met
19 Pamela.
20   Q.    Where did you meet Pam Kerr the
21 first time?
22   A.    I believe Ira's office, I think.
23   Q.    Mr. Salzman's office?
24   A.    I think so, or a hotel room. I
25 don't really remember, but I met her before.

Page 173

Esaun Pinto

1
2    Q.    Do you remember what year that was?
3    A.    Oh, I don't know.
4    Q.    Did Ms. Wrigley ever share the
5 substance of this email with you?
6    A.    Yeah, this was discussed, yeah.
7    Q.    What did she say to you about this,
8 the subject of overpayment?
9    A.    Yeah, she said that they believed
10 there was, that I was overpaid, and they were
11 questioning any expenses and things of that
12 nature, yeah. Requesting receipts and things of
13 that nature, sure.
14   Q.    What did she say to you besides
15 that that was going on, did she have an opinion,
16 whether it was legitimate or correct?
17   A.    I don't remember her giving me an
18 opinion of it.
19   Q.    In addition, did she tell you, if
20 you look at the third paragraph, Pam Kerr wrote,
21 I would absolutely dispute some of the charges,
22 especially the two weeks before Joanne's
23 hospitalization and a flat fee of $8,000 a
24 month.
25         Did Ms. Wrigley share that with

44 (Pages 170 - 173)

Page 174

Esaun Pinto

1
2 you, that Pam Kerr was disputing your $8,000 a
3 month?
4     A.    I don't remember.  No, I don't
5 recall that.
6     Q.    And there's a bullet point below.
7 As you can see, based on the invoices provided
8 by Esaun, the total charges from April 13, 2013
9 through October 31, 2014 is $258,350.  Is that
10 number correct?
11    A.    I don't know.
12    Q.    Is it in the ballpark?
13    A.    It probably is.
14    Q.    As of May 18, 2015, were you still
15 providing services to Joanne?
16    A.    In May, yes.
17    Q.    When was the last time you provided
18 services to her?
19    A.    I never stop providing services for
20 Joanne.
21    Q.    And I realize you have a special
22 sort of relationship.  I should have asked it
23 this way.  When was the last time, if ever, that
24 you have stopped providing services for which
25 you were compensated?

Page 175

Esaun Pinto

1
2     A.    That's a mixed question.  What do
3 you mean by that, compensated financially?
4     Q.    Financially.
5     A.    From who?
6     Q.    From anyone.
7     A.    I still am.
8     Q.    Okay.  And currently you're being
9 paid for your services to Joanne?
10    A.    Yes.
11    Q.    Who is paying that?
12    A.    Joanne.
13    Q.    Jeanette Goodwin?
14    A.    Yes.
15    Q.    And are you being paid for weekly
16 visits?
17    A.    She sends me $1,000 a month.
18    Q.    $1,000 a month, and that's to cover
19 what?
20    A.    Whatever I do with Joanne.  There
21 was no set visitation or compensation.
22    Q.    I assume this is something that
23 Joanne requested that you continue to be part of
24 her life?
25    A.    I have a contract with Joanne.

Page 176

Esaun Pinto

1
2     Q.    Okay.
3     A.    That's for $6,000 a month.  That
4 number was reduced by the courts in Colorado to
5 $1,000 a month, and I believe they put it under
6 the category of companionship, and that's what
7 was allowed for companionship.
8     Q.    So initially Joanne agreed to pay
9 you $6,000 a month for your services that you'd
10 been providing?
11    A.    Yes.
12    Q.    When was that contract between you
13 and Joanne written or signed, rather signed?
14    A.    I don't remember exactly, but I
15 believe sometime in 2015.
16    Q.    Would it have been after then this
17 email from Pamela Kerr?
18    A.    This email was sent May 18th.  It's
19 got to be right around that.
20    Q.    Right around that time?
21    A.    Yes.
22    Q.    And do you recall how you were
23 being paid, where the money was coming from for
24 that contract that you had with Joanne?
25    A.    I was being paid by Cherie for a

Page 177

Esaun Pinto

1
2 period of time.
3     Q.    Do you know when you had had the
4 contract with Joanne, was Cherie paying?
5     A.    No, I believe at that point I was
6 being paid by Melissa Schwartz.
7     Q.    Here's Exhibit 29.  Exhibit 29 is a
8 spreadsheet prepared by, I'll tell you what I
9 think it is, prepared by Pamela Kerr and it was,
10 I think, attached to Exhibit 28.  If you look
11 there's a line that says attachment, schedule of
12 Esaun Pinto's invoices and payments made.
13    A.    Right.
14    Q.    I think this is what Pam Kerr sent
15 to Cherie Wrigley, Bernard Black, Lisa DiPonio,
16 Carl Gladstein and Nancy Peterson.  Did Cherie
17 Wrigley share this exhibit with you?
18    A.    I don't believe Cherie did.  I've
19 seen it before.  I don't remember where I saw
20 it, but I saw it.
21    Q.    Did you ever resolve, to your
22 satisfaction, the question of whether you were
23 overpaid by $41,000?
24    A.    Did I resolve it with who?
25    Q.    Anyone.

45 (Pages 174 - 177)

Page 178

Esaun Pinto

1
2  A.  I resolved it with myself.
3  Q.  What was --
4  A.  I was not overpaid.
5  Q.  So you didn't return any moneys --
6  A.  No.
7  Q.  -- to anyone?
8  A.  No.
9  Q.  Mr. Pinto, when was the first time
10 that you retained -- I'm not asking who or what
11 was said -- but when was the first time you
12 retained counsel in this lawsuit?  I'm looking
13 for a year or a month.
14    A.  I don't remember.  Bobby and Andrew
15 were the only counsel that I had.  Excuse me.
16 That's not right.  We did have an attorney
17 before that and his name was --
18 Q.  Was it Waterston?
19 A.  Waterston, yes.
20 Q.  When you retained Mr. Waterston,
21 did you meet with him?
22 A.  Yes.
23 Q.  Was Ms. Wrigley along with you when
24 you retained him?
25 A.  The first meeting, I don't think

Page 179

Esaun Pinto

1
2 she was.
3  Q.  And did you and Ms. Wrigley have
4 any conversation before that meeting that you
5 had with Mr. Waterston about retaining joint
6 counsel?
7  A.  Yes.
8  Q.  And what was said at that meeting?
9  A.  That we needed an attorney.  The
10 detail of the conversation, I don't really
11 remember.
12 Q.  Do you remember why you decided to
13 hire the same lawyer?
14    MR. FANTONE:  I'm going to object
15 and direct him not to answer.
16    MR. SCHAALMAN:  On what basis, Mr.
17 Fantone?
18    MR. FANTONE:  They're having a
19 conversation about anticipation of
20 litigation or actually litigation that had
21 already instituted to which they're both
22 defendants.
23    MR. SCHAALMAN:  And what's the
24 privilege that attaches to two defendants
25 talking about litigation?

Page 180

Esaun Pinto

1
2    MR. FANTONE:  Well, I have reason
3 to believe that Ms. Wrigley initiated these
4 conversations upon advice of other counsel,
5 so it could be attorney-client or work
6 product.
7  Q.  Did Ms. Wrigley tell you that her
8 communications with you about hiring a lawyer
9 were confidential?
10    A.  I don't even remember.  When and
11 where and how those conversations were, I don't
12 remember.
13 Q.  You do remember they took place
14 before you went to see Mr. Waterston?
15 A.  Sure.
16 Q.  So if we knew when your first visit
17 with Mr. Waterston was, at least we could date
18 that?
19 A.  Sure.
20 Q.  Approximately that conversation?
21 A.  Sure, I just don't remember when
22 that was.
23 Q.  Was it sometime in 2016?
24 A.  Possibly.
25 Q.  That's when the lawsuit --

Page 181

Esaun Pinto

1
2  A.  I actually was thinking '15, but
3 maybe it was '16.
4  Q.  The lawsuit was filed in March of
5 2016.
6  A.  Okay.
7  Q.  So your conversation with Mr.
8 Waterston would have been after that date.  Did
9 you talk to Mr. Dain about retaining counsel?
10    A.  I might have, I don't remember.
11 Q.  When you decided to retain counsel
12 with Ms. Wrigley, did you enter into any
13 agreements with Ms. Wrigley?
14    A.  As far as what?
15 Q.  As far as your counsel, as far as
16 communications with your counsel, any agreements
17 whatsoever, either orally or in writing.
18    A.  I don't think so.  I don't know.  I
19 don't completely understand what you're saying.
20 Q.  At some point you testified just
21 now that you had a conversation with Ms. Wrigley
22 about retaining counsel.
23 A.  Right.
24 Q.  Right, and you told me you don't
25 really remember much about the substance of that

46 (Pages 178 - 181)

Esaun Pinto

1
2  conversation.
3      A.    Right.
4      Q.    And then you met with Mr.
5  Waterston.  And I think you've testified that
6  you met with Mr. Waterston alone without Ms.
7  Wrigley.
8      A.    I believe the first meeting was by
9  myself.
10     Q.    And then was there a subsequent
11 visit with Mr. Waterston where you and Ms.
12 Wrigley were both there?
13     A.    Sure.
14     Q.    And as a result of your decision to
15 retain the same lawyer, did you reach any
16 agreement with Ms. Wrigley about retaining the
17 same lawyer?
18     MR. FANTONE:  I'm going to object
19 to form.
20     A.    If we decided to use the same
21 lawyer, was there an agreement other than
22 agreeing to use the same attorney?
23     Q.    Yes.
24     A.    No.
25     Q.    Did Ms. Wrigley ever discuss with

Esaun Pinto

1
2  you a common interest or joint defense?
3      MR. KATZ:  Objection to the form.
4      MR. FANTONE:  Object to form.
5      THE WITNESS:  Do I answer?
6      MR. FANTONE:  You can answer.
7      A.    Say it again.
8      Q.    Did Ms. Wrigley ever discuss with
9  you a common interest or joint defense?
10     MR. KATZ:  Same objection.
11     A.    In regards to, yeah, I've come here
12 to tell the truth.  There was no scheme on how
13 to get, it was just --
14     Q.    I don't mean to suggest there was a
15 scheme.  Those are words of art that --
16     A.    I answered your question.  I came
17 here to tell the truth.
18     Q.    Of course.
19     A.    Cherie's theory was when they hear
20 your story and they understand what happened,
21 this will all go away.  The only problem with
22 this whole thing is that your client never
23 wanted to show up and I begged him to.
24     Q.    I understand.  Did you ever sign an
25 agreement called a joint defense or common

Esaun Pinto

1
2  interest agreement?
3      A.    Not that I'm aware of.
4      MR. FANTONE:  Object to form.  You
5  know that I signed that agreement on his
6  behalf.
7      MR. SCHAALMAN:  I'm not sure that
8  is enough though.  I'm still able to ask
9  the question.
10     Q.    Did anyone ever explain to you what
11 a joint defense and common interest was?
12     MR. FANTONE:  Objection.
13     Q.    Just a yes or no.
14     MR. FANTONE:  Don't disclose any
15 legal advice that you may have received
16 from an attorney.  You can answer yes or no
17 if you recall.
18     A.    I don't recall.
19     Q.    Has Mr. Salzman ever given you
20 legal advice?
21     MR. KATZ:  Objection to form.
22     THE WITNESS:  Do I answer that?
23     MR. KATZ:  I mean, hey, Bob, I'm
24 going to caution the witness because I
25 think the question is getting into the

Esaun Pinto

1
2  issue of common interest and joint defense
3  that has been raised in this case.
4      MR. FANTONE:  What's the question?
5      MR. KATZ:  Do you want to repeat
6  it?
7      MR. FANTONE:  Sure, I think I heard
8  it, but you can repeat it.
9      MR. DAIN:  I'm also going to object
10 because it requires a legal conclusion.
11     MR. KATZ:  I'll going in that
12 objection as well.
13     MS. HOSKINSON:  I join.
14     MR. FANTONE:  Join.
15     (The record was read.)
16     THE WITNESS:  Do I answer the
17 question?
18     MR. FANTONE:  Do not detail any
19 legal advice that Mr. Salzman has given
20 you.
21     A.    Not that I remember.
22     Q.    Thank you.  It's just a yes or no.
23     A.    Not that I remember.
24     Q.    Has Mr. Dain ever given you legal
25 advice?

47 (Pages 182 - 185)

Page 186

Esaun Pinto

1
2    A.    Not that I recall.
3          MR. DAIN:  That requires a legal
4    conclusion.  I also object to the common
5    interest agreement.
6          MR. KATZ:  I join in those
7    objections.
8          MR. FANTONE:  We'll join.
9    Q.    Mr. Pinto, you have been the
10   recipient of numerous emails from a variety of
11   parties to the Colorado affair, in this case and
12   to other cases, do you recall that?
13         MR. KATZ:  Objection to form.
14   Q.    A form objection just means that he
15   doesn't like my question.
16   A.    I've gotten many emails, sure.
17   Q.    On those emails, have Mr. Dain, Ms.
18   Wrigley, Mr. Salzman, Ms. Kerr, have they been
19   on some of those emails you received?
20   A.    I'm sure.
21   Q.    When you've received those emails,
22   did any of those individuals tell you that you
23   needed to keep those emails confidential?
24   A.    I don't read them unless my counsel
25   requires me, I don't even read it.

Page 187

Esaun Pinto

1
2    Q.    So you receive them?
3    A.    I've received plenty of emails.
4    Q.    I know that you received many
5    emails with those people and others on them.  Is
6    it your testimony that every time you received
7    one of those emails you communicate with Mr.
8    Fantone or Mr. Mancilla?
9    A.    I try not to read any of this
10   stuff.
11   Q.    Do you know why people have
12   included you on those emails?
13   A.    If I have an issue with the case, I
14   call my attorneys and they fill me in.  If I
15   need to read something and I didn't pay
16   attention to something, then I'll do that.  This
17   circus is going on for so long, I tried to avoid
18   reading emails.
19   Q.    When you retained Mr. Waterston,
20   did he ever discuss with you joint defense and
21   common interest?
22         MR. FANTONE:  Object, don't answer
23   that.
24   Q.    You don't have to tell me what he
25   said, just the subject.

Page 188

Esaun Pinto

1
2    A.    I don't remember.
3          MR. FANTONE:  No, you don't have to
4    answer that.  He already answered it.
5          MR. SCHAALMAN:  Okay, let's take
6    five minutes.  I think I'm very near the
7    end, and I want to just make sure I haven't
8    lost some email in my pile.  Let's go off
9    the record.
10         (A recess was taken from 4:29 p.m.
11   until 4:36 p.m.)
12   Q.    Mr. Pinto, in 2015, did you have
13   any conversations with Ms. Wrigley about the
14   proceedings in the Probate Court in Colorado?
15   A.    I believe it came to, yeah.
16   Q.    And when do you recall your first
17   conversation with Ms. Wrigley about the probate
18   proceedings in Colorado?
19   A.    Oh, I don't know.  When?
20   Q.    When, can you give me a season, a
21   month?
22   A.    I have no idea.
23   Q.    Would you agree that it took place
24   sometime in 2015, can we agree on that?
25   A.    It's possible.

Page 189

Esaun Pinto

1
2    Q.    What was the nature of the
3    conversation, what was talked about?
4    A.    Oh, I don't know.
5    Q.    You don't know?
6    A.    No, I don't.
7    Q.    You don't recall?
8    A.    No.
9    Q.    Did Ms. Wrigley ask you to provide
10   any services in connection with the proceedings
11   in Colorado?
12   A.    Services like what?
13   Q.    Any assistance of any kind.
14   A.    Not that I can recall.
15   Q.    Did you meet with Mr. Dain about
16   the Colorado proceedings?
17   A.    I don't know, I met Mr. Dain a few
18   times.  I don't know if we specifically met
19   about the Colorado proceedings.
20   Q.    What did you know about the
21   Colorado Probate Court proceedings that were
22   going on in 2015?
23   A.    I know there was a bunch of things
24   going on in Colorado, but I didn't pay much
25   attention to the details.  It really didn't have

48 (Pages 186 - 189)

Page 190

```
1              Esaun Pinto
2  much to do with me at the time.
3      Q.   Did you travel to Colorado for any
4  meetings relating to the case?
5      A.   Uh-uh.
6          MR. KATZ:  You have to answer
7  verbally.
8      A.   No.
9      Q.   In 2016 there was a proceeding
10 involving the guardianship for Joanne, do you
11 recall that?
12     A.   Where?
13     Q.   In Richmond County, New York.
14     A.   Sure.
15     Q.   How were you made aware of that,
16 how did you learn about it?
17     A.   Probably from Cherie.
18     Q.   What do you recall she told you?
19     A.   I don't remember, but at the time I
20 was escorting Joanne to Ira's office, so I was
21 aware of a lot of stuff that was going on.  I
22 testified to that, I believe.
23     Q.   Did you sit in on meetings at Mr.
24 Salzman's office when you were escorting Joanne?
25     A.   Some of them.
```

Page 191

```
1              Esaun Pinto
2      Q.   What do you recall was the subject
3  of those meetings?
4          MR. KATZ:  I'm just going to
5      caution with the question because I think
6      you're delving into common interest issues
7      that we've raised throughout the
8      litigation.
9          So to the extent that you're asking
10     questions about the substance of these
11     meetings, I think that's protected under
12     the common interest doctrine.
13         THE WITNESS:  Do I answer?
14         MR. FANTONE:  Just answer the
15     question, but don't talk about specifically
16     what was the substance of the
17     conversations.
18     Q.   Just what were the meetings about,
19 that's my first question.
20     A.   About how she was doing, about who
21 she wanted as guardian, where she wanted to
22 live, what did she expect the rest of her life
23 to be like.
24     Q.   Who did Joanne want to be her
25 guardian?
```

Page 192

```
1              Esaun Pinto
2          MR. KATZ:  Objection, I'm going to
3      object on the same basis I objected before.
4          MS. HOSKINSON:  Join.
5          MR. FANTONE:  The common interest.
6          THE WITNESS:  Do I answer the
7      question?
8          MR. FANTONE:  I mean, I think this
9      is documented in the court papers already,
10     so I'll join in the objection, but you can
11     answer the question.
12     A.   Most of the time it was Cherie.
13     Q.   And the other time when it wasn't
14 most of the time?
15     A.   She didn't want a guardian at all.
16     Q.   And you talked to Joanne after the
17 guardian proceedings were finished?
18         MR. FANTONE:  Object to form.
19     A.   Did I speak to her, I still speak
20 to her.
21     Q.   Did you talk to her about the fact
22 that she wasn't going to have a guardian?
23     A.   Yeah.
24     Q.   Was she pleased by that?
25     A.   Yeah, yes.
```

Page 193

```
1              Esaun Pinto
2      Q.   Did you ever have a conversation
3  with Cherie Wrigley where she told you that she
4  thought Bernard Black was stealing money from
5  his sister?
6      A.   Yeah, sure.
7      Q.   What did she say about that?
8      A.   I don't remember the details of the
9  conversations.
10     Q.   Can you remember in general what
11 the conversation was?
12     A.   Yeah, the conversation was about
13 Bernard stealing Joanne's inheritance.  How, I
14 didn't pay attention to the details.
15     Q.   Can you give me a year in which
16 that conversation took place?
17     A.   I don't know, it had to be when the
18 litigation started.
19     Q.   Do you recall any conversations
20 with Mr. Salzman about claims that Bernard Black
21 had stolen inheritance from Joanne?
22         MR. KATZ:  I'm going to object
23     again on the basis of common interest.
24         MR. FANTONE:  Don't answer that.
25         MS. HOSKINSON:  I join.
```

49 (Pages 190 - 193)

Page 194

1     Esaun Pinto
2         MR. FANTONE: That's Joanne's
3     privilege. That's a conversation between
4     her and her attorney.
5     Q.    Did you have any conversations with
6     Mr. Black outside of Joanne Black -- I'm sorry,
7     did you have any conversations with Mr. Salzman
8     outside the presence of Joanne Black about his
9     views that Mr. Bernard Black had stolen an
10    inheritance from Joanne?
11    A.    Not that I recall.
12    Q.    Did you have any conversations with
13    Mr. Salzman outside the presence of Joanne
14    Black?
15    A.    In regards to this case or this --
16    Q.    In regards to anything.
17    A.    Yes, we talked about other things.
18    Q.    Other things related to the
19    litigation in Colorado?
20    A.    No.
21    Q.    Things related to this case, this
22    litigation?
23    A.    No.
24    Q.    To other matters totally unrelated?
25    A.    Right.

Page 195

1     Esaun Pinto
2     Q.    Was Mr. Salzman your attorney?
3     A.    No.
4     Q.    Were you talking to him about legal
5     matters?
6     A.    No.
7     Q.    Did you ever speak to Pam Kerr
8     about her view that Mr. Bernard Black was
9     stealing the inheritance from his sister Joanne?
10    A.    Not that I recall.
11    Q.    Were you angry that Ms. Kerr had
12    written this email in a spreadsheet in which she
13    concluded that you had been overpaid by $41,000?
14    A.    No.
15    Q.    Did you ever have a conversation
16    with Melissa Cohenson?
17    A.    I met her a few times, yeah.
18    Q.    Did you have a conversation with
19    Melissa Cohenson outside the presence of Joanne
20    Black?
21    A.    Sure.
22    Q.    Did she ever tell that you she
23    believed that Bernard Black had stolen Joanne
24    Black's inheritance?
25        MS. HOSKINSON: Objection.

Page 196

1     Esaun Pinto
2         MR. FANTONE: Objection. Can you
3     put a time frame on that?
4     Q.    Sure, let's say from October 1,
5     2015 through March 25, 2016.
6         MR. FANTONE: No, don't answer.
7     Q.    So five months, six months.
8         MR. FANTONE: Don't answer it. She
9     was representing Cherie Wrigley at the
10    time.
11    Q.    Did you have any conversations with
12    Ms. Cohenson outside the presence of Ms.
13    Wrigley?
14        MR. FANTONE: You can answer that.
15    Don't say what they were.
16    A.    Sure.
17    Q.    Were those conversations about the
18    guardianship matter?
19    A.    No.
20    Q.    Were they about the Colorado
21    Probate Court matter?
22    A.    No.
23    Q.    Were they about this case?
24    A.    No.
25    Q.    They were not about legal matters?

Page 197

1     Esaun Pinto
2     A.    They were about other matters, not
3     involving this case.
4     Q.    Okay, thank you. Was Ms. Cohenson
5     of your attorney, did you ever retain her?
6     A.    No.
7     Q.    Did you have conversations with
8     Gayle Young about the guardianship matter in
9     Richmond County, New York?
10    A.    Not that I can recall.
11    Q.    How about Lisa DiPonio?
12    A.    Not that I can remember.
13    Q.    Did you have conversations with
14    Gayle Young about the Colorado Probate Court
15    matter?
16    A.    Not that I can remember.
17    Q.    And how about Lisa DiPonio, did you
18    have conversations with her about the Colorado
19    Probate Court matter?
20    A.    Not that I can recall, no.
21    Q.    Do you remember a man by the name
22    of Bart Russo?
23    A.    The name rings a bell.
24    Q.    Did you have any conversations with
25    Mr. Russo outside the presence of Mr. Salzman?

50 (Pages 194 - 197)

Page 198

Esaun Pinto

1
2  A.   It would help if I remembered who
3  he was.  The name sounds familiar, but I don't
4  remember who he was.
5      Q.   I'm just going through an inventory
6  of names as you can tell.
7          Did you ever have a conversation
8  with Pamela Kerr about a letter that she wrote
9  to Northwestern University?
10     A.   No, not that I recall.
11     Q.   Did you ever have a conversation
12 with Cherie Wrigley about complaints that she
13 filed on the Northwestern University EthicsPoint
14 system?
15     A.   I heard about it after the fact,
16 yeah.
17     Q.   How did you hear about it?
18     A.   Cherie.
19     Q.   What did she tell you?
20     A.   She told me that something happened
21 with Northwestern, and the attorneys were mad at
22 her, something to that effect.
23     Q.   When did you have that
24 conversation?
25     A.   I don't know.

Page 199

Esaun Pinto

1
2      Q.   Would that have been sometime in
3  2016?
4      A.   I have no idea.  I don't know.
5      Q.   Are there any documents that you
6  know or that are in your possession that would
7  refresh your recollection on that?
8      A.   Not that I know of.
9      Q.   Do you know why she told you about
10 that?
11         MR. FANTONE:  Objection, form.  You
12     can answer.
13     A.   I guess she was concerned about it.
14 I don't really know.
15     Q.   Did you give her any advice after
16 she told you that she had filed these complaints
17 at Northwestern University?
18     A.   No.
19     Q.   Did Melissa Cohenson tell you that
20 she had contacted Northwestern University to
21 complain about Bernard Black and his wife
22 Katherine Black?
23     A.   Did Melissa?
24     Q.   Yes.
25     A.   I wasn't aware of that.

Page 200

Esaun Pinto

1
2          MR. SCHAALMAN:  Thank you, that's
3  all I have.  I do reserve the right after
4  I've reviewed these documents that I may
5  have some additional questions since I
6  didn't get these until, they were sent last
7  night but I didn't get them until today.
8      Q.   I should ask you about these
9  documents.  Did you search your computers for
10 the documents that your lawyers produced today?
11     A.   Yeah, sure.
12     Q.   And that's how the documents got to
13 your lawyers through your searching your
14 computers?
15     A.   These documents were produced a
16 number of times.  I produced these documents a
17 few times.
18     Q.   That is the ones marked Pinto EDNY
19 one through --
20     A.   I don't know what they're marked.
21         MR. FANTONE:  Produced to whom?
22     Q.   -- 94.
23     A.   I know I produced them a number of
24 times.
25         MR. FANTONE:  In this litigation?

Page 201

Esaun Pinto

1
2          THE WITNESS:  No, I think, I
3  believe I sent those documents to Pam Kerr
4  as well.
5      Q.   Would that have been after the May
6  18, 2015 letter where she was stating that you
7  had been overpaid by $41,000?
8      A.   I don't know if it was before or
9  after.
10         MR. FANTONE:  I object to your
11     reservation to ask more questions since
12     every single one of those emails Bernard
13     Black is a party to who is your client in
14     one of these actions.
15         MR. SCHAALMAN:  Okay, I don't know
16     what the basis of that is, but that's fine,
17     you can object.
18         MR. FANTONE:  Meaning you already
19     had them.
20         MR. SCHAALMAN:  Maybe.
21         MR. FANTONE:  They're in the
22     possession of you or your client.
23         MR. SCHAALMAN:  Perhaps.  Since I
24     haven't had a chance to go through them, I
25     can't respond, Mr. Fantone, you may be

51 (Pages 198 - 201)

Page 202

Esaun Pinto

1
2     right, you may not be right.
3         Thank you, Mr. Pinto, I appreciate
4     your time.
5  EXAMINATION BY
6  MR. KATZ:
7     Q.    Mr. Pinto, my name is Harris Katz.
8  We met a little earlier today.  My firm
9  represents Ira Salzman in connection with this
10 case.  I just have a few brief questions.
11    The plaintiffs in this case are
12 alleging that you were convicted at some point
13 or pled guilty to a felony, and that you
14 testified falsely in the New York guardianship
15 proceeding about that.  Have you ever been --
16        MR. KATZ:  Strike that.
17    Q.    Have you ever pled guilty to a
18 felony?
19    A.    No.
20    Q.    Have you ever been convicted of a
21 felony?
22    A.    No.
23    Q.    I'm just going to have the court
24 reporter mark this document. )
25        (6/26/09 Presentence Report for

Page 203

Esaun Pinto

1
2     Esaun G. Pinto, Sr. was hereby marked as
3  Pinto Exhibit 35 for identification, as of
4  this date.)
5     Q.    Mr. Pinto, I'm showing you what has
6  been marked today for identification as Pinto
7  35.  Do you recognize this document?
8     A.    Yes.
9     Q.    What is this document?
10    A.    This is the judgment on my federal
11 case.
12    Q.    In that matter, had you pled guilty
13 to a misdemeanor?
14    A.    Yes.
15    Q.    That was for unlawful conveyance of
16 government records?
17    A.    Yes.
18    Q.    During your testimony in the New
19 York guardianship proceeding, did you testify
20 about your criminal record?
21    A.    Yes.
22    Q.    Did you testify that had you pled
23 guilty to the misdemeanor that's reflected in
24 Pinto 35?
25    A.    Yes.

Page 204

Esaun Pinto

1
2     Q.    And when you testified in that
3  proceeding about that, did you testify
4  completely truthfully and accurately about your
5  criminal record?
6     A.    Yes, I believe I even produced a
7  document.
8     Q.    So any allegation in this case that
9  the plaintiffs are making that you either pled
10 guilty to a felony or were convicted of a felony
11 and testified falsely in the New York
12 guardianship proceeding would be inaccurate,
13 correct?
14    A.    Absolutely.
15    Q.    So I think much earlier in your
16 testimony today you had indicated that when you
17 first went out to Colorado that someone had
18 instructed you to do some video surveillance?
19    A.    Sure.
20    Q.    Who had instructed you to do that?
21    A.    I believe it was a conversation
22 between Cherie and I.
23    Q.    And did you undertake video
24 surveillance of her?
25    A.    Sure.

Page 205

Esaun Pinto

1
2     Q.    You mentioned the name earlier
3  Adrian Lawrence, is that someone that you work
4  with?
5     A.    Yes.
6     Q.    And you worked with him in
7  Colorado?
8     A.    No.
9     Q.    Okay.  Was he involved in working
10 with you when you brought Joanne back to New
11 York?
12    A.    Yes.
13    Q.    You testified a little earlier
14 about Bernard Black being escorted out of the
15 hospital when he came to visit Joanne.  Why was
16 Bernard Black escorted out of the hospital at
17 that time?
18    A.    Because the meeting was going so
19 bad that Joanne wanted to stop.  Joanne wanted
20 him to leave.  She informed the social worker
21 and, the well, first the guard outside the door
22 who informed the social worker and Dr.
23 Choudhury, and they asked him to leave.
24        And Bernard was still going at
25 Joanne, meaning still talking down to her and

52 (Pages 202 - 205)

Page 206

Esaun Pinto

1          Esaun Pinto
2 being nasty to her.  And basically security came
3 into the room and had Bernard pick up his things
4 and they escorted him out.
5     Q.    So before he was even escorted out,
6 the social worker and others had come by the
7 hospital room and asked him to leave; is that
8 correct?
9     A.    Yes.  So at the beginning of the
10 meeting, the social worker, I don't know if it
11 was the social worker and Dr. Choudhury, the
12 social worker came into the room and laid the
13 groundwork on how the meeting should go, and
14 then left us alone for a little while.
15          And when things got out of control
16 and Joanne wanted to stop, she notified
17 security.  Security got the social worker and
18 the doctor, and then Bernard was asked to leave.
19          Bernard continued as he
20 transitioned from the meeting room through the
21 hospital.  Eventually they had to remove Joanne
22 to get her out of earshot of her brother.
23     Q.    So even one of the doctors came to
24 the hospital room and asked Bernard Black to
25 leave?

Page 207

Esaun Pinto

1          Esaun Pinto
2     A.    Sure.
3     Q.    And Bernard Black refused to follow
4 his instructions?
5     A.    The security was escorting him.  He
6 was moving very slowly, and he continued to
7 attempt to talk to Joanne.
8     Q.    What kind of comments, to the
9 extent you recall, was he making as he was
10 slowly walking away?
11     A.    He was speaking of things like her
12 housing and her inability to live on her own,
13 not needing the stuff and reminding her of the
14 past, past hospitalizations, past delusions.
15     Q.    That was upsetting her?
16     A.    Oh, yeah.
17     Q.    You had mentioned at some point
18 Joanne had told you that Bernard refused to help
19 her when she was in Illinois.
20     A.    Yeah.
21     Q.    When was that, when did she tell
22 you?
23     A.    She told me that when I initially
24 got to Colorado.  We talked about that right
25 away.

Page 208

Esaun Pinto

1          Esaun Pinto
2     Q.    What did she tell you about that?
3     A.    She said that she was in Illinois
4 the previous December, and she talked about
5 being cold and being on the street and wanting
6 to leave there and not being able to catch a
7 bus.  And then she reached out to her brother,
8 and her brother wouldn't respond to her.
9     Q.    You mentioned the name a little
10 earlier Melissa Schwartz.  Who do you understand
11 her to be?
12     A.    Joanne's conservator, the first
13 one.
14     Q.    In Colorado?
15     A.    Sure.
16     Q.    Was that before Bernard Black was
17 Joanne's conservator in Colorado, if you know?
18     A.    I believe that's after.
19     Q.    Melissa Schwartz was after?
20     A.    Yeah.
21          MR. KATZ:  Okay, thank you, I have
22 nothing further.
23 EXAMINATION BY
24 MS. HOSKINSON:
25     Q.    Good afternoon, Mr. Pinto.  I'm

Page 209

Esaun Pinto

1          Esaun Pinto
2 Tracy Hoskinson, and I represent Melissa
3 Cohenson and Brian A. Raphan, P.C.  I just have
4 a couple of questions for you.
5     A.    Sure.
6     Q.    Do you know someone by the name of
7 Sarah Black?
8     A.    I heard the name, I don't know her.
9     Q.    Do you know her to be Bernard
10 Black's daughter?
11     A.    That's what I was told.
12     Q.    Have you ever met her?
13     A.    No.
14     Q.    To your knowledge, had Joanne ever
15 met her while you knew Joanne?
16     A.    In the 20 years that I've known
17 Joanne?
18     Q.    Yes.
19     A.    I don't know.  Her name came up
20 over the years, but I can't really remember in
21 what capacity.
22     Q.    Did Joanne ever tell you that she
23 had seen Sarah?
24     A.    Not that I can recall.
25          MS. HOSKINSON:  I don't have

53 (Pages 206 - 209)

Page 210

Esaun Pinto
1
2   anything further.  Thank you.
3           MR. MANCILLA:  Tony, are you on the
4   line?
5           MR. DAIN:  I am.  I don't have any
6   questions.
7           MR. MANCILLA:  Okay.  I guess I'll
8   finish.
9   EXAMINATION BY
10  MR. MANCILLA:
11      Q.     Mr. Pinto, I've got a few
12  questions.  This will go pretty fast.  Do you
13  have Exhibit 30?  You testified earlier that
14  this is, do you have it in hand?
15      A.     Yeah, I got it.
16      Q.     That this is an email
17  correspondence between you and Bernard Black,
18  and specifically referring to the email at the
19  bottom of the page, the first page.
20      A.     Yes.
21      Q.     This is an email that you sent; is
22  that right?
23      A.     Yes.
24      Q.     On April 9, 2013?
25      A.     Yes.

Page 211

Esaun Pinto
1
2       Q.     Was this before you went to Denver?
3       A.     Yes.
4       Q.     And was this, this is an email you
5   wrote, I would like to travel to Denver this
6   weekend and attempt to get Joanne help.
7       A.     Yes.
8       Q.     Why would you send him an email?
9       A.     Cherie asked me to.
10      Q.     It was important because Mr. Black
11  was in charge of her finances?
12          MR. SCHAALMAN:  Object to the form.
13      Q.     Why was it important that you
14  advise Mr. Black of what you were doing?
15      A.     As far as I knew at the time, there
16  was just one.  They were looking after, they
17  were concerned with Joanne, and she just wanted
18  to make Bernard aware of what was going on.
19      Q.     As far as you're concerned, he was
20  aware that you were involved?
21      A.     Sure.
22      Q.     And he was aware that you were
23  going to go to Denver?
24      A.     Sure.
25          MR. SCHAALMAN:  Object to the form.

Page 212

Esaun Pinto
1
2       Q.     Was he aware that you were going to
3   try to help Joanne and bring her back to the
4   East Coast?
5       A.     Yes.
6           MR. SCHAALMAN:  Object to the form.
7       Q.     How do you know he was aware of
8   that?
9       A.     Because we communicated through the
10  email.
11      Q.     Do you recall telling him that you
12  were bringing her back to the East Coast?
13          MR. SCHAALMAN:  Object to the form.
14      A.     I don't think that happened
15  initially.  But eventually, yeah.
16      Q.     Prior to bringing Joanne back to
17  the East Coast, did you have any conversations
18  with Cherie Wrigley or Bernard Black regarding
19  the plans to bring her back to the East Coast?
20      A.     Yes.
21      Q.     Did you have, specifically did you
22  have that conversation with Bernard Black?
23      A.     I believe so.
24      Q.     As far as you're concerned, who was
25  it that instructed you to bring Joanne Black

Page 213

Esaun Pinto
1
2   back to the East Coast from Colorado?
3       A.     It was a decision that was made
4   amongst the three of us.  It was communicated --
5       Q.     The three of us meaning?
6       A.     Cherie, Bernard and myself.
7       Q.     Can you tell me when that decision
8   was made to bring Joanne back?
9       A.     After a couple of days of being in
10  Colorado.
11      Q.     Who made that decision?  I guess
12  the question is better phrased, who came up with
13  the idea to bring her back?
14      A.     Oh, I don't know.  It was probably
15  me.
16      Q.     I'd like to hand the witness the
17  exhibit that's been marked, what we can mark as
18  36.
19          (Email chain was hereby marked as
20  Pinto Exhibit 36 for identification, as of
21  this date.)
22      Q.     Do you recognize --
23          MR. SCHAALMAN:  Just hold on.  You
24  told me Page 6.  Is that more than one
25  page?

54 (Pages 210 - 213)

Page 214

1          Esaun Pinto
2          MR. MANCILLA:  It's one email, six,
3     seven, eight and nine, it's all one email.
4          MR. SCHAALMAN:  Thank you.
5          MR. FANTONE:  Tony, are you there?
6     Tony, are you there?
7          MR. DAIN:  Yes, sorry, I got
8     disconnected.
9          MR. FANTONE:  Tony, we're referring
10    to Control Number 6 on the Pinto EDNY
11    production from Mr. Pinto.
12         MR. DAIN:  Okay, thank you.
13    Q.    Do you recognize this chain of
14    emails, Mr. Pinto?
15    A.    I think so.
16    Q.    On the page labeled at the bottom
17    Pinto EDNY 0007 --
18    A.    Yes.
19    Q.    -- there's an email here from
20    Cherie Wrigley to Bernard Black; is that right?
21    A.    Yes.
22    Q.    Is this an email you received from
23    Cherie Wrigley with you cc'd?
24    A.    Yes.
25    Q.    I'd like to turn to, I'd like to

Page 215

1          Esaun Pinto
2     show the witness what's marked, what was
3     produced as Pinto EDNY 000010?
4          MR. FANTONE:  You want that marked
5     as Pinto 37?
6          MR. MANCILLA:  Yes.
7          (Pinto EDNY 000010 was hereby
8          marked as Pinto Exhibit 37 for
9          identification, as of this date.)
10    Q.    Mr. Pinto, do you recognize what
11    this document is?
12    A.    Yes.
13    Q.    What is it?
14    A.    Excuse me?
15         MR. FANTONE:  What is it?
16    Q.    Is this an email chain again?
17    A.    Yes.
18    Q.    Between who?
19    A.    Myself and Bernard.
20    Q.    Is Cherie cc'd on it?
21    A.    Yes.
22    Q.    There's an email from Bernard
23    halfway down the page, you can see there's an
24    email from Bernard to you cc'g Cherie dated May
25    7, 2013, do you see that?

Page 216

1          Esaun Pinto
2     A.    Yes.
3     Q.    In that email Bernard writes, Also
4     Cherie said you were still holding a hotel for
5     Joanne in Denver - what hotel?  That will be
6     useful for me, actually, to extend the
7     guardianship which I need to do soon.  Do you
8     see that?
9     A.    I do.
10    Q.    Do you know why it was useful for
11    him?
12    A.    Sure.
13    Q.    Can you explain why?
14    A.    Bernard needed to, Bernard wanted
15    to keep that hotel bill going in Colorado so
16    that he could act as if Joanne was still there.
17    Q.    Was that hotel bill necessary?
18    A.    No.
19    Q.    Why did he need to pretend that
20    Joanne was still there?
21    A.    He puts it right there, to extend
22    his guardianship.
23    Q.    Is it fair to say there was a
24    jurisdictional issue?
25    A.    Sure, that's what I assumed.

Page 217

1          Esaun Pinto
2     Q.    At that time though, Joanne was no
3     longer at that hotel?
4     A.    No, Joanne was in New York.
5     Q.    Who was paying for the hotel at
6     that point, if you recall?
7     A.    I mean, I was paying for it, but I
8     don't know if I was invoicing for it or not, but
9     I was paying for it.
10    Q.    Were you paying in cash or were you
11    paying by charge card?
12    A.    No, I think I was giving them my
13    debit card.
14    Q.    Which credit card?
15    A.    I think it was my Citibank credit
16    card, not Joanne's, mine.
17    Q.    Your personal Citibank card?
18    A.    My personal Citibank card.
19    Q.    And so you would seek reimbursement
20    at some point for those?
21    A.    Yeah, if I remembered to.  I don't
22    know if I added that to the invoices.
23    Q.    Is it your position that there were
24    some expenses that you incurred personally that
25    you did not get reimbursement for?

55 (Pages 214 - 217)

Page 218

Esaun Pinto

1
2     A.    There were a ton.
3           MR. SCHAALMAN:  Excuse me, object
4     to the form.  Thank you, Mr. Pinto.
5     A.    Should I answer?
6           MR. SCHAALMAN:  Yes, it's a form
7     objection.  I don't like the way he's
8     asking the question.  He's your lawyer, and
9     unless he tells you not to answer, go
10    ahead.
11    A.    There were a ton of expenses.
12    Q.    Were there a ton of expenses -- so
13    let's focus specifically on the period when you
14    were, I guess, enrolled to find Joanne and then
15    to bring her back to New York.
16          That period alone, were there
17    expenses that you incurred personally for which
18    you never were reimbursed?
19          MR. SCHAALMAN:  Object to the form
20    of the question.
21    A.    Are we talking from the date of the
22    trip to Colorado to like when she's
23    hospitalized?
24    Q.    Yes.
25    A.    Yes.

Page 219

Esaun Pinto

1
2     Q.    Do you recall what expenses those
3     may have been?
4     A.    Joanne caused a lot of damage
5     during that period.  She set her hotel room on
6     fire, she set her mattress on fire, damaging
7     vehicles, there were a lot of things, jewelry,
8     display cases in jewelry stores.  She did a lot
9     of things.
10    Q.    How would those things be handled?
11    A.    I just paid for it.
12    Q.    Would you always use your Citibank,
13    personal Citibank card?
14    A.    No.
15          MR. SCHAALMAN:  Object to the form.
16    A.    No, most of those were cash
17    payments.
18    Q.    Can you explain?
19    A.    So, if Joanne did something that
20    she wasn't supposed to do and I wanted to make
21    it go away or deal with it and just move on,
22    then I would work it out with whoever's property
23    she damaged and pay for it and move on.
24    Q.    Did you get a receipt for all the
25    payments?

Page 220

Esaun Pinto

1
2     A.    You do not get a receipt for cash
3     payments like that.
4     Q.    When she was hospitalized, were
5     there still some outstanding expenses that you
6     had to pay in that manner?
7     A.    I mean, some things came back to
8     haunt us later on.  The area where Joanne stayed
9     in Jersey City, I frequent that area.  That area
10    I use for a number of different things and
11    different cases.  So there were things that I
12    didn't address, matters I didn't address prior
13    to Joanne getting hospitalized that I later had
14    to address.
15    Q.    Did you use any, any of the cash
16    that you used, were they sourced from the Chase
17    Bank account that Joanne had?
18    A.    Sure, at times, yeah.
19          MR. MANCILLA:  I'm handing the
20          witness what we produced as Pinto EDNY 26.
21          What I'd like to be marked as Exhibit 38.
22          (Pinto EDNY 26 was hereby marked as
23          Pinto Exhibit 38 for identification, as of
24          this date.)
25    Q.    Mr. Pinto, is this another chain of

Page 221

Esaun Pinto

1
2     emails between you and Mr. Black?
3     A.    Yes.
4     Q.    There's an email on the next page,
5     it's 27, the following page.  From Cherie
6     Wrigley to Bernard Black and Mr. Pinto and
7     Anthony Dain are cc'd; is that right?
8     A.    Yes.
9     Q.    Ms. Wrigley writes, Bernie, I
10    understand your concern and frustrations.  Esaun
11    and his team have worked miracles with Joanne.
12    These costs are not meant to be ongoing.  Give
13    it a little more time.  Your mom is not around
14    anymore to handle Joanne on an
15    hourly/daily/weekly basis.
16          Hopefully they will convince her to
17    take her medicine and become more
18    self-sufficient.  The services Esaun and his
19    team are providing are far more than
20    baby-sitting, really, what an insult!
21          Can you explain why she said your
22    mom is not around anymore to handle Joanne on an
23    hourly, daily and weekly basis?
24    A.    Because that's all Joanne had here,
25    other than myself.  For the first 10, 12 years

56 (Pages 218 - 221)

Page 222

Esaun Pinto

1    Esaun Pinto
2  of my relationship with Joanne, it was myself
3  and Joanne's mom.  You know, so when things were
4  bad, I guess Joanne's mom was the immediate
5  contact person who dealt with those things.
6          But, like I said before, I provided
7  an ear, a shoulder and support for Joanne, and
8  yeah, that whole baby-sitting thing struck a
9  nerve with me.  It's far more than baby-sitting.
10     Q.    You said it's far more than
11 baby-sitting, is that because there was a point
12 in time when Mr. Black characterized your work
13 as baby-sitting?
14     A.    This was all about finance for Mr.
15 Bernard Black.  He wasn't in touch with what it
16 even took to take care of Joanne, what that even
17 looked like.  He had not a clue.
18     Q.    I see the email below that is from
19 Bernard Black to Cherie Wrigley which states, We
20 can have visits by fancier people, but the
21 baby-sitting costs need come back.
22     A.    I don't even know what we can have
23 visits by fancier people, I don't even know what
24 that's supposed to mean.
25     Q.    Did you interpret that to mean you

Page 223

1    Esaun Pinto
2  were baby-sitting Joanne?
3     A.    I take all of this as complete
4  disrespect.
5     Q.    On Page 26, there's an email from
6  you to Bernard Black in which you state, Please
7  keep in mind that I haven't invoiced for any of
8  the hours that I personally spent with Joanne
9  and will continue to do so.  The only other
10 expense will be for her hotel cost and food, et
11 cetera.
12          I think you testified earlier that
13 you weren't invoicing for some time, why is
14 that?
15     A.    I didn't invoice for my time
16 because the bills were already large, and I was
17 already having a hard time getting the invoices
18 covered for just my guys.
19          So by no means did I intend to work
20 for free, but at the time we just wanted to get
21 the billing under control, and I wanted Bernard
22 to pay on time or pay regularly so I could at
23 least cover the expenses of the guys that I had
24 working and figured we would deal with my
25 numbers later.

Page 224

1    Esaun Pinto
2     Q.    Was your intention on putting this
3  in writing, Please keep in mind that I haven't
4  invoiced, I don't want to put words in your
5  mouth, but were you intending to remind him that
6  there will be a point in time that I will bill
7  for my time?
8     A.    Absolutely.
9          MR. SCHAALMAN:  Object to the form
10    of the question.
11     A.    Absolutely, but also letting him
12 know I'm trying to work with him.  I understand
13 the bills are big, I understand this is a great
14 cost, but this was extremely difficult too.
15     Q.    You testified earlier that you were
16 having trouble getting paid by him on time,
17 right?
18     A.    Yes.
19          MR. SCHAALMAN:  Object to the form.
20     Q.    And that put you in a difficult,
21 not being paid on a timely basis from Bernard
22 put you in a difficult position with your
23 employees, the other people you were working
24 with?
25          MR. SCHAALMAN:  Object to the form.

Page 225

1    Esaun Pinto
2          MR. FANTONE:  What's the basis?
3          MR. SCHAALMAN:  Leading by the
4     nose.  This is his client.
5          MR. FANTONE:  This is not
6     cross-examination.
7          MR. SCHAALMAN:  Hardly, this is
8     your client.  You can't cross-examine your
9     own client that I'm aware of, leading.
10         MR. FANTONE:  You can answer.
11     A.    So my guys had to be paid
12 regardless of whether Bernard paid my invoice or
13 not, they had to be paid, things had to be taken
14 care of.  Joanne had expenses.  I mean, life had
15 to go on whether he paid my bill on time or not.
16 The numbers were getting bigger and bigger, and
17 I couldn't afford it.
18     Q.    Did you have to come out-of-pocket
19 to --
20     A.    Sure.
21     Q.    Let me finish the question.  Did
22 you have to come out-of-pocket to pay the people
23 who were working for you to take care of Joanne
24 in this time period?
25     A.    Yes, there were times, yeah.

57 (Pages 222 - 225)

Page 226

1            Esaun Pinto
2      Q.    Were there any hours that you had
3  to pay people for that you never got paid for?
4      A.    Sure.
5      Q.    Can you give us an estimate as to
6  how many?
7      A.    No, I mean, I don't know, I don't
8  remember.  But, sure, I mean, like I said, when
9  I parked the vehicle, the security guard outside
10 of Joanne's room, when we were trying to
11 convince the numbers, I paid the guy out of my
12 pocket.
13            You know, not just him.  You know,
14 I had backup plans for if she got past him,
15 there was a Dunkin' Donuts across the street.  I
16 gave that guy a couple of dollars every night
17 just to make sure if she came in there I would
18 get a call.
19     Q.    Did you pay these people with a
20 credit card?
21           MR. SCHAALMAN:  Object to the form.
22     A.    Cash.
23     Q.    How did you pay them?
24     A.    Cash.
25     Q.    Did you get receipts?

Page 227

1            Esaun Pinto
2      A.    These guys don't give receipts.
3            MR. MANCILLA:  I'm handing you
4  what's marked Pinto EDNY 36 for
5  identification but I want to mark it as
6  identification as 39.
7            MR. SCHAALMAN:  39.
8            MR. FANTONE:  Thank you.
9            (Pinto EDNY 36-40 was hereby marked
10 as Pinto Exhibit 39 for identification, as
11 of this date.)
12     Q.    Mr. Pinto, this is another email
13 chain between you and Bernard Black; is that
14 right?
15     A.    Yes.
16     Q.    On Page 36 in the middle of the
17 page, is that an email from Bernard to Cherie
18 and you?
19     A.    Yes.
20     Q.    And Bernard says, What would help
21 me is a single spreadsheet with all expenses and
22 all payments ideally in separate columns,
23 payment, withdrawal, net balance after each
24 payment or withdrawal, rows that can be
25 organized by date.  Thank you, Bernie.  Do you

Page 228

1            Esaun Pinto
2  see that?
3      A.    Yes.
4      Q.    Did you ever provide that?
5      A.    I think I did.
6      Q.    You see the email above there,
7  above that it says from you to Bernard Black?
8      A.    Right.
9      Q.    And you responded okay?
10     A.    Yeah.
11           MR. MANCILLA:  I show the witness
12 what's identified, labeled as Pinto EDNY
13 45. I'll mark this as 40.
14           (Pinto EDNY 45-50 was hereby marked
15 as Pinto Exhibit 40 for identification, as
16 of this date.)
17     Q.    Mr. Pinto, this is again another
18 email chain between you and Bernard Black,
19 right?
20     A.    Yes.
21     Q.    Cherie Wrigley is included on some
22 of these.  On that first page which is an email
23 from Bernard Black to Cherie Wrigley, sorry, to
24 you cc'g Cherie Wrigley, Bernard writes, Going
25 forward for however long the current plan lasts,

Page 229

1            Esaun Pinto
2  we still need to agree on a daily run rate for
3  undocumented Joanne related expenses.  What do
4  you propose, $500 a week?
5      A.    Correct.
6      Q.    What is a run rate?
7      A.    That's the daily rate or the weekly
8  rate.  The rate of the expenses --
9      Q.    Sorry, daily or weekly?
10     A.    Yeah, here he's saying weekly.
11 What he's talking about are expenses that would
12 just come up that we couldn't prepare for.
13     Q.    Okay.  And these are expenses that
14 were paid for how?
15     A.    Cash.
16     Q.    Where was the cash?
17     A.    From the Chase account.
18     Q.    So this was not part of your fee?
19     A.    No, but it ended up being deducted
20 from my invoices anyway.
21     Q.    Can you clarify?
22     A.    So there were certain expenses
23 that, there were certain expenses that were
24 addressed immediately, and then there were other
25 expenses like the burning of mattresses and

58 (Pages 226 - 229)

Page 230

```
1           Esaun Pinto
2  damaging of cars that weren't.
3         So what I tried my best to do was
4  just to incorporate as much of those expenses as
5  I could against the invoices because there was
6  so much trouble in getting the invoices covered,
7  and I knew Bernard was monitoring the account
8  anyway.  So sometimes I had to come out of
9  pocket to cover those expenses and sometimes I
10 didn't.
11     Q.    Which account are you saying
12 Bernard monitored?
13     A.    The Chase account.
14     Q.    He had access to the Chase account?
15     A.    Absolutely.  There were months if I
16 put that this month we had $2,000 worth of
17 expenses and it was 2,500, he would check me on
18 it, and he would just deduct the extra from the
19 neck month's invoice.
20     Q.    So we would expect to see about
21 $500 a week withdrawn from the Chase account?
22         MR. SCHAALMAN:  Object to the form.
23     A.    Somewhere around there.
24     Q.    Would you turn to Page 49.
25 Actually --
```

Page 231

```
1           Esaun Pinto
2         MR. KATZ:  It's part of it.
3     Q.    It's part of an email on Page 47,
4  sorry.
5     A.    Okay.
6     Q.    Do you recognize, there's an email
7  here at the bottom from Bernard Black to Esaun
8  Pinto cc'g Cherie Wrigley, right?
9     A.    Sure.
10    Q.    And that's dated May 26, 2013?
11    A.    Yeah.
12    Q.    Do you remember receiving this?
13    A.    Yeah, this looks, yeah, yes.
14    Q.    And if you could just review it
15 quickly, and at the end the subject, or the
16 topic I want to ask you about is at the end
17 which is on Page 49, the end of the email.
18    A.    Okay.
19    Q.    Mr. Black writes, I attach a
20 revised service list XLS spreadsheet.  First of
21 all, is that the document that, is that a
22 document that you prepared?
23    A.    I guess I believe I did prepare a
24 spreadsheet, and then I think he, if I remember
25 right, he either prepared his own spreadsheet or
```

Page 232

```
1           Esaun Pinto
2  he changed the spreadsheets that I sent him.  I
3  don't really remember.
4     Q.    If we had a copy of the
5  spreadsheet, would that refresh your
6  recollection?
7     A.    It may.
8         MR. MANCILLA:  I show the witness
9  what's marked, what was produced as Pinto
10 EDNY 92.  I'll mark that as Exhibit 42.
11        MR. FANTONE:  41.
12        MR. MANCILLA:  41, sorry.
13        (Services List was hereby marked as
14 Pinto Exhibit 41 for identification, as of
15 this date.)
16    A.    Okay.
17    Q.    Mr. Pinto, does that document
18 refresh your recollection as to whether or not
19 the service list is a document, a spreadsheet
20 that was created by you?
21    A.    I think this was created by my
22 office.
23    Q.    What gives you that impression?
24    A.    Well, my CPI Investigations is at
25 the top of it and my phone number.  I'm assuming
```

Page 233

```
1           Esaun Pinto
2  we did this.
3     Q.    Who at your office would create
4  something like this?
5     A.    This probably was created by my
6  wife.
7     Q.    I'll represent to you that that
8  document is under the file name which is listed
9  at the bottom of Pinto 49, Service
10 List-2013-0602-bb.xlsx.
11        So Bernard wrote in his email, I
12 attach a revised service list spreadsheet in
13 which I added these amounts, $2,000 plus $12,270
14 minus $7,500 equals $6,770 to the amounts paid
15 to reach a revised total payment of $84,770
16 against billings to date less Chase withdrawals
17 which you credited to us of $79,185.  Do you see
18 that?
19    A.    Yes.
20    Q.    And then he writes, wrote, this
21 leaves me with a positive balance through May
22 27th of $84,770 minus $79,185 equals $5,585.
23 You see that?
24    A.    I see that.
25    Q.    What does that mean?
```

59 (Pages 230 - 233)

Page 234

Esaun Pinto

1
2    A.    It means that if I'm reading this
3  right and if I remember correctly, my numbers
4  were off and he corrected it.
5    Q.    How would he correct it?  How would
6  he know how to correct it?
7    A.    He had access to the Chase account.
8    Q.    So he was reviewing all of your --
9    A.    Absolutely.
10    Q.    -- withdrawals?
11    A.    Yes.  I mean, look, you know,
12  Bernard could have cut the card off.  Bernard
13  could have prevented us from having access to
14  the card.  If I was running amok and charging up
15  stuff, he would have just cut it off.
16        MR. FANTONE:  Hold on a second.
17    Q.    Were there any things you left off
18  the invoices because you felt like you couldn't
19  tell Bernard about them?
20    A.    Yeah.
21    Q.    What kind of things were those,
22  what kind of expenses were those?
23    A.    Like the burning of the mattress,
24  paying the additional guys, paying for intel,
25  the damages to vehicles.  All of that stuff, I

Page 235

Esaun Pinto

1
2  didn't put that stuff in the invoice.
3    Q.    So his corrections at times of the
4  invoices or the service list, the service list
5  spreadsheets that he identified in this email,
6  would it actually deprive you of money that you
7  had otherwise paid out-of-pocket?
8        MR. SCHAALMAN:  Objection to form.
9    A.    Sure, but there was no way around
10  it because I had to look out for Joanne.  I
11  mean, not only him --
12    Q.    For clarification, when you say
13  sure, do you mean yes?
14    A.    Yes.
15        MR. SCHAALMAN:  Object to the form.
16    A.    There were things I didn't tell, I
17  didn't put on the invoice and didn't tell
18  Bernard or Cherie about or Tony for that matter.
19    Q.    Why is that?
20    A.    Because I was looking out for
21  Joanne, and I wanted to continue to build the
22  trust.  I didn't know what that day was going to
23  look like when she gets hospitalized, so I just
24  didn't share it.
25    Q.    Why would not telling them help you

Page 236

Esaun Pinto

1
2  to gain Joanne's trust?
3    A.    I hadn't spoken to Joanne for two
4  years.  So this is, my trip to Colorado is right
5  on the tail of Cherie's trip there, so Joanne
6  was afraid of everything.
7        So, like I said, I mean, when I
8  know that when this thing is done, it's going to
9  go back to me and Joanne for the most part and I
10  couldn't lose her trust.  So when things would
11  happen, I would just take care of it, just take
12  care of it and figure I'll deal with it later.
13        A lot of those things that took
14  place during those years I forgot about it, and
15  actually, in coming here today this morning, my
16  wife reminded me about a few of them.
17        But it's just let's get through the
18  day and get to tomorrow and continue to build
19  the relationship and continue to try to get her
20  help.  That's what it was all about.
21    Q.    Below that sentence Bernard wrote
22  on Page 49, what is the $500 car return penalty,
23  return to Atlanta, Georgia about?  Can you
24  explain that?
25    A.    Sure.  We rented a or I rented a

Page 237

Esaun Pinto

1
2  Suburban, a Chevy Suburban SUV in Colorado.
3  Joanne had so many things with her that we
4  needed a big vehicle to get the stuff back to
5  the East Coast.
6        That trip was some 30 some odd
7  hours, 35, 36, I can't remember, hours.  Joanne
8  didn't exit the vehicle one time to go to the
9  bathroom, not once.
10        Besides the fact that Joanne's
11  luggage was molded all over the place to where
12  when we get all over the place, there's mold
13  growing in the trunk of the Suburban.
14        So that truck was damaged severely,
15  severely.  We weren't supposed to leave the
16  state with the vehicle.  I had no choice.  I
17  used the vehicle.  When we get back to the New
18  York City area, there wasn't that rental car
19  company didn't exist here, and the closest place
20  to drop the car off was Atlanta.
21    Q.    You just testified that she didn't
22  leave the car to go to the bathroom, what does
23  that mean?
24    A.    She went to the bathroom on
25  herself.

60 (Pages 234 - 237)

Page 238

Esaun Pinto

1
2    Q.    In the vehicle?
3    A.    In the vehicle.
4    Q.    Was that car damaged because she
5  didn't leave the vehicle?
6    A.    The car was destroyed.
7    Q.    How was that payment made, in what
8  form?
9    A.    I don't remember exactly.  I know I
10  paid it somehow, either with my credit card or,
11  and then eventually invoiced Bernard for it.  I
12  don't really remember.
13    Q.    Were all the costs covered for
14  that?
15    A.    Were they covered by me?
16    Q.    No, were you eventually reimbursed
17  for all the expenses?
18    A.    I know he disputed some of the
19  rental car charges.  I don't remember if he paid
20  them or not, I don't remember.
21        MR. MANCILLA:  I'd like to show the
22    witness what's labeled Pinto EDNY 53, and
23    I'll mark it for identification as 42.
24        (Pinto EDNY 53-54 was hereby marked
25    as Pinto Exhibit 42 for identification, as

Page 239

Esaun Pinto

1
2  of this date.)
3        MR. SCHAALMAN:  One page?
4        MR. MANCILLA:  This is two pages.
5        MR. SCHAALMAN:  So 53 and 54?
6        MR. MANCILLA:  Yes.
7    Q.    Mr. Pinto --
8        MR. SCHAALMAN:  He seems to have a
9    different document than what you're
10    describing.
11    A.    53 and 54, and then there's a
12  spreadsheet on the back of it.
13    Q.    The spreadsheet on the back of it
14  should be 94.
15        MR. MANCILLA:  That is 93.
16        MR. SCHAALMAN:  What?
17        MR. MANCILLA:  Ninety-three.
18        MR. SCHAALMAN:  So it's Page 53, 54
19    and 93?
20        MR. MANCILLA:  That's correct.
21    Q.    This is again an email chain
22  between you and Mr. Black, right?
23    A.    Right.
24    Q.    And the email on Page 53 is from
25  Bernard Black to you dated July 2, 2013, right?

Page 240

Esaun Pinto

1
2    A.    Correct.
3    Q.    And he writes, he wrote at that
4  time, I'm looking at the first paragraph halfway
5  down.  As you know, I was very concerned about
6  weekly cash burn.  Over time we reached an
7  agreement on the burn rate of $5,000 per week.
8  I took that to be a total, not an amount to
9  which you would later add two to 3,000 per week
10  for your own time.
11        Was he incorrect when he took that?
12    A.    Oh, yes, absolutely.
13    Q.    Can you explain why?
14    A.    Because I only decided to not
15  invoice him at the time because I wanted to get
16  the invoices paid in a timely fashion so it
17  wouldn't be coming out of my pocket.  But at no
18  time did I ever consider working for free.
19    Q.    Did you ever tell him you would?
20    A.    No, no, this operation took me away
21  from my office, my family, I mean, everything.
22  So no, no.
23    Q.    And this email was in response --
24  what was this email in response to, if you
25  remember?

Page 241

Esaun Pinto

1
2    A.    I don't know.  I'd have to read it
3  all.
4    Q.    Take a moment and read through it
5  and see if that refreshes your recollection.
6    A.    Yeah, I mean, it just looks like
7  he's going over the expenses, and he's again
8  mentioning to me in this email that Joanne needs
9  to crash, be hospitalized, and that's what I was
10  trying to prevent her from crashing.
11    Q.    It appears as though, and correct
12  me if I'm wrong, that he is, he found out that
13  you would be charging for your own time?
14    A.    Sure.
15    Q.    How did he find that out?
16    A.    I communicated that to him in the
17  email prior, but I sent him a bill.
18    Q.    You sent him a bill for your time,
19  your personal time?
20    A.    Yeah, eventually, yeah.
21        MR. SCHAALMAN:  Object to the form.
22        MR. MANCILLA:  I apologize, I only
23    have one copy of this, but I would like to
24    show the witness this to refresh his
25    recollection.

61 (Pages 238 - 241)

Page 242

1        Esaun Pinto
2        MR. SCHAALMAN:  Why don't you pass
3    it around to everybody first.
4        MR. MANCILLA:  This is an exhibit
5    to the people's discovery, sorry, the
6    plaintiffs' discovery request sent to Mr.
7    Pinto or CPI, I don't recall which.
8        MR. SCHAALMAN:  Do you want me to
9    hand it to the witness or back to you?
10        MR. MANCILLA:  You can hand it to
11    the witness.
12        MR. SCHAALMAN:  Is this being
13    marked as an exhibit?
14        MR. MANCILLA:  I'll mark it as
15    Exhibit 54, what is this, 43.
16        (10/5/15 Invoice was hereby marked
17    as Pinto Exhibit 43 for identification, as
18    of this date.)
19        (A recess was taken from 5:50 p.m.
20    until 5:52 p.m.)
21        MR. KATZ:  All counsel have agreed
22    that since Mr. Pinto's Social Security is
23    on what we have marked today as Pinto
24    Exhibit 35, we're all in agreement we are
25    going to redact the Social Security number

Page 243

1        Esaun Pinto
2    just because we want to annex the exhibits
3    to the deposition, to the actual deposition
4    transcript.
5        I'm also going to redact or cross
6    out his date of birth since that's actually
7    on this exhibit as well.  So I just wanted
8    to note on the record that I'm doing that.
9        MR. FANTONE:  Okay, thanks.  We
10    agree.
11        (A recess was taken from 5:54 p.m.
12    until 6:32 p.m.)
13  BY MR. MANCILLA:
14    Q.    Mr. Pinto, would you take a look at
15    what's been marked as Exhibit 43.
16    A.    Okay.
17    Q.    That's what we were discussing
18    before we broke, and we were discussing that in
19    relation to an email that was between you and
20    Bernard which is exhibit, marked as Exhibit 42.
21    A.    Forty-two, got it.
22        MR. SCHAALMAN:  So which page has
23    been marked as 43 now?
24        MR. MANCILLA:  Forty-three is the
25    invoice.

Page 244

1        Esaun Pinto
2        MR. SCHAALMAN:  You don't have a
3    copy of it, okay.
4    Q.    Does that refresh your recollection
5    that that is the invoice that you sent over to
6    Bernard which prompted this email?
7    A.    I'm not sure.
8    Q.    Well, this email refers to being
9    frustrated that he misunderstood that you would
10    eventually bill for your time, right?
11    A.    Right.
12    Q.    So the bill that has been marked as
13    Exhibit 43, what does that represent, if you can
14    see it.
15    A.    Oh, right, so this is provided by
16    myself.  This is not my guys.
17    Q.    What is that, what is Exhibit 43?
18    A.    This is my bill for my time, not
19    the bill for the guys that were working for me.
20    Q.    That time period was from when to
21    when?
22    A.    The 29th of April to June 24th.
23        MR. SCHAALMAN:  Could you state
24    that again, the dates.
25        THE WITNESS:  The 29th of April --

Page 245

1        Esaun Pinto
2        MR. SCHAALMAN:  Thank you.
3        THE WITNESS: -- to June 24th.
4    Q.    So turning back to Exhibit 42, that
5    email from Bernard to you.
6    A.    Right.
7    Q.    He states in the third paragraph
8    down, I will pay your latest bill from June 3rd
9    forward adjusted for any under or overpayment
10    prior to that.
11        Is he referring to paying the bill
12    which has been marked as Exhibit 34 -- 43?
13        MR. SCHAALMAN:  Object to the form.
14    A.    I'm not quite sure.  I don't really
15    know.
16    Q.    Okay.  Further down he states, My
17    records show payment of $94,900 and billing of
18    $90,776 for net overpayment of 4,214, do you see
19    that?
20    A.    I see that.
21    Q.    This is for bills through June
22    24th.
23    A.    Correct.
24    Q.    And then he writes, If my records
25    are not correct, please advise me.

62 (Pages 242 - 245)

Page 246

```
1            Esaun Pinto
2    A.   Right.
3    Q.   Then you testified earlier, I
4  believe, that there were certain things that you
5  did not tell Bernard about.
6    A.   Correct.
7         MR. SCHAALMAN:  Object to the form.
8    Q.   Do you recall whether you responded
9  to this email and adjusted his records?
10        MR. SCHAALMAN:  Object to the form.
11   A.   I didn't adjust his records in
12 regards to the things that I didn't tell Cherie
13 or Tony or Bernard about, no.
14   Q.   When he says further down in that
15 email, Otherwise, I consider the period from
16 inception through June 24th to be closed.  What
17 do you understand that to mean?
18   A.   I don't really remember.  I mean, I
19 don't know if at this point I received the
20 payment for my time, I don't know.  I don't know
21 if I received it yet.
22        MR. MANCILLA:  Let's go to what's
23        been produced as Pinto EDNY 55, and I'll
24        mark this as Exhibit 44.
25        (Pinto EDNY 55-58 was hereby marked
```

Page 247

```
1            Esaun Pinto
2  as Pinto Exhibit 44 for identification, as
3  of this date.)
4    Q.   Mr. Pinto --
5         MR. SCHAALMAN:  Wait just a second,
6  please.
7         MR. MANCILLA:  Michael, are you
8  ready?
9         MR. SCHAALMAN:  I'm good now,
10 thanks.
11   Q.   Mr. Pinto, is this an email between
12 you and Mr. Bernard Black?
13   A.   The first one looks like Bernard to
14 Cherie that I'm cc'd, yes.
15   Q.   This is a chain of emails, right?
16   A.   Yes.
17        MR. MANCILLA:  I'd like to show the
18 witness what was produced as Pinto EDNY 65.
19        MR. SCHAALMAN:  Sixty-five?
20        MR. MANCILLA:  Yes.
21        MR. SCHAALMAN:  Through what?
22        MR. MANCILLA:  Through 67.  And
23 this is marked as Exhibit 45.
24        (Pinto EDNY 65-67 was hereby marked
25 as Pinto Exhibit 45 for identification, as
```

Page 248

```
1            Esaun Pinto
2  of this date.)
3    Q.   Mr. Pinto, can you turn to Page 66?
4    A.   Fifty-six or 66?
5    Q.   Sixty-six, it's the second page.
6  It looks like this is an email from you to Mr.
7  Black dated July 9, 2013; is that right?
8    A.   Yes.
9    Q.   And in the fifth paragraph down you
10 write, I would like to possibly come up with a
11 more livable rate moving forward and also would
12 like to be paid at least two weeks in advance to
13 eliminate any confusion.  Do you see that?
14   A.   Yes, yes.
15   Q.   Can you just explain why you
16 needed, why you used the word livable rate?
17   A.   Because again, he wanted the
18 numbers to come down.
19   Q.   At that time, what was your rate,
20 if you remember?
21   A.   I don't remember if it was eight or
22 10,000 a month, I don't remember.
23   Q.   Was your rate per month or per
24 week?
25   A.   I can't even remember.
```

Page 249

```
1            Esaun Pinto
2    Q.   Okay.  You also note in here, I
3  would also like to be paid at least two weeks in
4  advance to eliminate any confusion.
5         I believe you testified about this
6  earlier, but can you explain why you wrote that?
7    A.   Sure.  I got tired of the back and
8  forth, and if we were going to go through a
9  period of a flat rate, I just wanted to be ahead
10 of things because my expenses were unpredictable
11 at times.
12   Q.   Right, you talk about a rate, does
13 that mean that you spent the same number of
14 hours every week working to help Joanne?
15   A.   No.
16   Q.   Can you explain that?
17   A.   I mean, it all depends, sometimes,
18 you know, I visit Joanne three days this week,
19 it could be five days next week, it could be off
20 hours.  It could be her waving at me from the
21 window.  It could be an hour on the telephone, I
22 mean, it all depends.
23        It all depends on what Joanne
24 needed at the time.  So every week was
25 different, it all depends.  That includes the
```

63 (Pages 246 - 249)

Page 250

Esaun Pinto

1          Esaun Pinto
2 shopping as well.  Sometimes she wanted ice
3 cream, sometimes she wanted blue jeans.  I never
4 knew exactly what Joanne was going to need or
5 want out of me until the day came.
6      Q.    About when would you get the
7 first -- would she call you?
8      A.    The first thing in the morning.
9      Q.    And you said, you testified earlier
10 she woke up around three or four a.m.
11      A.    Not when she was hospitalized.  She
12 was hospitalized, I can't remember the first
13 hour in which they were allowed to call, but it
14 was relatively early.
15      Q.    So at this time, which is around
16 July 2013, she would call you first thing in the
17 morning?
18           MR. SCHAALMAN:  Object to the form.
19      A.    She would, yes.  She would call me
20 the first opportunity she had to use the phone.
21 And she would call me at least one more time
22 which would be the last time during the day that
23 she was able to use the phone.
24      Q.    About how many times a day, if you
25 recall, was she able to use the phone?

Page 251

Esaun Pinto

1          Esaun Pinto
2      A.    Oh, she was able to use the phone
3 almost all day when she was at South Beach, so
4 much so that we had a phone budget.  She had
5 like an allowance, but she would call me and we
6 actually joked, and I told her I need to cut her
7 allowance because the calls would just not stop
8 on certain days.
9      Q.    Who would she speak to when she
10 called?
11      A.    She would speak to me.
12      Q.    Was there anyone else she would
13 speak to?
14      A.    It depends on who I was with.
15 Sometimes she would speak to my kids, sometimes
16 my wife, sometimes my grandmother.  If I was at
17 work, sometimes my guys.
18      Q.    Did you bill for that separately or
19 was that part of the rate?
20      A.    That was part of the rate.
21      Q.    And that rate was consistent every
22 week?
23      A.    When we went to the flat rate,
24 yeah.
25      Q.    You would also go visit her at the

Page 252

Esaun Pinto

1          Esaun Pinto
2 hospitals, right?
3      A.    Sure.
4      Q.    Every time you went to the
5 hospital, did you visit her or were there other
6 things that you did?
7      A.    It depends.  I would visit her,
8 sometimes I had a meeting with staff members,
9 doctors, social workers, attorneys.
10      Q.    When you went to the hospital, was
11 there any record that was created of your
12 visits?
13      A.    I was at the hospital so often, to
14 answer your question, yes.  However, I was there
15 so often that I didn't have to sign in.  I
16 didn't have to, these guys that work security at
17 the hospital, you know, we had conversations
18 about them moonlighting with me.  These guys
19 wanted to be employed by me.
20           So, no, at South Beach oftentimes I
21 met with the doctors or the social workers prior
22 to meeting Joanne.  So they would meet me
23 outside.  We'd talk, and then I would get
24 escorted in.  Those moments I went through the
25 employee entrance, I didn't go through the

Page 253

Esaun Pinto

1          Esaun Pinto
2 business entrance.
3      Q.    Every time that you went to the
4 hospital, did you always see Joanne?
5           MR. SCHAALMAN:  Objection, form.
6      A.    No.
7      Q.    Can you explain that?
8      A.    No, there were times that I had to
9 visit the hospital for meetings, and I wouldn't
10 see Joanne.
11      Q.    Who would you meet with?
12      A.    Doctors, counselors, social
13 workers, attorney.
14           MR. MANCILLA:  Just a few more
15 here.  I'd like to show the witness what
16 was produced as Pinto EDNY 81 to be marked
17 as Exhibit 46.
18           MR. FANTONE:  Eighty-one to 86.
19           MR. SCHAALMAN:  Thank you.
20           (Pinto EDNY 81-86 was hereby marked
21 as Pinto Exhibit 46 for identification, as
22 of this date.)
23      Q.    Are these again emails between you
24 and Mr. Black?
25      A.    Yes.

64 (Pages 250 - 253)

Page 254

Esaun Pinto

1
2    Q.    And at the bottom of 81 you wrote,
3  Mr. Black, I've supplied invoices and
4  considerably reduced the rate by going with a
5  flat fee.  Please find some time to review the
6  invoices.  I would appreciate a wire before the
7  end of the week.  I have been forced to wait for
8  payments in the past and it makes things
9  difficult for me.
10         Can you just explain, if you
11  recall, why you went to a flat rate and why you
12  reduced the rate?
13    A.    I just wanted to get paid on time.
14  I just wanted to stop the back and forth.  I
15  just wanted to make life simpler.  So I was
16  calling myself cooperating as much as I could
17  and making life easier for everybody.
18    Q.    Did the amount of work relative to
19  Joanne increase or decrease during this time
20  period?
21    A.    Neither.  I mean, my responsibility
22  to Joanne, it hasn't changed, it still hasn't
23  changed.  So it's all based on what her needs
24  are.  If I have to see Joanne five times this
25  week, I'll see her five times this week.

Page 255

Esaun Pinto

1
2         If I talk to Joanne, if she called
3  me ten times a day, I'm going to speak to her
4  ten times a day.  So it's all dependent on what
5  her needs were.  The dollar amount really had
6  very little, if anything, to do with what I
7  provided to Joanne.
8    Q.    How long would you talk on the
9  phone with Joanne?
10    A.    It depends, it depends on what was
11  going on.  If I could tell her -- if she had an
12  issue, she called me and I could tell her
13  Joanne, I'll be there this afternoon, then I
14  could cut the conversation short.
15         If I couldn't respond immediately
16  or if I thought what she needed wasn't urgent
17  enough, then I would speak to her on the phone
18  and try to work it out on the phone.  Those
19  conversations would take a long time.
20    Q.    You testified earlier that there
21  was a point in time when Bernie had to be
22  removed from the hospital.  Do you recall that?
23    A.    When who had to be removed?
24    Q.    Bernard Black.
25    A.    Yes.

Page 256

Esaun Pinto

1
2         MR. SCHAALMAN:  Objection, asked
3    and answered.
4    Q.    I think that you testified that you
5  actually prevented his arrest?
6    A.    Sure.
7    Q.    Can you explain that?
8    A.    The hospital staff wanted to call
9  the police, and I told them that I didn't think
10  that was necessary.  I asked if I can talk with
11  him and walk out with him, I did that.  So the
12  police didn't respond.
13    Q.    May I ask why you did that?
14    A.    Because I didn't want to make this
15  more traumatic for Joanne than it needed to be.
16    Q.    I believe you also testified that
17  Dr. Choudhury didn't want you to provide Bernie
18  with any of Joanne's contact information; is
19  that right?
20    A.    Yes.
21    Q.    Why not?
22    A.    Because Joanne didn't want it.
23    Q.    You testified earlier that --
24    A.    And I asked Dr. Choudhury, Nelson
25  and all the other staff members, I think it was

Page 257

Esaun Pinto

1
2  Renzulli at the time.
3         MR. SCHAALMAN:  R-E-N-Z-U-L-L-I.
4    A.    And there was another social
5  worker, I can't remember her name at the time,
6  but I spoke to them about it, because all of
7  this did put me in a weird position, very
8  uncomfortable position.
9         So I just, I spoke to them about
10  it.  They weren't interested because Joanne
11  wasn't interested in it, and that's how I moved
12  forward.
13    Q.    I believe you testified earlier
14  that Cherie told you at some point, do you
15  recall Cherie telling you at some point that she
16  believed Bernard was stealing money from Joanne,
17  right?
18    A.    Yeah.
19    Q.    Did you communicate that to Joanne?
20    A.    No.  Joanne communicated that with
21  me.
22    Q.    What do you mean by that?
23    A.    Joanne, when I got to Colorado,
24  Joanne knew some very exact numbers.  She knew
25  exactly what was in the Roth IRA down to the

65 (Pages 254 - 257)

Page 258

Esaun Pinto

1   penny.  She had communicated with them in
2   Vanguard and she knew a lot that I didn't know.
3   Because of her condition, I don't know whether
4   to believe her or not.  So I just kind of
5   ignored it.
6          But Joanne spoke from the day I
7   picked her up in Colorado that she believed that
8   her brother was stealing her inheritance.
9       Q.    And that was at the time you got to
10  Colorado?
11      A.    That was when I made contact with
12  Joanne, yes, in Colorado.
13      Q.    Do you know how she knew that?
14      A.    She made phone calls.  She was
15  calling around, Vanguard and all these other
16  companies trying to figure out what was going
17  on.
18         I assumed once she was made aware
19  that her mother had passed away that she knew,
20  she knew what her mother's intentions were.
21  Joanne brought me a piece of her mother's will
22  ten years prior.  I had already seen portions of
23  the will, and then some years later, about 2010,
24  she brought me a ripped page from another will.
25

Page 259

Esaun Pinto

1          So Joanne was aware of what her
2   mother's intentions were.  So I guess that she
3   was informed that her mother passed away, she
4   was trying to safeguard her assets.
5       Q.    So as far as you know, you never
6   communicated to Joanne that Cherie believed that
7   Bernard was stealing money?
8          MR. SCHAALMAN:  Asked and answered,
9   leading, form.
10      A.    No, Joanne told me on my contact
11  with her in Colorado that her brother was
12  stealing her inheritance.
13      Q.    Did you ever voice any complaints
14  that you had about Bernard Black to Joanne?
15      A.    No, I didn't even know him.
16      Q.    There did come a point in time when
17  you testified earlier that you were frustrated
18  that you weren't getting paid on time.
19      A.    Yeah, but me and Joanne didn't have
20  those kinds of conversations.  Me and Joanne
21  didn't have invoice conversations.
22      Q.    Did you ever have conversations
23  with Joanne about the estate?
24      A.    She would talk about it, but again,
25

Page 260

Esaun Pinto

1   none of that was of any interest to me.
2       Q.    When she spoke about it, did you
3   ever inform her of things that were going on in
4   the Colorado proceedings?
5       A.    No.
6       Q.    Did you ever tell her --
7          MR. SCHAALMAN:  Leading.
8       Q.    Did you ever convey any
9   communications you had with Anthony Dain to
10  Joanne Black?
11         MR. SCHAALMAN:  Leading.
12      A.    No.  Joanne, so when Joanne was
13  hospitalized, Joanne was, in my opinion, not in
14  any condition to really talk about those things,
15  but I didn't even really know.
16         So the conversations about all of
17  that stuff, I didn't entertain until after
18  Joanne was released from the hospital, and I
19  still didn't want to talk about it then, but it
20  became a topic that Joanne wanted to talk about.
21      Q.    Did you manipulate Joanne against
22  her brother Bernard Black?
23         MR. SCHAALMAN:  Leading.
24      A.    If anything, I tried to get Joanne
25

Page 261

Esaun Pinto

1   to communicate more with Bernard Black.  Joanne
2   had enough hatred for her brother, she didn't
3   need any help from me.
4       Q.    Mr. Pinto, did you ever conspire
5   with Anthony Dain or Cherie Wrigley to defund
6   the trust that was named Joanne Black as a
7   beneficiary?
8          MR. SCHAALMAN:  Objection, leading,
9   form.
10      A.    I just wanted to take care of
11  Joanne and get my invoices covered in a fair
12  time and be compensated for my time, that's all
13  I wanted.  As far as cooperate with anybody, no,
14  no, I wasn't interested in that.
15      Q.    Did you ever assist Anthony Dain
16  with any of his goals?
17      A.    Any of his?
18         MR. MANCILLA:  Withdrawn.
19      Q.    You had, in caring for Joanne, what
20  bank accounts did you have access to?
21      A.    I had access to the Chase account
22  for a short period of time.  I had access to the
23  Wells Fargo account for a short period of time,
24  and I had access to the rent payee account at
25

66 (Pages 258 - 261)

Page 262

1          Esaun Pinto
2 Citibank for a short period of time that Joanne
3 and I set up.
4      Q.    What was the money in those
5 accounts used for?
6      A.    The money in the Chase account was
7 used for Joanne's expenses.  The money in the
8 Wells Fargo account was used for Joanne's
9 expenses at times, and at other times the money
10 was withdrawn from there to safeguard against
11 Bernard as per Joanne.
12      Q.    Can you explain that a little bit
13 more?
14      A.    The first contact with Joanne in
15 Colorado, Joanne felt like Bernard was
16 attempting to rob her of her inheritance and he
17 didn't want her to have anything.
18          And not knowing Bernard, not
19 knowing whether to completely believe Joanne,
20 when Joanne was hospitalized at some point I get
21 the, at some point I get the Wells Fargo card,
22 and I'm instructed to withdraw the money before
23 Bernard gets a chance to steal it.
24          And at that point --
25      Q.    Before you go any further, who were

Page 263

1          Esaun Pinto
2 you instructed by?
3      A.    Joanne.
4      Q.    To withdraw what money?
5      A.    The Wells Fargo money.
6      Q.    What did you do with it?
7      A.    It was to purchase a lock box.  The
8 fund were put in the lockbox, funds that weren't
9 used by Joanne or funds that were used by me for
10 Joanne were safeguarded in a lockbox.
11      Q.    You put it in a lockbox because
12 Joanne instructed you to?
13      A.    Right.
14          MR. SCHAALMAN:  Objection, form and
15 asked and answered.
16      Q.    When did she instruct you to put
17 the money into the lockbox?
18      A.    When?
19      Q.    Yes.
20      A.    I'm speculating, but it had to be
21 during one of the hospitalizations.  I don't
22 know if I had it, I don't remember if I had it
23 when she was at Meadow View.  I believe I had it
24 when she got to South Beach, I believe I got it
25 then.

Page 264

1          Esaun Pinto
2      Q.    Can you estimate about how much
3 money you put in the lockbox?
4      A.    I'm guessing somewhere around
5 $8,000.
6      Q.    Did you ever withdraw any money
7 from that lockbox after you put it in there?
8      A.    Sure.
9          MR. SCHAALMAN:  Objection, leading.
10      A.    Sure.
11      Q.    What did you withdraw and when?
12      A.    Expenses for Joanne, I paid for
13 damages from the past, and then Joanne made
14 withdrawals later when she was released from the
15 hospital.  Joanne went shopping and whatever.
16      Q.    Was there any money that you
17 controlled or that you had access to that was
18 Joanne's ever used for things that were not for
19 Joanne's benefit?
20      A.    No.
21          MR. SCHAALMAN:  Objection to form.
22      Q.    Did you ever take money from any of
23 those accounts for yourself to which you were
24 not entitled?
25          MR. SCHAALMAN:  Objection to form.

Page 265

1          Esaun Pinto
2      A.    No.  There were times where Joanne
3 would demand for me to show her that I had
4 withdrawn.  So if I would go to visit Joanne
5 today, she would ask me if I went into the
6 account yesterday.  Joanne would ask me, did you
7 put the money in the box, do you have the money,
8 and I would go in my pocket and show her a few
9 hundred dollars.  Joanne, I have the money, I
10 have to put it in the box.
11          And then, you know, to deal with
12 the SSD, this Wells Fargo later, but this was,
13 this thing was moving kind of crazy, so at times
14 I didn't have a chance to go to Wells Fargo.
15          There was no Wells Fargo in my
16 neighborhood or by my office, but I just was
17 following what she wanted to keep her as calm as
18 I could.  We did what we had to do.
19      Q.    I have just a few more questions.
20 Can you take a look at -- do you know how much
21 money is still in the lockbox?
22      A.    I'm guessing somewhere around
23 between four and $5,000.
24      Q.    Can you take a look at what's been
25 marked as Pinto Exhibit 17.

67 (Pages 262 - 265)

Page 266

Esaun Pinto

1
2     MR. FANTONE: Seventeen?
3     MR. MANCILLA: Yes, 17.
4     A.     That's something that we had
5 earlier.
6     MR. MANCILLA: He's got it over
7     there.
8     A.     Yeah, I got it.
9     Q.     You testified earlier that this was
10 an email from Bernard to you dated September 4,
11 2014, right?
12     A.     Right.
13     Q.     The second to last paragraph he
14 writes, I am willing to pay for your time in
15 addition to your normal time with Joanne.  In
16 the context of this email, what is he talking
17 about there?
18     A.     We had just, we had just had a
19 conversation.  I don't know if that email is
20 part of the exhibits, where he was upset for
21 Cherie doing the same exact thing.  So he was
22 upset that, and he alleges that I overbilled him
23 by going over the flat rate and charging him for
24 the time, the additional time that I spent with
25 Cherie.

Page 267

Esaun Pinto

1
2     What I mean by that, if our flat
3 rate in his mind was based on three visits this
4 week, and I spent those three, those three
5 visits are based on a five-hour minimum which is
6 how we bill.
7     If I spent additional time with
8 Cherie or with Cherie and the doctors or
9 whatever the case was, Bernard gave me a hard
10 time about that.
11     What he's doing here is I'm willing
12 to pay for your time in addition to the normal
13 time you spend with Joanne to the extent that
14 this unfortunate conflict between me and Cherie
15 causes you to spend extra time on this matter.
16     We had just gotten into a conflict
17 over the same issue, but this was another way of
18 Bernard saying I'll take care of your conflict
19 with money.  I'll pay you to go my direction, he
20 did that a number of times and I never
21 appreciated it.
22     Q.     What do you mean my direction?
23     A.     Because, again, we're talking about
24 the time, this is the moment in Joanne's case
25 where there becomes a divide.  Prior to this

Page 268

Esaun Pinto

1
2 there is no divide.  I send Cherie an email, I
3 cc Bernard, I send Bernard an email, I cc Cherie
4 and vice versa.
5     From this time Bernard wants
6 certain things in Colorado and I believe Cherie
7 wants certain things in Colorado, this is where
8 it starts.
9     Q.     Do you know what they wanted?
10     A.     Guardianship and conservatorship.
11     Q.     Did you ever communicate that to
12 Joanne?
13     A.     No, that's not my place.  All the
14 conflict between me and Bernard prior to this
15 time period were worked out between me and
16 Bernard.  If there were objections in the
17 invoices, we worked it out.  After this, we only
18 survived as a team collectively for a couple of
19 weeks after this, after this argument.
20     Q.     This was around the time that
21 Bernard came to visit Joanne for the first time,
22 right?
23     A.     This is September 4th?
24     Q.     Yes.
25     A.     He hadn't gotten there yet, he came

Page 269

Esaun Pinto

1
2 a week or so later.
3     Q.     Do you know why he came that
4 particular date as opposed to any other date?
5     A.     He says it in here somewhere.  He
6 didn't fly to New York just to see his sister as
7 the great big brother.  He had a conference in
8 New York, and he visited Joanne around his
9 conference schedule.  It's in one of these
10 emails.
11     Q.     You testified about -- sorry, when
12 Joanne was hospitalized, there were certain
13 possessions of hers that had to be taken care
14 of, do you recall that testimony?
15     A.     You're talking about the stuff in
16 Colorado, what are you talking about?
17     Q.     Yeah, I guess.
18     A.     There were --
19     MR. SCHAALMAN: Objection to form.
20     Q.     I think that you testified earlier
21 that there were certain objects of Joanne's that
22 needed to go into storage, do you recall that
23 testimony?
24     MR. SCHAALMAN: Objection to form.
25     A.     Yes, there were two sets of items.

68 (Pages 266 - 269)

Page 270

Esaun Pinto

1
2 Well, there were three sets of items. Joanne's
3 items that she traveled back from Colorado with,
4 there were items that were left in Colorado, and
5 then there were items that Bernard was in
6 possession of.
7      Q.   Okay, putting aside the ones that
8 Bernie had, or the ones that she left in
9 Colorado that needed to be put into storage, do
10 you recall that testimony before?
11      A.   Yes, but let me correct it if I
12 said it that way.  They weren't put into
13 storage.  This is the same hotel that I found
14 Joanne at, so it appeared that Joanne was still
15 renting a room there.  There was no storage
16 facility, we were invoiced by the hotel as if
17 Joanne still was there.
18      Q.   How did you pay for that?
19      A.   I believe I paid with my credit
20 card.
21      Q.   Your personal credit card?
22      A.   I believe so.
23      Q.   Were there any other items stored?
24      A.   It was just Joanne's bags.
25      Q.   Where were they stored?

Page 271

Esaun Pinto

1
2      A.   At the hotel.
3      Q.   In New Jersey, were there ever --
4           MR. MANCILLA:  Withdrawn.
5      Q.   Were you reimbursed, if you recall,
6 were you reimbursed for all the expenses paying
7 for the hotel?
8           MR. SCHAALMAN:  Object to the form.
9      A.   I don't remember if, I don't
10 remember if I even invoiced for it, I don't
11 know.  I don't remember.
12      Q.   And did there come a point in time
13 in New Jersey where there were additional items
14 that had to be put into storage because she was
15 hospitalized?
16      A.   Sure.
17      Q.   How did you pay for those items
18 that had to be placed into storage?
19      A.   I believe with a credit card.
20      Q.   Which credit card was this?
21      A.   My own personal.
22      Q.   Did you itemize those expenses on
23 any invoices, to the best of your knowledge?
24      A.   I don't remember.  I don't know.
25      Q.   Do you recall --

Page 272

Esaun Pinto

1
2           MR. MANCILLA:  Withdrawn.
3      Q.   I think you testified that Joanne
4 expressed a desire to see Anthony Dain at some
5 point?
6      A.   Sure.
7           MR. SCHAALMAN:  Object to form.
8      Q.   Do you recall when Joanne requested
9 to you to see Anthony Dain?
10      A.   I don't remember exactly.  However,
11 at the time when I would go to see Joanne in
12 Colorado, when I made contact, Anthony Dain was
13 the only person in Joanne's family that Joanne
14 was favorable about, he was the only person.
15           She spoke highly of Anthony Dain.
16 She was afraid of Cherie at the time, she was
17 afraid of Bernard at the time, and she would
18 tell me she loves her cousin Tony, he's an
19 attorney, he might help.
20      Q.   Did she ever explain why she held
21 that view of Anthony Dain?
22      A.   She just thought Tony was
23 brilliant.
24      Q.   With respect to communications
25 involving Joanne, you said you didn't read

Page 273

Esaun Pinto

1
2 emails at times concerning the various
3 litigations that were going on, do you recall
4 that this morning?
5           MR. SCHAALMAN:  Object to the form.
6      A.   Do I recall saying that?
7      Q.   Yes.
8      A.   Yes.
9      Q.   In those communications, however or
10 during, when you received those communications
11 or communicated with Ira, Cherie Wrigley,
12 Anthony Dain, or others that ultimately have
13 ended up being defendants in this litigation,
14 did you consider those communications
15 confidential?
16           MR. SCHAALMAN:  Objection to form.
17      A.   If you're asking me when I met with
18 Ira and what we consider the team, if what was
19 going on in the team was confidential, it was
20 confidential to the team.
21      Q.   And what was the team's goal?
22      A.   Just to get Joanne better and try
23 to, try to allow her to live the best life she
24 could live.
25      Q.   Did all the members of that team

69 (Pages 270 - 273)

Page 274

1         Esaun Pinto
2 have that common purpose?
3         MR. SCHAALMAN:  Objection, form.
4 A.   I believe they did, yeah.
5         MR. MANCILLA:  I have nothing
6 further.  Thank you.
7         MR. SCHAALMAN:  Tony, anything?
8 Tony, are you there still?
9         MR. DAIN:  No, I'm sorry, I am
10 here.  Thank you, thank you, Mr. Pinto, and
11 I have no questions.
12        MR. SCHAALMAN:  We'll take a
13 minute.  Off the record.
14        (A recess was taken from 7:18 p.m.
15 until 7:21 p.m.)
16        MR. SCHAALMAN:  It's now
17 approximately 7:22 in the evening, and I
18 still have additional questions.
19        And I respect that the court
20 reporter has been here all day and is weary
21 and has to come back tomorrow morning, and
22 we have to respect that and I want to
23 respect that and I will respect that.
24        So I've offered to finish up Mr.
25 Pinto over the telephone, given that I

Page 275

1         Esaun Pinto
2 don't know when this august group of
3 lawyers will get together again for other
4 discovery.
5         But maybe it can also be worked out
6 in conjunction with another deposition, but
7 I'm also willing to do it by phone.  So
8 with that, we'll quit for the night.
9         MR. FANTONE:  All right.
10
11        [TIME NOTED:  7:22 p.m.]
12    _____
13               ESAUN PINTO
14    _____
Subscribed and sworn to
15 before me this _____
   day of _____,
16 2019.
17 _____
       Notary Public
18
19
20
21
22
23
24
25

Page 276

1
2              I N D E X
3 WITNESS     EXAMINATION BY      PAGE
4 Esaun Pinto   Mr. Schaalman        4
      Mr. Katz        202
5     Ms. Hoskinson   208
      Mr. Mancilla    210
6
7         E X H I B I T S
7 PINTO       DESCRIPTION       PAGE
8 Exhibits
9 1-19     Nineteen emails and
              documents        4
10
   Exhibit 20   9/11/14 email      74
11
   Exhibit 21   9/18/14 email      88
12
   Exhibit 22   9/20/14 email      88
13
   Exhibit 23   9/24/14 email      88
14 Exhibits
15 24-26    Three email chains    121
16 Exhibit 27   Email chain      141
17 Exhibit 28   Email chain      158
18 Exhibit 29   Details of invoices   158
19 Exhibit 30   Email chain      158
20 Exhibit 31   Email chain      158
21 Exhibit 32   Email chain      158
22 Exhibit 33   Email chain      170
23 Exhibit 34   Email chain      170
24 Exhibit 35   6/29/09 Presentence
              Report for Esaun G.
25            Pinto, Sr.        202

Page 277

1
2         E X H I B I T S
      (Continued)
3 PINTO       DESCRIPTION       PAGE
4 Exhibit 36   Email chain      213
5 Exhibit 37   Pinto EDNY 000010   215
6 Exhibit 38   Pinto EDNY 26      220
7 Exhibit 39   Pinto EDNY 36-40    227
8 Exhibit 40   Pinto EDNY 45-50    228
9 Exhibit 41   Services List    232
10 Exhibit 42   Pinto EDNY 53-54    238
11 Exhibit 43   10/5/15 Invoice    242
12 Exhibit 44   Pinto EDNY 55-58    246
13 Exhibit 45   Pinto EDNY 65-67    247
14 Exhibit 46   Pinto EDNY 81-86    253
15
16
17
18
19
20
21
22
23
24
25

70 (Pages 274 - 277)

Page 278

```
 1
 2            CERTIFICATION
 3
 4      I, Alice Schulman, a Notary Public for and
 5  within the State of New York, do hereby certify:
 6      That the witness whose testimony as herein
 7  set forth, was duly sworn by me; and that the
 8  within transcript is a true record of the
 9  testimony given by said witness.
10      I further certify that I am not related to
11  any of the parties to this action by blood or
12  marriage, and that I am in no way interested in
13  the outcome of this matter.
14      IN WITNESS WHEREOF, I have hereunto set my
15  hand this 15th day of May, 2019.
16
17         [signature]
18         ALICE SCHULMAN
19
20            *    *    *
21
22
23
24
25
```

Page 279

```
 1
 2            ERRATA SHEET
              VERITEXT/NEW YORK REPORTING, LLC
 3
    CASE NAME:  BLACK v. DAIN ET AL
 4  DATE OF DEPOSITION:  MAY 8, 2019
    WITNESS' NAME:  ESAUN PINTO
 5
    PAGE/LINE(S)/  CHANGE        REASON
 6  ____/____/    _____     /_____
 7  ____/____/    _____     /_____
 8  ____/____/    _____     /_____
 9  ____/____/    _____     /_____
10  ____/____/    _____     /_____
11  ____/____/    _____     /_____
12  ____/____/    _____     /_____
13  ____/____/    _____     /_____
14  ____/____/    _____     /_____
15  ____/____/    _____     /_____
16  ____/____/    _____     /_____
17  ____/____/    _____     /_____
18  ____/____/    _____     /_____
19
20   _____
          ESAUN PINTO
21
    SUBSCRIBED AND SWORN TO
22  BEFORE ME THIS_____DAY
    OF_____, 2019.
23
    _____
24   NOTARY PUBLIC
25  MY COMMISSION EXPIRES_____
```

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

**&**

**&**   2:3,16,21

**0**

**000010**   215:3,7
   277:5
**0007**   214:17
**01238**   1:6

**1**

**1**   45:24 53:9,10,12
   196:4
**1,000**   175:17,18
   176:5
**1-19**   4:3 276:9
**10**   73:20,20 170:22
   221:25
**10,000**   162:8,17
   248:22
**10/5/15**   242:16
   277:11
**100**   30:11 48:25
**10006**   2:23
**10016**   2:18
**10022**   2:13
**10:30**   1:13
**10th**   126:15,21
   127:7
**11**   29:20 75:10
   84:15,16,20
**12**   12:4 86:21,22
   221:25
**12,270**   233:13
**121**   276:15
**1250**   1:11
**12:18**   82:13
**12:20**   82:9
**13**   85:2 96:13
   174:8
**13272**   2:8
**14**   73:23 76:23
   84:18 96:5,13

**122:4**
**141**   276:16
**15**   26:5 27:14 35:2
   121:17 122:3,5
   181:2
**15,000**   88:3
**158**   276:17,18,19
   276:20,21
**15th**   278:15
**16**   129:6 171:15
   181:3
**17**   85:11 132:8
   135:4 152:18
   265:25 266:3
**170**   276:22,23
**17th**   172:2
**18**   85:14 88:21
   92:5 107:7 142:7
   158:8 172:10
   174:14 201:6
**18th**   74:3 118:7
   131:24 142:14
   154:11 172:2
   176:18
**19**   4:2 86:23 122:9
   122:16
**1997**   90:15
**1998**   20:10 90:15
**19th**   126:20
**1:03**   82:16
**1:15**   99:6
**1:16**   1:6
**1:52**   121:7
**1st**   84:22 127:8

**2**

**2**   57:24 84:20
   109:9 117:5 129:8
   132:11 145:4
   148:19 239:25
**2,000**   230:16
   233:13

**2,500**   230:17
**20**   7:10 30:21
   74:14,16,18,20
   81:14 114:14
   209:16 276:10
**2005**   93:17
**2008**   12:21
**2009**   8:12,25 12:21
   13:13 14:21 15:4
   20:10 24:11
**2010**   93:18 258:24
**2011**   25:12
**2013**   17:7 34:12
   44:12,13 54:20
   56:6 58:14 61:11
   61:20 65:17 67:18
   68:9 72:20 73:23
   75:19 83:6 84:18
   85:12 86:23
   150:13 159:6
   162:2,18 164:2,20
   169:23 170:22
   171:15 174:8
   210:24 215:25
   231:10 239:25
   248:7 250:16
**2013-0602**   233:10
**2014**   75:10,19 83:6
   88:21 91:9 92:5
   101:12,16 104:16
   106:12 107:7,20
   121:21,23 122:9
   122:17 123:8,15
   126:9 127:18
   129:8 130:2,6
   132:23 133:3
   134:2 135:5
   141:23 150:18
   154:10 174:9
   266:11

**2015**   83:25 172:10
   174:14 176:15
   188:12,24 189:22
   196:5 201:6
**2016**   180:23 181:5
   190:9 196:5 199:3
**2019**   1:13 275:16
   278:15 279:4,22
**202**   276:4,25
**208**   276:5
**21**   88:15,17,18
   103:22 276:11
**210**   276:5
**213**   277:4
**215**   277:5
**22**   88:15 114:4,6
   276:12
**220**   277:6
**227**   277:7
**228**   277:8
**23**   88:15 115:22,23
   116:7 276:13
**232**   277:9
**238**   277:10
**24**   42:6 54:20
   58:14 121:12
**24-26**   276:15
**242**   277:11
**246**   277:12
**247**   277:13
**24th**   116:6 244:22
   245:3,22 246:16
**25**   121:12 144:19
   144:20 152:14
   162:2 164:2,20
   165:6 196:5
**253**   277:14
**258,350**   174:9
**26**   72:20 121:12
   153:22 154:8
   220:20,22 223:5

231:10 277:6
**260**   2:18
**27**   141:14,16,18,23
  221:5 276:16
**27th**   233:22
**28**   172:8 177:10
  276:17
**28-32**   158:15
**28th**   144:17
**29**   145:7 177:7,7
  276:18
**29th**   244:22,25
**2:36**   121:8
**2nd**   109:20

**3**

**3**   104:25 107:6
  145:2 165:23
**3,000**   240:9
**30**   150:18 159:2
  161:7,10 210:13
  237:6 276:19
**30,000**   162:9
**30th**   148:18
**31**   160:23,24
  161:18 174:9
  276:20
**32**   165:20 276:21
**320**   2:4
**32nd**   2:23
**33**   170:4,10,16,18
  276:22
**34**   170:4 171:13
  245:12 276:23
**35**   203:3,7,24
  237:7 242:24
  276:24
**36**   41:4 213:18,20
  227:4,16 237:7
  277:4
**36-40**   227:9 277:7

**37**   215:5,8 277:5
**38**   220:21,23 277:6
**39**   227:6,7,10
  277:7
**3905**   278:17
**3:32**   158:17
**3:43**   158:18
**3rd**   166:19 245:8

**4**

**4**   68:9 104:22
  105:5,10 117:5
  132:23 133:3
  135:4 145:2
  266:10 276:4,9
**4,000**   105:15,17,24
  130:10,16
**4,214**   245:18
**40**   228:13,15 277:8
**41**   232:11,12,14
  277:9
**41,000**   177:23
  195:13 201:7
**42**   232:10 238:23
  238:25 243:20
  245:4 277:10
**43**   242:15,17
  243:15,23 244:13
  244:17 245:12
  277:11
**44**   246:24 247:2
  277:12
**45**   2:23 228:13
  247:23,25 277:13
**45-50**   228:14
  277:8
**46**   253:17,21
  277:14
**47**   231:3
**49**   230:24 231:17
  233:9 236:22

**4:29**   188:10
**4:36**   188:11
**4th**   133:13 268:23

**5**

**5**   61:10,19 106:8
  132:11
**5,000**   159:15 162:7
  162:17 171:5
  240:7 265:23
**5,213**   85:13
**5,585**   233:22
**50**   167:23
**500**   229:4 230:21
  236:22
**53**   238:22 239:5,11
  239:18,24
**53-54**   238:24
  277:10
**53202**   2:5
**54**   239:5,11,18
  242:15
**55**   246:23
**55-58**   246:25
  277:12
**570**   2:13
**5:50**   242:19
**5:52**   242:20
**5:54**   243:11
**5k**   58:5

**6**

**6**   65:16,17 109:7
  213:24 214:10
**6,000**   176:3,9
**6,770**   233:14
**6/26/09**   202:25
**6/29/09**   276:24
**65**   247:18
**65-67**   247:24
  277:13

**66**   248:3,4
**67**   247:22
**676**   4:22
**6:32**   243:12

**7**

**7**   68:6,7 70:16
  71:5 110:3 215:25
**7,500**   233:14
**700**   2:4
**74**   276:10
**79,185**   233:17,22
**7:18**   274:14
**7:21**   274:15
**7:22**   274:17
  275:11
**7:30**   169:5
**7th**   165:22 167:3

**8**

**8**   1:13 61:11,20
  110:23 279:4
**8,000**   126:2,10
  130:15 173:23
  174:2 264:5
**81**   253:16 254:2
**81-86**   253:20
  277:14
**84,770**   233:15,22
**86**   253:18
**88**   276:11,12,13
**8th**   2:13

**9**

**9**   45:24 70:2 72:12
  72:13 111:13
  159:6 165:4
  210:24 248:7
**9/11/14**   74:15
  276:10
**9/18/14**   276:11
**9/20/14**   276:12

[9/24/14 - amounts]                                                        Page 3

**9/24/14**  276:13
**90,776**  245:18
**911**  45:25 46:8
  60:8
**92**  232:10
**92130**  2:9
**93**  239:15,19
**94**  200:22 239:14
**94,900**  245:17
**98**  9:6 13:13 90:15
**99**  9:6 90:15,16
**9th**  19:4

**a**

**a&m**  6:10,14,22
**a.m.**  1:13 169:6
  250:10
**ability**  155:17
**able**  40:17 42:18
  70:10 97:25
  116:23 120:24
  128:8 130:12
  184:8 208:6
  250:23,25 251:2
**abound**  132:20
**absolutely**  21:15
  21:23 42:8 170:2
  173:21 204:14
  224:8,11 230:15
  234:9 240:12
**abuse**  19:22,25
  102:16 103:7,15
**abused**  124:2
**abusive**  103:19
**accepted**  78:6
**access**  116:23
  160:15 230:14
  234:7,13 261:21
  261:22,23,25
  264:17
**account**  56:12,18
  57:10,15,21 73:9

87:15,16 88:3,6
  126:7 149:6
  220:17 229:17
  230:7,11,13,14,21
  234:7 261:22,24
  261:25 262:6,8
  265:6
**accountable**
  122:23
**accounts**  261:21
  262:5 264:23
**accurately**  5:10
  204:4
**act**  216:16
**acting**  148:24
**action**  1:16 278:11
**actions**  122:23
  201:14
**active**  125:6
  133:10
**actual**  36:10 243:3
**ad**  106:10 147:5
**add**  240:9
**added**  217:22
  233:13
**addition**  173:19
  266:15 267:12
**additional**  74:8
  126:5 167:21
  200:5 234:24
  266:24 267:7
  271:13 274:18
**address**  4:21 73:5
  74:23 111:3
  220:12,12,14
**addressed**  229:24
**addresses**  91:17
**addressing**  132:18
**adjust**  246:11
**adjusted**  245:9
  246:9

**admission**  47:10
**admits**  123:4
**admittedly**  5:14
**adrian**  46:10
  48:13 205:3
**advance**  126:25,25
  164:15 248:12
  249:4
**adventure**  171:19
**advice**  23:5,13
  148:25 180:4
  184:15,20 185:19
  185:25 199:15
**advisable**  109:10
**advise**  211:14
  245:25
**advised**  147:20
  149:3
**affair**  186:11
**affairs**  151:21
**afford**  225:17
**afraid**  60:14 101:2
  101:3 169:12,18
  236:6 272:16,17
**afternoon**  82:15
  82:20 99:5 109:2
  109:9 131:20
  142:10 153:4
  208:25 255:13
**agnostic**  120:22
**ago**  7:10 11:2
  20:17 27:24 49:3
  151:19 171:11
**agree**  46:15 85:22
  85:25 88:8,10
  94:15 109:25
  160:12 188:23,24
  229:2 243:10
**agreed**  3:3,8,12
  105:2,17,24
  130:19 176:8

242:21
**agreeing**  104:24
  182:22
**agreement**  103:25
  104:2,4,7,9,11,14
  128:16,23 142:12
  151:18,22 159:14
  182:16,21 183:25
  184:2,5 186:5
  240:7 242:24
**agreements**
  181:13,16
**ahead**  75:11
  218:10 249:9
**al**  279:3
**alice**  1:17 82:17
  121:9 278:4,18
**allegation**  204:8
**alleged**  9:16 153:5
  153:8,14
**alleges**  266:22
**alleging**  202:12
**allow**  20:7 45:21
  46:20,22 72:2,7
  101:20 138:14
  273:23
**allowance**  251:5,7
**allowed**  69:11
  78:7 102:20 176:7
  250:13
**allowing**  17:21
**ambulance**  46:12
  46:19,24 47:6
  63:21
**amok**  234:14
**amount**  162:7,13
  164:23 167:18
  240:8 254:18
  255:5
**amounts**  233:13
  233:14

**andrew** 2:20
170:13 178:14
**angry** 195:11
**anna** 93:12
**annex** 243:2
**answer** 5:9,15
10:8 38:22 82:18
100:3 105:22
111:7 119:12,13
124:10,11 127:6
136:16 179:15
183:5,6 184:16,22
185:16 187:22
188:4 190:6
191:13,14 192:6
192:11 193:24
196:6,8,14 199:12
218:5,9 225:10
252:14
**answered** 5:24
29:21 113:22
183:16 188:4
256:3 259:9
263:15
**answering** 103:13
**answers** 106:7
**anthony** 1:7 2:7
75:8,12 132:16
145:25 146:10
154:20 163:23
164:3 221:7
260:10 261:6,16
272:4,9,12,15,21
273:12
**anticipation**
179:19
**anxiety** 145:11,16
**anxious** 100:3
**anybody** 29:4,8
33:16 34:8 110:10
261:14

**anymore** 28:21
105:4 221:14,22
**anyway** 118:24
137:22 229:20
230:8
**aot** 155:11,13
**apartment** 156:6
156:11
**apartments** 95:22
**apologize** 61:5
120:25 158:22
241:22
**apparently** 63:24
116:11 128:19
132:25
**appear** 165:21
**appearances** 2:2
**appeared** 270:14
**appears** 57:25
61:10 68:7 73:21
86:22 114:8
141:18 159:2
160:24 161:8
241:11
**appetite** 69:20
**appointed** 111:15
111:20 112:7
**appreciate** 82:22
92:13 115:15
117:13 142:2
168:22 170:7
202:3 254:6
**appreciated**
267:21
**appreciative** 123:5
**approach** 39:9
156:16
**appropriately**
84:9
**approved** 163:25

**approving** 129:11
**approximately**
12:3 54:16 180:20
274:17
**april** 56:9,10
150:12 159:6
162:2,17,18 164:2
164:20 165:4,6
170:22 171:15
172:2 174:8
210:24 244:22,25
**area** 9:20 19:4
24:7 26:22,24
41:8 42:11 45:22
117:4 163:16
165:13 220:8,9,9
237:18
**areas** 163:6
**argue** 127:4
**arguing** 152:22
**argument** 268:19
**arkansas** 25:2
**armed** 7:8
**arrange** 104:12
105:16 115:17
164:17
**arrangement**
43:23
**arrangements**
35:15
**arranging** 112:4
**arrest** 256:5
**arrested** 95:3,6
**arrived** 101:12
**art** 183:15
**ascertain** 26:6
**aside** 270:7
**asked** 19:17 21:4
23:23 26:22 29:10
29:22 43:17 50:23
61:24 89:17,20

111:16 113:21
131:22 155:2
156:3 164:21
174:22 205:23
206:7,18,24 211:9
256:2,10,24 259:9
263:15
**asking** 13:14
103:12 113:11
116:17 130:16
144:12 146:18
153:23 162:14,16
178:10 191:9
218:8 273:17
**asks** 117:17 134:3
137:18
**aspects** 33:9
**assets** 259:5
**assigned** 42:4
**assignment** 42:7
**assist** 10:2,5
261:16
**assistance** 37:2,5,8
37:9 39:19 189:13
**assisted** 10:3
98:21
**associates** 46:18
52:8
**assume** 27:4 41:2
44:24 48:11 57:9
67:8,11 110:11
114:16,22 125:7
130:25 175:22
**assumed** 128:18
216:25 258:19
**assuming** 5:3
55:13 56:2 67:2
85:5,7 114:21
232:25
**assumption** 45:2

[atlanta - believe]

**atlanta** 236:23 237:20
**atm** 56:21
**attach** 231:19 233:12
**attached** 54:5 65:20 177:10
**attaches** 179:24
**attachment** 177:11
**attempt** 51:11 163:9 207:7 211:6
**attempted** 132:18 163:4
**attempting** 136:25 262:16
**attempts** 148:23
**attend** 6:24 22:13 163:7
**attended** 22:16
**attending** 156:7
**attention** 121:20 144:22 153:12,16 187:16 189:25 193:14
**attorney** 2:8 49:20 53:25 113:16 178:16 179:9 180:5 182:22 184:16 194:4 195:2 197:5 253:13 272:19
**attorneys** 2:4,11 2:16,22 54:14 70:13 187:14 198:21 252:9
**august** 65:17 67:18 137:11 275:2
**aurora** 39:7

**authorized** 105:11 105:11 171:5
**available** 51:10 97:23 99:4 108:25 109:8 117:4,18,19
**avenue** 2:13,18
**avoid** 187:17
**aware** 184:3 190:15,21 199:25 211:18,20,22 212:2,7 225:9 258:19 259:2
**awhile** 77:8

**b**

**b** 7:23 9:12,12 38:2 276:6 277:2
**babcock** 146:13 146:20,24 147:12
**baby** 221:20 222:8 222:9,11,13,21 223:2
**back** 26:23 27:18 27:20 30:16 31:14 31:15,17,17,24 32:7,14 36:3 38:20,21 40:8,18 40:22 42:10 43:12 45:16,20 60:12 62:25 63:24 66:13 70:25 71:4,9,11 79:24 81:14 82:10 83:6,8 85:21 90:13,14 91:7 93:18 94:23 114:24 122:16 125:5 128:9 129:10,14 132:2 137:3 140:14 150:6,12 154:9 158:20 163:15 165:11,12 168:8

170:8,9,12 171:7 205:10 212:3,12 212:16,19 213:2,8 213:13 218:15 220:7 222:21 236:9 237:4,17 239:12,13 242:9 245:4 249:7 254:14 270:3 274:21
**backpacks** 47:3
**backup** 226:14
**backwards** 121:22
**backyard** 158:10
**bad** 30:4 38:16 40:12 45:13,17 46:4 78:19 80:11 95:3 103:6,13 115:11 205:19 222:4
**bags** 38:20,20,20 47:3 270:24
**balance** 227:23 233:21
**ball** 105:3,4
**ballpark** 174:12
**bank** 7:21 8:13 16:6 88:3,6 220:17 261:21
**bart** 197:22
**base** 32:19
**based** 122:15,22 124:5 160:17 174:7 254:23 267:3,5
**basically** 65:24 82:9 132:20 206:2
**basis** 14:18 47:9 98:22 126:5 151:14 179:16 192:3 193:23

201:16 221:15,23 224:21 225:2
**basketball** 6:9 22:23
**bates** 65:3
**bathroom** 237:9 237:22,24
**battle** 55:18
**bb.xlsx.** 233:10
**beach** 51:7 52:5,11 111:23 112:16,24 251:3 252:20 263:24
**bear** 93:10
**bears** 94:4,10
**becoming** 124:24 146:5
**bed** 169:4,5
**beds** 51:10
**begged** 183:23
**beginning** 58:11 84:21 206:9
**behalf** 1:4 43:13 84:6 184:6
**behavior** 19:7,8
**belief** 98:23
**believe** 22:15 23:15 25:2,11,11 28:6 35:25 39:6 39:13 41:4 44:11 46:10 47:7 48:12 48:23,24 57:2 59:22,24,24 60:25 63:7,15 64:10,11 71:24 77:15 79:10 80:16 82:3 87:18 88:7 95:9,25 96:3 107:2,11,12 109:9 109:16,18 111:13 118:22 124:6 130:21 137:17

142:3 143:24
144:2 147:7
159:11 164:25
172:22 176:5,15
177:5,18 180:3
182:8 188:15
190:22 201:3
204:6,21 208:18
212:23 231:23
246:4 249:5
256:16 257:13
258:5 262:19
263:23,24 268:6
270:19,22 271:19
274:4
**believed** 79:13
173:9 195:23
257:16 258:8
259:7
**belittle** 20:24
89:22
**belittled** 89:17
**bell** 197:23
**belonged** 77:15,21
79:13
**belongings** 79:7,8
79:10
**beneficiary** 140:6
261:8
**benefit** 264:19
**bernard** 35:14,17
35:20 36:9,14,18
41:23 42:8 44:15
47:17 49:17 59:4
59:6,12,18,20 60:7
61:20 72:7 75:7
79:7,10,18,19,23
81:17 82:4 83:19
86:4,5,19 87:19
88:21 89:5,9,11,19
90:6 91:9 92:9

93:22 95:2 97:11
99:12,16 100:11
101:8 102:12,13
107:3,21 108:6,11
108:15,18 109:4
109:16 114:9
117:9,13,16
118:12,19 119:2
119:15,18 122:8
127:25 132:16
133:15,22,25
134:7,8,11,16,20
135:14 138:11
139:23 140:17,22
140:24 145:8
151:13 152:4,15
152:23 160:9
164:24,25 166:21
166:24 167:5
168:9 169:19
170:23 171:12
172:10 177:15
193:4,13,20 194:9
195:8,23 199:21
201:12 205:14,16
205:24 206:3,18
206:19,24 207:3
207:18 208:16
209:9 210:17
211:18 212:18,22
213:6 214:20
215:19,22,24
216:3,14,14 221:6
222:15,19 223:6
223:21 224:21
225:12 227:13,17
227:20 228:7,18
228:23,24 230:7
230:12 231:7
233:11 234:12,12
234:19 235:18

236:21 238:11
239:25 243:20
244:6 245:5 246:5
246:13 247:12,13
255:24 257:16
259:8,15 260:23
261:2 262:11,15
262:18,23 266:10
267:9,18 268:3,3,5
268:14,16,21
270:5 272:17
**bernard's** 57:2
137:15
**bernie** 55:19 56:15
58:6 132:17 171:4
221:9 227:25
255:21 256:17
270:8
**bernie's** 137:15
**best** 60:2 64:12
77:10 171:21
230:3 271:23
273:23
**betray** 151:17
**better** 20:24 23:11
59:16,25 60:19
62:6 78:19 90:4
98:18 122:12
123:9 169:25
213:12 273:22
**beyond** 26:14
156:17
**big** 100:19,20,22
101:4 165:18,19
167:14 168:10
224:13 237:4
269:7
**bigger** 225:16,16
**biggest** 128:23
**bill** 126:10 162:9
216:15,17 224:6

225:15 241:17,18
244:10,12,18,19
245:8,11 251:18
267:6
**billed** 168:2
**billing** 55:16 130:9
130:12,15 167:22
223:21 245:17
**billings** 233:16
**bills** 167:14
223:16 224:13
245:21
**birth** 243:6
**birthday** 22:14,16
151:10
**bit** 33:10 40:16
90:13 121:18
124:23 136:21
142:21 262:12
**black** 1:3,3 9:5,15
9:19 10:23 11:15
11:20 12:13 14:7
17:4,9,25 18:15
24:7 29:5 44:15
44:16 47:17 48:14
49:21 50:7,17
58:8,10,17,19
61:11,20,21,24
62:9 63:5,23
65:23 66:3,6,11
67:6,9 68:8,23
71:21 72:8,14,15
72:19 73:8,22
74:21 75:7,21,24
76:6 83:18,19
84:17 85:10 86:22
87:4 88:5,21
94:20 96:14 98:5
101:12,24 102:12
102:12,13,13
103:24 106:2,4

107:10,22 109:7
110:12,13 111:11
112:8 113:10
114:9,9,13,19
115:2,12,20 116:6
116:12,16,23
119:7,25 120:8
122:8 123:13
126:16 127:13,17
128:11,11 129:7
130:16 131:7,22
132:3,16 138:2,6
139:20 140:7,12
141:4,23 142:13
142:22 143:7,20
144:9 145:6,8,19
146:4,9 148:6,17
149:5 150:6,18
151:2,23 154:9,12
154:18,19 155:8
156:14 157:10,24
159:4,5,10,18,25
160:18,25 161:20
161:23 162:14
163:9 164:6
165:15 167:6,16
170:23 172:10
177:15 193:4,20
194:6,6,8,9,14
195:8,20,23
199:21,22 201:13
205:14,16 206:24
207:3 208:16
209:7 210:17
211:10,14 212:18
212:22,25 214:20
221:2,6 222:12,15
222:19 223:6
227:13 228:7,18
228:23 231:7,19
239:22,25 247:12

248:7 253:24
254:3 255:24
259:15 260:11,23
261:2,7 279:3
**black's** 117:9,9
124:19 137:8
156:22 165:5
195:24 209:10
**blizzard** 41:5
**blockage** 123:16
123:20
**blood** 278:11
**blows** 102:13
103:4
**blue** 250:3
**bob** 184:23
**bobby** 178:14
**bodyguard** 7:9
**bodyguards** 42:15
44:5,7
**bombino** 9:11,15
9:24 10:17,18
12:3 14:9,11,14
15:2,5,21,24 16:3
16:14,20 17:3,25
18:14 19:6 23:18
**bond** 122:22
**bonding** 77:13
**bostick** 37:25
**bothered** 11:5
132:23
**bottom** 72:13
84:16 114:11
122:7 129:7
130:21 145:4
165:21 210:19
214:16 231:7
233:9 254:2
**box** 73:5 120:4
263:7 265:7,10

**boxes** 120:4
**break** 5:22,23
69:21 75:22 82:9
97:17
**brian** 1:8 2:12
209:3
**bribe** 105:7,8
**brief** 202:10
**brilliant** 272:23
**bring** 26:23 40:17
40:22 41:7 51:11
70:13,25 71:9
130:12,16 135:21
164:15 167:8
170:13 212:3,19
212:25 213:8,13
218:15
**bringing** 60:12
71:11 94:23
212:12,16
**broadway** 1:11
2:23
**broke** 70:6,12
243:18
**brooklyn** 4:23
6:13 51:9,15,15,18
51:25 68:19,24
69:3
**brother** 11:8,14,16
17:17 20:18,21,22
20:23,25 96:6,19
97:6 100:19,20,22
101:4 131:3 133:9
133:16,18,22
134:9,16,22
139:18 148:12
160:19 206:22
208:7,8 258:9
259:12 260:23
261:3 269:7

**brother's** 81:8,9
**brothers** 21:20
**brought** 43:12
63:20 83:8 90:6
97:3,4 122:15
128:9 205:10
258:22,25
**budget** 105:15,18
105:25 251:4
**buffalo** 2:4
**build** 235:21
236:18
**built** 122:22
**bull** 89:12
**bullet** 174:6
**bunch** 145:21
189:23
**burn** 240:6,7
**burning** 229:25
234:23
**bus** 208:7
**business** 166:9
253:2
**busy** 151:9

**c**

**c** 38:2 111:3
**california** 2:9
24:25
**call** 10:4 15:11,14
15:17 16:18 24:15
25:24 26:2 27:18
27:20 29:19 30:16
30:17,23 31:14,15
32:14 34:12 35:20
45:25 46:10 54:11
60:8 115:17
120:22,23 121:15
121:19 131:20
132:2 159:21
187:14 226:18
250:7,13,16,19,21

[call - cherie]                                                                    Page 8

251:5 256:8
**called**   24:19,21,23
  24:24,24,25 25:2,6
  31:16,17 45:17
  46:8,11 93:12
  96:19 153:2
  183:25 251:10
  255:2,12
**calling**   27:10
  78:16,18 132:3
  164:20 254:16
  258:16
**calls**   15:16 165:2
  251:7 258:15
**calm**   45:15,19
  265:17
**capacity**   140:4
  147:4 149:4
  209:21
**capital**   155:11
**capstone**   2:8
**car**   79:11,12,12
  81:12 139:9
  236:22 237:18,20
  237:22 238:4,6,19
**card**   56:21,23,25
  57:3,10,10 66:9,9
  66:15,19 217:11
  217:13,14,16,17
  217:18 219:13
  226:20 234:12,14
  238:10 262:21
  270:20,21 271:19
  271:20
**care**   41:17 49:22
  50:18,25 66:20,22
  66:23 83:24 89:10
  89:15 91:16
  107:10 108:4
  110:10,20 113:6
  127:14 134:21

140:23,23 146:22
  147:18 152:5,24
  154:25 165:16
  169:9 222:16
  225:14,23 236:11
  236:12 261:11
  267:18 269:13
**cared**   33:23 100:7
**carefully**   161:6
**caring**   55:25 84:9
  86:4,8 261:20
**carl**   148:25 177:16
**cars**   79:20 230:2
**case**   1:6 4:17 20:9
  185:3 186:11
  187:13 190:4
  194:15,21 196:23
  197:3 202:10,11
  203:11 204:8
  267:9,24 279:3
**cases**   24:4 186:12
  219:8 220:11
**cash**   217:10
  219:16 220:2,15
  226:22,24 229:15
  229:16 240:6
**casually**   154:23
**catch**   22:9 208:6
**category**   176:6
**cause**   15:10
**caused**   145:10
  219:4
**causes**   267:15
**caution**   184:24
  191:5
**cayo**   2:3
**cba**   1:6
**cc**   127:13 133:2
  268:3,3
**cc'd**   149:3 214:23
  215:20 221:7

247:14
**cc'g**   128:2 215:24
  228:24 231:8
**central**   163:6
**cents**   58:20
**certain**   20:7 71:4
  80:12 229:22,23
  246:4 251:8 268:6
  268:7 269:12,21
**certainly**   96:8
**certification**   3:5
  278:2
**certify**   278:5,10
**cetera**   223:11
**chain**   122:7
  141:13 213:19
  214:13 215:16
  220:25 227:13
  228:18 239:21
  247:15 276:16,17
  276:19,20,21,22
  276:23 277:4
**chains**   88:14
  121:11 170:3
  276:15
**chance**   123:12
  159:22 160:11
  201:24 262:23
  265:14
**change**   19:7 40:16
  44:6 279:5
**changed**   15:2 19:8
  125:16 232:2
  254:22,23
**changing**   51:13
  61:17 63:7
**characterized**
  222:12
**charge**   162:4
  211:11 217:11

**charges**   163:24
  164:13 173:21
  174:8 238:19
**charging**   234:14
  241:13 266:23
**chase**   56:12,18
  62:19 66:9 220:16
  229:17 230:13,14
  230:21 233:16
  234:7 261:22
  262:6
**check**   72:16 73:13
  85:12 162:25
  163:9 230:17
**checked**   41:9,15
**checking**   56:18
  62:25
**checks**   86:24,25
  87:8
**cherie**   1:7 2:17
  29:14,24 34:15,17
  35:19 36:17,21,22
  36:23 39:3 41:23
  42:9 43:18 49:16
  49:21 55:14 59:4
  59:6,12,18,20
  60:13,17,18,23,24
  61:3,21 63:8 75:7
  76:7,12,16,19 77:6
  77:7,9,9,12,14,17
  77:23 78:4,7,9,15
  78:18,19 79:6,6,18
  81:17,24 85:19
  86:3,5 87:5 97:4,7
  99:5,8,15 100:12
  104:11 105:12
  107:21 108:3,11
  108:16,17,18,25
  109:4 114:14,16
  114:25 115:13
  116:7 122:8

127:25 128:6
132:16 135:14,19
135:21,25 136:25
137:4,6,9,10,13,14
137:18 138:7,11
139:17,19,23
140:17,18,21,25
141:2 142:8,9
145:25 146:9
149:22 150:4,4,15
150:24 151:21
152:4 155:9,21
160:9 162:3 165:3
165:23 166:18,21
166:24 167:2
170:22 171:3,12
171:14,17 172:9
176:25 177:4,15
177:16,18 190:17
192:12 193:3
196:9 198:12,18
204:22 211:9
212:18 213:6
214:20,23 215:20
215:24 216:4
221:5 222:19
227:17 228:21,23
228:24 231:8
235:18 246:12
247:14 257:14,15
259:7 261:6
266:21,25 267:8,8
267:14 268:2,3,6
272:16 273:11
**cherie's** 37:5
104:13 105:10
131:5 136:24
151:12 183:19
236:5
**chevy** 237:2

**chicago** 157:12,17
157:21,25
**childhood** 93:14
**children** 1:4 93:6
125:19
**choice** 237:16
**choose** 38:12
**chosen** 135:21
**choudhury** 110:24
110:25 111:2,10
116:22,24 117:6,9
117:12 205:23
206:11 256:17,24
**christmas** 22:14
**chronology** 12:8
12:11 62:15
**circumstances**
71:24 124:21
**circus** 142:21
187:17
**citibank** 87:16
217:15,17,18
219:12,13 262:2
**cities** 24:8
**city** 26:24 41:10
52:12 56:5 163:7
220:9 237:18
**civil** 1:20
**claims** 193:20
**clarification**
235:12
**clarify** 101:11
229:21
**clean** 95:18
**cleaned** 95:22
**clear** 86:18
**cleared** 47:4
**clerical** 166:11
**client** 9:8 104:2
113:16 128:16,22
151:18,20,22,24

152:2 153:6
159:14 169:10
180:5 183:22
201:13,22 225:4,8
225:9
**clients** 8:3
**clinic** 156:6,12
**close** 21:20 155:10
167:7
**closed** 246:16
**closer** 51:11 52:3
81:10
**closest** 42:14
237:19
**clothes** 79:11
117:23 118:5,12
118:17,20,22
119:6,23 120:14
**clothing** 79:14,20
**clue** 222:17
**cmk** 2:11
**coaching** 22:21,22
**coast** 212:4,12,17
212:19 213:2
237:5
**coats** 79:14 80:17
**cohenson** 1:8 2:12
195:16,19 196:12
197:4 199:19
209:3
**coincidentally**
40:9
**cold** 208:5
**collected** 83:7
**collectively** 268:18
**colorado** 24:24
26:3,23 29:10
30:2 31:12 35:16
36:10,19,23 37:8
37:13,19,21,23
38:7 39:19 40:5,9

43:11 56:8 58:12
59:3 60:11 63:4
63:13 83:7 96:25
100:21 106:9
129:11,14 130:3,5
130:13 147:2
148:25 160:2
162:20 176:4
186:11 188:14,18
189:11,16,19,21
189:24 190:3
194:19 196:20
197:14,18 204:17
205:7 207:24
208:14,17 213:2
213:10 216:15
218:22 236:4
237:2 257:23
258:8,11,13
259:12 260:5
262:15 268:6,7
269:16 270:3,4,9
272:12
**columns** 227:22
**come** 15:15,15
16:17 32:10 40:7
64:20 81:9 95:10
97:24 101:16,18
101:22,23 102:13
103:3 109:15,20
109:23 122:19
124:16 131:4,7,9
143:23 170:8,9,12
183:11 206:6
222:21 225:18,22
229:12 230:8
248:10,18 259:17
271:12 274:21
**comes** 30:19
145:24

**comfort** 97:25
**comfortable** 126:3
**comical** 93:20,21
  94:5
**coming** 134:7
  151:6,9 176:23
  236:15 240:17
**comments** 207:8
**commerce** 6:10,14
  6:17,22
**commission**
  279:25
**commit** 23:20
**commitment** 24:3
**committed** 23:21
  112:11
**common** 183:2,9
  183:25 184:11
  185:2 186:4
  187:21 191:6,12
  192:5 193:23
  274:2
**communicate**
  23:10 47:16 49:18
  49:18,24 50:7,10
  58:8 107:4 148:22
  149:8 150:11
  151:13 187:7
  257:19 261:2
  268:11
**communicated**
  58:10 109:19
  110:11,13 128:5
  143:24 150:19,21
  212:9 213:4
  241:16 257:20
  258:2 259:7
  273:11
**communicating**
  33:20 34:9 41:23
  50:13,21 59:8

61:23 78:8,9 96:4
  113:23 128:2
  150:3,4,10 166:25
**communication**
  35:13 36:9,16
  49:16 54:24
  114:10,12 132:21
  135:6,7,18 142:5
  144:7,10,13
  159:10 160:17
**communications**
  23:13 36:14 49:25
  107:20 113:11,15
  119:5 150:14,24
  152:21 180:8
  181:16 260:10
  272:24 273:9,10
  273:14
**companies** 9:2
  258:17
**companionship**
  176:6,7
**company** 7:12,13
  237:19
**compensated**
  16:19,23 174:25
  175:3 261:13
**compensating**
  51:2
**compensation**
  175:21
**complain** 128:11
  199:21
**complaints** 128:14
  129:2 198:12
  199:16 259:14
**complete** 223:3
**completely** 89:9
  163:19 181:19
  204:4 262:19

**complicated**
  136:23
**computer** 166:15
**computers** 11:12
  200:9,14
**concern** 221:10
**concerned** 11:7
  42:9 58:19 135:25
  141:4 165:15
  199:13 211:17,19
  212:24 240:5
**concerning** 273:2
**concerns** 11:5,6,7
  21:6 29:25 123:14
  146:5
**concluded** 76:15
  195:13
**conclusion** 185:10
  186:4
**condition** 89:10,14
  106:23 107:14
  258:4 260:15
**conference** 99:5
  120:21 165:2
  269:7,9
**confident** 97:24
  120:6
**confidential** 135:6
  135:8 180:9
  186:23 273:15,19
  273:20
**confirm** 111:5
**confirmed** 28:11
  38:18
**confirms** 136:25
**conflict** 145:24
  146:8 267:14,16
  267:18 268:14
**conflicted** 26:10
**confusion** 61:7
  248:13 249:4

**conjunction** 275:6
**connection** 108:19
  189:10 202:9
**conscious** 149:7
**consent** 147:21,22
**conservator** 140:4
  144:5 149:4
  208:12,17
**conservatorship**
  268:10
**consider** 240:18
  246:15 273:14,18
**considerably**
  254:4
**considered** 151:23
**consistent** 251:21
**conspire** 261:5
**constant** 19:7
**consult** 84:8
**contact** 13:24 14:6
  17:4,6 29:17 30:6
  35:18 38:10 43:10
  75:12,14 102:15
  106:9,11,15,19
  110:4,10,21 111:8
  111:16 112:20
  148:12 222:5
  256:18 258:12
  259:11 262:14
  272:12
**contacted** 29:13
  29:14 35:25
  199:20
**context** 266:16
**continuation**
  57:25 144:24
  160:24
**continue** 11:22
  41:16 56:13 59:7
  62:7 66:15 106:4
  144:6 145:12

148:4 149:7
162:24 163:17
175:23 223:9
235:21 236:18,19
**continued** 102:2
145:22 161:16
168:2 206:19
207:6 277:2
**continues** 97:4
**continuing** 148:24
**contract** 175:25
176:12,24 177:4
**control** 64:7,14,17
64:19,22,25 65:2
206:15 214:10
223:21
**controlled** 264:17
**convenient** 131:20
**conversation** 27:9
31:4,21 32:5,18,24
33:2 34:18 35:11
35:11 40:15 58:12
66:3 76:4 80:6,9
80:10 86:15 93:13
97:3 98:10,14
108:3,10,11
109:14 119:20,21
119:25 129:13,25
130:4 146:17
159:25 179:4,10
179:19 180:20
181:7,21 182:2
188:17 189:3
193:2,11,12,16
194:3 195:15,18
198:7,11,24
204:21 212:22
255:14 266:19
**conversations**
11:15 34:19 36:6
69:12 70:7,9,11,22

90:25 107:25
108:5,19 113:5
117:8,16 119:4,8
119:14,18 147:9
154:21 180:4,11
188:13 191:17
193:9,19 194:5,7
194:12 196:11,17
197:7,13,18,24
212:17 252:17
255:19 259:21,22
259:23 260:17
**convey** 260:9
**conveyance**
203:15
**conveyed** 36:13
**convicted** 202:12
202:20 204:10
**convince** 43:15
102:3 139:18,23
152:11 162:24
221:16 226:11
**convincing** 45:19
45:20
**cooperate** 110:18
261:14
**cooperating**
254:16
**copied** 64:19
72:24 74:22 85:11
153:17 161:21,23
**copy** 61:20 68:8
73:22 75:7 154:16
232:4 241:23
244:3
**copying** 152:15
**correct** 72:20,24
74:25 96:8 111:14
173:16 174:10
204:13 206:8
229:5 234:5,6

239:20 240:2
241:11 245:23,25
246:6 270:11
**corrected** 234:4
**corrections** 235:3
**correctly** 82:4
140:3 155:15
234:3
**corresponded**
150:14
**correspondence**
160:21 210:17
**cost** 65:25 162:5
167:22 223:10
224:14
**costs** 62:22 162:10
221:12 222:21
238:13
**counsel** 1:21 3:4
5:4 69:24 83:10
84:13 111:15
112:2 113:10,18
113:18 148:25
178:12,15 179:6
180:4 181:9,11,15
181:16,22 186:24
242:21
**counselors** 253:12
**country** 158:6
**county** 68:19,24
68:25 69:2,7,10
190:13 197:9
**couple** 16:9 25:25
36:11 38:8 39:9
40:6 42:23 47:7
49:8 54:2,10,11,15
74:9 97:2 152:3
158:20 163:4
209:4 213:9
226:16 268:18

**course** 6:24
100:14 103:3
155:25 169:17
183:18
**courses** 7:4,5,6,8,8
7:9
**court** 1:2 3:15
5:11 67:8,13,19
68:2,5 112:7
129:11,14,19
130:3,5,13 188:14
189:21 192:9
196:21 197:14,19
202:23 274:19
**courts** 176:4
**cousin** 162:3
163:23 272:18
**cover** 60:5 72:16
160:15 175:18
223:23 230:9
**covered** 223:18
230:6 238:13,15
261:12
**covers** 150:9
**cpi** 1:9 7:14,15,18
7:19,25 8:5,11,16
8:23 15:20,25
16:6,15,21 17:3
24:11 232:24
242:7
**crash** 241:9
**crashing** 94:13
241:10
**crazy** 265:13
**cream** 250:3
**create** 233:3
**created** 232:20,21
233:5 252:11
**credit** 217:14,15
226:20 238:10
270:19,21 271:19

271:20
**credited** 233:17
**crew** 82:12
**criminal** 203:20
204:5
**criticism** 171:21
**cross** 225:6,8
243:5
**crying** 103:20
**curious** 138:17
**current** 105:10
127:9 147:18
228:25
**currently** 69:2
146:22 175:8
**curse** 145:21
**cut** 85:20 86:6
92:2 110:22
234:12,15 251:6
255:14
**cv** 1:6

**d**

**d** 7:23,23 111:3
149:2 276:2
**d.b.** 1:4
**daily** 162:10
164:16 221:15,23
229:2,7,9
**dain** 1:7 2:7 75:8,8
75:12 83:13,16
100:12 104:17,17
107:9 129:22,25
130:5 132:17
133:2 149:17,24
150:4 152:15
154:20,21,22
157:9 161:21,24
163:23 164:3,7,10
181:9 185:9,24
186:3,17 189:15
189:17 210:5

214:7,12 221:7
260:10 261:6,16
272:4,9,12,15,21
273:12 274:9
279:3
**dallas** 24:23
**damage** 219:4
**damaged** 219:23
237:14 238:4
**damages** 234:25
264:13
**damaging** 219:6
230:2
**danger** 46:6
155:22
**date** 4:4 15:18
44:10 73:23 74:17
88:16 92:4,23
109:2 121:13
132:6 137:6
141:15 158:6,16
164:13 170:5
180:17 181:8
203:4 213:21
215:9 218:21
220:24 227:11,25
228:16 232:15
233:16 239:2
242:18 243:6
247:3 248:2
253:22 269:4,4
279:4
**dated** 54:20 61:11
61:20 65:17 68:8
75:10 86:23 88:21
116:5 122:9 129:7
129:8 135:4 159:6
171:15 172:10
215:24 231:10
239:25 248:7
266:10

**dates** 56:6 87:22
143:8 244:24
**dating** 150:12
**daughter** 209:10
**day** 10:13 24:16
24:17,18 25:7,7,25
32:16,23 33:25
35:7,12 38:10
39:24 40:3 41:3
42:6 47:20,24
63:6,9,24 72:20
84:4 133:13 145:7
159:19 162:23,23
167:17 172:2
235:22 236:18
250:5,22,24 251:3
255:3,4 258:7
274:20 275:15
278:15 279:22
**days** 24:19 36:11
38:8 39:9,25 40:6
47:8 48:7,20,21
54:15 74:10
114:21 117:4,20
126:21 145:7
213:9 249:18,19
251:8
**deal** 92:17 219:21
223:24 236:12
265:11
**dealt** 26:7 222:5
**debate** 127:4
**debit** 217:13
**december** 84:22
208:4
**decent** 120:20
**decide** 151:2
**decided** 16:9
124:22 142:7
179:12 181:11
182:20 240:14

**decision** 124:18,19
182:14 213:3,7,11
**decrease** 254:19
**deduct** 230:18
**deducted** 229:19
**defend** 130:13
**defendant** 1:15
2:22 4:15
**defendants** 1:10
2:11,16 179:22,24
273:13
**defense** 183:2,9,25
184:11 185:2
187:20
**define** 100:23
101:4
**defined** 99:23
151:25 152:2
**defining** 101:9
**definitely** 93:2
115:7
**defund** 261:6
**degree** 6:19
**delay** 148:23
**delete** 35:4
**delusion** 19:10
123:23
**delusional** 41:20
**delusions** 90:11
207:14
**delving** 191:6
**demand** 85:24
91:16,21,23,23
116:14 265:3
**demanded** 25:12
25:18
**demeanor** 157:19
**dental** 123:18,19
**denver** 122:20
163:8 165:6 211:2
211:5,23 216:5

**depended** 52:15
**dependent** 124:25
  255:4
**depends** 15:8
  52:15 80:24
  249:17,22,23,25
  251:14 252:7
  255:10,10
**deposed** 4:24
**deposited** 73:4
**deposition** 1:15
  3:6,13 5:5 52:20
  53:15 116:2 243:3
  243:3 275:6 279:4
**deprive** 235:6
**describe** 19:21,22
  53:4
**described** 30:7
  145:14
**describing** 79:16
  94:7 239:10
**description** 276:7
  277:3
**desensitizing**
  102:23
**desire** 75:24 272:4
**desires** 80:19
**destroyed** 238:6
**detail** 29:19
  179:10 185:18
**detailing** 159:14
**details** 28:14 99:3
  189:25 193:8,14
  276:18
**developments**
  131:15
**dialogue** 119:7
**dictated** 86:2
**diego** 2:9
**difference** 99:18

**different** 15:6 25:4
  37:19 59:21
  134:25 169:15
  172:8 220:10,11
  239:9 249:25
**difficult** 17:16,19
  33:14,14,15 58:17
  58:24 171:19
  224:14,20,22
  254:9
**difficulties** 23:8
**difficulty** 73:16
  129:20
**diponio** 147:9
  177:15 197:11,17
**direct** 106:9
  179:15
**directed** 75:23
**direction** 103:18
  172:8 267:19,22
**directly** 16:24
  50:11 58:8 73:4
  115:14
**disability** 86:25
**disappointed** 70:5
**disclose** 19:13
  184:14
**disconnected**
  214:8
**discover** 38:14
**discovery** 242:5,6
  275:4
**discuss** 39:21 88:4
  94:19 130:23
  131:14 133:12,15
  148:10 149:12
  157:16 182:25
  183:8 187:20
**discussed** 39:23
  79:4 92:20 95:21
  107:15,16 134:5

  145:2 173:6
**discussing** 119:2
  120:12 130:25
  156:8 243:17,18
**disgust** 97:5
**display** 219:8
**dispute** 173:21
**disputed** 238:18
**disputing** 174:2
**disrespect** 223:4
**distinct** 27:11
**district** 1:2,2
**divide** 100:6 152:9
  267:25 268:2
**doctor** 29:2
  206:18
**doctor's** 111:8
  125:8
**doctors** 89:18
  91:17,20,25
  100:14 110:20
  124:22 125:2
  206:23 252:9,21
  253:12 267:8
**doctrine** 191:12
**document** 53:2,8
  101:5 130:10
  202:24 203:7,9
  204:7 215:11
  231:21,22 232:17
  232:19 233:8
  239:9
**documented** 192:9
**documents** 4:2
  52:19,22 53:15,19
  53:20,24 54:9,17
  65:9 158:14 199:5
  200:4,9,10,12,15
  200:16 201:3
  276:9

**doing** 20:6 28:13
  38:17 55:18 62:5
  71:23 73:15
  100:24 122:12
  123:8 140:8 148:7
  148:13 163:20
  164:8 191:20
  211:14 243:8
  266:21 267:11
**dollar** 255:5
**dollars** 58:20
  226:16 265:9
**donuts** 226:15
**door** 39:12 102:8
  168:16,18 205:21
**dorothy** 75:8
  154:20,22 155:4
  161:21,24
**double** 158:19
**doubt** 109:6
**downhill** 132:19
**downloading**
  63:10
**downtown** 22:9
**dr** 18:20 110:24
  111:10 116:22,24
  117:6,9,12 205:22
  206:11 256:17,24
**draft** 104:3
**drawn** 99:22
  116:20 135:12
  151:12
**draws** 99:20
**drew** 111:15
**drive** 2:8 22:8 41:3
  168:18
**driver's** 11:11
**driving** 7:3
**drop** 237:20
**drove** 40:23

**duly** 4:6 278:7
**dunkin** 226:15
**duties** 10:22

**e**

**e** 2:4 4:5 111:16
  149:2 257:3 276:2
  276:6 277:2
**ear** 10:6 21:11
  26:14 40:14 222:7
**earlier** 61:8 82:25
  96:7 114:19
  145:15 158:21
  202:8 204:15
  205:2,13 208:10
  210:13 223:12
  224:15 246:3
  249:6 250:9
  255:20 256:23
  257:13 259:18
  266:5,9 269:20
**early** 97:9,10
  107:7 115:17
  133:25 169:4
  250:14
**ears** 42:11
**earshot** 206:22
**easier** 73:17
  254:17
**east** 212:4,12,17
  212:19 213:2
  237:5
**eastern** 1:2
**easy** 60:9
**eat** 39:17
**ecstatic** 32:12,12
**edge** 171:21
**edny** 200:18
  214:10,17 215:3,7
  220:20,22 227:4,9
  228:12,14 232:10
  238:22,24 246:23

246:25 247:18,24
253:16,20 277:5,6
277:7,8,10,12,13
277:14
**education** 6:7,21
**effect** 3:14 35:21
  38:3 66:10 198:22
**effort** 58:8
**efforts** 92:13
  93:17 142:2
  159:15 162:4
**eight** 214:3 248:21
**eighty** 253:18
**either** 6:19 46:21
  47:17,25 49:21
  52:9 59:14 72:16
  75:19 99:17
  102:25 107:25
  110:18 117:19
  119:2 127:25
  129:23 135:14
  138:11 140:16
  143:2 147:15
  181:17 204:9
  231:25 238:10
**eliminate** 248:13
  249:4
**else's** 33:16
**email** 35:25 36:5
  54:4,19,22 55:14
  56:11 58:2,11,14
  61:11,18 65:17
  67:6 68:7 72:14
  74:15,21,23 75:6
  84:16,17,19 85:2
  86:22 87:7 88:14
  88:20,22 91:12,14
  91:17 92:4 93:23
  99:20 100:24
  101:5 106:16
  107:8 109:2 110:5

111:3,6 114:8
115:16,20 116:5
119:4,7 121:11
122:7,8 126:16,19
126:20 127:16
128:10 129:7
131:3 132:15,18
133:2,14 135:2
137:8 141:13,24
143:3,25 144:16
144:17,24,25
145:2,10 146:2,4
148:18 149:13,20
150:22 152:13,14
153:18,24 154:9
154:12,17 157:8
159:3,3,6,19
160:25 161:2,7,8,9
161:15,17 165:5,5
165:18 166:17,18
167:4 170:3,24
171:14 172:9
173:5 176:17,18
188:8 195:12
210:16,18,21
211:4,8 212:10
213:19 214:2,3,19
214:22 215:16,22
215:24 216:3
221:4 222:18
223:5 227:12,17
228:6,18,22 231:3
231:6,17 233:11
235:5 239:21,24
240:23,24 241:8
241:17 243:19
244:6,8 245:5
246:9,15 247:11
248:6 266:10,16
266:19 268:2,3
276:10,11,12,13

276:15,16,17,19
276:20,21,22,23
277:4
**emailed** 167:16
**emails** 53:21,24
  54:6,8 61:22
  70:24 71:8 75:3
  86:17 94:23
  110:21 115:24
  116:9,17 132:13
  143:4 152:20
  165:21 170:21
  186:10,16,17,19
  186:21,23 187:3,5
  187:7,12,18
  201:12 214:14
  221:2 247:15
  253:23 269:10
  273:2 276:9
**emergency** 45:14
  66:20 169:16
**emotional** 78:6
**emotions** 71:12
**empathetic** 89:13
**employed** 252:19
**employee** 7:18,25
  252:25
**employees** 37:21
  42:20 43:24
  224:23
**employment** 15:24
  49:10 52:4
**encourage** 101:18
  106:8 133:18
**encouraged**
  101:20 133:9
**ended** 68:15
  229:19 273:13
**ends** 99:6
**engaging** 9:15

| | | | |
|---|---|---|---|
| enrolled  218:14 | 84:1 85:1,12 86:1 | 194:1 195:1 196:1 | estate  66:10 140:7 |
| enter  181:12 | 87:1,4 88:1 89:1 | 197:1 198:1 199:1 | 149:5 162:11 |
| entertain  98:9 | 90:1 91:1 92:1,12 | 200:1 201:1 202:1 | 259:24 |
| 260:18 | 93:1 94:1 95:1 | 203:1,2 204:1 | estimate  22:24 |
| entertained | 96:1 97:1 98:1 | 205:1 206:1 207:1 | 162:5 164:15 |
| 119:21 | 99:1 100:1 101:1 | 208:1 209:1 210:1 | 226:5 264:2 |
| entitled  1:16 | 102:1 103:1 104:1 | 211:1 212:1 213:1 | estimates  165:15 |
| 264:24 | 105:1 106:1 107:1 | 214:1 215:1 216:1 | et  223:10 279:3 |
| entrance  252:25 | 108:1 109:1 110:1 | 217:1 218:1 219:1 | ethicspoint  198:13 |
| 253:2 | 111:1 112:1 113:1 | 220:1 221:1,10,18 | evening  29:20 |
| episode  45:13 | 114:1,15 115:1 | 222:1 223:1 224:1 | 63:7 72:15 274:17 |
| 48:19 63:17 | 116:1,7 117:1 | 225:1 226:1 227:1 | event  37:11 124:4 |
| equals  233:14,22 | 118:1 119:1 120:1 | 228:1 229:1 230:1 | 155:18 171:24 |
| errata  279:2 | 121:1 122:1 123:1 | 231:1,7 232:1 | events  22:16,17,18 |
| esaun  1:8,15 2:17 | 124:1 125:1 126:1 | 233:1 234:1 235:1 | 163:5 |
| 4:22 5:1 6:1 7:1 | 127:1 128:1 129:1 | 236:1 237:1 238:1 | eventually  25:15 |
| 8:1 9:1 10:1 11:1 | 129:9 130:1 131:1 | 239:1 240:1 241:1 | 25:22 77:10 78:8 |
| 12:1 13:1 14:1 | 132:1 133:1 134:1 | 242:1 243:1 244:1 | 89:19,20 100:13 |
| 15:1,16 16:1 17:1 | 135:1,5 136:1 | 245:1 246:1 247:1 | 102:10 109:11 |
| 18:1 19:1 20:1 | 137:1 138:1 139:1 | 248:1 249:1 250:1 | 164:10 206:21 |
| 21:1 22:1 23:1 | 140:1 141:1 142:1 | 251:1 252:1 253:1 | 212:15 238:11,16 |
| 24:1 25:1 26:1 | 143:1 144:1 145:1 | 254:1 255:1 256:1 | 241:20 244:10 |
| 27:1 28:1 29:1,22 | 146:1 147:1 148:1 | 257:1 258:1 259:1 | everybody  19:20 |
| 30:1 31:1 32:1 | 148:21 149:1 | 260:1 261:1 262:1 | 53:5 71:16 242:3 |
| 33:1 34:1 35:1 | 150:1 151:1 152:1 | 263:1 264:1 265:1 | 254:17 |
| 36:1 37:1 38:1 | 152:17 153:1 | 266:1 267:1 268:1 | evil  139:18,23 |
| 39:1 40:1 41:1 | 154:1 155:1 156:1 | 269:1 270:1 271:1 | exact  89:24 257:24 |
| 42:1 43:1 44:1 | 157:1 158:1 159:1 | 272:1 273:1 274:1 | 266:21 |
| 45:1 46:1 47:1 | 159:8 160:1 161:1 | 275:1,12 276:4,24 | exactly  12:4,25 |
| 48:1 49:1 50:1 | 162:1 163:1 164:1 | 279:4,20 | 20:2,16 23:22 |
| 51:1 52:1 53:1 | 165:1 166:1,5 | escort  45:10,22 | 39:2,10 44:2 |
| 54:1 55:1 56:1 | 167:1,6 168:1 | escorted  89:20 | 48:20 55:20 56:3 |
| 57:1 58:1 59:1 | 169:1 170:1 171:1 | 94:8 110:14 | 73:14 75:17 78:2 |
| 60:1 61:1 62:1,25 | 172:1 173:1 174:1 | 205:14,16 206:4,5 | 85:4 97:9,14 |
| 63:1 64:1 65:1 | 174:8 175:1 176:1 | 252:24 | 106:21 107:14 |
| 66:1 67:1 68:1 | 177:1,12 178:1 | escorting  190:20 | 109:6 115:6 |
| 69:1 70:1 71:1 | 179:1 180:1 181:1 | 190:24 207:5 | 124:20 126:1 |
| 72:1 73:1,2 74:1 | 182:1 183:1 184:1 | especially  173:22 | 141:9 160:7 |
| 75:1,8 76:1 77:1 | 185:1 186:1 187:1 | esq  2:6,7,14,19,20 | 176:14 238:9 |
| 78:1 79:1 80:1 | 188:1 189:1 190:1 | 2:24 | 250:4 257:25 |
| 81:1,20 82:1 83:1 | 191:1 192:1 193:1 | | 272:10 |

examination  4:8
202:5 208:23
210:9 225:6 276:3
examine  225:8
examined  4:7
example  97:11
examples  23:7
exceeded  33:7
162:6
excel  73:5
exciting  171:19
excuse  151:8
178:15 215:14
218:3
executive  149:5
executor  140:6
163:22
exhibit  53:9,10
57:24 61:10,19
65:16 68:6,7 70:2
71:5 72:12,13
73:20,20 74:16,20
81:14 84:15,16,20
86:21,22 88:17
103:22 114:4,6
115:22,23 116:7
121:17 122:5
129:6 135:4
141:12,14,16,18
146:3 152:14
159:2 160:23,24
161:7 170:10,18
172:8 177:7,7,10
177:17 203:3
210:13 213:17,20
215:8 220:21,23
227:10 228:15
232:10,14 238:25
242:4,13,15,17,24
243:7,15,20,20
244:13,17 245:4

245:12 246:24
247:2,23,25
253:17,21 265:25
276:10,11,12,13
276:16,17,18,19
276:20,21,22,23
276:24 277:4,5,6,7
277:8,9,10,11,12
277:13,14
exhibits  4:3 64:23
88:15 121:12
158:15,20 170:4
243:2 266:20
276:8,14
exist  237:19
exit  237:8
expect  49:4 125:18
127:7 191:22
230:20
expected  127:9
expects  55:7
expense  126:6
223:10
expenses  60:4,6
65:19 66:23
129:11 160:16
172:4 173:11
217:24 218:11,12
218:17 219:2
220:5 223:23
225:14 227:21
229:3,8,11,13,22
229:23,25 230:4,9
230:17 234:22
238:17 241:7
249:10 262:7,9
264:12 271:6,22
experience  10:12
122:12 157:21
expires  279:25

explain  20:20 25:3
33:10 70:20 81:5
141:3 184:10
216:13 219:18
221:21 236:24
240:13 248:15
249:6,16 253:7
254:10 256:7
262:12 272:20
express  21:6 80:19
81:21 134:15
expressed  134:18
272:4
expressing  75:25
extend  216:6,21
extending  63:2
extent  191:9 207:9
267:13
extra  141:21
230:18 267:15
extremely  88:25
124:24 169:4
224:14
eyes  42:11

**f**

facility  51:25
68:11,13,15,21
270:16
fact  98:6 136:22
192:21 198:15
237:10
failure  156:18
fair  122:14 216:23
261:12
faith  98:17,18
falsely  202:14
204:11
familiar  4:16 8:4
25:15 42:15 154:4
155:13 198:3

family  14:7 17:5,7
17:9 21:5,9,12,14
21:16 22:4,5,14
23:6,8,9,11,14,20
26:19 29:6 33:17
48:8 72:6 80:7
112:8 138:18,20
138:21,24 139:2,4
152:4 157:15
171:5 240:21
272:13
fancier  222:20,23
fantastic  155:23
fantone  2:16,19
13:8 14:20 18:25
64:6,9,13,16,21
65:4,7,13 66:12
69:14,16,21 70:15
97:16 113:17
119:13 122:3
124:9,11 144:20
144:22 170:15
179:14,17,18
180:2 182:18
183:4,6 184:4,12
184:14 185:4,7,14
185:18 186:8
187:8,22 188:3
191:14 192:5,8,18
193:24 194:2
196:2,6,8,14
199:11 200:21,25
201:10,18,21,25
214:5,9 215:4,15
225:2,5,10 227:8
232:11 234:16
243:9 253:18
266:2 275:9
far  34:22 42:8
50:10 94:2 141:4
152:16 162:10

181:14,15,15
211:15,19 212:24
221:19 222:9,10
259:6 261:14
**fargo**   87:15
261:24 262:8,21
263:5 265:12,14
265:15
**fashion**   107:17
127:3 240:16
**fast**   210:12
**fault**   158:22
**favorable**   272:14
**favorite**   93:10
**february**   121:23
122:9,16 123:8,15
126:9,14 127:18
**federal**   1:19
203:10
**fee**   173:23 229:18
254:5
**feel**   40:14 71:20
144:23
**feeling**   139:21
**feelings**   71:2 94:23
**feels**   91:25 169:25
**fellow**   140:13
**felony**   202:13,18
202:21 204:10,10
**felt**   17:20,21 20:3
20:22,23,23,25
30:3,3 32:7 60:16
128:17,24 234:18
262:15
**fences**   99:13
**fiduciary**   149:4
**fifth**   248:9
**fifty**   248:4
**fight**   26:8
**fighting**   104:15

**figure**   53:6 59:7
73:17 102:18
103:5 133:24
154:4 236:12
258:17
**figured**   223:24
**figuring**   59:20
**file**   233:8
**filed**   181:4 198:13
199:16
**filing**   3:5
**fill**   74:4 187:14
**final**   126:13
**finally**   92:12 148:2
164:12
**finance**   222:14
**finances**   211:11
**financial**   63:3 86:7
86:8 97:22 140:4
144:5 149:4
**financially**   66:5
175:3,4
**find**   30:2 38:24
41:14 71:10 79:15
218:14 241:15
254:5
**finding**   78:23
**fine**   5:22 61:6
69:18 103:10
161:6 201:16
**finish**   5:13 100:2
210:8 225:21
274:24
**finished**   192:17
**fire**   219:6,6
**firm**   10:21 104:2
202:8
**first**   4:6 8:16 9:4
14:24 26:4 27:13
29:12,14 30:19
31:13 35:2 36:9

38:6 39:24 40:3
53:19 55:5 57:25
61:18 62:11 74:20
76:7 77:12 78:11
90:14,18 98:11,13
101:7 111:4 114:8
114:11 129:10,19
135:3 143:21
150:7 159:7,9,20
160:17 161:9
162:17 165:5,22
166:21 170:21
172:21 178:9,11
178:25 180:16
182:8 188:16
191:19 204:17
205:21 208:12
210:19 221:25
228:22 231:20
240:4 242:3
247:13 250:7,8,12
250:16,20 262:14
268:21
**fit**   12:8 105:14
**five**   6:5 26:5 27:14
35:2 86:10 120:4
158:14 188:6
196:7 247:19
249:19 254:24,25
267:5
**fix**   12:11
**flat**   125:23 159:21
173:23 249:9
251:23 254:5,11
266:23 267:2
**flee**   45:23
**flew**   36:20 100:19
100:21
**floor**   2:13,23
**fly**   40:24,25 269:6

**focus**   117:22 128:8
218:13
**focussing**   52:24
**follow**   25:20
137:12 145:12
207:3
**followed**   36:5
125:7 147:24
148:14
**following**   6:7 99:3
221:5 265:17
**follows**   4:7
**food**   223:10
**football**   22:23
**force**   3:14
**forced**   254:7
**forces**   16:10
**forget**   69:15
**forgot**   236:14
**form**   3:9 13:9
14:20 30:13 36:15
62:20 75:4 119:9
119:11 151:7
160:18 182:19
183:3,4 184:4,21
186:13,14 192:18
199:11 211:12,25
212:6,13 218:4,6
218:19 219:15
224:9,19,25
226:21 230:22
235:8,15 238:8
241:21 245:13
246:7,10 250:18
253:5 259:10
261:10 263:14
264:21,25 269:19
269:24 271:8
272:7 273:5,16
274:3

**[formalize - going]**

**formalize** 103:25
**forth** 249:8 254:14 278:7
**forty** 6:5 243:21 243:24
**forward** 24:11 29:9 43:3 64:20 66:4 84:23 125:23 130:9 147:20,24 164:14,14 228:25 245:9 248:11 257:12
**found** 14:13 25:22 30:9 39:5 111:14 123:3 241:12 270:13
**four** 10:14,23 11:23 12:15 14:10 21:25 22:6 139:25 169:6 250:10 265:23
**frame** 15:23 83:4 196:3
**frames** 18:14
**framework** 12:13
**francis** 6:8,12
**frankly** 71:25
**free** 171:24 223:20 240:18
**frequency** 85:21 86:6
**frequent** 220:9
**friend** 26:18 43:14 48:8
**friends** 21:20 42:14 138:24 139:3
**friendship** 26:20
**front** 80:25 81:15 146:3

**frustrated** 244:9 259:18
**frustrations** 221:10
**full** 63:4 85:13 110:4
**functions** 22:14
**fund** 144:6 263:8
**funds** 160:15 164:8 263:8,9
**fur** 79:14 80:17
**further** 3:8,12 95:8,16 99:2 117:2,6 119:22 120:3 151:15 155:21 208:22 210:2 245:16 246:14 262:25 274:6 278:10
**furthermore** 151:18
**future** 72:18 73:7 98:3 106:25 142:4

**g**

**g** 1:8,15 2:17 149:2 203:2 276:24
**gain** 56:14 163:17 236:2
**gap** 15:23
**gathered** 118:3
**gayle** 106:9 146:14 197:8,14
**general** 11:2 107:25 170:25 193:10
**generally** 4:16 35:4
**generated** 57:10
**georgia** 236:23

**getting** 26:11 33:4 58:9 60:25 61:25 66:16 71:20 73:16 85:6 95:5 98:18 107:16 108:5 109:3 118:17 163:2 165:15 171:22 184:25 220:13 223:17 224:16 225:16 230:6 259:19
**gift** 93:11
**give** 22:24 23:5 47:21 75:18 79:24 83:3 97:22 110:16 139:17 188:20 193:15 199:15 221:12 226:5 227:2
**given** 56:22 184:19 185:19,24 274:25 278:9
**gives** 131:19 144:15 232:23
**giving** 59:21 70:19 107:13 110:18 173:17 217:12
**glad** 39:14 144:21
**gladstein** 149:2,3 152:16 153:4,10 177:16
**go** 26:2,2,22 29:10 42:19 43:24 45:9 45:11,20 46:15,17 52:18 68:17 81:14 89:3,6 91:7 94:24 105:5 123:6 125:13 141:9,10 143:21 160:20 162:22 163:19 169:22 171:13,24

172:7 183:21 188:8 201:24 206:13 210:12 211:23 218:9 219:21 225:15 236:9 237:8,22 246:22 249:8 251:25 252:25 262:25 265:4,8,14 267:19 269:22 272:11
**goal** 94:12 97:22 163:15,17 273:21
**goals** 261:17
**god** 102:9
**goes** 116:21 149:9 169:4
**going** 13:8,18 15:8 18:13 24:11 28:25 30:17 31:9 32:6 32:11 37:12 43:3 52:17,18,18 53:3,4 55:22 56:16 58:12 58:15,21 59:2,5,9 60:4 61:4 65:24 65:25 67:15 68:17 69:19 70:8 71:2 71:12,13 75:6 77:23 83:3 84:23 86:11 87:6,10,12 87:14,16,18,19 89:16 90:2,3,3,12 91:11,13,23 92:2 92:16,22 102:3,4,4 110:22 113:14 114:5 115:2 121:22 130:8 132:12 142:20 146:21 148:6 153:20 157:2 158:19 162:21,21

163:5 164:14,14
169:10 170:24
173:15 179:14
182:18 184:24
185:9,11 187:17
189:22,24 190:21
191:14 192:2,22
193:22 198:5
202:23 205:18,24
211:18,23 212:2
216:15 228:24
235:22 236:8
241:7 242:25
243:5 249:8 250:4
254:4 255:3,11
258:17 260:4
266:23 273:3,19
**good** 4:10,11 6:3
24:10 82:20 87:25
93:16 95:20 97:18
108:9 109:11
127:16 130:24
144:23 149:7
157:22 208:25
247:9
**goodwin** 175:13
**gotten** 68:5 186:16
267:16 268:25
**government**
203:16
**grandmother** 21:2
21:19 22:11
125:15,18,19
251:16
**grateful** 110:6
111:4 131:18
**great** 6:4 94:10
100:4 122:22
134:8,13 224:13
269:7

**greatly** 92:13
**greenwich** 19:4
**ground** 5:7 56:15
**groundwork**
206:13
**group** 152:5 275:2
**groups** 122:25
**growing** 237:13
**guard** 205:21
226:9
**guardian** 106:10
133:4 136:6,8,12
136:14 146:6,6
147:5 191:21,25
192:15,17,22
**guardianship** 63:3
63:4 132:22 136:2
137:2 190:10
196:18 197:8
202:14 203:19
204:12 216:7,22
268:10
**guess** 30:12 67:11
68:4 74:6,11,12
104:19 199:13
210:7 213:11
218:14 222:4
231:23 259:3
269:17
**guessing** 264:4
265:22
**guilty** 202:13,17
203:12,23 204:10
**guy** 25:17 37:18
37:22 169:9
226:11,16
**guys** 8:7,8 25:14
25:20 42:16 45:17
45:21 125:14
168:5,6,7 223:18
223:23 225:11

227:2 234:24
244:16,19 251:17
252:16,18
**guys's** 168:15

**h**

**h** 1:3 2:6 111:3,3
276:6 277:2
**half** 6:10,11
100:19 104:5
121:15 130:9
167:18
**halfway** 131:16
156:16 157:2
215:23 240:4
**halling** 2:3
**hand** 210:14
213:16 242:9,10
278:15
**handed** 121:17
**handful** 23:3
**handing** 220:19
227:3
**handle** 94:13,17
221:14,22
**handled** 219:10
**hands** 4:12
**happen** 112:5
236:11
**happened** 32:18
33:2 35:10 41:11
44:18 46:12 49:15
51:5 60:25 85:8
89:8 94:6,25 96:2
96:3 183:20
198:20 212:14
**hard** 155:24
223:17 267:9
**harder** 152:11
**harris** 2:24 202:7
**hassle** 125:24

**hate** 59:5
**hated** 17:17 20:18
20:21
**hatred** 261:3
**haunt** 220:8
**head** 71:4
**headed** 25:20
**health** 95:20
123:14,15 163:13
**hear** 183:19
198:17
**heard** 114:15
155:19 185:7
198:15 209:8
**hearing** 82:11
**heartbreaking**
33:21
**heavy** 72:5
**held** 1:16 122:22
128:4 272:20
**hell** 31:9
**hello** 61:21 145:8
**help** 13:6 18:22
21:6 25:12,19
26:6 30:5 32:9,11
33:16,19,20 34:6,7
40:8 41:18 43:16
43:21 58:5 60:21
89:16 96:19 111:2
123:4 157:24
163:19 171:22
198:2 207:18
211:6 212:3
227:20 235:25
236:20 249:14
261:4 272:19
**helped** 95:5
166:10,13,15
**helper** 152:19
**helping** 13:19

**hereto** 3:4
**hereunto** 278:14
**hesitant** 26:12
  33:3,5
**hey** 171:17 184:23
**hi** 72:14
**hide** 169:22
**high** 6:7
**higher** 6:21
**highly** 272:15
**hire** 14:14 179:13
**hired** 152:18
**hiring** 180:8
**history** 90:5,8,9,10
  146:19,21 147:17
**hit** 46:4
**hold** 69:14 102:21
  151:20 171:7
  213:23 234:16
**holding** 216:4
**home** 26:25 27:3
  40:8 98:3,7 170:6
**honor** 5:14
**hope** 93:18 98:4
  142:25 157:10,14
**hopefully** 56:14
  68:18 120:22,23
  171:23 221:16
**hoping** 93:4 170:8
**horrible** 98:24
  99:11 115:11
**horrific** 94:3,3
**hoskinson** 2:14
  141:22 185:13
  192:4 193:25
  195:25 208:24
  209:2,25 276:5
**hospital** 13:20
  23:24 46:13,16
  47:7,10,13,15 48:2
  48:9,18,24 49:6

50:4 51:6,9,18
52:6,12 55:11
62:12 63:20 67:8
68:25 69:4,6 74:2
76:24 77:2 80:20
80:23 81:2 87:18
87:25 89:18,21
91:25 92:24 93:24
94:9 101:9 108:16
110:14 112:6,12
112:18 113:19,23
114:2 118:7,13
124:5 125:20
131:18 139:6
155:6 163:10
205:15,16 206:7
206:21,24 252:5
252:10,13,17
253:4,9 255:22
256:8 260:19
264:15
**hospitalization**
45:9 98:21 116:15
173:23
**hospitalizations**
13:4,9 90:10
113:7 207:14
263:21
**hospitalized** 11:17
12:6,19,24 13:21
23:17,19 25:23
44:8,9,14 45:12
49:11 56:4 83:9
158:9 169:18
218:23 220:4,13
235:23 241:9
250:11,12 260:14
262:20 269:12
271:15
**hospitals** 252:2

**hotel** 39:11 42:24
  45:16,21 168:14
  169:8 172:24
  216:4,5,15,17
  217:3,5 219:5
  223:10 270:13,16
  271:2,7
**hour** 42:6 121:15
  249:21 250:13
  267:5
**hourly** 221:15,23
**hours** 41:4 130:11
  167:18,19 223:8
  226:2 237:7,7
  249:14,20
**house** 95:11 118:4
  131:16 156:17
  157:2
**housing** 156:4
  207:12
**hundred** 265:9
**hung** 31:13,23
**hurt** 89:16
**hurting** 32:7,7

**i**

**ice** 250:2
**idea** 17:11 18:5,24
  59:4 64:21 77:25
  87:25 116:25
  161:25 162:19
  165:14 188:22
  199:4 213:13
**ideally** 227:22
**identification** 4:3
  74:16 88:16
  121:13 141:14
  158:15 170:5
  203:3,6 213:20
  215:9 220:23
  227:5,6,10 228:15
  232:14 238:23,25

242:17 247:2,25
253:21
**identified** 21:22
  228:12 235:5
**identify** 123:13
**ignored** 61:22
  132:20 258:6
**illinois** 24:25
  96:18 119:17
  207:19 208:3
**illness** 91:6
**immediate** 222:4
**immediately** 15:22
  78:6 109:12
  132:19 162:6
  229:24 255:15
**importance**
  145:23
**important** 129:9
  135:22 137:4
  143:20 211:10,13
**impression** 232:23
**improprieties**
  153:5,9,14
**improve** 23:13
**inability** 207:12
**inaccurate** 204:12
**inception** 246:16
**include** 64:14
**included** 167:20
  187:12 228:21
**includes** 132:25
  249:25
**including** 67:3
  81:12 94:18 98:2
  131:15 142:25
  171:6
**income** 57:5
**incorporate** 230:4
**incorrect** 240:11

increase 254:19
increased 162:13
incurred 164:13
  217:24 218:17
independence
  94:13,16
independent 52:14
  98:19
independently
  108:21
indicated 204:16
individual 16:7
individuals 186:22
inflicting 19:23
inform 260:4
information 56:23
  91:16,24 102:22
  103:2 110:4,19,21
  111:6,9,12,17
  116:15 147:20
  151:16 162:12
  256:18
informed 56:15
  205:20,22 259:4
informing 115:14
inheritance
  193:13,21 194:10
  195:9,24 258:9
  259:13 262:16
initial 58:11 160:8
  171:11
initially 37:15
  40:11 85:21 176:8
  207:23 212:15
initiated 180:3
instituted 179:21
institution 6:19
  95:14
instruct 263:16
instructed 38:13
  204:18,20 212:25

262:22 263:2,12
instruction 5:4
instructions 47:21
  49:9 102:7 207:4
insult 221:20
intel 234:24
intelligible 5:21
intend 223:19
intending 224:5
intention 224:2
intentions 258:21
  259:3
interaction 101:8
intercede 21:5
interest 75:25
  81:21 117:10
  134:15 183:2,9
  184:2,11 185:2
  186:5 187:21
  191:6,12 192:5
  193:23 260:2
interested 72:9,10
  76:6,11,14 78:23
  104:15 143:17
  151:6,9 152:25
  153:21 257:10,11
  261:15 278:12
interests 140:24
internal 26:8
interpret 222:25
interrupt 115:15
  120:25
intervention 67:20
introduce 21:13
introduced 4:12
  9:24 21:21 29:23
  135:25
inventory 198:5
investigation 7:17
  10:21

investigations 1:9
  7:14,16 16:6
  232:24
investigative 7:4
investigator 9:9
  9:10 146:25 159:8
invite 170:10
invoice 56:14
  57:13 58:5,9,15,16
  65:18,21 86:12
  104:24 105:2
  126:4,8 165:24
  166:9,13,19,20
  167:5,19,21,22
  223:15 225:12
  230:19 235:2,17
  240:15 242:16
  243:25 244:5
  259:22 277:11
invoiced 223:7
  224:4 238:11
  270:16 271:10
invoices 54:3,5
  57:14,18 61:25
  66:16,21 72:17,17
  72:18 73:16 84:21
  84:23,23 85:3
  107:16 127:4
  129:4 150:22
  152:22 168:9,9
  174:7 177:12
  217:22 223:17
  229:20 230:5,6
  234:18 235:4
  240:16 254:3,6
  261:12 268:17
  271:23 276:18
invoicing 217:8
  223:13
involved 22:19
  26:11 33:4,13

45:10 59:3 83:9
  83:10 110:10
  132:10 150:16,25
  151:3 153:7 163:3
  205:9 211:20
involvement 43:2
involving 190:10
  197:3 272:25
ira 1:7 2:22 202:9
  257:25 273:11,18
ira's 172:22
  190:20
irrelevant 153:11
island 51:8 68:14
  68:16 74:3,5 77:3
  77:4 100:11
issue 79:3,5,7
  117:23 119:6
  128:23,24 136:2
  139:14 185:2
  187:13 216:24
  255:12 267:17
issues 33:12 90:19
  120:23 123:16,19
  129:9 152:8,8
  191:6
item 81:18
itemize 271:22
items 80:12,13
  269:25 270:2,3,4,5
  270:23 271:13,17

### j

j 2:7 7:23
j.b. 1:4
jacob's 93:10
jamie 37:25
jargon 90:4
jeanette 175:13
jeans 250:3
jersey 41:10 45:24
  52:12 56:4 63:16

| | | | |
|---|---|---|---|
| 220:9 271:3,13 | 85:20 86:2,4,9,10 | 151:20 152:6,12 | 258:22 259:2,7,11 |
| **jewelry** 78:3,24 | 86:11,20 87:17 | 154:11 155:5,6,25 | 259:15,20,21,24 |
| 79:11 80:18 219:7 | 89:3,5,11,16,16,17 | 156:5,11,19 | 260:11,13,13,14 |
| 219:8 | 89:22 90:14,25 | 157:11,16,24 | 260:19,21,22,25 |
| **joanne** 9:4 10:14 | 91:9,18,19,22,24 | 159:7,23 160:2,11 | 261:2,7,12,20 |
| 12:13 14:7,11,12 | 92:8,14,15,19 | 160:19,21 162:20 | 262:2,11,14,15,19 |
| 14:13,16 15:5 | 93:11,12,14 94:12 | 162:24 163:3,18 | 262:20 263:3,9,10 |
| 16:11 17:5,10,24 | 95:17,23 96:5,24 | 163:22 167:20 | 263:12 264:12,13 |
| 19:19 20:3,6,11 | 97:11,22 98:6,11 | 168:3,6,6,13,25 | 264:15 265:2,4,6,9 |
| 21:11,18 22:6,8,13 | 98:18,18,21 99:12 | 169:4,12,14 | 266:15 267:13 |
| 23:16 24:6,19 | 100:25,25 101:13 | 171:19 174:15,20 | 268:12,21 269:8 |
| 25:5,6,6,8,8,12,18 | 102:3,12 103:19 | 175:9,12,20,23,25 | 269:12 270:14,14 |
| 25:20,20,22,23,24 | 103:20 105:11 | 176:8,13,24 177:4 | 270:17 272:3,8,11 |
| 26:2,3,16 27:15 | 106:10,22,24,24 | 190:10,20,24 | 272:13,25 273:22 |
| 28:18 29:12,25 | 107:10 108:4 | 191:24 192:16 | **joanne's** 15:9 17:7 |
| 30:2,4,23 31:5 | 109:8,22,25 110:9 | 193:21 194:6,8,10 | 28:8 29:8 30:18 |
| 32:3,8,11,11 33:6 | 111:21 112:2,11 | 194:13 195:9,19 | 34:13 56:18 57:21 |
| 33:7,8,11,13,18,23 | 112:22 113:2,10 | 195:23 205:10,15 | 58:25 59:3 66:20 |
| 34:16,20,24 36:17 | 113:12,18,24 | 205:19,19,25 | 66:22 67:7 75:23 |
| 38:6,9 39:4 40:25 | 115:10 117:3,6,10 | 206:16,21 207:7 | 77:16,21 79:7,8 |
| 41:7,12,13,15,20 | 117:14 118:7,13 | 207:18 209:14,15 | 86:24 89:10,14 |
| 41:20 43:3,8,13,15 | 118:16 119:23 | 209:17,22 211:6 | 90:9 100:7,17 |
| 43:18,23 44:7 | 120:13 122:12 | 211:17 212:3,16 | 106:23 107:13 |
| 45:8,13,15,23 47:7 | 123:4,8,14 124:24 | 212:25 213:8 | 110:20 111:14 |
| 49:10,18,22 50:2 | 125:5 126:6 | 216:5,16,20 217:2 | 114:2 116:15 |
| 50:14,25 51:5,11 | 127:15 128:9 | 217:4 218:14 | 118:4,11 119:15 |
| 51:23 52:16 55:25 | 130:11,22 131:2,6 | 219:4,19 220:8,13 | 119:23 136:5,7 |
| 56:8,22,25 58:21 | 131:10 133:5,21 | 220:17 221:11,14 | 139:19 145:22 |
| 58:24 59:8,13,17 | 133:21 134:3,6,10 | 221:22,24 222:2,7 | 148:6,14 151:16 |
| 59:19,21,24,25 | 134:13 135:15,17 | 222:16 223:2,8 | 152:4,10,18,24 |
| 60:10,23 62:5 | 136:11,13 137:2,5 | 225:14,23 229:3 | 154:25 173:22 |
| 63:9,13,15,25 64:3 | 137:7,10,19 138:8 | 235:10,21 236:3,5 | 193:13 194:2 |
| 67:3 71:19,25 | 138:12,14,17 | 236:9 237:3,7 | 208:12,17 217:16 |
| 72:3,7 73:25 76:7 | 139:11,14,18,22 | 241:8 249:14,18 | 222:3,4 226:10 |
| 76:7,12,20,24 77:2 | 139:23 140:5,5,11 | 249:23 250:4 | 236:2 237:10 |
| 77:6,7,8,11,14,21 | 140:23 142:3,6,14 | 252:22 253:4,10 | 256:18 262:7,8 |
| 77:22,25 78:5,5,10 | 142:25 143:16,17 | 254:19,22,24 | 264:18,19 267:24 |
| 78:17,22 79:10,16 | 144:5 145:10 | 255:2,7,9,13 | 269:21 270:2,24 |
| 79:24 80:11 81:10 | 146:19 147:17,21 | 256:15,22 257:10 | 272:13 |
| 81:11,18,21 83:7 | 147:22,23 148:2,8 | 257:16,19,20,23 | **job** 8:16 50:6,23 |
| 83:24 84:6,10,12 | 148:10,15 149:5 | 257:24 258:7,13 | 50:24,25 71:9 |

[job - know]                                                                    Page 23

95:18 135:15
140:23 162:23
**join**   14:9 16:10
185:13,14 186:6,8
192:4,10 193:25
**joined**   16:15,21
17:3 24:11
**joint**   179:5 183:2,9
183:25 184:11
185:2 187:20
**joked**   251:6
**journey**   171:23
**judd**   7:21 16:2,6,8
**judge**   98:3
**judgement**   105:14
156:18
**judgment**   59:16
109:13,19 203:10
**july**   61:11,20
62:14 239:25
248:7 250:16
**jump**   156:17
**june**   44:11 54:20
56:6 58:14 244:22
245:3,8,21 246:16
**jurisdictional**
216:24
**justify**   148:24
**justifying**   155:24

**k**

**k**   7:23 38:2
**kate**   157:13
**katherine**   1:3
199:22
**katz**   2:24 10:7
30:13 31:24 36:2
36:15 38:21 53:10
53:12 74:18 75:4
82:7 88:18 104:25
105:22 113:8,14
119:9,11 124:8

183:3,10 184:21
184:23 185:5,11
186:6,13 190:6
191:4 192:2
193:22 202:6,7,16
208:21 231:2
242:21 276:4
**keep**   19:19 21:8,10
35:8 56:15 59:24
62:22 69:19 135:7
148:5 162:24
163:18 186:23
216:15 223:7
224:3 265:17
**keeping**   41:22,22
43:20,24 59:19
155:24
**kennedys**   2:11
**kept**   46:3
**kerr**   1:8 172:9,13
172:20 173:20
174:2 176:17
177:9,14 186:18
195:7,11 198:8
201:3
**kid**   22:10
**kidding**   96:17
**kids**   21:19 22:16
22:17,19,20,20,21
93:17 125:16
139:9 251:15
**kin**   49:17
**kind**   7:6 19:25
33:17 40:14 53:20
54:8 88:6 90:4,8
98:10 125:5 128:3
128:14 133:10
153:6 162:22
189:13 207:8
234:21,22 258:5
265:13

**kinds**   53:19,23
259:21
**kings**   68:19,23,25
69:2,7,10
**knew**   17:9 24:13
34:24 50:17,19
59:25 78:2 98:10
98:17 130:18
138:15 163:18
180:16 209:15
211:15 230:7
250:4 257:24,24
258:3,14,20,21
**knocked**   39:12
**know**   5:20,22 9:17
11:2 14:13,16,19
17:8 18:2,8,18
20:14 23:12,18,21
24:3,12 26:21
30:9,14 33:17,21
34:7,8,13 35:18
39:3 44:21,25
45:4,5,8 46:9 47:9
47:25 48:4,24
50:11 52:22 55:10
55:24 56:5 57:3,8
58:18 59:9,12,13
59:14,22 60:7,24
62:4,4 64:2,16
66:2,4 67:17,21,22
68:4 70:10,10
75:16 76:8,10,13
77:17,19,22 79:2
82:6 83:13,18
85:17,18 87:5
96:14 97:20 98:16
99:7 100:3 106:20
106:21 107:11
111:17,20 112:3,9
112:14 113:25
114:3,25 115:8,13

115:21 116:3,4,10
116:23 117:11,15
117:21,24 119:3
119:20 120:22
121:6 123:12,25
124:3 125:2
127:25 133:6,20
133:23 142:15,16
143:3,13,25
146:24,24 147:4
147:11 148:11
149:21 150:2,3,5
151:8,11 153:6,8
153:17,19,22
154:3 155:3,12
157:6 161:23
164:10,11 166:22
167:6 171:11
172:13 173:3
174:11 177:3
181:18 184:5
187:4,11 188:19
189:4,5,17,18,20
189:23 193:17
198:25 199:4,6,8,9
199:14 200:20,23
201:8,15 206:10
208:17 209:6,8,9
209:19 212:7
213:14 216:10
217:8,22 222:3,22
222:23 224:12
226:7,13,13 234:6
234:11 235:22
236:8 238:9,18
240:5 241:2
245:15 246:19,20
246:20 249:18
252:17 258:3,4,14
259:6,16 260:16
263:22 265:11,20

266:19 268:9
269:3 271:11,24
275:2
**knowing** 262:18
262:19
**knowledge** 50:16
124:5 209:14
271:23
**known** 42:16 43:8
168:6 209:16
**knows** 21:18,18,19

**l**

**l** 111:16,16 149:2
257:3,3
**labeled** 214:16
228:12 238:22
**ladies** 147:15
**laid** 206:12
**language** 8:5
**large** 162:7 223:16
**lasted** 12:17
121:15
**lasts** 228:25
**latest** 245:8
**laugh** 71:3
**laughable** 94:10
94:21,22 109:22
**laughing** 104:3
**lawrence** 46:10
48:13 205:3
**lawsuit** 178:12
180:25 181:4
**lawyer** 83:14,19
83:19 84:2 112:17
114:2 179:13
180:8 182:15,17
182:21 218:8
**lawyers** 84:3,8
200:10,13 275:3
**lead** 39:3 148:14
156:18

**leading** 225:3,9
259:10 260:8,12
260:24 261:9
264:9
**learn** 11:12 190:16
**learned** 76:5
**leave** 89:17,20
102:6 109:12
162:3 168:21
205:20,23 206:7
206:18,25 208:6
237:15,22 238:5
**leaves** 115:13
233:21
**leaving** 34:24
**led** 28:5 124:6
**left** 6:22 15:4 16:5
16:14,20 17:3
24:7 27:16 34:20
44:5 69:24 95:19
107:6 153:4
206:14 234:17
270:4,8
**legal** 83:24 84:13
184:15,20 185:10
185:19,24 186:3
195:4 196:25
**legally** 155:22
**legitimate** 173:16
**length** 116:22
**letter** 198:8 201:6
**letters** 73:3 155:11
**letting** 224:11
**level** 130:10
163:24
**lexington** 2:13
**license** 7:15,17
8:23 11:11
**licensed** 8:9
**licenses** 7:11,12

**licensure** 6:25
**life** 15:9 17:22
19:20 20:4 29:8
30:18 33:9 51:13
58:25 59:3 98:2
100:17 124:2
133:11 175:24
191:22 225:14
254:15,17 273:23
**lights** 169:16,20
**liking** 156:5
**line** 28:20 99:21
99:22 100:4,10
116:19 135:12
151:12 177:11
210:4 279:5
**lines** 118:23
**lisa** 177:15 197:11
197:17
**list** 99:3 126:7
172:4 231:20
232:13,19 233:10
233:12 235:4,4
277:9
**listed** 233:8
**listen** 26:4 34:25
169:9
**listened** 10:10,11
27:13 34:22 35:2
102:9
**listening** 10:12
23:4 31:2 106:6
**lists** 143:4,4
**litem** 106:10 147:6
**litigation** 4:14
179:20,20,25
191:8 193:18
194:19,22 200:25
273:13
**litigations** 273:3

**little** 12:2 13:7
19:11 33:10 40:16
82:25 90:13 107:6
121:18 124:23
136:21 168:24
172:7 202:8
205:13 206:14
208:9 221:13
255:6 262:12
**livable** 248:11,16
**live** 6:2 17:21,23
20:5 95:9,10,13
97:25 98:6 191:22
207:12 273:23,24
**lived** 37:20 95:17
95:23
**lives** 69:2
**living** 17:22 20:4
20:11,12,13,14,15
39:4 98:19,21
157:13 160:16
**llc** 279:2
**llp** 2:11,16,21
**locales** 25:4
**lock** 263:7
**lockbox** 263:8,10
263:11,17 264:3,7
265:21
**locked** 42:24
48:11,15 155:25
**lois** 100:13
**long** 4:18 5:14
11:2 24:3 26:21
27:2,24 40:4
42:19 43:22,24
48:18 49:3,6 91:2
97:22 98:2,20
122:19 148:8,23
162:21,22 168:7
168:20 187:17
228:25 255:8,19

**longer** 12:2 44:4
  121:5 162:5 217:3
**look** 54:19 72:12
  122:6 123:12
  141:17 145:5
  150:7 154:3
  158:23 162:21
  165:21 170:17
  173:20 177:10
  234:11 235:10,23
  243:14 265:20,24
**looked** 66:4 114:3
  116:3 222:17
**looking** 30:5 54:24
  61:3 170:20,22
  178:12 211:16
  235:20 240:4
**looks** 32:21 67:12
  72:14 122:7
  156:14 160:25
  161:4 165:23
  166:18 167:3
  231:13 241:6
  247:13 248:6
**lose** 24:6 236:10
**lost** 188:8
**lot** 33:11,11 41:21
  59:15 71:25,25
  72:4,5 79:21 90:5
  108:4 166:16
  169:14,14 190:21
  219:4,7,8 236:13
  258:3
**love** 119:22
**loved** 95:24
**loves** 272:18
**loving** 133:9,10,15
  133:18,22 134:9
  134:16,22
**lucky** 95:2

**luggage** 237:11
**luncheon** 82:13

**m**

**m** 9:12
**macdonough** 4:22
**mad** 198:21
**madison** 2:18
**mail** 85:12
**mailing** 119:18
**maintenance**
  95:12
**making** 38:10
  65:13 106:2
  122:15 204:9
  207:9 254:17
**man** 31:23 93:22
  93:23 94:8 197:21
**manage** 8:2
**managing** 151:21
**mancilla** 2:16,20
  97:19 121:5 154:7
  187:8 210:3,7,10
  214:2 215:6
  220:19 227:3
  228:11 232:8,12
  238:21 239:4,6,15
  239:17,20 241:22
  242:4,10,14
  243:13,24 246:22
  247:7,17,20,22
  253:14 261:19
  266:3,6 271:4
  272:2 274:5 276:5
**manipulate**
  260:22
**manner** 94:25
  220:6
**march** 181:4
  196:5
**mark** 74:13 88:12
  141:11,12 158:13

202:24 213:17
  227:5 228:13
  232:10 238:23
  242:14 246:24
**marked** 4:2 53:2,8
  61:8 74:15 88:15
  121:12 141:13
  158:14 170:4
  200:18,20 203:2,6
  213:17,19 215:2,4
  215:8 220:21,22
  227:4,9 228:14
  232:9,13 238:24
  242:13,16,23
  243:15,20,23
  244:12 245:12
  246:25 247:23,24
  253:16,20 265:25
**marriage** 278:12
**matrix** 80:15,25
**matter** 21:3 113:4
  167:5 196:18,21
  197:8,15,19
  203:12 235:18
  267:15 278:13
**matters** 142:24
  194:24 195:5
  196:25 197:2
  220:12
**mattress** 219:6
  234:23
**mattresses** 229:25
**meadow** 62:8,11
  74:5,8,12 263:23
**mean** 8:5 20:2
  28:13 37:7 65:2
  66:23,25 69:4
  80:24 82:24 85:18
  89:11 91:11 97:10
  99:24 100:4
  115:11 125:11

127:21 134:24
  141:10 147:21
  155:14 160:20
  162:19 164:9
  165:17 175:3
  183:14 184:23
  192:8 217:7 220:7
  222:24,25 225:14
  226:7,8 233:25
  234:11 235:11,13
  236:7 237:23
  240:21 241:6
  246:17,18 249:13
  249:17,22 254:21
  257:22 267:2,22
**meaning** 59:6
  201:18 205:25
  213:5
**means** 186:14
  223:19 234:2
**meant** 55:19 64:2
  117:24 138:21
  147:23 167:9
  221:12
**medical** 39:18
  41:17 74:10
**medication** 18:2,4
  18:9,11,12 19:14
  122:24 125:3,3
**medicine** 221:17
**medium** 94:11
  157:11
**meds** 63:7
**meet** 8:2 9:4,7,22
  10:19,23 11:14,16
  11:18,20 19:17
  22:6,11 25:13,15
  35:23,24 36:21,22
  37:17 38:6 41:16
  44:15,19,20,22
  45:6 62:7 81:19

92:13 99:4 108:25
109:8 112:10
114:17 115:2,5,7,9
128:17,24 137:5
137:19 138:8,11
139:11 142:8,13
155:4 172:20
178:21 189:15
252:22 253:11
**meeting**  11:23
14:12,18 15:10
17:9,13 18:15,16
21:25 22:8 63:6
63:12 89:3,5 90:5
90:14,18 91:8,22
92:8,20 93:7 94:3
94:20 99:7,12
112:22,25 114:14
114:18,24 115:10
117:14,19 118:6
118:12 120:8
138:18,23 139:7
139:17 142:10,17
142:18 143:16,21
143:22 145:14
178:25 179:4,8
182:8 205:18
206:10,13,20
252:8,22
**meetings**  10:25
14:10,23 16:11,17
16:20 17:24
109:11 151:4
155:7 190:4,23
191:3,11,18 253:9
**melissa**  1:8 2:12
177:6 195:16,19
199:19,23 208:10
208:19 209:2
**member**  17:7 48:8

**members**  14:7
17:4,9 21:5,14,17
29:6 62:8 138:18
139:5 252:8
256:25 273:25
**memorialize**
145:21
**memories**  70:25
93:16 94:10
**memory**  27:11
155:15
**mend**  99:13
**mental**  90:19,21
91:2,6 163:12
**mention**  123:22
**mentioned**  13:12
20:17 29:24 37:2
51:17 56:10 68:13
70:7 96:24 98:9
139:5 171:10
205:2 207:17
208:9
**mentioning**  241:8
**mentions**  134:24
**message**  26:5
27:14 31:2 34:20
34:24 35:5 73:21
111:4 144:3 153:4
166:5
**messages**  27:22,25
28:15,17 35:7,8
75:22 78:12,13
96:11 145:9
**met**  10:14 12:13
19:5 25:15 39:24
62:7 109:6 111:24
137:7,9,10 142:6
142:14 155:4
172:18,25 182:4,6
189:17,18 195:17
202:8 209:12,15

252:21 273:17
**michael**  2:6 4:13
64:6 247:7
**middle**  96:18
135:21 141:19
227:16
**mild**  92:21 93:3
**milwaukee**  2:5
**mind**  132:12 223:7
224:3 267:3
**mine**  217:16
**minimum**  267:5
**minor**  1:4
**minus**  12:5,18
233:14,22
**minute**  100:2
171:11 274:13
**minutes**  30:18
158:13 188:6
**miracles**  221:11
**misdemeanor**
203:13,23
**missing**  161:8,9
**mister**  38:4
**misunderstood**
244:9
**mixed**  175:2
**mold**  237:12
**molded**  237:11
**mom**  20:7,8 21:2
77:16,21 221:13
221:22 222:3,4
**mom's**  79:12
118:4
**moment**  20:17
90:7 101:9 241:4
267:24
**moments**  252:24
**monday**  10:14,23
11:23 12:14 14:10
74:3

**mondays**  21:25
**money**  56:17,18
56:24 57:14,20
67:2 79:12 88:6
94:19,19 97:23
171:4,9 176:23
193:4 235:6
257:16 259:8
262:4,6,7,9,22
263:4,5,17 264:3,6
264:16,22 265:7,7
265:9,21 267:19
**moneys**  57:5 66:7
66:8 73:8 178:5
**monitor**  168:14
**monitored**  230:12
**monitoring**  230:7
**month**  105:15,17
105:25 126:2,2,10
126:25 130:10,15
130:17 151:10
173:24 174:3
175:17,18 176:3,5
176:9 178:13
188:21 230:16
248:22,23
**month's**  230:19
**monthly**  125:25
126:4,23 127:11
**months**  16:9 49:8
77:10 119:16
122:21 150:13,20
152:4,18 158:8
196:7,7 230:15
**moon**  156:2
**moonlighting**
252:18
**morning**  4:10,11
30:20 236:15
250:8,17 273:4
274:21

**motel** 39:6,6 41:9
  41:16,25 43:23
  47:5 168:12,21
**motels** 61:2
  168:17
**mother** 11:9,18
  17:13,16,19,20,21
  19:22 20:3,12,15
  21:19 34:13 57:4
  57:6,11 258:20
  259:4
**mother's** 78:3
  80:15 162:10
  258:21,22 259:3
**mouth** 224:5
**move** 14:21
  131:16 156:16
  157:12 158:9
  219:21,23
**moved** 24:7 75:11
  85:20 257:11
**movies** 42:23
**moving** 66:4
  125:23 157:17
  207:6 248:11
  265:13
**multiple** 38:19
  58:24

**n**

**n** 4:5,5 7:23 9:12
  111:16 149:2
  257:3 276:2
**name** 4:13,21
  37:24 49:2 57:2
  110:4 111:14
  178:17 197:21,23
  198:3 202:7 205:2
  208:9 209:6,8,19
  233:8 257:5 279:3
  279:4

**named** 261:7
**names** 131:17
  198:6
**nancy** 177:16
**nasty** 206:2
**natural** 57:22
**nature** 69:12
  90:11 100:15
  106:18 173:12,13
  189:2
**near** 94:11 156:6
  156:11 188:6
**necessarily** 127:2
**necessary** 67:4
  90:7 92:15 102:10
  128:17,19 216:17
  256:10
**neck** 230:19
**need** 5:21 13:17
  37:9 44:4 97:19
  98:6 130:11
  139:22 142:5
  159:14 164:15,15
  187:15 216:7,19
  222:21 229:2
  250:4 251:6 261:4
**needed** 13:6 26:7
  26:15 32:9 34:6,7
  37:2,5,7,10,11
  43:16,21 56:13
  66:18 67:3 72:3
  84:12 86:3,10
  98:20 124:16,23
  126:6 128:24
  140:15,15 163:18
  169:13 171:22
  179:9 186:23
  216:14 237:4
  248:16 249:24
  255:16 256:15
  269:22 270:9

**needing** 102:17
  123:4 207:13
**needs** 66:20,22
  105:13 169:22
  241:8 254:23
  255:5
**neighborhood**
  265:16
**neither** 50:16
  91:19 125:19
  254:21
**nelson** 110:6
  256:24
**nerve** 222:9
**net** 227:23 245:18
**never** 8:23 17:12
  18:6 19:17 21:4
  27:7 32:8 34:20
  34:22 44:18 79:5
  90:3 105:17,24
  106:5 112:20
  130:19 132:22
  136:7,9 140:24
  174:19 183:22
  218:18 226:3
  250:3 259:6
  267:20
**new** 1:2,12,12,19
  2:13,13,18,18,23
  2:23 4:23 6:13
  9:19 24:7 25:21
  25:23 26:22,24
  37:23 39:22 40:18
  40:22 41:8 42:10
  43:4,12,19 45:24
  55:2,3,6,9 60:12
  63:16 68:10 83:8
  96:9,15 97:11
  100:19 117:3
  122:16 128:10
  130:23 142:9

**157:14 163:16**
  165:12,12 171:23
  171:25 190:13
  197:9 202:14
  203:18 204:11
  205:10 217:4
  218:15 237:17
  269:6,8 271:3,13
  278:5 279:2
**nice** 83:2 89:25
  93:5,6,17
**nicer** 152:17
**night** 29:21 30:21
  32:17 93:11 169:3
  200:7 226:16
  275:8
**nine** 214:3
**nineteen** 276:9
**ninety** 239:17
**noise** 169:17,21
**nonsense** 94:4
  95:7
**nora** 111:15 113:9
  113:12
**normal** 266:15
  267:12
**north** 25:21
**northwestern**
  198:9,13,21
  199:17,20
**nose** 225:4
**notary** 1:18 3:14
  4:6 275:17 278:4
  279:24
**note** 152:17 243:8
  249:2
**noted** 82:16
  275:11
**notice** 1:20 64:6
**notified** 206:16

**november**  73:23
74:3 84:18 85:2
85:11,14 86:23
**number**  7:4,9 9:16
42:16 43:7 44:17
47:2 53:4 70:2
77:20 99:4 104:22
104:25 105:5
131:17,19,23
132:5 144:15
154:7 158:23,24
164:19 167:25
170:15 174:10
176:4 200:16,23
214:10 220:10
232:25 242:25
249:13 267:20
**numbers**  64:7,14
64:17,19,22 65:2,2
65:3 91:17 110:20
165:18,19 168:15
168:15 223:25
225:16 226:11
234:3 248:18
257:24
**numerous**  186:10
**nursing**  98:2,7
**nyu**  99:6

**o**

**o**  4:5 9:12,12 38:2
111:3
**o'clock**  10:15 22:7
29:21
**object**  13:8 14:20
75:4 113:14
179:14 182:18
183:4 184:4 185:9
186:4 187:22
192:3,18 193:22
201:10,17 211:12
211:25 212:6,13

218:3,19 219:15
224:9,19,25
226:21 230:22
235:15 241:21
245:13 246:7,10
250:18 271:8
272:7 273:5
**objected**  192:3
**objection**  30:13
36:15 65:8 82:7
82:11 113:9 119:9
119:11 124:8,9
183:3,10 184:12
184:21 185:12
186:13,14 192:2
192:10 195:25
196:2 199:11
218:7 235:8 253:5
256:2 261:9
263:14 264:9,21
264:25 269:19,24
273:16 274:3
**objections**  3:9
186:7 268:16
**objects**  80:20,23
269:21
**obtaining**  129:10
**obviously**  56:22
70:9
**occasions**  15:6,7
22:2,4,5,12,25
**occur**  10:12 15:11
**occurred**  10:25
36:8 103:15
**october**  85:4 109:9
109:15,20 117:5,5
174:9 196:4
**odd**  67:12 237:6
**offer**  16:8 77:23
**offered**  274:24

**offering**  77:12,24
78:7,20
**office**  9:23 19:3
22:6 73:5 164:18
172:22,23 190:20
190:24 232:22
233:3 240:21
265:16
**officer**  8:19
**oftentimes**  22:8
252:20
**oh**  8:17 23:2 48:16
62:4 70:13 75:16
100:11 112:9
122:4 126:24
166:3,22 170:14
173:3 188:19
189:4 207:16
213:14 240:12
244:15 251:2
**okay**  11:18 15:3
16:4 21:10 37:4
47:25 55:11 56:6
56:10 61:15 62:18
63:23 75:9 76:8
78:12 82:8 85:10
103:11,15 106:6
109:18 117:17
118:25 127:12
130:7,20 132:14
135:20 141:3
145:6 148:11,20
154:6 155:8 157:7
159:22 161:3,12
165:14 166:3
168:25 172:7
175:8 176:2 181:6
188:5 197:4
201:15 205:9
208:21 210:7
214:12 228:9

229:13 231:5,18
232:16 243:9,16
244:3 245:16
249:2 270:7
**old**  6:4,5
**once**  40:14 43:18
78:19 85:20 95:18
120:3,14,18 139:9
237:9 258:19
**oncoming**  45:23
**ones**  63:8 200:18
270:7,8
**ongoing**  123:20
162:10 221:12
**open**  171:20
**openly**  149:8
**operate**  164:14
**operating**  126:4
**operation**  55:22
55:23 66:24
240:20
**operative**  8:18
**operatives**  8:2,6,9
**opinion**  173:15,18
260:14
**opinions**  160:18
**opportunity**  70:20
139:17 250:20
**opposed**  20:15
30:25 57:14,20
124:19 269:4
**options**  113:6
156:3
**orally**  181:17
**order**  61:5 70:3
87:23 121:18
158:23
**ordinary**  160:16
**organized**  227:25
**original**  161:15
166:4

ought  35:20
outcome  278:13
outpatient  156:6
  156:12 163:3
outside  96:9 102:8
  107:17 138:23
  156:19 168:16
  194:6,8,13 195:19
  196:12 197:25
  205:21 226:9
  252:23
outstanding  72:16
  220:5
overall  104:10,14
  105:15
overbilled  266:22
overpaid  173:10
  177:23 178:4
  195:13 201:7
overpayment
  173:8 245:9,18
overwhelming
  95:11

**p**

p  2:14 4:5
p.c.  1:8 2:12 209:3
p.m.  10:23 11:23
  12:15 21:25 82:13
  82:16 121:7,8
  158:17,18 188:10
  188:11 242:19,20
  243:11,12 274:14
  274:15 275:11
package  67:7 74:8
page  13:17 61:13
  61:19 74:20 84:20
  123:22 132:11,11
  132:15 135:3
  141:19 143:5
  145:2,4 148:19
  150:7 154:14,16

157:9 170:18,19
210:19,19 213:24
213:25 214:16
215:23 221:4,5
223:5 227:16,17
228:22 230:24
231:3,17 236:22
239:3,18,24
243:22 248:3,5
258:25 276:3,7
277:3 279:5
pages  239:4
paid  10:19,20
  14:16 56:14 57:13
  57:14,19 58:5,9,17
  61:25 66:16 72:18
  73:12,16 84:24
  85:6 107:16 108:5
  112:8 125:25
  126:14,20,25
  127:3,7,8 129:4
  140:15,16,18
  169:8,9 171:12
  175:9,15 176:23
  176:25 177:6
  219:11 224:16,21
  225:11,12,13,15
  226:3,11 229:14
  233:14 235:7
  238:10,19 240:16
  248:12 249:3
  254:13 259:19
  264:12 270:19
painting  93:24
pam  172:9,20
  173:20 174:2
  177:14 195:7
  201:3
pamela  1:8 172:13
  172:19 176:17
  177:9 198:8

papers  192:9
paragraph  55:5,6
  56:11 73:24 97:21
  124:14 125:23
  126:13 130:8,21
  131:14 139:24
  144:4 156:15
  157:8 159:12
  173:20 240:4
  245:7 248:9
  266:13
park  80:25 163:6
parked  168:16
  226:9
part  10:22 37:19
  50:6 52:4 80:8,10
  82:5 93:13 104:13
  104:14 107:19
  108:10 128:4
  132:13 153:6
  156:22 157:10
  175:23 229:18
  231:2,3 236:9
  251:19,20 266:20
participate  34:2
  112:25
participates
  122:25
particular  269:4
particularly  54:23
parties  3:4 186:11
  278:11
party  151:10
  201:13
pass  242:2
passed  34:13
  57:11 118:4
  258:20 259:4
patience  121:14
  138:4 170:7

patient  155:16,18
patrick  9:11,15,23
patrol  168:16
pay  16:24 58:15
  67:3,4 104:12,24
  105:2 140:13,21
  144:6 148:24
  149:7 153:12,15
  162:14 164:13
  165:16 171:7
  176:8 187:15
  189:24 193:14
  219:23 220:6
  223:22,22 225:22
  226:3,19,23 245:8
  266:14 267:12,19
  270:18 271:17
payee  87:16
  261:25
paying  58:16 66:7
  144:22 175:11
  177:4 217:5,7,9,10
  217:11 234:24,24
  245:11 271:6
payment  85:13
  126:23 127:11
  171:11 227:23,24
  233:15 238:7
  245:17 246:20
payments  126:16
  126:18 177:12
  219:17,25 220:3
  227:22 254:8
peace  77:12,23
  78:7,19
peggy  166:5,5
penalty  236:22
pending  5:25
penny  258:2
people  21:22
  30:20,21 52:8

61:2 100:7,8
161:13 168:18
187:5,11 222:20
222:23 224:23
225:22 226:3,19
**people's** 52:23
242:5
**percent** 30:11
48:25 167:23
**perfect** 49:4
**period** 12:24 14:2
14:4 17:2 20:11
21:24 23:17 24:9
25:5 27:6,10
29:10 119:19
124:22 125:4,10
125:13 128:8
130:2 135:12
152:3 168:11
169:2,23 177:2
218:13,16 219:5
225:24 244:20
246:15 249:9
254:20 261:23,24
262:2 268:15
**permit** 131:3
**person** 29:22 34:9
35:23,24 44:15
64:3,4 99:18
101:7,8 128:5,25
222:5 272:13,14
**personal** 152:19
217:17,18 219:13
241:19 270:21
271:21
**personally** 73:3
217:24 218:17
223:8
**pertinent** 70:14
90:7

**pessimistic** 89:25
**peterson** 177:16
**phone** 28:8,20
29:19,21 35:9
47:18 86:16 96:10
109:17 110:4
119:2,4 131:14,17
131:19 132:5
143:6,8,10,11,25
144:15 145:9
149:23 164:19,24
165:2 168:15,15
172:18 232:25
250:20,23,25
251:2,4 255:9,17
255:18 258:15
275:7
**phrased** 213:12
**physical** 102:15,17
**physically** 37:10
**physicians** 49:25
50:8,11,14,17,22
**pick** 22:10,10,11
206:3
**picked** 28:7 30:25
31:3 47:20 60:9
63:9,16 122:20
258:8
**picking** 74:12
**picture** 93:25
**pictures** 93:5,7
152:24
**piece** 27:24 78:3
258:22
**pile** 188:8
**pinto** 1:9,15 2:17
4:3,10,22,24 5:1
6:1,4 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1,13
15:14 16:1 17:1

18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1,25 29:1
29:23 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1,8,12,14 54:1
55:1 56:1 57:1,24
58:1 59:1 60:1
61:1,19 62:1 63:1
64:1 65:1,16 66:1
67:1 68:1,6 69:1
69:20 70:1,6 71:1
72:1 73:1,21 74:1
74:16 75:1,8 76:1
77:1 78:1 79:1
80:1 81:1 82:1,20
83:1 84:1 85:1
86:1,21 87:1 88:1
88:15,17 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1,24 100:1
101:1 102:1,19
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1,21
114:1,4,5 115:1,22
116:1 117:1 118:1
119:1 120:1 121:1
121:2,12,15 122:1
123:1 124:1 125:1
126:1 127:1 128:1

129:1 130:1 131:1
132:1,8,8 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1,14,16
141:17 142:1
143:1 144:1,19
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
153:22 154:1
155:1 156:1 157:1
158:1,15,19 159:1
159:3,9 160:1,23
161:1 162:1,3
163:1 164:1 165:1
165:20 166:1,5,5
167:1 168:1 169:1
170:1,4,6,17 171:1
171:14 172:1
173:1 174:1 175:1
176:1 177:1 178:1
178:9 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
186:9 187:1 188:1
188:12 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1,18
201:1 202:1,3,7
203:1,2,3,5,6,24
204:1 205:1 206:1
207:1 208:1,25
209:1 210:1,11
211:1 212:1 213:1
213:20 214:1,10
214:11,14,17
215:1,3,5,7,8,10
216:1 217:1 218:1

218:4 219:1 220:1
220:20,22,23,25
221:1,6 222:1
223:1 224:1 225:1
226:1 227:1,4,9,10
227:12 228:1,12
228:14,15,17
229:1 230:1 231:1
231:8 232:1,9,14
232:17 233:1,9
234:1 235:1 236:1
237:1 238:1,22,24
238:25 239:1,7
240:1 241:1 242:1
242:7,17,23 243:1
243:14 244:1
245:1 246:1,23,25
247:1,2,4,11,18,24
247:25 248:1,3
249:1 250:1 251:1
252:1 253:1,16,20
253:21 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1,5 262:1
263:1 264:1 265:1
265:25 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1,10,25
275:1,12 276:4,7
276:25 277:3,5,6,7
277:8,10,12,13,14
279:4,20
**pinto's** 177:12
242:22
**pissed** 71:14
**place** 1:17 15:19
41:10 87:23 92:9
95:9,10,13,17
113:12 120:9

124:5 180:13
188:23 193:16
236:14 237:11,12
237:19 268:13
**placed** 271:18
**plaintiffs** 1:5 2:4
4:14 202:11 204:9
242:6
**plan** 98:20 162:22
228:25
**plans** 106:24
163:2 167:8
212:19 226:14
**play** 49:17 71:4
142:4
**played** 58:24
100:22 105:3
**playing** 105:4
107:9
**pleasant** 152:22
**please** 5:20 6:6
56:15 74:14 82:18
88:13 99:10 104:2
115:13 130:9,22
158:13 165:25
223:6 224:3
245:25 247:6
254:5
**pleased** 192:24
**pleasure** 92:12
**pled** 202:13,17
203:12,22 204:9
**plenty** 187:3
**plus** 12:17,18 14:3
20:11 233:13
**pocket** 169:8
225:18,22 226:12
230:9 235:7
240:17 265:8
**point** 41:21 45:24
46:5 47:16 58:7

59:23 67:18 73:15
75:6 85:8 103:21
104:10 105:10
106:3,8,17 107:6
107:12 109:7
110:3,23 111:13
111:24 117:15
119:21 120:21
134:17 140:20
168:4 174:6 177:5
181:20 202:12
207:17 217:6,20
222:11 224:6
246:19 255:21
257:14,15 259:17
262:20,21,24
271:12 272:5
**police** 256:9,12
**portions** 120:14
258:23
**position** 59:12
60:5 85:23 88:10
98:8,11 131:8
151:20 217:23
224:22 257:7,8
**positive** 233:21
**possession** 79:6,8
79:21 81:8,9
199:6 201:22
270:6
**possessions** 119:15
269:13
**possible** 5:10
94:16 130:22
188:25
**possibly** 151:25
180:24 248:10
**post** 73:4 100:17
113:6
**potential** 131:15

**power** 49:20
**predetermined**
68:16
**prefer** 5:22 56:13
57:12,18
**preferably** 110:5
**preferred** 51:14
51:16,20,23 57:13
114:16
**pregnant** 123:23
124:7
**preparation** 53:15
115:25
**prepare** 229:12
231:23
**prepared** 177:8,9
231:22,25
**prescribed** 19:14
**presence** 194:8,13
195:19 196:12
197:25
**present** 76:19 78:5
137:19,23 138:8
138:13 155:6
**presented** 92:22
117:14
**presentence**
202:25 276:24
**president** 7:19,20
7:25 8:13,21
**pressure** 40:10,11
**pretend** 216:19
**pretty** 19:7 67:12
95:19 123:7
127:16 149:22
155:4 210:12
**prevent** 95:5
241:10
**prevented** 234:13
256:5

**preventing** 20:4
**previous** 208:4
**primarily** 150:22
**principal** 43:2
  140:6
**prior** 14:12 38:10
  76:14 99:14 104:5
  106:11 130:10
  133:3 135:14
  150:19 152:3
  161:2 212:16
  220:12 241:17
  245:10 252:21
  258:23 267:25
  268:14
**private** 7:17 9:8
  9:10
**privately** 105:16
**privilege** 113:16
  179:24 194:3
**pro** 2:8
**probably** 15:13
  23:2 29:20 30:17
  126:12 131:12
  135:19 142:19
  146:23 149:23
  153:23 174:13
  190:17 213:14
  233:5
**probate** 188:14,17
  189:21 196:21
  197:14,19
**problem** 43:16
  81:7 82:23 85:5
  126:17,18,19
  138:5 155:18
  183:21
**problems** 9:17,18
  33:11 63:25 64:4
  90:21 91:2 150:10

**procedure** 1:20
**proceeding** 190:9
  202:15 203:19
  204:3,12
**proceedings**
  188:14,18 189:10
  189:16,19,21
  192:17 260:5
**process** 22:9 47:19
  60:3 123:6 150:12
**produced** 64:9
  65:9,11 200:10,15
  200:16,21,23
  204:6 215:3
  220:20 232:9
  246:23 247:18
  253:16
**product** 180:6
**production** 64:13
  214:11
**professional** 26:17
  28:18 33:7,22
  51:12 127:20,24
**program** 156:7,19
**programs** 163:3
**progress** 120:5
  148:7 155:23
  171:20
**projected** 65:18
**projections** 65:24
**promising** 155:25
**prompt** 82:21
**prompted** 244:6
**proper** 155:11
**property** 46:25
  79:13,16,20
  219:22
**proposal** 109:15
**propose** 126:2
  229:4

**proposing** 120:8
**protect** 140:24
**protected** 191:11
**protection** 29:19
  139:19
**provide** 43:17
  57:5 59:17,17
  72:2,8 91:23
  110:19,23 111:8
  111:11 131:16
  156:4 162:12
  189:9 228:4
  256:17
**provided** 10:6
  21:11 40:13 105:3
  162:6 174:7,17
  222:6 244:15
  255:7
**providing** 174:15
  174:19,24 176:10
  221:19
**psychiatric** 47:13
  47:15 48:17,24
  112:11 163:12
**psychiatrist** 18:18
  19:18
**psychiatrists**
  18:16
**psychosis** 90:10
**psychotic** 47:11
  90:9
**public** 1:18 3:14
  4:7 275:17 278:4
  279:24
**purchase** 263:7
**purpose** 142:16
  274:2
**pursuant** 1:19
**push** 129:10,14
  168:8

**put** 12:12 40:10,11
  59:11 62:19 126:3
  158:21 165:17
  176:5 196:3 224:4
  224:20,22 230:16
  235:2,17 257:7
  263:8,11,16 264:3
  264:7 265:7,10
  270:9,12 271:14
**puts** 82:5 216:21
**putting** 224:2
  270:7

**q**

**qualified** 136:19
**question** 3:10 5:9
  5:13,19,24,24
  24:10 27:2 43:6
  50:20 69:23 72:21
  72:22 82:18 100:3
  108:8,9,9 113:21
  113:22 118:10
  137:24 138:10
  153:23 170:25
  175:2 177:22
  183:16 184:9,25
  185:4,17 186:15
  191:5,15,19 192:7
  192:11 213:12
  218:8,20 224:10
  225:21 252:14
**questioning**
  173:11
**questions** 5:13
  52:17 91:13 114:5
  132:13 155:3
  191:10 200:5
  201:11 202:10
  209:4 210:6,12
  265:19 274:11,18
**quickly** 120:24
  231:15

**quit** 275:8
**quite** 56:2 77:8
  87:11 111:24
  245:14

**r**

**r** 111:3,16 257:3
**raging** 89:11
**raised** 118:16
  185:3 191:7
**raising** 119:5
**range** 126:4
**ranging** 89:12
**raphan** 1:8 2:12
  209:3
**rare** 164:24
**rarely** 108:6
**rate** 125:23,25
  126:2 164:16
  167:8,9,12 229:2,6
  229:7,8,8 240:7
  248:11,16,19,23
  249:9,12 251:19
  251:20,21,23
  254:4,11,12
  266:23 267:3
**reach** 35:17 37:11
  142:23 143:3,5,8,9
  182:15 233:15
**reached** 208:7
  240:6
**reaction** 82:3,5
**read** 10:9 31:24,25
  36:2,4 38:21,23
  66:12,14 82:18,19
  104:19,20,21
  132:9 136:24
  138:2,6 154:4,5
  161:6 185:15
  186:24,25 187:9
  187:15 241:2,4
  272:25

**reading** 70:23
  82:4 94:22 99:21
  123:11 187:18
  234:2
**reads** 159:8
**ready** 77:8 119:24
  143:22 247:8
**realize** 27:23
  170:23 174:21
**realized** 46:5
**really** 43:5 44:25
  45:17 59:11 61:16
  67:12 77:25 85:8
  107:18 114:3
  119:3 120:11
  132:22 144:2
  147:10 164:11
  172:25 179:10
  181:25 189:25
  199:14 209:20
  221:20 232:3
  238:12 245:14
  246:18 255:5
  260:15,16
**reason** 36:25
  51:14,16 76:16
  115:14 136:20
  151:11 166:23
  180:2 279:5
**reasonable** 144:13
  156:21 157:3
**reasons** 86:7
**recall** 9:14 11:4
  12:23 24:21 28:2
  28:3,10 31:20
  48:19 49:4 54:16
  54:22 55:8,11,19
  62:3 67:19 75:14
  79:9 80:13 84:22
  87:7,21 88:22,24
  89:23 107:18,24

108:10,23 109:24
  115:19,23 120:7
  120:11,12 129:3
  129:13 133:6
  141:7 142:11
  144:16 146:16,23
  149:25 153:24
  156:8 159:16,24
  162:16 166:20
  171:8 174:5
  176:22 184:17,18
  186:2,12 188:16
  189:7,14 190:11
  190:18 191:2
  193:19 194:11
  195:10 197:10,20
  198:10 207:9
  209:24 212:11
  217:6 219:2 242:7
  246:8 250:25
  254:11 255:22
  257:15 269:14,22
  270:10 271:5,25
  272:8 273:3,6
**receipt** 219:24
  220:2
**receipts** 173:12
  226:25 227:2
**receive** 6:18,25
  49:9 67:7 111:6
  119:24 120:13
  160:6 164:8 187:2
**received** 7:2 45:8
  72:16 107:8 144:3
  145:9 149:13
  152:17,19 159:16
  167:6 184:15
  186:19,21 187:3,4
  187:6 214:22
  246:19,21 273:10

**receiving** 122:13
  231:12
**recess** 82:14 121:7
  158:17 188:10
  242:19 243:11
  274:14
**recipient** 170:24
  186:10
**recognize** 203:7
  213:22 214:13
  215:10 231:6
**recollection** 17:12
  52:23 56:7 65:20
  75:2 83:5 85:15
  92:7 108:2 130:14
  150:17 166:12
  199:7 232:6,18
  241:5,25 244:4
**recommending**
  126:22
**reconsider** 156:3
**record** 4:21 10:9
  31:25 36:4 38:23
  53:5 65:14,15
  66:14 82:19
  130:11 185:15
  188:9 203:20
  204:5 243:8
  252:11 274:13
  278:8
**records** 67:8,14
  68:5 74:8,10
  126:5,14 203:16
  245:17,24 246:9
  246:11
**recovery** 145:23
**redact** 242:25
  243:5
**reduce** 124:17
  130:9

**reduced** 124:14
125:8 167:17,25
176:4 254:4,12
**refer** 65:18 84:19
159:12
**reference** 92:18
**referring** 55:23
69:6,9 70:19,21,23
87:2 99:8,15
102:16,21 153:3
210:18 214:9
245:11
**refers** 244:8
**reflect** 92:19
**reflected** 167:18
203:23
**refresh** 56:7 85:15
92:7 130:14 199:7
232:5,18 241:24
244:4
**refreshes** 241:5
**refreshing** 52:23
**refuse** 149:8
**refused** 25:19
56:25 207:3,18
**refusing** 33:20
**regard** 49:10
61:25 128:4
**regarding** 153:5
212:18
**regardless** 91:24
225:12
**regards** 66:2
89:14 183:11
194:15,16 246:12
**regret** 135:20
**regular** 109:11
142:5 144:7,9
151:14
**regularly** 148:22
149:22 223:22

**reimbursed** 172:5
218:18 238:16
271:5,6
**reimbursement**
217:19,25
**relate** 23:6
**related** 68:2
194:18,21 229:3
278:10
**relating** 190:4
**relation** 243:19
**relationship** 11:7
11:8,9,24 12:15
14:25 16:7 17:16
17:19 21:2,7
26:16,17 29:3,7
33:6,7,8,22 34:10
41:12,13 51:12,13
58:23 77:13 96:6
99:16 106:22
107:3 127:17
134:25 140:3
146:19,20 147:17
174:22 222:2
236:19
**relationships** 23:9
94:5 99:23
**relative** 254:18
**relatively** 250:14
**relay** 135:18
**relaying** 78:13
**release** 155:17
**released** 51:6
112:5 155:5,16
260:19 264:14
**releasing** 155:10
**relevant** 135:16
**relocated** 37:23
**remain** 127:23
**remaining** 97:24

**remember** 8:17
12:4 20:2 23:2,22
24:5 28:13 29:16
31:16 36:7,17
39:2,10 40:2 44:2
44:10 54:11,18
56:3 67:12,13,16
67:23 71:10 73:14
75:12,16,24 76:3
77:5 78:17,25
85:4,9,17 87:22
89:24 91:8 93:2
97:9,14 104:8
106:13,21,21
107:14 108:14
109:3,6 111:23
115:6 117:11,12
118:21,25 119:3,6
119:19,24 120:2
121:25 124:12,20
126:11 127:10,11
129:21,23,24
130:4,6 132:3
137:10 142:17
143:7,9 144:2
146:18 147:8,11
147:14 149:21
150:2 154:24
160:7 164:4,5,8,9
164:20,22,23
172:18,25 173:2
173:17 174:4
176:14 177:19
178:14 179:11,12
180:10,12,13,21
181:10,25 185:21
185:23 188:2
190:19 193:8,10
197:12,16,21
198:4 209:20
226:8 231:12,24

232:3 234:3 237:7
238:9,12,19,20
240:25 246:18
248:20,21,22,25
250:12 257:5
263:22 271:9,10
271:11,24 272:10
**remembered**
198:2 217:21
**remind** 5:8 224:5
**reminded** 236:16
**reminding** 207:13
**remove** 206:21
**removed** 255:22
255:23
**renata** 11:20
66:10 140:7 149:5
**rent** 87:16 261:25
**rental** 237:18
238:19
**rented** 236:25,25
**renting** 270:15
**renzulli** 111:15,17
111:18 112:10,15
112:23 113:2,10
113:17 257:2
**repairing** 77:13
**repeat** 10:7 185:5
185:8
**repeatedly** 142:23
**rephrase** 26:25
137:24
**reply** 136:24
161:15,16
**report** 202:25
276:24
**reporter** 1:18 5:11
202:24 274:20
**reporting** 279:2
**reports** 61:2

**represent** 4:14 83:16,21 209:2 233:7 244:13
**representation** 83:23,24
**representative** 112:2
**represented** 83:10
**representing** 85:13 196:9
**represents** 202:9
**request** 20:6 47:22 67:9 141:25 151:12 242:6
**requested** 44:17 73:9 104:4 142:18 151:4,18 175:23 272:8
**requesting** 130:19 173:12
**requests** 61:22
**requires** 95:11 171:23 185:10 186:3,25
**reservation** 201:11
**reserve** 65:8 200:3
**reserved** 3:10 142:9
**resided** 51:15
**residence** 69:9
**residing** 9:19
**resolve** 177:21,24
**resolved** 123:16 123:21 178:2
**respect** 70:16 272:24 274:19,22 274:23,23
**respective** 3:4
**respond** 32:2 96:20 115:16

117:18 141:25 145:6 201:25 208:8 255:15 256:12
**responded** 45:18 85:10 159:18 228:9 246:8
**responding** 115:19 116:11 161:2
**responds** 62:24
**response** 30:15 67:9 87:6 141:7 155:17 159:4 169:20 240:23,24
**responsibility** 254:21
**responsive** 65:12
**rest** 97:25 191:22
**restrained** 48:15
**restraining** 17:22
**result** 182:14
**retain** 84:2 181:11 182:15 197:5
**retained** 10:16,18 178:10,12,20,24 187:19
**retainer** 159:15,16 160:6,8
**retaining** 179:5 181:9,22 182:16
**retrieve** 29:12 56:8 160:2
**retrieving** 119:15
**return** 55:6 156:4 178:5 236:22,23
**returned** 41:8 43:4,19 55:2,3 69:25 165:10
**returning** 39:21 82:21

**review** 53:14,23 54:9,13 231:14 254:5
**reviewed** 53:18 54:17 84:16 200:4
**reviewing** 115:24 234:8
**revise** 166:13
**revised** 165:24 166:8,19,20 167:5 231:20 233:12,15
**rewarding** 122:11 122:11
**richmond** 190:13 197:9
**ride** 41:6
**right** 10:24 12:7 12:16,20 13:14 32:25 37:3,6 40:19 43:9 46:25 54:21 62:2,15,17 63:19,22 68:12,20 68:22 76:18 82:5 89:7 92:10,11 99:21 102:4,4,5,5 104:14 112:19 113:25 122:6 131:25 132:24 137:10,20,22 138:9 141:3 145:3 146:7 148:9 149:11 150:21 161:11,22 168:18 171:16 176:19,20 177:13 178:16 181:23,24 182:3 194:25 200:3 202:2,2 207:24 210:22 214:20 216:21 221:7 224:17 227:14

228:8,19 231:8,25 234:3 236:4 239:22,23,25 244:10,11,15 245:6 246:2 247:15 248:7 249:12 252:2 256:19 257:17 263:13 266:11,12 268:22 275:9
**rings** 77:15,18,22 78:4,5,21 197:23
**ripped** 258:25
**risky** 168:24
**road** 57:5
**rob** 262:16
**robert** 2:19 170:13
**role** 7:24 13:3 41:17 49:17 100:23 107:9 111:25 114:3 133:11 140:22 142:4 152:2
**roles** 58:25
**roof** 60:4
**room** 39:11 45:16 45:21 47:5 69:25 102:6 169:2 172:24 206:3,7,12 206:20,24 219:5 226:10 270:15
**roth** 257:25
**rough** 41:6
**route** 45:24
**rows** 227:24
**rules** 1:19 5:7,25
**run** 42:12 106:5 164:16 229:2,6
**running** 234:14
**russo** 197:22,25

**s**

**s** 4:5 38:2 149:2
  276:6 277:2 279:5
**safe** 41:22,22
  43:20,24 59:19,24
  162:24 163:18
**safeguard** 259:5
  262:10
**safeguarded** 47:3
  263:10
**safely** 171:24
**saint** 6:8,12
**salzman** 1:8 2:22
  184:19 185:19
  186:18 193:20
  194:7,13 195:2
  197:25 202:9
**salzman's** 172:23
  190:24
**san** 2:9
**sand** 99:21,22
  100:5 116:19
  135:13 151:12
**sarah** 1:3 209:7,23
**sat** 100:11,12
**satisfaction**
  177:22
**satisfied** 81:11
**satisfies** 86:12
**saturday** 99:5
  108:25 109:4
  114:18 115:2
  117:5 142:10
  143:2
**save** 28:15
**savvy** 166:15
**saw** 13:6 15:5 27:7
  47:7 60:23,24
  76:7,12,17,19
  146:4 171:6
  177:19,20

**saying** 50:18 53:6
  85:2 86:5 92:2,21
  95:4,4 102:19
  122:10 138:2,7
  167:6,25 181:19
  229:10 230:11
  267:18 273:6
**says** 55:6 59:13
  153:2 177:11
  227:20 228:7
  246:14 269:5
**scene** 46:4
**schaalman** 2:6 4:9
  4:13 13:11 53:11
  53:13 64:8,10,15
  64:18,24 65:5,10
  65:15 70:17 74:13
  74:19 82:8,17
  88:12,19 113:13
  113:20 119:10
  120:20 121:6,9
  141:11 144:21
  154:8 158:12
  170:16 179:16,23
  184:7 188:5 200:2
  201:15,20,23
  211:12,25 212:6
  212:13 213:23
  214:4 218:3,6,19
  219:15 224:9,19
  224:25 225:3,7
  226:21 227:7
  230:22 235:8,15
  239:3,5,8,16,18
  241:21 242:2,8,12
  243:22 244:2,23
  245:2,13 246:7,10
  247:5,9,19,21
  250:18 253:5,19
  256:2 257:3 259:9
  260:8,12,24 261:9

263:14 264:9,21
  264:25 269:19,24
  271:8 272:7 273:5
  273:16 274:3,7,12
  274:16 276:4
**schedule** 30:18
  121:3 177:11
  269:9
**scheduled** 73:25
**scheme** 183:12,15
**scholarship** 6:9
**school** 6:7 7:3
**schulman** 1:17
  278:4,18
**schwartz** 177:6
  208:10,19
**schwartzberg**
  2:21
**scrambling** 63:2
**se** 2:8
**sealing** 3:5
**search** 200:9
**searching** 200:13
**season** 188:20
**secaucus** 48:23,25
  49:7,13 51:6
  52:12 55:13 56:2
  62:13,14,16
**second** 35:12 40:3
  56:11 61:13,18
  62:6 69:16 73:4
  73:24 120:7
  124:13 130:21
  132:11,15 137:11
  137:13,16 143:5
  154:14,16 157:9
  159:12 170:18,19
  234:16 247:5
  248:5 266:13
**seconds** 26:5
  27:14 35:3 69:22

**security** 7:5,6 8:8
  86:25 89:19 94:9
  102:8,9 168:13,14
  169:8,13 206:2,17
  206:17 207:5
  226:9 242:22,25
  252:16
**see** 15:15,15 26:3
  34:23 39:14 51:21
  51:24 55:15 61:12
  74:22 75:24 76:16
  77:8 81:24 83:4
  86:3,10,11 97:11
  100:25 101:2,13
  101:15 109:25
  118:25 125:14
  126:24 131:11,24
  135:22 137:3
  145:22,24 148:3
  162:20 166:17
  174:7 180:14
  215:23,25 216:8
  222:18 228:2,6
  230:20 233:17,23
  233:24 241:5
  244:14 245:18,20
  248:13 253:4,10
  254:24,25 269:6
  272:4,9,11
**seeing** 75:25 76:6
  76:12 143:17
  153:24
**seek** 13:6 25:19
  111:5 217:19
**seen** 28:18 95:16
  156:25 157:4,5
  158:4,10,11
  172:11 177:19
  209:23 258:23
**self** 221:18

**send**  29:2,4,5 73:2
  74:9 77:11 104:3
  104:6 119:23
  211:8 268:2,3
**sending**  68:2
  78:12 84:20 85:3
  155:9
**sends**  78:4 133:14
  135:3 141:24
  175:17
**sense**  13:18 36:12
  90:12,17,25
  103:25 109:10
  142:20 161:5
**senseless**  42:10
**sent**  25:14 57:4,6
  68:7 73:3 77:14
  77:22 78:19,21
  84:25,25 88:20
  126:20 128:10
  166:18,20,24
  176:18 177:14
  200:6 201:3
  210:21 232:2
  241:17,18 242:6
  244:5
**sentence**  62:6
  159:8 236:21
**sentiment**  133:21
**separate**  19:20
  21:8,10 227:22
**separately**  251:18
**september**  68:9
  72:20 75:10 84:21
  85:3 88:21 92:5
  101:12,16,16
  104:16 106:11
  107:7,21 108:16
  114:13 116:6
  118:8 121:20
  129:7,8 130:8,17

**131:24 132:23**
  133:3,13 134:2
  135:4 141:23
  142:6,14 144:17
  145:7 148:18
  150:18 154:10,11
  158:7 266:10
  268:23
**serves**  155:15
**service**  104:2
  169:16 231:20
  232:19 233:9,12
  235:4,4
**services**  9:14
  14:14,17 43:18
  67:3 105:15 149:7
  149:10 163:13
  167:13 174:15,18
  174:19,24 175:9
  176:9 189:10,12
  221:18 232:13
  277:9
**session**  5:9 82:15
**set**  15:18 87:17
  92:24 137:2
  143:15 169:2
  175:21 219:5,6
  262:3 278:7,14
**sets**  269:25 270:2
**seven**  169:5 214:3
**seventeen**  266:2
**severely**  237:14,15
**sexually**  124:2
**shape**  38:16 40:12
**share**  28:17 116:9
  116:17 173:4,25
  177:17 235:24
**shared**  146:4
**she'd**  16:18
**sheet**  279:2

**ship**  141:22
**shirkey**  18:20,25
  19:2
**shocking**  82:11
  132:21
**shook**  4:12
**shopping**  42:21
  250:2 264:15
**shore**  74:2
**short**  125:4,10
  162:11 255:14
  261:23,24 262:2
**shorthand**  1:18
**shortly**  31:18
  131:2
**shot**  169:7
**shoulder**  222:7
**show**  53:3 93:5,7
  106:5 126:14
  156:19 183:23
  215:2 228:11
  232:8 238:21
  241:24 245:17
  247:17 253:15
  265:3,8
**showed**  53:25
  54:10 144:25
**showing**  115:25
  203:5
**shown**  171:20
**shut**  55:21
**sick**  64:3,4,5
**side**  100:9,13
  171:6
**sign**  183:24 252:15
**signature**  278:17
**signed**  3:13,15
  128:22 176:13,13
  184:5
**signing**  104:8

**silent**  116:8
**simple**  5:25
  117:23 119:6
**simpler**  73:18
  254:15
**simply**  111:5
  164:13
**single**  201:12
  227:21
**sir**  104:21 134:12
  170:20
**sirens**  169:16
**sister**  75:25 98:25
  131:24 133:10
  142:3 193:5 195:9
  269:6
**sit**  27:23 102:7
  190:23
**sitting**  88:3 221:20
  222:8,9,11,13,21
  223:2
**situation**  86:8
  102:24 103:6
**situations**  59:15
**six**  196:7 214:2
  248:4,5
**sixty**  247:19 248:5
**sleep**  168:13
**slept**  93:11
**slow**  124:23
**slowly**  85:6 207:6
  207:10
**small**  80:16 156:5
**smart**  93:22,23
**smarter**  20:24
**smile**  71:3
**social**  11:9 13:25
  19:18 86:25 89:18
  91:20 100:13
  110:5 112:4
  117:12 122:25

205:20,22 206:6
206:10,11,12,17
242:22,25 252:9
252:21 253:12
257:4
**sole**  133:4 137:2
146:6
**solving**  117:22
**somebody**  37:10
37:20 42:3,13
45:10 168:22
169:24
**someday**  98:6
**someplace**  52:3
**somewhat**  171:20
**son**  93:10
**soon**  28:7 35:14
98:4 119:23 171:7
216:7
**sorry**  48:12
119:10 129:17
138:21 141:17
143:20 148:21
154:19 194:6
214:7 228:23
229:9 231:4
232:12 242:5
269:11 274:9
**sort**  5:8 43:22
47:12 50:20 66:19
74:4 75:11 76:15
174:22
**sound**  31:22
**sounds**  6:3 127:15
127:19 198:3
**source**  66:6
123:25
**sourced**  220:16
**south**  51:7 52:5,11
74:2 111:23
112:16,23 251:3

252:20 263:24
**spadafora**  2:21
**speak**  5:15 27:15
30:20,21 69:11
96:10 100:18
117:6 125:15,16
131:6 134:3,10
143:11 148:3
164:25 192:19,19
195:7 251:9,11,13
251:15 255:3,17
**speaking**  25:8,10
144:16 148:15
164:7 207:11
**speaks**  97:5
**special**  174:21
**specific**  43:18 75:2
108:2
**specifically**  189:18
191:15 210:18
212:21 218:13
**speculating**
263:20
**speculation**  95:4
**spell**  7:22
**spelling**  18:23
**spend**  105:12
167:7,9,12 267:13
267:15
**spending**  94:19,19
97:23
**spent**  122:20
158:5 167:19
223:8 249:13
266:24 267:4,7
**spoke**  11:12 31:18
32:6 33:24 35:22
59:2 98:12 106:22
106:23,23 107:2,3
108:6 109:16
115:3 116:22

147:11 149:22,24
154:23 164:9,23
167:14 257:6,9
258:7 260:3
272:15
**spoken**  32:12
146:12 157:5
158:11 164:3
172:15,17 236:3
**sporting**  22:16,18
**sports**  22:22
**spreadsheet**  62:20
177:8 195:12
227:21 231:20,24
231:25 232:5,19
233:12 239:12,13
**spreadsheets**
232:2 235:5
**sr**  203:2 276:25
**ssd**  265:12
**ssdi**  86:24 87:8
**st**  1:6
**staff**  49:19 62:8
63:6 89:18 91:25
252:8 256:8,25
**stalking**  60:16,20
60:22
**stands**  28:4
**start**  8:11 34:10
61:13,13 71:4
73:8 78:7,15
114:10 122:10
125:25 126:10
132:18 138:3
140:21 171:25
**started**  8:14 16:6
40:15 71:3 75:15
90:14,18,22 96:25
127:10 130:25
134:6,10 136:22
151:13 152:7,8

168:8 193:18
**starting**  70:24
126:9 129:18
132:11 135:13
141:19 159:3
**starts**  61:14 135:5
139:25 141:25
154:14,15 268:8
**state**  1:19 4:20
68:10,21 223:6
237:16 244:23
278:5
**statement**  122:14
**staten**  51:8 68:14
68:16 74:2,5 77:3
77:4
**states**  1:2 222:19
245:7,16
**stating**  201:6
**stay**  25:17 41:25
98:2 101:19
111:23
**stayed**  41:10 220:8
**staying**  168:12
**steal**  262:23
**stealing**  193:4,13
195:9 257:16
258:9 259:8,13
**step**  41:24 77:13
86:18 125:5
**stepped**  45:23
**sticker**  53:3
**stipulated**  3:3,8,12
**stipulations**  1:20
3:2
**stolen**  193:21
194:9 195:23
**stop**  14:24 66:17
174:19 205:19
206:16 251:7
254:14

**stopped**  14:24
   100:24 140:22
   174:24
**stopping**  120:21
**storage**  81:10
   269:22 270:9,13
   270:15 271:14,18
**stored**  270:23,25
**stores**  219:8
**story**  27:25 59:21
   60:17 97:2 121:24
   183:20
**street**  2:4 4:22
   19:4 73:6 208:5
   226:15
**stressful**  92:15,18
   92:23
**stretch**  170:6
**stricter**  156:3
**strike**  202:16
**string**  61:14,18
   114:12 132:9
   160:25 161:16
**strong**  129:10
**struck**  46:2 222:8
**stuff**  47:4,4 79:22
   81:9 112:4 118:3
   118:24 119:17,18
   120:17 135:16
   153:20 166:11
   187:10 190:21
   207:13 234:15,25
   235:2 237:4
   260:18 269:15
**subject**  55:15
   86:24 113:4
   114:14 118:5,6,12
   141:24 159:7
   165:24 166:8
   167:4 173:8
   187:25 191:2

231:15
**subscribed**  275:14
   279:21
**subsequent**  182:10
**substance**  116:21
   173:5 181:25
   191:10,16
**suburban**  237:2,2
   237:13
**succeed**  156:17
   157:14
**success**  142:24
**suffered**  91:5
**sufficient**  221:18
**suggest**  79:23,25
   183:14
**suggested**  41:18
   80:3,5
**suggesting**  13:5
   41:19
**suggestion**  40:13
   125:8 156:22
**suggests**  159:9
**suitcases**  47:2
**suite**  2:4
**summarizing**
   123:7
**superceded**  51:12
**supervise**  157:24
**supervision**
   155:11 157:12
**supplied**  254:3
**support**  71:21
   72:2 156:15 222:7
**supportive**  71:22
   145:12
**supposed**  140:13
   219:20 222:24
   237:15
**sure**  4:18 5:16,18
   9:17 12:10 14:22

16:13,16 18:17
   22:3 23:24 29:11
   29:18 30:8,11,24
   35:10 42:5,21
   43:7 44:3 48:25
   49:3,12,14 51:4
   52:11,21,25 53:17
   53:22 54:7,24
   56:2,5 57:9,16
   58:12 61:9,17
   62:10,23 65:6
   67:5 69:13 70:4
   70:18 75:20,20
   76:2,21 78:14
   80:12,21 81:23
   82:2 84:5,5 86:14
   87:6,9,11,13 88:23
   90:20,23 91:15
   92:6 94:17 98:15
   99:9 100:5 103:17
   103:23 105:9
   107:3,23 111:19
   113:3 114:7
   116:20 117:25
   118:15 121:24
   127:5 128:13
   130:19 137:25
   138:16 140:14
   141:6 145:17
   149:14,19 150:8
   155:4 156:10,13
   158:2 160:8,15
   161:19 162:15,19
   163:19 164:5
   166:2,2,14 171:2
   172:6 173:13
   180:15,19,21
   182:13 184:7
   185:7 186:16,20
   188:7 190:14
   193:6 195:21

196:4,16 200:11
   204:19,25 207:2
   208:15 209:5
   211:21,24 216:12
   216:25 220:18
   225:20 226:4,8,17
   231:9 235:9,13
   236:25 241:14
   244:7 245:14
   249:7 252:3 256:6
   264:8,10 271:16
   272:6
**surely**  95:19
**surpassed**  26:17
   26:20
**surrounding**
   124:21
**surveillance**  8:7
   38:9,15,18,25
   204:18,24
**surveilled**  39:8
**survived**  268:18
**sustain**  157:14
   162:11
**sustainable**  167:7
   167:12
**suv**  80:16 237:2
**sworn**  3:15 4:6
   275:14 278:7
   279:21
**sympathetic**  89:13
**system**  198:14

| t |
| --- |

**t**  4:5 38:2 149:2
   276:6 277:2
**tablet**  63:11
**tail**  236:5
**take**  5:23 7:7
   12:20 30:6 39:18
   42:21 48:14 50:25
   69:16,21 77:12

82:8 83:25 90:13
97:17 128:8
133:10 136:19
137:21 140:14,23
140:23 158:12
169:9 188:5
221:17 222:16
223:3 225:23
236:11,11 241:4
243:14 255:19
261:11 264:22
265:20,24 267:18
274:12
**taken**  1:17 5:10
47:13,14 82:14
105:6 121:7
158:17 188:10
225:13 242:19
243:11 269:13
274:14
**talk**  15:18 20:8
32:21 37:11 95:6
95:24 98:5 119:16
122:23 134:6
135:23 137:4
143:14 148:16
149:17,20 159:20
161:17 164:18
167:11 181:9
191:15 192:21
207:7 249:12
252:23 255:2,8
256:10 259:25
260:15,20,21
**talked**  11:3,4 77:9
79:17 104:17
121:20 147:16
157:18 170:21
171:5 189:3
192:16 194:17
207:24 208:4

**talking**  7:10 12:14
13:10 24:9 28:22
35:7 53:7 60:11
63:14 70:11,15,17
84:6 90:22 113:9
114:22 126:22
130:2 135:11
146:8 154:24
179:25 195:4
205:25 218:21
229:11 266:16
267:23 269:15,16
**talks**  94:9
**target**  130:24
**team**  62:7 155:10
155:17 221:11,19
268:18 273:18,19
273:20,25
**team's**  273:21
**techie**  166:14
**teddy**  93:10 94:4
94:10
**teenage**  91:6
**teeth**  32:7
**telephone**  2:9 30:7
35:22 36:6 91:17
98:14 107:19
108:7,11 159:24
172:16 249:21
274:25
**tell**  6:6 12:8,12
17:18 18:10,15
28:7 29:16 34:5
40:7 49:15 51:21
53:18 60:15 66:6
70:10 76:9,11
77:5 79:19 86:13
91:4 94:22 96:18
96:20,21,23 97:7
99:10 101:24
129:19 131:7,8,10

131:21 132:10
134:7 143:20
148:6,12 149:9
153:13 157:19
173:19 177:8
180:7 183:12,17
186:22 187:24
195:22 198:6,19
199:19 207:21
208:2 209:22
213:7 234:19
235:16,17 240:19
246:5,12 255:11
255:12 260:7
272:18
**telling**  50:8 60:13
96:25 134:2
212:11 235:25
257:15
**tells**  218:9
**ten**  11:25 12:3,4,5
12:17,18,24 14:3
14:17 20:11 21:24
23:17 26:5 29:20
30:18 82:10 88:2
126:21 158:12
255:3,4 258:23
**tenor**  127:15
**term**  94:12 97:22
98:20 155:19
157:11 162:11,22
**terminated**  149:10
**terms**  25:9,10
49:21 80:11 98:11
**testified**  4:7 96:7
159:13 181:20
182:5 190:22
202:14 204:2,11
205:13 210:13
223:12 224:15
237:21 246:3

249:5 250:9
255:20 256:4,16
256:23 257:13
259:18 266:9
269:11,20 272:3
**testify**  70:9 203:19
203:22 204:3
**testimony**  52:24
145:15 187:6
203:18 204:16
269:14,23 270:10
278:6,9
**texas**  6:10,14,17
6:17,22
**text**  144:2 148:18
**thank**  4:20 6:18
7:24 9:12 13:18
51:24 82:12,20
90:17 102:9 111:2
121:14 130:7
185:22 197:4
200:2 202:3
208:21 210:2
214:4,12 218:4
227:8,25 245:2
253:19 274:6,10
274:10
**thanks**  62:25
63:23 127:14
138:3 159:2 243:9
247:10
**theory**  183:19
**therapeutic**  163:5
**therapist**  131:17
131:23
**therapy**  123:2
125:3
**thing**  59:19 65:6
77:11 123:20
127:12 137:6
162:20 183:22

| | | | |
|---|---|---|---|
| 222:8 236:8 250:8 | 146:2,25 147:10 | **thursday** 109:3,9 | 177:2 178:9,11 |
| 250:16 265:13 | 147:24 150:9 | 114:20 115:16 | 187:6 190:2,19 |
| 266:21 | 153:3 154:15 | 117:4 142:6 143:2 | 192:12,13,14 |
| **things** 7:5 11:5,10 | 156:16,21 157:20 | 159:21 | 196:3,10 202:4 |
| 13:6 20:7 28:5 | 157:23 159:22 | **time** 1:17 3:10 | 205:17 211:15 |
| 33:12,12 41:21 | 160:3,4,5,10 164:4 | 4:18 8:14 9:20 | 217:2 221:13 |
| 43:8 54:2,10,12 | 170:10 172:12,22 | 11:2 12:5 15:23 | 222:12 223:13,15 |
| 57:22 71:4 77:20 | 172:24 177:9,10 | 16:5,14,15,22 17:2 | 223:17,20,22 |
| 90:11 91:15,18 | 177:14 178:25 | 18:13 19:5 20:10 | 224:6,7,16 225:15 |
| 100:14 106:24 | 181:18 182:5 | 24:9 25:9 27:24 | 225:24 237:8 |
| 121:3 123:2,18 | 184:25 185:7 | 28:23 29:9 30:25 | 240:4,6,10,15,18 |
| 124:16 125:16 | 188:6 191:5,11 | 32:22 36:8 42:18 | 241:13,18,19 |
| 126:6,7 135:13 | 192:8 201:2 | 49:3 51:3 52:10 | 244:10,18,20 |
| 152:23,24 169:14 | 204:15 212:14 | 60:10 61:17,23 | 246:20 248:19 |
| 173:11,12 189:23 | 214:15 217:12,15 | 70:25 71:2 72:3 | 249:24 250:15,21 |
| 194:17,18,21 | 223:12 228:5 | 73:4 76:25 82:16 | 250:22 252:4 |
| 206:3,15 207:11 | 231:24 232:21 | 82:21 83:3,11 | 253:3 254:5,13,19 |
| 219:7,9,10 220:7 | 256:4,9,25 269:20 | 84:2 85:16 87:10 | 255:19,21 257:2,5 |
| 220:10,11 222:3,5 | 272:3 | 87:11,14,15,17,19 | 258:10 259:17,19 |
| 225:13 234:17,21 | **thinking** 181:2 | 87:20 90:13 92:10 | 261:13,13,23,24 |
| 235:16 236:10,13 | **third** 173:20 245:7 | 92:11 95:10 98:12 | 262:2 266:14,15 |
| 237:3 246:4,12 | **thirty** 158:25 | 98:13 100:20,21 | 266:24,24 267:7 |
| 249:10 252:6 | 159:2 | 104:16 105:12,13 | 267:10,12,13,15 |
| 254:8 260:4,15 | **thought** 16:8 | 105:14,19 107:20 | 267:24 268:5,15 |
| 264:18 268:6,7 | 77:10 92:14 98:24 | 108:6 119:19 | 268:20,21 271:12 |
| **think** 5:25 23:23 | 99:2 167:12 193:4 | 120:4,4 121:4,23 | 272:11,16,17 |
| 32:20 35:13 37:4 | 255:16 272:22 | 122:16,21 123:14 | 275:11 |
| 39:11 42:22 46:9 | **thoughts** 75:22 | 125:4,10 126:12 | **timeline** 74:4 |
| 57:8,9 61:14 | **thousand** 162:8 | 126:15 127:10,17 | **timely** 107:17 |
| 84:15 85:19 87:25 | **threats** 132:20 | 127:24,24 128:3,7 | 127:3 224:21 |
| 88:5 93:8 96:7 | **three** 12:25 13:11 | 128:8,9 130:2,22 | 240:16 |
| 98:22,25 99:25 | 13:21 23:16 48:7 | 130:24 134:19 | **times** 12:19,23 |
| 103:24 106:13 | 55:7 88:14 104:10 | 137:15 138:12,19 | 13:2,6,12,22 18:3 |
| 107:7 109:5,25 | 121:10,11 139:25 | 140:16 142:7,10 | 20:13 23:16,25 |
| 110:2 113:21 | 142:19 169:6 | 142:24 147:9 | 24:12 33:21 42:23 |
| 114:11 120:10,11 | 213:4,5 239:17 | 148:3 149:13 | 44:17 47:19 55:7 |
| 121:16 125:23 | 243:24 249:18 | 152:3 155:24 | 59:10 86:11 95:21 |
| 137:9,10,11 139:8 | 250:10 267:3,4,4 | 164:11,18 165:11 | 125:17 140:18 |
| 139:10 140:20 | 270:2 276:15 | 165:25 168:8,25 | 143:4 163:5 |
| 143:19 144:8,11 | **thruway** 25:21 | 169:2,23 172:21 | 164:23,25 189:18 |
| 144:18,25 145:6 | | 174:17,23 176:20 | 195:17 200:16,17 |

**[times - two]**                                                                 Page 42

200:24 220:18
225:25 235:3
249:11 250:24
253:8 254:24,25
255:3,4 262:9,9
265:2,13 267:20
273:2
**timing**  133:25
**tired**  249:7
**today**  6:2 17:14
27:23 53:16 64:25
73:3 75:3 92:14
97:23 105:12,13
109:13 114:14,25
116:22 123:3
145:15 164:18
200:7,10 202:8
203:6 204:16
236:15 242:23
265:5
**told**  17:13,13,15
18:6 29:23,25
30:3 32:19 33:3
34:15,16,17 50:19
50:22 58:13 77:22
78:22 91:3,5,10
92:3 96:22 102:2
132:22 133:3
143:21 147:14
153:9 160:21
162:7,7 181:24
190:18 193:3
198:20 199:9,16
207:18,23 209:11
213:24 251:6
256:9 257:14
259:11
**tomorrow**  32:20
32:22 159:21
170:8 236:18
274:21

**ton**  218:2,11,12
**tony**  75:24 81:18
81:22 104:11,17
107:9 171:6 210:3
214:5,6,9 235:18
246:13 272:18,22
274:7,8
**top**  148:19 152:13
161:18 232:25
**topic**  231:16
260:21
**tornado**  41:6
**total**  162:9 174:8
233:15 240:8
**totally**  116:8
159:20 194:24
**touch**  24:6 32:19
58:20,22 89:9
222:15
**touching**  38:8
**track**  62:22
121:16
**tracy**  2:14 209:2
**traffic**  45:23 63:18
**train**  22:9
**training**  6:25
**transcript**  243:4
278:8
**transfer**  51:9,18
51:21 68:10 72:18
73:6
**transferred**  6:10
48:21,22 51:7,25
52:2,5 74:2
**transitioned**
206:20
**transpired**  32:4
36:8
**traumatic**  256:15
**travel**  35:15 36:19
37:13 190:3 211:5

**traveled**  270:3
**traveling**  119:16
158:5
**treat**  20:23
**treating**  50:2,14
**treatment**  122:13
122:24 159:23
160:11
**trial**  3:11
**tried**  19:19 21:8
23:15 40:11 43:15
45:15 142:23
143:3,5 150:11
152:11 162:3
168:11,13 187:17
230:3 260:25
**trigger**  169:15
**triggered**  45:14
**triggers**  45:15
169:15,21
**trip**  36:10 117:3
218:22 236:4,5
237:6
**trouble**  63:10
224:16 230:6
**troubled**  19:11
171:8
**truck**  7:3 237:14
**true**  64:8 278:8
**truly**  122:11,11
142:2 171:21
**trunk**  237:13
**trust**  122:22 144:6
149:6 151:17
163:18 235:22
236:2,10 261:7
**trustee**  140:5
144:5 149:6
163:22,23 164:7
**trusting**  127:14

**trusts**  140:5
169:24
**truth**  155:21
183:12,17
**truthfully**  204:4
**try**  5:14,17,20
12:7,12 20:8
23:10 26:6 59:24
64:25 83:3 104:12
142:19 162:24
169:10 187:9
212:3 236:19
255:18 273:22,23
**trying**  5:8 23:13
27:24 30:2 33:19
41:14 43:21 45:22
51:8,17 60:18,20
60:21 73:17 99:12
100:23 101:4,5
102:18,22,25
103:2,5 106:4
125:2 127:5,20,23
133:17,24 143:7,9
164:22 171:21
224:12 226:10
241:10 258:17
259:5
**tuesday**  131:20
**turn**  135:2 214:25
230:24 248:3
**turning**  63:3 245:4
**twice**  25:7,25
85:21 86:6,12
124:15,17 125:9
125:13 148:4
**two**  12:25 13:11
13:21 22:15 23:16
25:5,6 27:4,6,10
32:13 35:7,8
38:10 41:19 42:14
48:7 59:5,13,25

65:19 69:22 77:15
78:4 79:4 93:9
96:12 97:13 99:14
99:14 100:17
103:21 109:8,12
114:21 129:9
130:24 139:25
141:20 145:7
150:13,19 158:5
165:21 170:3,21
173:22 179:24
236:3 239:4 240:9
243:21 248:12
249:3 269:25
**typical**  52:19

**u**

**u**  4:5 7:23 111:3,3
111:16 257:3
**uh**  105:20,20
190:5,5
**ultimately**  37:16
40:17 78:15 104:6
273:12
**ultimatum**  110:15
110:16
**unarmed**  7:8
**uncomfortable**
123:2 128:21
257:8
**understand**  5:19
28:22 35:6 43:5
60:22 65:6 69:22
77:20 81:6 94:8
99:13 100:16
110:17 116:16
118:2,9 127:5
135:24 136:3,16
139:20 140:2,2,12
140:15 167:9,24
181:19 183:20,24
208:10 221:10

**understanding**
60:19 64:12 140:8
140:10
**understood**  60:18
100:5
**undertake**  204:23
**undocumented**
229:3
**unfortunate**
267:14
**unfortunately**
159:20
**uninvolved**  163:24
**unit**  47:15 48:11
48:15 81:10
**united**  1:2
**university**  6:8,12
198:9,13 199:17
199:20
**unlawful**  203:15
**unnecessary**
145:11
**unpleasant**  152:20
**unpredictable**
249:10
**unprofessional**
132:21
**unreasonable**
144:8,11,13
157:23
**unrelated**  194:24
**unwilling**  150:15
150:25 151:2
**update**  152:23
**updated**  148:5
**updates**  107:13
**upkeep**  95:12
**upset**  25:7 32:8
46:23 88:25 89:2
116:13,14 135:25

136:3 266:20,22
**upsetting**  207:15
**upstate**  25:23
**urgency**  36:12
**urgent**  141:24
142:25 255:16
**use**  11:12 23:7,9
56:25 59:16 61:8
66:15 70:4 92:23
92:24,25 126:7
182:20,22 219:12
220:10,15 250:20
250:23,25 251:2
**useful**  142:8,12
216:6,10
**usually**  30:19
**utmost**  145:23

**v**

**v**  1:6 279:3
**valuable**  142:4
**vanguard**  258:3
258:16
**variant**  93:12
**variety**  186:10
**various**  47:19 61:2
273:2
**vehicle**  168:16
169:16 226:9
237:4,8,16,17
238:2,3,5
**vehicles**  45:14
219:7 234:25
**verbal**  19:24,25
103:7,16
**verbally**  105:23
190:7
**veritext**  279:2
**versa**  150:5 268:4
**vice**  7:19,25 8:20
150:5 268:4

**video**  63:9,12,15
204:18,23
**view**  62:8,11 74:5
74:9,12 103:6,8,9
103:12,14,14
195:8 263:23
272:21
**views**  194:9
**village**  19:4
**visit**  13:20 23:24
52:5,10,13 55:7
60:11 75:23 77:6
77:7 78:8 81:19
81:22 89:15 92:14
93:24 94:24 95:3
99:15,16,20 101:8
101:21,25 104:13
105:10 107:4
108:15,20,20
116:13 117:3
130:22 131:4,5
134:3,4,7 137:11
137:13,15,15,16
138:25 139:8
142:25 145:10
148:4 151:13
168:2 180:16
182:11 205:15
249:18 251:25
252:5,7 253:9
265:4 268:21
**visitation**  175:21
**visited**  48:6 96:18
96:25 154:10
269:8
**visiting**  96:15
109:22 117:10
134:11 135:15
**visits**  52:14 85:20
97:14 99:14,14
124:14,17,25

125:8,12 130:11
154:23 167:25
175:16 222:20,23
252:12 267:3,5
**voice** 26:5 28:8
259:14
**voicemail** 29:2
**voicemails** 27:16
**voluntarily** 23:20
45:9,11
**volunteer** 159:23
160:11

**w**

**wait** 5:12 100:2
145:24 247:5
254:7
**waiting** 68:10
**waived** 3:7
**walk** 256:11
**walking** 207:10
**wandering** 38:19
**want** 12:12 23:23
32:20 45:3,4,5
46:17 65:5 66:3
69:17 70:9 91:19
97:16,17 100:25
101:2,11,13,15,22
101:23,25 107:6
109:12 110:9
111:10 113:8,25
115:5,7,8 121:23
125:14,15,15
127:3 131:11
134:19,23 136:19
138:7 145:20
147:23 148:15
157:24 160:14
161:5,17 185:5
188:7 191:24
192:15 215:4
224:4 227:5

231:16 242:8
243:2 250:5
256:14,17,22
260:20 262:17
274:22
**wanted** 11:10,11
11:12 15:18 17:23
20:4 25:13 42:19
51:24 52:2,16
62:19,21 76:16
77:7 78:2,3 80:11
80:12,14,15,16,17
80:18 91:18 95:15
100:20,21 106:20
120:17,18 125:4
126:24 127:2
128:16,17 133:4
133:22 136:7,13
143:15 152:23
153:19 157:20
172:5 183:23
191:21,21 205:19
205:19 206:16
211:17 216:14
219:20 223:20,21
235:21 240:15
243:7 248:17
249:9 250:2,3
252:19 254:13,14
254:15 256:8
260:21 261:11,14
265:17 268:9
**wanting** 208:5
**wants** 55:21 60:7
81:18,19 120:5
158:9 268:5,7
**ward** 48:17
**water** 97:19
**waterston** 178:18
178:19,20 179:5
180:14,17 181:8

182:5,6,11 187:19
**waving** 249:20
**way** 5:21 10:2
12:11 19:9 21:5
30:4,6 42:10
45:18 52:23 53:5
57:22 59:7 66:20
73:17,19 83:25
86:19 92:21 94:6
94:25 97:8 98:25
117:13 122:19
132:21 139:21
145:14 153:2
164:14,16,16
174:23 218:7
235:9 267:17
270:12 278:12
**ways** 10:3 123:3
**we've** 75:11 84:16
121:20 134:4
191:7
**weary** 274:20
**wednesday** 72:15
116:5
**week** 55:7 67:8
85:14,21 86:6,11
115:17 124:15,18
125:9,13 143:2
148:5 167:22
229:4 230:21
240:7,9 248:24
249:14,18,19,24
251:22 254:7,25
254:25 267:4
269:2
**week's** 167:19
**weekend** 115:15
151:9 211:6
**weekly** 14:18,23
175:15 221:15,23
229:7,9,10 240:6

**weeks** 44:3 65:19
109:8,12 124:15
130:24 173:22
248:12 249:3
268:19
**weight** 72:5
**weird** 59:11
135:13 257:7
**wellbeing** 100:7
**wells** 87:15 261:24
262:8,21 263:5
265:12,14,15
**went** 6:8 7:3 22:15
36:18 39:11 42:22
48:2 62:12 74:4
78:18,18 81:24
125:20 132:19
139:5,5,8 159:25
162:20,23 168:13
180:14 204:17
211:2 237:24
251:23 252:4,10
252:24 253:3
254:11 264:15
265:5
**whatsoever**
181:17
**wheelie** 38:20 47:2
**whereof** 278:14
**whet** 69:20
**white** 31:22
**whoever's** 219:22
**wider** 92:16
**wife** 21:18 22:10
125:21 139:5,8,11
166:7,15 199:21
233:6 236:16
251:16
**willing** 111:5
148:2 157:11
266:14 267:11

275:7
**willingness** 34:2
**window** 249:21
**winget** 2:21
**winter** 96:19
**wire** 72:18 73:3,6
73:12,18 254:6
**wired** 171:4,9
**wires** 73:10
**wiring** 73:8
**wisconsin** 2:5
**wished** 134:25
**wishes** 137:3
145:13 151:17
152:10
**withdraw** 56:24
262:22 263:4
264:6,11
**withdrawal**
227:23,24
**withdrawals**
62:20 233:16
234:10 264:14
**withdrawing**
56:17,17
**withdrawn** 56:12
230:21 261:19
262:10 265:4
271:4 272:2
**witness** 4:5 19:2
69:18,24 70:18,20
97:15,18 119:12
122:4 124:10
183:5 184:22,24
185:16 191:13
192:6 201:2
213:16 215:2
220:20 228:11
232:8 238:22
241:24 242:9,11
244:25 245:3

247:18 253:15
276:3 278:6,9,14
279:4
**woke** 250:10
**wonderland** 93:25
94:2
**word** 248:16
**words** 34:23 89:24
92:24,25 105:6
139:10 145:21
183:15 224:4
**work** 8:8,8,11 9:25
10:20 16:8 29:13
29:18 32:22 57:23
84:3 123:3,18
125:5 136:18
166:9 168:19,19
168:24 169:11
180:5 205:3
219:22 222:12
223:19 224:12
251:17 252:16
254:18 255:18
**worked** 8:25 10:4
15:21 16:2 37:22
42:3 63:8 104:11
112:3,15,17,23
140:11 147:3
205:6 221:11
268:15,17 275:5
**worker** 13:25
19:18 110:5 112:4
205:20,22 206:6
206:10,11,12,17
257:5
**workers** 11:9
89:18 91:20
100:14 117:13
252:9,21 253:13
**working** 8:14,22
9:9 15:20 17:25

18:14 19:6 52:9
63:2 113:22
128:22 140:3
141:5 168:5 205:9
223:24 224:23
225:23 240:18
244:19 249:14
**world** 92:16
**worry** 136:25
149:16
**worth** 99:3 230:16
**wow** 170:14
**wrigley** 1:7 2:17
29:15,24 30:9
32:14,24 33:24
34:5,8 35:12 45:6
47:17 49:21 50:7
50:17 54:20 55:15
56:11 58:14 61:12
61:21 68:8 71:21
71:22 72:2,24
73:22 74:21 75:7
77:6 78:22 85:11
86:23 107:21
116:10,18 122:9
123:13 127:13
128:12 129:18
132:16,25 133:3
133:12 142:13
146:5 149:13,15
152:14 153:9
154:13,20 156:9
157:9 162:4,13
165:23 166:19
167:11 170:23
171:3,14 172:9
173:4,25 177:15
177:17 178:23
179:3 180:3,7
181:12,13,21
182:7,12,16,25

183:8 186:18
188:13,17 189:9
193:3 196:9,13
198:12 212:18
214:20,23 221:6,9
222:19 228:21,23
228:24 231:8
261:6 273:11
**write** 61:21 145:18
171:17 248:10
**writes** 63:24 87:4
92:12 94:18 99:4
114:13,15 115:12
116:7 117:5 129:8
130:7,20 131:13
132:17 133:25
135:20 139:16
142:22 152:15,16
157:10 171:3,3
216:3 221:9
228:24 231:19
233:20 240:3
245:24 266:14
**writing** 62:9 93:23
116:11 129:9
138:6 142:2
151:19 181:17
224:3
**written** 68:3 107:8
114:19 128:22
176:13 195:12
**wrong** 12:9 73:6
96:8 241:12
**wrote** 55:8,12,18
55:21 57:12 58:4
58:13 62:5 63:5
67:7 68:9,18
72:14,19 73:2,24
74:7 75:21 81:17
81:17 85:19 87:24
93:4,9,16 94:11

95:8,16 97:21
99:2 103:24
108:24 109:7
110:3 114:24
117:2 119:22
120:3 124:14
125:22 126:16
127:13,22 132:2
133:8 136:24
140:2 144:4 145:6
145:8 146:12
147:19 148:3,17
150:6,10 151:15
154:17 155:9,9,21
156:14 160:10,14
162:2 163:21
164:6,12,17 165:4
167:17 173:20
198:8 211:5
233:11,20 236:21
240:3 249:6 254:2

**x**

**x**  1:3,10 95:7
276:2,6 277:2
**xls**  231:20

**y**

**y's**  111:3
**yeah**  4:19 10:20
15:12 18:3 20:19
26:13 31:6,19
32:15 37:18 39:15
47:14,15 48:16
50:3 53:25 55:17
65:22 66:18,24
73:11 74:6 75:13
79:17 80:18 81:16
92:23 108:17
114:22 116:19
118:18 119:18
120:19 123:10,17

125:10 126:12
130:18 131:5,6
132:7 137:14
141:10 143:10
146:11 148:8
155:13 157:18
165:7,9,17 167:10
167:10,15 173:6,6
173:9,12 183:11
188:15 192:23,25
193:6,12 195:17
198:16 200:11
207:16,20 208:20
210:15 212:15
217:21 220:18
222:8 225:25
228:10 229:10
231:11,13,13
234:20 241:6,20
241:20 251:24
257:18 259:20
266:8 269:17
274:4
**year**  6:9,11 12:24
14:3 15:16 20:11
21:24 23:17 25:5
27:6,10 75:11,19
76:22 100:18
104:5 122:11
129:12 151:19
173:2 178:13
193:15
**years**  6:5 7:10
11:22,25 12:3,4,5
12:17,18 14:12,17
24:20 25:6,25
27:5 30:22 32:13
35:8 41:19 42:16
43:8,11 90:22
91:6 93:9 96:5,12
96:13 97:2 100:17

112:21 134:18
158:5 160:22
168:7 209:16,20
221:25 236:4,14
258:23,24
**yesterday**  94:24
265:6
**yonkers**  25:14
**york**  1:2,12,12,19
2:13,13,18,18,23
2:23 4:23 6:13
9:20 24:7 25:21
25:24 26:22,24
37:23 39:22 40:18
40:22 41:8 42:11
43:4,12,19 55:2,4
55:6,9 60:12
68:10 83:8 96:9
96:15 97:12
100:19 117:4
122:16 128:10
130:23 142:9
157:15 163:16
165:12,13 171:23
171:25 190:13
197:9 202:14
203:19 204:11
205:11 217:4
218:15 237:18
269:6,8 278:5
279:2
**young**  106:9,11
146:13,13,14
147:3,5,11 197:8
197:14
**younger**  93:5

**z**

**z**  111:16 257:3
**zero**  159:22
160:10

**zones**  61:17

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.