IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
_____

SAMUEL BLACK and
BERNARD BLACK,

       Plaintiffs,

                                                      Case No. 16-CV-430

v.

CHERIE WRIGLEY,
ESAUN PINTO, SR. and
CPI INVESTIGATIONS, INC.,

       Defendants.
_____

**NOTICE OF APPEAL**
_____

Notice is hereby given that Samuel Black and Bernard Black, the Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Second Circuit from the final judgment granting the Defendants' motion for summary judgment entered in this action on September 22, 2021.

Dated this 12th day of October, 2021.

                                              **GASS TUREK LLC**
                                              Attorneys for Plaintiffs

                                              *Electronically signed by Michael H. Schaalman*
                                              Michael H. Schaalman
                                              schaalman@gassturek.com

241 North Broadway
Suite 300
Milwaukee, WI 53202
414-223-3300 T
414-224-6116 F